1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>Plaintiffs/Counterdefendants,<br><br>v.<br><br>TRUE WEARABLES, INC., a Delaware corporation; and MARCELO LAMEGO, an individual,<br><br>Defendants/Counterclaimants. | Case No. 8:18-CV-02001-JVS-JDE<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' APPLICATION FOR LEAVE TO FILE PORTIONS OF EXHIBIT A TO THE DECLARATION OF MARCELO LAMEGO UNDER SEAL**<br><br>**[Discovery Document: Referred to Magistrate Judge John D. Early]**<br><br>**Hearing: March 12, 2020**<br>**Time: 10:00 a.m.**<br>**Ctrm: 6A, Sixth Floor**<br><br>**Discovery Cutoff: 04/1/2020**<br>**Pre-Trial Conf.: 08/03/2020**<br>**Trial: 08/18/2020** |

This Court, having reviewed and considered Plaintiffs' application to file under seal portions of Exhibit A to the Declaration of Marcelo Lamego in Support of Defendants' Opposition to Plaintiffs' Motion for an Order Overruling Objections and Compelling Production, this Court finds good cause and grants the Application.

**IT IS HEREBY ORDERED THAT** Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc. are given leave to file under seal, with appropriate redactions, Exhibit A to the Declaration of Marcelo Lamego in Support of Defendants' Opposition to the Motion.

**IT IS SO ORDERED,**

Dated:_____  By: _____
Honorable John D. Early
United States Magistrate Judge