| | |
|---|---|
| Joseph R. Re (Bar No. 134479)<br>joseph.re@knobbe.com<br>Stephen C. Jensen (Bar No. 149894)<br>stephen.jensen@knobbe.com<br>Irfan A. Lateef (Bar No. 204004)<br>irfan.lateef@knobbe.com<br>Brian C. Claassen (Bar No. 253627)<br>brian.claassen@knobbe.com<br>**KNOBBE, MARTENS, OLSON**<br>  **& BEAR, LLP**<br>2040 Main Street, Fourteenth Floor<br>Irvine, CA  92614<br>Telephone:  (949)-760-0404<br>Facsimile:  (949)-760-9502<br><br>Attorneys for Plaintiffs,<br>Masimo Corporation and<br>Cercacor Laboratories, Inc. | Amanda R. Washton (Bar No. 227541)<br>a.washton@conklelaw.com<br>Sherron Wiggins (Bar No. 321819)<br>s.wiggins@conklelaw.com<br>**CONKLE, KREMER & ENGEL**<br>**Professional Law Corporation**<br>3130 Wilshire Boulevard, Suite 500<br>Santa Monica, California  90403-2351<br>Phone: (310) 998-9100<br>Facsimile: (310) 998-9109<br><br>Peter A. Gergely (*Pro Hac Vice*)<br>PGergely@merchantgould.com<br>Ryan J. Fletcher, (*Pro Hac Vice*)<br>RFletcher@merchantgould.com<br>**MERCHANT & GOULD, P.C.**<br>1801 California St., Suite 3300<br>Denver, CO 80202<br>Telephone: (303) 357-1651<br>Facsimile: (612) 332-9081<br><br>Attorneys for Defendants,<br>True Wearables, Inc. and<br>Marcelo Lamego |

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>    Plaintiffs/Counterdefendants,<br><br>    v.<br><br>TRUE WEARABLES, INC., a Delaware corporation; and MARCELO LAMEGO, an individual,<br><br>    Defendants/Counterclaimants. | ) Case No. 8:18-CV-02001-JVS-JDE<br>)<br>) **JOINT STIPULATION TO**<br>) **AMEND THE SCHEDULING**<br>) **ORDER**<br>)<br>) Hon. James V. Selna<br>) Magistrate Judge John D. Early<br>)<br>)<br>)<br>)<br>) |

Pursuant to Local Rule 7-1, Plaintiffs and Counterdefendants MASIMO CORPORATION and CERCACOR LABORATORIES, INC. (collectively, "Plaintiffs") and Defendants and Counterclaimants TRUE WEARABLES, INC. and MARCELO LAMEGO (collectively, "Defendants") hereby submit the following stipulated request to extend the deadlines, which does not affect the trial date, set forth in the Court's Order Amending the Scheduling Order. (Dkt. No. 117.)

The Court initially scheduled the *Markman* hearing for September 30, 2019 and trial for August 18, 2020. (Dkt. No. 35.) The Court adopted a revised case schedule after moving the *Markman* hearing. (Dkt. No. 79.) The Court further revised the schedule at parties' request to accommodate discovery in view of the COVID-19 pandemic. (Dkt. No. 117.)

Good cause exists under Federal Rule of Civil Procedure 16 to further extend certain deadlines. The parties currently face deadlines of January 22, 2021, for fact discovery, and February 26, 2021, for opening expert reports. The parties have been moving forward diligently with discovery to the extent possible in light of the COVID-19 pandemic. However, the parties will be unable to conduct certain discovery because of the pandemic and related stay-at-home orders in place in California as well as in the other states in which the parties, counsel of record and the experts reside: Colorado, Minnesota, Oregon, and New York. The parties' experts, for example, reside outside of the Central District of California and cannot travel to the district to view source code on non-networked or stand-alone computers as required under the Protective Order. While the parties will move forward with certain depositions remotely, the parties have been unable to agree on in-person depositions in light of the stay-at-home orders and numerous safety concerns. For example, depositions involving source code are considerably more difficult to accommodate remotely. The parties submit that in-person depositions, if safely possible, of certain of witnesses and experts are justified,

-1-

especially because some depositions will include testimony regarding detailed source code, company representatives, and the Defendants themselves.

The parties believe that good cause is present to extend the schedule to allow time to accommodate in-person source code review on stand-alone computers and potentially at least some in-person depositions, as well as the added time it takes to address the various and different shelter in place orders that add to the complexity of discovery. The parties request an adjustment of the current case schedule as proposed in Exhibit A and are willing to discuss the proposed dates with the Court, if so desired, at the Court's convenience.

**IT IS SO STIPULATED**,

Respectfully submitted,

**KNOBBE, MARTENS, OLSON & BEAR, LLP**

Dated: December 9, 2020    By: */s/ Brian C. Claassen*
                                Brian C. Claassen

Attorneys for Plaintiffs,
Masimo Corporation and Cercacor Laboratories, Inc.

**MERCHANT & GOULD, P.C.**

Dated: December 9, 2020    By: */s/ Ryan J Fletcher (With Permission)*
                                Ryan J. Fletcher

Attorneys for Defendants.
True Wearables, Inc. and Marcelo Lamego

### FILER'S ATTESTATION

Pursuant to Local Rule 5-4.3.4 regarding signatures, I hereby attest that concurrence in the filing of this document has been obtained from all signatories above.

Dated: December 9, 2020    By: */s/ Brian C. Claassen*
                                Brian C. Claassen

# EXHIBIT A

| Matter | Current Deadline | Proposed Deadline |
|---|---|---|
| Trial date (jury)<br><br>Estimated length: 5-7 days | 1/11/2022<br><br>8:30 am | 1/11/2022<br><br>8:30 am |
| Final Pretrial Conference: Hearing on Motions *in Limine*; File Agreed Upon Set of Jury Instructions and Verdict Forms and Joint Statement re Disputed Instructions and Verdict Forms; File Proposed *Voir Dire* Qs and Agreed-to Statement of Case | 8/23/2021<br><br>11:00 am | 12/13/2021<br><br>11:00 am |
| Lodge Pretrial Conf. Order; File Memo of Contentions of Fact and Law; Exhibit List; Witness List; Status Report re Settlement | 8/2/2021 | 11/22/2021 |
| Last Day for hand-serving Motions *in Limine* | 7/15/2021 | 11/8/2021 |
| Last date for Settlement Discussions | 7/9/2021 | 11/1/2021 |
| Last day for hearing motions | 6/7/2021 | 10/4/2021 |
| Last day for hand-serving motions and filing (other than Motions *in Limine*) | 5/10/2021 | 9/6/2021 |
| Expert Discovery Cut-off (S.P.R. 4.3) | 4/16/2021 | 8/6/2021 |
| Rebuttal Expert Witness Disclosures | 3/26/2021 | 7/16/2021 |
| Opening Expert Witness Disclosures [See Fed. R. Civ. P. 26(a)(2)]<br><br>Patentee Files Final Infringement Contentions,<br><br>Accused Infringer Files Final Invalidity Contentions,<br><br>All Parties File Advice of Counsel Disclosures | 2/26/2021 | 6/18/2021 |

| Matter | Current Deadline | Proposed Deadline |
|---|---|---|
| Non-expert Deposition Cut-off | 1/22/2021 | 5/21/2021 |
| Non-expert Discovery Cut-off (excluding depositions) | 1/22/2021 | 5/21/2021 |