Joseph R. Re (Bar No. 134479)
joseph.re@knobbe.com
Stephen C. Jensen (Bar No. 149894)
stephen.jensen@knobbe.com
Irfan A. Lateef (Bar No. 204004)
irfan.lateef@knobbe.com
Perry D. Oldham (Bar No. 216016)
perry.oldham@knobbe.com
Brian C. Claassen (Bar No. 253627)
brian.claassen@knobbe.com
**KNOBBE, MARTENS, OLSON
 & BEAR, LLP**
2040 Main Street, Fourteenth Floor
Irvine, CA  92614
Telephone:  (949)-760-0404
Facsimile:  (949)-760-9502

Attorneys for Plaintiffs,
Masimo Corporation and
Cercacor Laboratories, Inc.

# IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>Plaintiffs/Counterdefendants,<br><br>v.<br><br>TRUE WEARABLES, INC., a Delaware corporation; and MARCELO LAMEGO, an individual,<br><br>Defendants/Counterclaimants. | Case No. 8:18-CV-02001-JVS-JDE<br><br>**PLAINTIFFS MASIMO CORPORATION AND CERCACOR LABORATORIES, INC.'S NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION**<br><br>**Hon. James V. Selna**<br>**Hon. Magistrate John D. Early**<br><br>**Hearing: March 22, 2021**<br>**Time: 1:30 p.m.**<br>**Court: Room: 10C**<br><br>**Discovery Cutoff: 05/21/2021**<br>**Pre-Trial Conf.: 12/13/2021**<br>**Trial: 01/11/2022** |

**PLEASE TAKE NOTICE** that on March 22, 2021 at 1:30 p.m., or as soon thereafter as counsel may be heard, in the Courtroom of the Honorable James V. Selna, Courtroom 10C of the United States District Court for the Central District of California, located at 411 West Fourth Street, Santa Ana, CA 92701, Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc. (collectively, "Plaintiffs") will and hereby do move this Court for a Preliminary Injunction. Plaintiffs seek an Order from this Court that would preserve the status quo and require Defendants to take all necessary steps to prevent publication of any patent application or other document that would disclose one of Plaintiffs' trade secrets, until trial in this matter.

This motion is based upon this Notice of Motion, the Memorandum of Points and Authorities, the Declarations of Dr. James McNames, Jesse Chen, Joe Kiani and Brian Claassen, including the exhibits attached thereto, all filed concurrently herewith, any subsequently filed briefs, declarations and other pleadings and papers filed in this action, and any other arguments, evidence, and matters submitted to the Court, at the hearing or otherwise.

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: February 18, 2021      By: /s/Brian C. Claassen
                                  Joseph R. Re
                                  Stephen C. Jensen
                                  Irfan A. Lateef
                                  Perry D. Oldham
                                  Brian C. Claassen

                                  Attorneys for Plaintiffs,
                                  Masimo Corporation and
                                  Cercacor Laboratories, Inc.

33087703

-1-