# EXHIBIT 1

## CONFIDENTIAL
## [EXHIBIT PROPOSED TO BE FILED UNDER SEAL]