# Declaration of Thomas Goldstein

# Filed Under Seal