| | |
|---|---|
| Joseph R. Re (Bar No. 134479)<br>*joseph.re@knobbe.com*<br>Stephen C. Jensen (Bar No. 149894)<br>*stephen.jensen@knobbe.com*<br>Irfan A. Lateef (Bar No. 204004)<br>*irfan.lateef@knobbe.com*<br>Brian C. Claassen (Bar No. 253627)<br>*brian.claassen@knobbe.com*<br>**KNOBBE, MARTENS, OLSON & BEAR, LLP**<br>2040 Main Street, Fourteenth Floor<br>Irvine, CA 92614<br>Telephone: (949)-760-0404<br>Facsimile: (949)-760-9502<br><br>Attorneys for Plaintiffs,<br>*Masimo Corporation and Cercacor Laboratories, Inc.* | Amanda R. Washton (SB# 227541)<br>*a.washton@conklelaw.com*<br>Sherron Wiggins (SB# 321819)<br>*s.wiggins@conklelaw.com*<br>CONKLE, KREMER & ENGEL<br>Professional Law Corporation<br>3130 Wilshire Boulevard, Suite 500<br>Santa Monica, California 90403-2351<br>Phone: (310) 998-9100<br>Fax: (310) 998-9109<br><br>Peter A. Gergely (*Pro Hac Vice*)<br>*PGergely@merchantgould.com*<br>Ryan J. Fletcher, (*Pro Hac Vice*)<br>*RFletcher@merchantgould.com*<br>**MERCHANT & GOULD, P.C.**<br>1801 California St., Suite 3300<br>Denver, CO 80202<br>Telephone: (303) 357-1651<br>Facsimile: (612) 332-9081<br><br>Paige S. Stradley, (*Pro Hac Vice*)<br>*PStradley@merchantgould.com*<br>**MERCHANT & GOULD, P.C.**<br>3200 IDS Center<br>80 South 8th Street<br>Minneapolis, MN 55402<br>Telephone: (612) 332-5300<br>Facsimile: (612) 332-9081<br><br>Attorneys for Defendants<br>*True Wearables, Inc. and Marcelo Lamego* |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION**

| | |
|---|---|
| MASIMO CORPORATION, a Delaware Corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,,<br><br>     Plaintiff,<br><br>     v.<br><br>TRUE WEARABLES, INC., a Delaware corporation; and MARCELO LAMEGO, an individual,<br><br>     Defendant. | CASE No. 8:18-cv-2001-JVS-JDE<br><br>**JOINT STIPULATION TO AMEND THE PROTECTIVE ORDER**<br><br>Hon. James V. Selna<br>Hon. John D. Early<br><br>[Discovery Document: Referred to Magistrate Judge John D. Early] |

1    Pursuant to the terms of the Court's Protective Order (Dkt. 100), Defendants True Wearables and Marcelo Lamego ("Defendants") and Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc. ("Plaintiffs") hereby submit the following stipulated request to modify the Protective Order (Dkt. 100).

The Court initially entered a Protective Order in this case on April 2, 2020. Since the entry of that Order, the parties have met and conferred to discuss modifications to that Order that will better allow the parties and their counsel to prepare for depositions and trial. As a result of these discussions, the parties have agreed to modification of the Protective Order to permit additional access to the opposing parties' Designated Materials. Specifically, the parties agree that more than one independent expert should be permitted to access the source code of the opposing party. The parties further agree that, during an individual's testimony at a deposition or trial and for a limited period of time prior to such testimony, that individual should be permitted to access Designated Materials where the individual is a prior author, signatory, or recipient as explained in the modified Protective Order.

Good cause exists to modify the Protective Order in light of the parties' agreement that these modifications will facilitate preparation for depositions and trial. Modifications have been made to ¶ 8, 9(f), and 27 of the Protective Order. These modifications are shown in redline in Exhibit A hereto. A modified Protective Order incorporating these changes is attached as Exhibit B hereto.

Respectfully submitted,

**KNOBBE, MARTENS, OLSON & BEAR, LLP**

Dated: May 3, 2021           By: */s/ Irfan A. Lateef*
                                  Irfan A. Lateef

                                  Attorneys for Plaintiffs, Masimo Corporation and Cercacor Laboratories, Inc.

**MERCHANT & GOULD, P.C.**

Dated: May 3, 2021           By: */s/ Paige S. Stradley*
                                  Paige S. Stradley

                                  Attorneys for Defendants.
                                  True Wearables, Inc. and Marcelo Lamego

## FILER'S ATTESTATION

Pursuant to Local Rule 5-4.3.4 regarding signatures, I hereby attest that concurrence in the filing of this document has been obtained from all signatories above.

Dated: May 3, 2021           Amanda R. Washton, member of
                             CONKLE, KREMER & ENGEL
                             Professional Law Corporation


                             By:  */s/ Amanda R. Washton*
                                  Amanda R. Washton
                                  Attorneys for Defendants,
                                  Masimo Corporation and Cercacor
                                  Laboratories, Inc.