Amanda R. Washton (Bar No. 227541)
a.washton@conklelaw.com
Sherron Wiggins (Bar No. 321819)
s.wiggins@conklelaw.com
**CONKLE, KREMER & ENGEL**
**Professional Law Corporation**
3130 Wilshire Boulevard, Suite 500
Santa Monica, California 90403-2351
Phone: (310) 998-9100
Facsimile: (310) 998-9109

Peter A. Gergely (*Pro Hac Vice)*
PGergely@merchantgould.com
Ryan J. Fletcher, (*Pro Hac Vice)*
RFletcher@merchantgould.com
Zachary D. Kachmer (*Pro Hac Vice*)
ZKachmer@merchantgould.com
Paige S. Stradley, (*Pro Hac Vice*)
PStradley@merchantgould.com
**MERCHANT & GOULD, P.C.**
1801 California St., Suite 3300
Denver, CO 80202
Telephone: (303) 357-1651
Facsimile: (612) 332-9081

Attorneys for Defendants,
True Wearables, Inc. and
Marcelo Lamego

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,
Plaintiffs,

v.

TRUE WEARABLES, INC., a Delaware corporation; and MARCELO LAMEGO, an individual,

Defendants.

Case No. 8:18-CV-02001-JVS-JDE

**DECLARATION OF PAIGE STRADLEY IN SUPPORT OF DEFENDANTS TRUE WEARABLES, INC.'S AND MARCELO LAMEGO'S RULE 60 MOTION FOR RELIEF FROM THE COURT'S ORDER GRANTING PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

**REDACTED**

I, Paige Stradley, declare and state as follows:

1. I am an attorney in the law firm of Merchant and Gould, P.C., and I am counsel of record for Defendants in the above-captioned case. I have personal knowledge of the matters set forth herein, and if I am called upon to testify, I could testify competently thereto.

2. Defendants reached out to Plaintiffs' counsel on May 25, 2021 requesting a meet and confer. Counsel for the parties met and conferred on May 26, 2021.

3. Attached hereto as Exhibit A is a true and correct copy of excerpts from the deposition transcript of [REDACTED], taken on May 4, 2021.

4. Attached hereto as Exhibit B is a true and correct copy of excerpts from the deposition transcript of [REDACTED], taken on May 11, 2021.

5. Attached hereto as Exhibit C is a true and correct copy of excerpts from the deposition transcript of [REDACTED], taken on May 13, 2021.

6. [REDACTED]

[REDACTED].

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on May 26, 2021 at Minneapolis, Minnesota

*/s/ Paige Stradley*
Paige Stradley