JOSHUA H. LERNER, SBN 220755
  jlerner@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street Suite 3000
San Francisco, CA 94105
Tel.: 415.393.8200 / Fax: 415.393.8306

H. MARK LYON, SBN 162061
  mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304-1211
Tel.: 650.849.5300 / Fax: 650.849.5333

ILISSA SAMPLIN, SBN 314018
  isamplin@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Tel.: 213.229.7000 / Fax: 213.229.7520

*Attorneys for Non-Party Apple Inc.*

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>             Plaintiffs,<br><br>    v.<br><br>TRUE WEARABLES, INC., a Delaware corporation; and MARCELO LAMEGO, an individual,<br><br>             Defendants. | CASE NO. 8:18-cv-02001-JVS (JDEx)<br><br>**APPLICATION TO FILE UNDER SEAL THE JOINT STIPULATION REGARDING NON-PARTY APPLE INC.'S MOTION TO QUASH SUBPOENA AND FOR A PROTECTIVE ORDER AND ACCOMPANYING DOCUMENTS**<br><br>Hon. John D. Early |

Gibson, Dunn & Crutcher LLP

APPLICATION TO FILE UNDER SEAL THE JOINT STIPULATION REGARDING NON-PARTY APPLE INC.'S MOTION TO QUASH SUBPOENA AND FOR A PROTECTIVE ORDER AND ACCOMPANYING DOCUMENTS CASE NO. 8:18-CV-02001-JVS (JDEX)

Pursuant to Local Rule 79-5.2.2(a), Non-Party Apple Inc. ("Apple") requests that the Court grant it leave to file under seal: (1) portions of the Joint Stipulation Regarding Apple's Motion to Quash Subpoena and for a Protective Order ("Joint Stipulation"); (2) Exhibits H and N to the Declaration of Ilissa Samplin in Support of Apple's Motion to Quash Subpoena and for a Protective Order ("Samplin Declaration"); and (3) Exhibits 3–8, 10–11 to the Declaration of Mark Kachner in Support of Plaintiffs' Opposition to Apple's Motion to Quash Subpoena and for a Protective Order ("Kachner Declaration").

The Joint Stipulation and Exhibits 3–8, 10–11 to the Kachner Declaration contain information that, as represented to Apple by Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc. (collectively, "Plaintiffs"), has been designated "Confidential" or "Confidential – Attorneys' Eyes Only" ("AEO") by Plaintiffs and/or Defendants True Wearables, Inc. and Marcelo Lamego under the Protective Order in this case. *See* ECF 260. Plaintiffs have requested that this information be sealed.

Exhibits H and N to the Samplin Declaration contain information regarding Plaintiffs' alleged trade secrets asserted in *Masimo Corp. et al. v. Apple, Inc.*, No. 8:20-cv-00048-JVS (JDEx) (C.D. Cal. filed Jan. 9, 2020) (the "Apple Case"), which Plaintiffs have designated AEO under the Protective Order in the Apple Case. *See* Apple Case ECF No. 67. Specifically, Exhibit H is the Joint Stipulation Regarding Plaintiffs' Second Motion to Compel Apple to Produce Documents and Fully Answer Interrogatories, Apple Case ECF 359-1, which was previously sealed by this Court, Apple Case ECF 390. Exhibit N is the Fourth Amended Complaint in the Apple Case, Apple Case ECF 296-1, which Plaintiffs have requested be sealed, Apple Case ECF 295. Apple believes there are no grounds to seal this purportedly confidential information because all such information is publicly available and/or does not qualify for trade secret protection. However, Apple respectfully submits Exhibits H and N to the Samplin Declaration under seal until such time as the Court decides whether this information merits sealing.

Gibson, Dunn &
Crutcher LLP

APPLICATION TO FILE UNDER SEAL THE JOINT STIPULATION REGARDING NON-PARTY APPLE INC.'S
MOTION TO QUASH SUBPOENA AND FOR A PROTECTIVE ORDER AND ACCOMPANYING DOCUMENTS
CASE NO. 8:18-CV-02001-JVS (JDEX)

1    Apple respectfully requests an order granting it leave to file under seal the

2  foregoing documents.

3  Dated: June 3, 2021                    Respectfully submitted,

4                                         JOSHUA H. LERNER
                                          H. MARK LYON
5                                         ILISSA SAMPLIN
                                          GIBSON, DUNN & CRUTCHER LLP
6

7

8                                         By:  */s/ Joshua H. Lerner*
                                              Joshua H. Lerner
9

10                                        *Attorneys for Non-Party Apple Inc.*

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

APPLICATION TO FILE UNDER SEAL THE JOINT STIPULATION REGARDING NON-PARTY APPLE INC.'S
MOTION TO QUASH SUBPOENA AND FOR A PROTECTIVE ORDER AND ACCOMPANYING DOCUMENTS
CASE NO. 8:18-CV-02001-JVS (JDEX)