Joseph R. Re (Bar No. 134479)
joseph.re@knobbe.com
Stephen C. Jensen (Bar No. 149894)
stephen.jensen@knobbe.com
Irfan A. Lateef (Bar No. 204004)
irfan.lateef@knobbe.com
Perry D. Oldham (Bar No. 216016)
perry.oldham@knobbe.com
Brian C. Claassen (Bar No. 253627)
brian.claassen@knobbe.com
James E. Youngblood (Bar No. 325993)
jamie.youngblood@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street, Fourteenth Floor
Irvine, CA  92614
Telephone:  (949) 760-0404
Facsimile:  (949) 760-9502

Mark D. Kachner (Bar No. 234192)
mark.kachner@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
1925 Century Park East, Suite 600
Los Angeles, CA 90067
Telephone: (310) 551-3450
Facsimile: (310) 601-1263

Adam B. Powell (Bar No. 272725)
adam.powell@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
3579 Valley Centre Drive
San Diego, CA 92130
Telephone: (858) 707-4000
Facsimile: (858) 707−4001

Attorneys for Plaintiffs,
Masimo Corporation and
Cercacor Laboratories, Inc.

# IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation, <br><br> Plaintiffs/Counterdefendants, <br><br> v. <br><br> TRUE WEARABLES, INC., a Delaware corporation; and MARCELO LAMEGO, an individual, <br><br> Defendants/Counterclaimants. | Case No. 8:18-CV-02001-JVS-JDE <br><br> **DECLARATION OF BRIAN CLAASSEN IN SUPPORT OF PLAINTFFS MASIMO CORPORATION AND CERCACOR LABORATORIES, INC.'S OPPOSITION TO DEFENDANTS' RULE 60 MOTION FOR RELIEF FROM THE COURT'S ORDER GRANTING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION** <br><br> **Hon. James V. Selna** <br> **Hon. Magistrate John D. Early** <br><br> **Hearing: June 28, 2021** <br> **Time: 1:30 p.m.** <br> **Court: Room: 10C** |

I, Brian C. Claassen, hereby declare:

1.      I am a partner in the law firm of Knobbe, Martens, Olson & Bear, LLP, and I am licensed to practice law in the State of California.  I am a member of the bar of this Court, and Counsel of record for Plaintiffs Masimo Corporation ("Masimo") and Cercacor Laboratories, Inc. ("Cercacor") (collectively "Plaintiffs") in the above-captioned action.  I have personal knowledge of the matters set forth herein and, if I am called upon to testify, I could testify competently thereto.

2.      Attached hereto as Exhibit 1 is a true and correct copy of Marcelo Lamego's April 2020 Ph.D. thesis titled "Neurointerfaces" and produced by Defendants with production numbers TRUE053642-750.

3.      Attached hereto as Exhibit 2 [filed under seal] is a true and correct copy of excerpts from the deposition transcript of Mathew Paul, taken on May 13, 2021.

4.      Attached hereto as Exhibit 3 is a true and correct copy of portions of the IEEE website (https://www.ieee.org/about/at-a-glance.html), as accessed on May 28, 2021.

5.      Attached hereto as Exhibit 4 is a true and correct copy of portions of the IEEE website (https://ieeexplore.ieee.org/Xplorehelp/overview-of-ieee-xplore/about-content), as accessed on June 6, 2021.

6.      Attached hereto as Exhibit 5 is a true and correct copy of portions of the IEEE website (https://ieeexplore.ieee.org/Xplorehelp/overview-of-ieee-xplore/about-ieee-xplore), as accessed on May 28, 2021.

7.      Attached hereto as Exhibit 6 [filed under seal] is a true and correct copy of Plaintiffs' First Supplemental Responses to Defendants' Second Set of Interrogatories (No. 11).

8.      Attached hereto as Exhibit 7 [portion filed under seal] is a true and correct copy of a Letter from Nicholas Belair to Ryan Fletcher dated July 24,

1 2020.

2      I declare under penalty of perjury under the laws of the United States

3 that the foregoing is true and correct.

4      Executed on June 7, 2021 at Irvine, California.

6                         */s/ Brian C. Claassen*

7                         Brian C. Claassen

# EXHIBIT 1

# INFORMATION TO USERS

This manuscript has been reproduced from the microfilm master.  UMI films the text directly from the original or copy submitted.  Thus, some thesis and dissertation copies are in typewriter face, while others may be from any type of computer printer.

The quality of this reproduction is dependent upon the quality of the copy submitted.  Broken or indistinct print, colored or poor quality illustrations and photographs, print bleedthrough, substandard margins, and improper alignment can adversely affect reproduction.

In the unlikely event that the author did not send UMI a complete manuscript and there are missing pages, these will be noted.  Also, if unauthorized copyright material had to be removed, a note will indicate the deletion.

Oversize materials (e.g., maps, drawings, charts) are reproduced by sectioning the original, beginning at the upper left-hand corner and continuing from left to right in equal sections with small overlaps.

Photographs included in the original manuscript have been reproduced xerographically in this copy.  Higher quality 6" x 9" black and white photographic prints are available for any photographs or illustrations appearing in this copy for an additional charge. Contact UMI directly to order.

Bell & Howell Information and Learning
300 North Zeeb Road, Ann Arbor, MI  48106-1346 USA
800-521-0600



**EXHIBIT 1**

Reproduced with permission of the copyright owner.  Further reproduction prohibited without permission.

**EXHIBIT 1**

Reproduced with permission of the copyright owner.  Further reproduction prohibited without permission.

# NEUROINTERFACES

A DISSERTATION

SUBMITTED TO THE DEPARTMENT OF ELECTRICAL ENGINEERING

AND THE COMMITTEE ON GRADUATE STUDIES

OF STANFORD UNIVERSITY

IN PARTIAL FULFILLMENT OF THE REQUIREMENTS

FOR THE DEGREE OF

DOCTOR OF PHILOSOPHY

By

Marcelo Malini Lamego

April 2000

**EXHIBIT 1**

Reproduced with permission of the copyright owner.  Further reproduction prohibited without permission.

UMI Number: 9986129

Copyright 2000  by
Lamego, Marcelo Malini

All rights reserved.



UMI Microform 9986129

Copyright 2000 by Bell & Howell Information and Learning Company.
All rights reserved. This microform edition is protected against
unauthorized copying under Title 17, United States Code.

Bell & Howell Information and Learning Company
300 North Zeeb Road
P.O. Box 1346
Ann Arbor, MI 48106-1346

**EXHIBIT 1**
Reproduced with permission of the copyright owner.  Further reproduction prohibited without permission.

© Copyright 2000 by Marcelo Malini Lamego

All Rights Reserved

ii

**EXHIBIT 1**

Reproduced with permission of the copyright owner.  Further reproduction prohibited without permission.

I certify that I have read this dissertation and that in my opinion it is fully adequate, in scope and quality, as a dissertation for the degree of Doctor of Philosophy.

Bernard Widrow
(Principal Adviser)

I certify that I have read this dissertation and that in my opinion it is fully adequate, in scope and quality, as a dissertation for the degree of Doctor of Philosophy.

Prof. Claire Tomlin
Department of Aeronautics and Astronautics

I certify that I have read this dissertation and that in my opinion it is fully adequate, in scope and quality, as a dissertation for the degree of Doctor of Philosophy.

Prof. Christoph Bregler
Department of Computer Science

Approved for the University Committee on Graduate Studies:

iii

**EXHIBIT 1**

Reproduced with permission of the copyright owner. Further reproduction prohibited without permission.

# Preface

This dissertation aims at showing how Neural Networks can be applied to the design of man-machine interfaces for practical real-time problems. The term "Neurointerface" is chosen to emphasize the use of Neural Networks for the solution of man-machine interface problems. A Neurointerface may be thought of as a form of inverse of the plant to be controlled. A desired plant response can be realized by driving the plant with an inverse controller whose input consists of simple command signals applied by a human operator. Thus, an unskilled operator using a Neurointerface can produce actions like those of an experienced operator. The objective is to improve the productivity and safety levels of such tasks even in the case of unskilled operators.

Two Neurointerface configurations are presented here: the feedforward configuration and the state-feedback configuration. In both cases, the equations of the plant are assumed to be known. Using the plant equations, off-line automatic learning algorithms are developed for training the Neurointerface weights. With the Neurointerface feedforward configuration, if the plant is subject to disturbance, an adaptive disturbance canceller is used to minimize the effect. In the state-feedback configuration, stable Neurointerface designs are obtained by including disturbance effects during the training process.

The center-cut Ellipsoid Algorithm (EA) from the field of convex programming has been applied to Neurointerface training and for approximation problems with Neural Networks. This algorithm uses an updating rule for the optimization variables (weights), where the only information used from the cost function gradient is its direction. Because no information about the gradient modulus is used in an EA iteration, no parameter in the updating rule need to be adjusted.

iv

**EXHIBIT 1**
Reproduced with permission of the copyright owner. Further reproduction prohibited without permission.

Applications of Neurointerface control are described. A Neurointerface with the feedforward configuration is used to back up a truck with two trailers under human direction. A Neurointerface with the state-feedback configuration is applied to human control of a two-degree-of-freedom construction crane.

v

**EXHIBIT 1**
Reproduced with permission of the copyright owner.  Further reproduction prohibited without permission.

# Acknowledgements

Prof. Bernard Widrow has ingrained in me the importance of making things simple. I also wish to thank him for spending many hours of his time helping me along the lengthy and hard journey through my doctoral studies, and for introducing me to the fields of Adaptive Systems and Neural Networks.

Prof. Claire Tomlin and Prof. Christoph Bregler greatly improved my dissertation with their valuable comments and suggestions.

I would not have made it to Stanford and to graduation without the initial support and further assistance of Prof. Stephen Boyd.

Prof. Vijayendra K. Garg and Prof. Edson de Paula Ferreira have helped me in many stages of my academic career.

I am especially grateful to Joice Debolt for the countless times she assisted me.

Prof. Michael Godfrey spent many hours helping me in my lab work.

I would like to thank all members of the Zoo, including current members Max Kamenetsky and Aaron Flores, and former member Gregory Plett.

Denise Cuevas helped me in the early stages of my ISL journey.

CNPq - National Council for Scientific and Technological Development, Brazil and UFES - Federal University of Espirito Santo, Brazil sponsored my doctoral studies. The Electrical Engineering Department at UFES granted me a leave of absence to pursue doctoral studies at Stanford.

My brother, Marco Antonio M. Lamego, my Mom, Jandira M. Lamego, and my aunt, Virginia Breda, provided constant support and encouragement throughout this work.

My mother and father in law, Vera and Clovis Buticosky, assisted me and my wife

vi

**EXHIBIT 1**
Reproduced with permission of the copyright owner.  Further reproduction prohibited without permission.

in taking care of our two little daughters.

I thank my wife, Tatiana, and my two daughters, Isadora and Larissa, to serve as my life inspiration.

vii

**EXHIBIT 1**

Reproduced with permission of the copyright owner. Further reproduction prohibited without permission.

To the three women of my life, Tatiana, Isadora and Larissa,
and to the memory of my Dad.

viii

**EXHIBIT 1**

Reproduced with permission of the copyright owner.  Further reproduction prohibited without permission.

# Contents

**Preface**   iv

**Acknowledgements**   vi

**1   Introduction**   1

  1.1   Neurointerface Design and Configuration . . . . . . . . . . . . . . .   1

      1.1.1   Feedforward Configuration . . . . . . . . . . . . . . . . . . . .   2

      1.1.2   State-Feedback Configuration . . . . . . . . . . . . . . . . .   4

  1.2   Neurointerface Applications . . . . . . . . . . . . . . . . . . . . . .   5

  1.3   Contributions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   8

**2   Feedforward Configuration**   10

  2.1   Training . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   13

  2.2   Plant Disturbance . . . . . . . . . . . . . . . . . . . . . . . . . . . .   18

**3   The Truck Backer-Upper**   22

**4   State-Feedback Configuration**   30

  4.1   Optimality Does Not Imply Stability . . . . . . . . . . . . . . . . .   32

      4.1.1   Conventional Optimal Control Problem . . . . . . . . . . . .   32

      4.1.2   Parameter Optimization Problem . . . . . . . . . . . . . . .   33

  4.2   Neurointerface Training . . . . . . . . . . . . . . . . . . . . . . . .   35

      4.2.1   Preliminaries . . . . . . . . . . . . . . . . . . . . . . . . . .   35

      4.2.2   Training . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   38

**EXHIBIT 1**
Reproduced with permission of the copyright owner. Further reproduction prohibited without permission.

**5   Neurointerface Training with EA**                                                    **46**

   5.1   Standard Updating Rule Versus Ellipsoid Algorithm . . . . . . . . . .   47

   5.2   The Center-Cut Ellipsoid Algorithm . . . . . . . . . . . . . . . . . .   49

       5.2.1   An Example . . . . . . . . . . . . . . . . . . . . . . . . . . .   51

   5.3   Application to a Construction Crane  . . . . . . . . . . . . . . . . .   52

**6   Conclusions**                                                                        **64**

   6.1   Future Research . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   66

**A   Feedforward Neural Networks**                                                        **72**

   A.1   Useful Results . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   74

   A.2   Some Important Remarks About Neurointerface Training with Feed-

       forward NN  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   76

**B   NN and EA in Approximation Problems**                                                **79**

   B.1   Training  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   80

   B.2   An Example . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   83

**C   Modeling of the Truck and Trailers**                                                 **86**

**Bibliography**                                                                           **89**

x

**EXHIBIT 1**

Reproduced with permission of the copyright owner.  Further reproduction prohibited without permission.

# List of Tables

**EXHIBIT 1**

Reproduced with permission of the copyright owner.  Further reproduction prohibited without permission.

# List of Figures

1.1   A cascade of the trained Neurointerface and the plant. . . . . . . . .   2

1.2   A feedforward nonlinear adaptive filter incorporating a three-layer NN.   3

1.3   The trained Neurointerface and the plant with state feedback. . . . .   4

1.4   Truck and two trailers. . . . . . . . . . . . . . . . . . . . . . . .   6

1.5   Fixed tower crane. . . . . . . . . . . . . . . . . . . . . . . . . .   7

1.6   Multi-joint robot arm. . . . . . . . . . . . . . . . . . . . . . . . .   8

2.1   Schematic diagram of a truck and two trailers. . . . . . . . . . . . .   11

2.2   The plant state space representation, including stabilization feedback.   12

2.3   Off-line learning process for training the Neurointerface. . . . . . . . .   14

2.4   The trained Neurointerface connected to the plant. . . . . . . . . . .   19

2.5   A Neurointerface connected to a plant with a disturbance canceller. .   20

2.6   Training the filter Q for use in the plant disturbance canceller. . . . .   21

3.1   Trajectory of truck and trailers. . . . . . . . . . . . . . . . . . . .   25

3.2   Time plots of truck backer. (a) Command input, reference model out-
put, and angle $\theta_3$. (b) Steering angle $\theta_1$. . . . . . . . . . . . . . . .   26

3.3   Time plots of truck backer with disturbance. (a) Command input,
reference model output, and angle $\theta_3$. (b) Steering angle $\theta_1$. . . . . .   27

3.4   Trajectory of truck and trailers with disturbance. . . . . . . . . . . .   28

3.5   Scale-model truck with double trailer. . . . . . . . . . . . . . . . . .   29

3.6   Cab of a large trailer-truck. . . . . . . . . . . . . . . . . . . . . .   29

4.1   The Neurointerface state-feedback configuration. . . . . . . . . . . .   31

xii

**EXHIBIT 1**

Reproduced with permission of the copyright owner.  Further reproduction prohibited without permission.

4.2  (a) Feedback system used for optimal control. ($\mathbf{C}$) is the optimal controller and ($\mathbf{P}$) is the nonlinear plant. (b) Phase portrait of the unperturbed motion. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  34

4.3  Off-line learning process for training the Neurointerface with state feedback. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  39

5.1  An iteration of the center-cut EA. The shaded area represents the intersection of the ellipsoid $E_k$ with one of the half-spaces of $H_k$. $E_{k+1}$ is the smallest volume ellipsoid containing this shaded area. . . . . .  51

5.2  (a) The single-input-single-output NN and the unknown mapping. (b) The NN weights (center of the ellipsoid $E_k$), (c) the cost function $J$ and (d) the volume of the ellipsoid $E_k$ at each iteration of the EA. .  53

5.3  Diagram of a two-degree-of-freedom construction crane used for modeling. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  55

5.4  The trained Neurointerface and the plant. . . . . . . . . . . . . . . . .  57

5.5  Plant open-loop response (operation without Neurointerface) for fixed cable length ($L = 1$ m). (a) Trolley and load trajectory. (b) Trajectories of the plant input, $u$, and output, $v$. (c) Trajectory of the angle $\theta$. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  59

5.6  Closed-loop response (Neurointerface and plant) for fixed cable length ($L = 1$ m). (a) Trolley and load trajectory. (b) Trajectories of the Neurointerface command input, $v_C$, and the plant output, $v$. (c) Trajectory of the angle $\theta$. (d) Trajectory of the Neurointerface output (plant input), $u$. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  60

5.7  Plant open-loop response (operation without Neurointerface) for variable cable length. (a) Trolley and load trajectory. (b) Trajectories of the plant input, $u$, and output, $v$. (c) Trajectory of the angle $\theta$. (d) Trajectory of the cable length, $L$. . . . . . . . . . . . . . . . . . . . . .  62

xiii

**EXHIBIT 1**
Reproduced with permission of the copyright owner. Further reproduction prohibited without permission.

5.8   Closed-loop response (Neurointerface and plant) for variable cable length.
(a) Trolley and load trajectory. (b) Trajectories of the Neurointerface
command input, $v_C$, and the plant output, $v$. (c) Trajectory of the
angle $\theta$. (d) Trajectory of the Neurointerface output (plant input), $u$.   63

6.1   Trailer-truck with obstacle avoidance system. . . . . . . . . . . . . . .   67
6.2   Construction crane with obstacle avoidance system. . . . . . . . . . .   69
6.3   Multi-link robot arm threading through a field of obstacles. . . . . . .   71

A.1   (a) Diagram of a layer with 2 inputs and 3 outputs. (b) The weight
matrix, $W\ell$, and bias-weight vector, $b\ell$. (c) Simplified diagram of a layer.   73
A.2   Simplified diagram of a multilayer feedforward NN.   . . . . . . . . . .   74

B.1   A NN approximation problem. The generator of the training set data
is the function $\frac{\text{humps}(x)}{10} = \frac{0.1}{((x-0.3)^2+0.01)} + \frac{0.1}{((x-0.9)^2+0.04)} - 0.6, 0 \le x \le 1$.   84
B.2   (a) The training set pairs $(x_t, y_t)$ (stars) representing the underly-
ing function $\frac{\text{humps}(x)}{10}$; the initial NN approximation (lower-most solid
curve) and the resulting NN approximation after the training proce-
dure (upper-most solid curve). (b) The cost function $J$. (c) Volume of
the ellipsoid $E_k$ at each iteration of the EA.   . . . . . . . . . . . . . .   85

C.1   Schematic diagram of the truck and two trailers used for modeling.   .   87

xiv

**EXHIBIT 1**
Reproduced with permission of the copyright owner.  Further reproduction prohibited without permission.

# Chapter 1

# Introduction

For many tasks, productivity, safety, and liability conditions require a considerable degree of skill from human operators. In order to overcome lack of skill, special man-machine interfaces may be adopted. The basic idea is to change the operational space through a Neural Network (NN) [1] [2] [3] [4], allowing the human operator to interact with the process (plant) through less-specialized commands.

This dissertation aims at showing how NNs can be applied to the design of man-machine interfaces for practical real-time problems. The term "Neurointerface" is chosen to emphasize the use of NNs for the solution of man-machine interface problems. A Neurointerface may be thought of as a form of inverse of the plant to be controlled. A desired plant response can be realized by driving the plant with an inverse controller [5] whose input consists of simple command signals applied by a human operator. Thus, an unskilled operator using a Neurointerface can produce actions like those of an experienced operator. The objective is to improve the productivity and safety levels of such tasks even in the case of unskilled operators.

## 1.1   Neurointerface Design and Configuration

The Neurointerface is designed to operate in real time. The training procedure is generally performed off-line, before the trained Neurointerface is used in the real

1

**EXHIBIT 1**
Reproduced with permission of the copyright owner.  Further reproduction prohibited without permission.

*CHAPTER 1.   INTRODUCTION* 2



Figure 1.1: A cascade of the trained Neurointerface and the plant.

system. The design of Neurointerfaces involves the training of NNs, which are in-
corporated in nonlinear adaptive filters. One searches for the set of parameters (NN
weights) that are best solutions for a predefined cost function (quadratic performance
indices). The Backpropagation (BP) algorithm [6], the Ellipsoid Algorithm (EA) [7]
[8] and Lagrangian methods [9] are examples of optimization techniques used in this
work for the design of Neurointerfaces.

## 1.1.1   Feedforward Configuration

Fig. 1.1 shows a cascade of a trained Neurointerface driving the actual process (non-
linear plant). This is one of the basic configurations in which the Neurointerface is
supposed to work. Feedback is provided by the human operator sensing and observ-
ing the plant output and changing the command input as required to get the desired
plant response.

The basic topology of a Neurointerface for the feedforward operation is shown in
Fig. 1.2. It is a nonlinear adaptive filter consisting of a tapped delay line connected
to a multi-layer NN. The basic neuron, also shown in Fig. 1.2, has inputs $+1$, $z_1$,
..., $z_n$ which are weighted (multiplied by weights $w_0, w_1, \ldots, w_n$) and summed. This
weighted sum drives a nonlinear "sigmoid" function which in turn drives the neuron's
output.

An important subject is that of plant disturbance. The configuration of Neuroin-
terface and plant of Fig. 1.1 does not show this. In fact, if plant disturbance were
present, it would be apparent to the human operator who in some cases might be
able to modify the command input in order to counteract the disturbance. Generally,
this would not be easy for the operator to do because of the effects of inherent delay

**EXHIBIT 1**
Reproduced with permission of the copyright owner.  Further reproduction prohibited without permission.

*CHAPTER 1.  INTRODUCTION*                                          3



Figure 1.2: A feedforward nonlinear adaptive filter incorporating a three-layer NN.

**EXHIBIT 1**
Reproduced with permission of the copyright owner.  Further reproduction prohibited without permission.

*CHAPTER 1.  INTRODUCTION*                                                                  4



Figure 1.3: The trained Neurointerface and the plant with state feedback.

in the plant dynamic response. Some other means for dealing with plant disturbance
without requiring action on the part of the human operator would be desirable.

A method for cancelling plant disturbance without affecting the plant dynamics is
taught in the 1998 Prentice-Hall book by Widrow and Walach [5]. The method can
be applied to Neurointerface control. The idea is briefly explained in Chapter 2.

### 1.1.2   State-Feedback Configuration

Another configuration of the Neurointerface can be constructed in accord with the
block diagram of Fig. 1.3. Feedback is provided by the human operator as well as by
the plant state variables. The human operator senses and observes the plant output
and changes the command input as required, so a combination of state feedback and
command input signals result into a desired plant response.

For state-feedback operation, the Neurointerface topology is strictly combinatorial
and has no tapped delay line. The effect of memory comes from the state feedback
instead of from tapped delay lines.

Plant disturbance is automatically compensated by the Neurointerface operating
with state feedback. With a suitable design, it is possible to obtain a Neurointerface
that once connected to the plant, the resulting feedback system will be stable to plant
disturbances.

**EXHIBIT 1**
Reproduced with permission of the copyright owner.  Further reproduction prohibited without permission.

## 1.2   Neurointerface Applications

In this dissertation, Neurointerface designs are presented for human control of a truck
with trailers, and a construction crane. The same principles can be applied to ease
human control of other complex machines such as aircraft, multi-jointed robot arms,
helicopters, heavy earth moving equipment, and so forth.

While cases might exist in which the Neurointerface provides only an approxima-
tion to the actions taken by an expert human operator, the change of operational
space made by the Neurointerface allows the human operator to interact with the
process through easier less-specialized actions. This is the case, for instance, in a
truck backer-upper problem. Fig. 1.4 shows a drawing of a truck and two trailers.
Backing a truck and a single trailer requires a good deal of experience and skill on
the part of the truck driver. Backing a truck and two trailers in tandem is practically
impossible for a human driver. These configurations are unstable and very difficult
to control when going straight back or when backing around a curve.

For the truck backer-upper problem, the Neurointerface may be considered as a
black box that takes commands from the driver (desired direction of the trailer back
part) and steers the front wheels (controls the steering angle $\theta_1$) in order to achieve
such a goal. The angle between cab and first trailer, $\theta_2$, and the angle between first
and second trailer, $\theta_3$, contain sufficient information to obtain an approximate inverse
modeling of the system.

It should be noted that the driver is not eliminated in this work. Nguyen and
Widrow (1990) [10] described a NN that provided full automation in backing a trailer
truck to a loading dock and indeed, eliminating the need for the driver. In the present
work, human action is essential. In fact, the driver is concerned with providing the
desired spatial trajectory, free of obstacles and normally the shortest one.

Another application of the Neurointerface is to human control of a large con-
struction crane. A Fixed tower crane is shown in Fig. 1.5. The tower supports the
boom which in turn supports the trolley. A steel cable drops from the trolley to the
load. The operator in the cab observes the load and controls its position in three-
dimensional space by means of a three-dimensional joystick. The operator can move

**EXHIBIT 1**
Reproduced with permission of the copyright owner. Further reproduction prohibited without permission.



Figure 1.4: Truck and two trailers.

the joystick handle left or right, and fore or aft, and up or down. The joystick controls the velocity of the load movements. If the operator takes his hand off the joystick, internal springs will return it to its neutral position and the load will remain in fixed position in three-dimensional space. If the joystick is pushed forward, the load moves forward with a velocity proportional to the joystick displacement. Similar movements of the load take place in response to joystick displacements along its other directions.

Normally, movements in the trolley generate oscillations in the load. Thus, the crane operator is concerned when shifting the load from one point to another about achieving movement free of oscillations. Here, the Neurointerface may be regarded as a black box that takes commands from the crane operator (desired trajectory of the load) and provides the necessary actions (actuation on each degree of freedom of the crane) in order to provide a smooth load movement.

Human control of robotic systems is another potential application area for the Neurointerface idea. Fig. 1.6 shows a robot arm that can be controlled by an operator with a three dimensional joystick. This joystick is not spring loaded, so that when the operator 's hand releases it, the joystick retains its position in three dimensions. The objective is to position the base of the robot's effector so that its coordinates $x$,

**EXHIBIT 1**

Reproduced with permission of the copyright owner.  Further reproduction prohibited without permission.



Figure 1.5: Fixed tower crane.

**EXHIBIT 1**
Reproduced with permission of the copyright owner.  Further reproduction prohibited without permission.



Figure 1.6: Multi-joint robot arm.

$y$, and $z$ correspond respectively to the three dimensional positioning of the joystick. Thus, the motion of the effector will be proportional to the motion of the joystick.

Three command inputs come from the coordinates of position of the joystick. This is the input to the Neurointerface. Three outputs of the Neurointerface are sent to the robot, whose torques $\tau_1$, $\tau_2$, and $\tau_3$ will be proportional to the respective three Neurointerface output signals. These torques cause the robot arm effector to take the selected position in $x$, $y$, $z$-space.

## 1.3    Contributions

The significant contributions of the author include the following.

1. **Two Neurointerface configurations**: This work introduces the concept of Neurointerface and describes two different Neurointerface configurations, the feedforward and the state-feedback configurations.

2. **Learning methods for Neurointerface training**: Two learning methods are

**EXHIBIT 1**
Reproduced with permission of the copyright owner.  Further reproduction prohibited without permission.

developed for Neurointerface training, one for Neurointerfaces with the feedfor-
ward configuration, and another for Neurointerfaces with the state-feedback
configuration. In the latter case, disturbance effects are included in the training
process to ensure stability of the resulting dynamic system (Neurointerface and
plant).

3. **Two Neurointerface applications**: The Neurointerface with the feedforward
   configuration is used to back up a truck with two trailers under human direction.
   With the state-feedback configuration, the Neurointerface is used for the human
   control of a two-degree-of-freedom construction crane. The "truck backer" and
   the construction crane applications are demonstrated by computer simulation.
   Details of a physical implementation of the truck backer with a small radio-
   controlled truck and trailers are described.

4. **Application of the Ellipsoid Algorithm (EA) for Neurointerface train-
   ing and for general approximation problems with NNs**: Chapter 5 de-
   scribes the center-cut EA and its application to Neurointerface training. Ap-
   pendix B shows how to use EA for general approximation problems with NNs.

**EXHIBIT 1**
Reproduced with permission of the copyright owner.  Further reproduction prohibited without permission.

# Chapter 2

# Feedforward Configuration

This chapter introduces the principles regarding the use of Neurointerfaces for the feedforward control of nonlinear unstable plants. In the previous Chapter, Fig 1.1 shows the Neurointerface connected to the plant in the feedforward configuration. In this case, the Neurointerface acts as an inverse of a nonlinear plant to be controlled. It serves as a trainable interface between the plant and a human operator. It can be trained so that when it is cascaded with the plant, the overall plant response closely approximates the human command input.

In a strict sense, nonlinear plants do not have inverses. Yet, an adaptive filter based on NNs can be trained to be a best least squares inverse of a nonlinear plant. Once converged, the Neurointerface makes a good approximate inverse, even for input signals other than the training signals. Use of a Neurointerface makes it easy for the human operator to control or direct a nonlinear plant.

Using the plant equations, off-line automatic learning algorithms are developed for training the weights of the Neurointerface. If the plant is subject to disturbance, adaptive disturbance canceller circuits are used to minimize the effect.

The equations of the plant are assumed to be known. This is the case for the backing truck and trailers of Fig. 1.4. The kinematic equations for the motion of the truck and double trailers are derived from geometric considerations in Appendix C. Regarding the schematic diagram of the truck and trailers shown in Fig. 2.1, these equations are:

10

EXHIBIT 1
Reproduced with permission of the copyright owner.  Further reproduction prohibited without permission.

$$\frac{\partial \theta_2}{\partial t} = v \left( \frac{\sin \theta_2}{L2} + \frac{\tan \theta_1}{L1} \right) \tag{2.1}$$

$$\frac{\partial \theta_3}{\partial t} = v \left( -\frac{\sin \theta_2}{L2} + \frac{\cos \theta_2 \sin \theta_3}{L3} \right),$$

where $v$ is the backing speed of the truck (the average speed of the truck's rear wheels) and $L1$, $L2$ and $L3$ are, respectively, the effective lengths of the truck, and the first and second trailers.



Figure 2.1: Schematic diagram of a truck and two trailers.

The truck backer is an interesting example. It represents the control of a nonlinear unstable system. Our goal is to control nonlinear unstable systems under human direction.

If the plant is unstable, it must first be stabilized by feedback [11] [12] [13]. This can be done in many cases by making use of negative state-feedback with fixed gains. The idea is illustrated in Fig. 2.2.

In Fig. 2.2, the plant is represented in state-space form. The plant is a single input, single output system. The heavy lines carry the state variables as vector signals. The box C is a linear combiner with fixed weights that converts the plant

**EXHIBIT 1**
Reproduced with permission of the copyright owner.  Further reproduction prohibited without permission.



Figure 2.2: The plant state space representation, including stabilization feedback.

state variables into the plant output. The box K is another linear combiner with
fixed weights that converts the state variables into a scalar stabilizing signal. For the
truck backer example, the state variables are $\theta_2$ and $\theta_3$. The plant output variable to
be controlled is simply $\theta_3$. The plant input is the steering angle $\theta_1$ of the front wheels
of the truck.

The plant input is the output of the Neurointerface (see Fig. 1.1). The input
command to the Neurointerface controls the trajectory of the truck and trailers. A
constant input causes backing along a circle of fixed radius. A sudden step change
of the input command causes backing along a circle of a different fixed radius, after
a transient takes place and dies out. A zero command input causes backing along a
straight line, after transients die out.

For the truck backer, controlling angle $\theta_3$, the angle between the two trailers,
would be sufficient to control the trajectory. If the angle $\theta_1$ of the truck front wheels
is controlled to achieve and maintain the correct fixed value of $\theta_3$, the desired motion
along a circle of fixed radius would occur, after transients die out. Thus, the truck
backer is a Single-Input Single-Output (SISO) system.

**EXHIBIT 1**
Reproduced with permission of the copyright owner.  Further reproduction prohibited without permission.

## 2.1 Training

A block diagram illustrating the training of the Neurointerface is shown in Fig. 2.3. The Neurointerface is adapted so that the cascade of it and an exact model of the plant would have the same response as a chosen reference model. Assuming that the plant is minimum phase and controllable[1], ideally, the Neurointerface would develop into an inverse of the plant if the reference model were a unit gain, and if there were no limits on the absolute maximum values of the Neurointerface output signals applied to the plant input. However, the Neurointerface can only generate bounded output signals (continuous or not), and the corresponding plant output signals are always continuous and with certain time-response features. Thus, the cascade of the trained Neurointerface and plant can not behave like a unit gain block. For this reason, in Fig. 2.3, the reference model block is regarded as a general dynamic system (to be defined by the designer) incorporating the essential (desired) time-response features of the trained Neurointerface plus plant. An example of an essential time-response feature would be a time delay in the plant response. Because the Neurointerface control system is causal, it can not eliminate plant delays, and indeed, the reference model would incorporate the same delay or more in its time-response specifications. In Fig. 2.3, the reference model block is usually regarded as a linear dynamic system. With the truck backer, for instance, a reference model with a double pole has been used, giving exponential transients with step changes in the reference model input. The idea of reference models was initialized by Draper and Li [14] in 1951 and has been widely used since then.

Training the Neurointerface is done off line. A noise input to the Neurointerface is used in the training process. This noise signal is also used to drive the input of the reference model. The output of the reference model is compared with the plant output, and the difference is an error signal that is to be minimized by adjusting the weights of the NN in the Neurointerface. As long as the error signal is zero or thereabouts, the indication is that the Neurointerface weights are properly adjusted, that is, the dynamic response of the cascade of the Neurointerface and plant closely

---

[1]Here, the plant is assumed to be controllable in the operating region it is supposed to work.

**EXHIBIT 1**
Reproduced with permission of the copyright owner.  Further reproduction prohibited without permission.



Figure 2.3: Off-line learning process for training the Neurointerface.

matches that of the reference model. The structure of the Neurointerface is shown in
Fig. 1.2.

In order to adapt the weights of the Neurointerface, an error signal at the Neu-
rointerface output is needed. What is available however is the error signal at the
output of the plant model. In order to get the appropriate error signal for adapt-
ing the Neurointerface, it is necessary to "backpropagate" the available error signal
through the known equations of the plant model. The basic ideas are explained in
the Prentice-Hall book "Adaptive Inverse Control" by Widrow and Walach [5], pages
480–484. The specific details of how this is done are given next.

The SISO nonlinear plant of Fig. 2.2 which is to be controlled by the Neurointer-
face is described by the following discrete-time state space equations

$$x_k = f(x_{k-1}, u_k - K^T x_{k-1}), \quad k = \mathcal{T} + 1, \dots, \mathcal{K} + \mathcal{T}, \; x_{\mathcal{T}} \text{ specified} \qquad (2.2)$$
$$y_k = C^T x_k.$$

The variable $k$ is the time index, $\mathcal{T}$ is the initial time, and $\mathcal{K} + \mathcal{T}$, the final time.
Vector $x_k \in \mathbb{R}^{n_x}$ represents the state variables, and $x_{\mathcal{T}}$ (initial values for the state

**EXHIBIT 1**
Reproduced with permission of the copyright owner.  Further reproduction prohibited without permission.

variables) is assumed to be known. $u_k \in \mathbb{R}$ is the plant input, and $y_k$ is the plant output. Function $f : \mathbb{R}^{n_x} \times \mathbb{R} \longrightarrow \mathbb{R}^{n_x}$ is assumed to be analytic and $f(0,0) = 0$. The plant is considered to be Lagrangian stable (bounded states) [15]. If this is not the case, it is assumed that the feedback gain $K \in \mathbb{R}^{n_K}$ makes the plant Lagrangian stable in an open bounded region containing the origins of the state space and plant input.

The Neurointerface (see Fig. 1.2) is described by the equation

$$u_k = g(R_k, w), \tag{2.3}$$

$$\text{where } R_k \overset{\Delta}{=} \left[ \begin{array}{cccc} r_k & r_{k-1} & \dots & r_{k-n_R+1} \end{array} \right]^T \in \mathbb{R}^{n_R}.$$

Signal $r_k \in \mathbb{R}$ is the Neurointerface command input, and signal $u_k \in \mathbb{R}$, the Neurointerface output. Vector $w \in \mathbb{R}^{n_w}$ represents the weights of the feedforward NN. The components of the vector $R_k$ represent the signals generated by the Neurointerface's tapped delay line. They are connected to the feedforward NN inputs as shown in Fig. 1.2.

Refer to Fig. 2.3. During the training phase, the Neurointerface output, $u_k$, is connected directly to the plant model input (also denoted by $u_k$), and the goal is to adapt the weight vector $w$ step-by-step so the mean-square error,

$$\widehat{J} = \frac{1}{\mathcal{K}} \sum_{k=\mathcal{T}+1}^{\mathcal{T}+\mathcal{K}} e_k^2, \quad e_k \overset{\Delta}{=} d_k - y_k, \tag{2.4}$$

defined in a time window of $\mathcal{K}$ samples, is reduced. The signal $d_k$ is the reference model output, and is the desired signal that the plant output $y_k$ is suppose to follow at each $k$. The following constrained optimization problem reflects this idea:

$$\text{minimize } \widehat{J} \tag{2.5}$$

subject to equations 2.2 and 2.3

for $k = \mathcal{T}+1, \dots, \mathcal{K} + \mathcal{T}$, and $x_{\mathcal{T}}$ specified.

**EXHIBIT 1**
Reproduced with permission of the copyright owner. Further reproduction prohibited without permission.

CHAPTER 2. FEEDFORWARD CONFIGURATION                                      16

Using Lagrangian multipliers [9], equation 2.5 can be represented as an uncon-
strained optimization problem in the form,

$$\text{minimize } J = \frac{1}{\mathcal{K}} \sum_{k=\mathcal{T}+1}^{\mathcal{T}+\mathcal{K}} e_k^2 + \sum_{k=\mathcal{T}+1}^{\mathcal{T}+\mathcal{K}} \beta_k \left( u_k - g(R_k, w) \right) + \quad (2.6)$$

$$\sum_{k=\mathcal{T}+1}^{\mathcal{T}+\mathcal{K}} \lambda_k^T \left( x_k - f(x_{k-1}, u_k - K^T x_{k-1}) \right) +$$

$$+ \sum_{k=\mathcal{T}+1}^{\mathcal{T}+\mathcal{K}} \delta_k \left( y_k - C^T x_k \right)$$

and the objective is to calculate the gradient $\frac{\partial J}{\partial w}$ so $w$ can be adjusted using a small
step $\triangle w$ in the direction of $-\frac{\partial J}{\partial w}$. This will reduce the value of the mean-square
error defined in equation 2.4. The optimization variables are now, (a) the Lagrangian
multipliers $\beta_k, \delta_k \in \mathbb{R}$ and $\lambda_k \in \mathbb{R}^{n_x}$, and (b) the state variables $x_k$, the plant input
$u_k$, the plant output $y_k$, and the weight vector $w$.

The gradient $\frac{\partial J}{\partial w}$ is given by

$$\frac{\partial J}{\partial w} = - \sum_{k=\mathcal{T}+1}^{\mathcal{T}+\mathcal{K}} \beta_k \frac{\partial g(R_k, w)}{\partial w}. \quad (2.7)$$

In order to compute it, one must calculate the values of $\beta_k$, $k = \mathcal{T} + 1, \ldots, \mathcal{T} + \mathcal{K}$.
They are obtained by applying the optimality conditions,

$$\frac{\partial J}{\partial \beta_k} = \frac{\partial J}{\partial \delta_k} = \frac{\partial J}{\partial \lambda_k} = \frac{\partial J}{\partial x_k} = \frac{\partial J}{\partial u_k} = \frac{\partial J}{\partial y_k} = 0, \quad (2.8)$$

to equation 2.6. As a result, the plant model equations need to be computed for $\mathcal{K}$
samples of the time window. They are:

$$u_k = g(R_k, w), \quad (2.9)$$
$$x_k = f(x_{k-1}, u_k - K^T x_{k-1}),$$
$$y_k = C^T x_k$$
$$k = \mathcal{T}+1, \ldots, \mathcal{T} + \mathcal{K}, \text{ and } x_\mathcal{T} \text{ specified.}$$

Likewise, the Lagrangian variables are also computed in the same time window.
First, $\delta_k$ is computed using the error signal $e_k$ and the following equation:

**EXHIBIT 1**
Reproduced with permission of the copyright owner. Further reproduction prohibited without permission.

$$\delta_k = \frac{2}{\mathcal{K}} e_k, \; k = \mathcal{T}+1, \ldots, \mathcal{K}+\mathcal{T}. \tag{2.10}$$

Second, $\lambda_k$ is computed through a recursive equation running backwards in time:

$$\lambda_k = \left( \frac{\partial f(x_k, u_{k+1} - K^T x_k)}{\partial x_k} \right)^T \lambda_{k+1} + \delta_k C, \tag{2.11}$$

$$\text{for } k = \mathcal{K} + \mathcal{T} - 1, \ldots, \mathcal{T}+1 \text{ and } \lambda_{\mathcal{K}+\mathcal{T}} = \delta_{\mathcal{K}+\mathcal{T}} C$$

Finally, the values of $\beta_k$, $k = \mathcal{T}+1, \ldots, \mathcal{T}+\mathcal{K}$ are computed through the following equation:

$$\beta_k = \lambda_k^T \left( \frac{\partial f(x_{k-1}, u_k - K^T x_{k-1})}{\partial u_k} \right), \tag{2.12}$$

With these values, it is possible to compute the gradient $\frac{\partial J}{\partial w}$ using equation 2.7. The Lagrangian multiplier $\beta_k$ is the "error" signals referred to the output of the Neurointerface, needed to adapt it.

The following algorithm summarizes the steps necessary to compute the gradient $\frac{\partial J}{\partial w}$.

*Algorithm* 1: Given $R_k$ and $d_k$ for $k = \mathcal{T}+1, \ldots, \mathcal{T}+\mathcal{K}$; given $x_\mathcal{T}$ and $w$;

1. for $k = \mathcal{T}+1, \ldots, \mathcal{T}+\mathcal{K}$, compute:

$$u_k = g(R_k, w)$$
$$x_k = f(x_{k-1}, u_k - K^T x_{k-1})$$
$$y_k = C^T x_k$$
$$\delta_k = \frac{2}{\mathcal{K}} e_k$$

2. for $k = \mathcal{K}+\mathcal{T}-1, \ldots, \mathcal{T}+1$ and $\lambda_{\mathcal{K}+\mathcal{T}} = \delta_{\mathcal{K}+\mathcal{T}} C$, compute:

$$\lambda_k = \left( \frac{\partial f(x_k, u_{k+1} - K^T x_k)}{\partial x_k} \right)^T \lambda_{k+1} + \delta_k C$$

EXHIBIT 1

Reproduced with permission of the copyright owner. Further reproduction prohibited without permission.

3. for $k = \mathcal{T}+1, \ldots, \mathcal{T} + \mathcal{K}$, compute:

$$\beta_k = \lambda_k^T \left( \frac{\partial f(x_{k-1}, u_k - K^T x_{k-1})}{\partial u_k} \right)$$

4. compute the gradient $\frac{\partial J}{\partial w}$:

$$\frac{\partial J}{\partial w} = - \sum_{k=\mathcal{T}+1}^{\mathcal{T}+\mathcal{K}} \beta_k \frac{\partial g(R_k, w)}{\partial w}$$

The gradient $\frac{\partial J}{\partial w}$ is a moving average of the $\mathcal{K}$ samples in the window. With its value, the weight vector $w$ can be updated using the equation:

$$\triangle w = -\alpha \frac{\partial J}{\partial w}^T , \quad \alpha > 0, \tag{2.13}$$

where $\alpha$ is a small positive number.

Once the Neurointerface is trained, it can be used to control the plant. Fig. 2.4 shows a trained Neurointerface connected to the plant. In the Neurointerface block, The term "copy" is used to emphasize that the Neurointerface is trained off-line using the plant model, and afterwards, a digital copy of the trained Neurointerface is used to drive the real plant. The human command input to the Neurointerface causes the plant output to respond as if the cascade of Neurointerface and plant were equivalent to the reference model.

## 2.2   Plant Disturbance

An important subject is that of plant disturbance. The configuration of Neurointerface and plant of Fig. 1.1 does not show this. In fact, if plant disturbance were present, it would be apparent to the human operator who in some cases might be able to modify the command input in order to counteract the disturbance. Generally, this would not be easy for the operator to do because of the effects of inherent delay in the plant dynamic response. Some other means for dealing with plant disturbance without requiring action on the part of the human operator would be desirable.

**EXHIBIT 1**
Reproduced with permission of the copyright owner.  Further reproduction prohibited without permission.



Figure 2.4: The trained Neurointerface connected to the plant.

A method for cancelling plant disturbance without affecting the plant dynamics
is taught in Chapter 8 of the 1998 Prentice-Hall book by Widrow and Walach [5].
The method can be applied to Neurointerface control. The idea is illustrated by the
block diagram of Fig. 2.5. The following is a brief explanation. A full description is
given in the reference.

Refer now to Fig. 2.5. It can be seen that once again a copy of the Neurointerface
is used to drive the plant. This diagram is more complicated than that of Fig. 2.4
however because it includes an adaptive disturbance canceller.

In Fig. 2.5, both the plant and an exact model of the plant are driven by the
Neurointerface output. The output of the plant model, which is disturbance free, is
subtracted from the plant output. The difference is pure plant disturbance, referred
to the plant output. The plant disturbance is fed to the box labeled Q (copy). This
is a digital copy of a nonlinear filter represented by the symbol Q. The box Q is a
SISO nonlinear adaptive filter that is trained by an off-line process (see Fig. 2.6) to
be a best least squares inverse of the plant. After the off-line training, the weights
of Q are copied into Q (copy). The output of Q (copy) is subtracted from the plant
input in Fig. 2.5, but not subtracted from the plant model input. It is shown in the
Widrow, Walach reference that if the plant is linear, this feedback noise canceller is
optimal, and that it reduces the plant disturbance observed at the plant output to
the lowest level physically possible in the least squares sense. This optimality has not

**EXHIBIT 1**
Reproduced with permission of the copyright owner.  Further reproduction prohibited without permission.

Case 8:18-cv-02001-JVS-JDE   Document 286-1   Filed 06/07/21   Page 41 of 135   Page ID #:16403



Figure 2.5: A Neurointerface connected to a plant with a disturbance canceller.

EXHIBIT 1
Reproduced with permission of the copyright owner.  Further reproduction prohibited without permission.



Figure 2.6: Training the filter Q for use in the plant disturbance canceller.

been proven yet for nonlinear systems, but simulation experiments have shown the
adaptive canceller to be highly effective. In any event, because the driven response of
the plant and the plant model are identical, subtracting their outputs to obtain the
disturbance signal to drive Q (copy) and to obtain feedback results in a feedback loop
with zero gain around it. Thus, the disturbance canceller does not affect the dynamic
response of the plant, whether the plant is linear or nonlinear. The training of the
box Q, shown in Fig. 2.6, uses training noise to effect a learning process that makes
the cascade of Q and the plant model behave as best possible in the least square sense
like a piece of wire, i.e. a unit gain. The training process is identical to that used
in Fig 2.3 to train the Neurointerface. Both the filter Q and the Neurointerface are
configured like the nonlinear adaptive filter shown in Fig. 1.2.

If the filter Q is an exact inverse of the plant, then the plant disturbance will be
perfectly cancelled. This will never happen perfectly however, because there must
always be at least one sample time of delay around the loop. Also, any delay in the
plant will prevent Q from being a perfect inverse of the plant. In the linear case,
if the plant is nonminimum phase, Q can not be a perfect inverse, but the adaptive
disturbance canceller is nevertheless optimal. In the nonlinear case, optimality is
plausible but yet unproven.

**EXHIBIT 1**
Reproduced with permission of the copyright owner.  Further reproduction prohibited without permission.

# Chapter 3

# The Truck Backer-Upper

Application of the Neurointerface control described in Chapter 2 has been made to the truck backer-upper [16]. This was done in two ways, by computer simulation and with a physical toy truck and trailer that is approximately 1.5 meters long. Backing the truck and trailers is not a "toy" problem however. The author has had many discussions with professional truck drivers, and has discovered that no human driver has the skill to back up a tandem, a truck and two trailers. The trailers must be uncoupled before backing one at a time.

The trailer-truck system is a continuous plant as shown in equation 2.1. During the Neurointerface training, the plant is regarded as a discrete-time system. Thus, to apply the off-line training procedure described in Chapter 2 (Algorithm 1) to both Neurointerface and disturbance canceller circuit, it is necessary to discretize the continuous plant. Two discretization methods were used. In step 1 (one) of Algorithm 1, the plant simulation was done using a fourth order Runge-Kutta method [17] [18], so that the simulation results could reflect as closely as possible, the dynamical behavior of the trailer-truck continuous model. In steps 2 (two) and 3 (three), the partial derivatives $\frac{\partial f}{\partial x_k}$ and $\frac{\partial f}{\partial u_k}$ were computed from a discrete version of the continuous plant obtained from Euler's method. This was done to make the computation of the partial derivatives simpler. This introduced some small numerical errors during the computation of the Lagrangian multipliers, $\beta_k$ and $\lambda_k$, which in turn might have slightly changed the final solution for the weight vector $w$. However, once the training

22

EXHIBIT 1
Reproduced with permission of the copyright owner. Further reproduction prohibited without permission.

algorithm converged (to a local optimum), the discrete plant simulation response in
step 1 closely matched that of the continuous plant model.

The results of a typical simulation experiment are shown in Figs. 3.1 and 3.2. In
Fig. 3.1, the backing trajectory of the truck and trailers is shown. This trajectory
results from application of a sinusoidal command input, plotted in Fig. 3.2 (a). The
command input exercises control over the plant variable $\theta_3$. This is the plant output,
and it is also plotted in Fig. 3.2 (a). The motion of $\theta_3$ versus time should match the
response of the reference model if it too were driven by the command input. This
response has been computed, and it is also plotted in Fig. 3.2 (a). These plots are
quite similar. This indicates that the nonlinear Neurointerface, trained by the scheme
of Fig. 2.3 (in accord with Algorithm 1 and equation 2.13), when cascaded with the
nonlinear plant model of Fig. 2.2, has a response that fairly closely matches that of
the linear reference model.

The truck steering angle is plotted versus time in Fig. 3.2 (b). This strange
steering function causes the backing trajectory of Fig. 3.1 and the angle $\theta_3$ response
plotted in Fig. 3.2 (a). It is small wonder that a human driver can not back up a
tandem.

In this simulation, the total length of the truck and trailers was 1.5 meters, and
the truck was backing at a constant speed of 1 meter per second. The sampling
rate for the simulation was 50 samples per second. For the off-line computations to
obtain the Neurointerface and the filter Q, the moving average window in each case
contained $\mathcal{K} = 10$ samples.

In the above described experiment, there was no plant disturbance. The same
experiment was repeated with a fairly violent plant disturbance to test the disturbance
canceller of Fig. 2.5. The command input, the plant response, and the computed
response of the reference model are plotted in Fig. 3.3 (a). The truck steering angle
is plotted versus time in Fig 3.3 (b). The jitter in steering angle which was needed
to compensate for the plant disturbance is very evident. In spite of the disturbance,
the system remains stable and does not jackknife. The backing trajectory is shown in
Fig. 3.4. The disturbance has caused the truck to take a different course. A human
controlling the truck could have kept the truck on course, if he wished, without

**EXHIBIT 1**
Reproduced with permission of the copyright owner.  Further reproduction prohibited without permission.

needing to worry about jackknifing.

Experiments with the toy truck under human steering command have been done. Instead of a computer generated sinusoidal command input, manual steering commands have been inputted to the Neurointerface by means of a small steering wheel connected to a radio transmitter. The received command input was fed to a Neurointerface implemented by an Intel 486 battery-operated computer. The QNX® real-time operating system [19] was used by the computer. All programming was done in the C language. The output of the Neurointerface drove a servo that steered the front wheels of the truck by controlling the steering angle $\theta_1$. A photograph of the scale-model truck and trailers is shown in Fig. 3.5.

Operation of the scale-model truck and trailers worked like the computer simulation. It was easy to steer the truck and two trailers, even while backing at high speed.

Fig. 3.6 shows the controls in the cab of a large trailer-truck, with a Neurointerface installed for backing one or more trailers. The steering wheel, the clutch, the brake pedal, the accelerator pedal, and the gearshift are conventional. The operation of the truck going forward is conventional. For backing, steering is done with a Neurointerface whose command input comes from a joystick that may be mounted conveniently on the dashboard or close thereto. While backing, the driver operates the joystick. Pushing it left makes the rear of the farthest away trailer curve left, pushing it right makes the rear of the farthest away trailer curve right. The steering wheel and steering column will be turning under the control of the Neurointerface. The driver should keep his hand on the joystick, and keep hands off the steering wheel when backing with the Neurointerface.

**EXHIBIT 1**
Reproduced with permission of the copyright owner.  Further reproduction prohibited without permission.



Figure 3.1: Trajectory of truck and trailers.

EXHIBIT 1
Reproduced with permission of the copyright owner. Further reproduction prohibited without permission.



Figure 3.2: Time plots of truck backer. (a) Command input, reference model output, and angle $\theta_3$. (b) Steering angle $\theta_1$.

**EXHIBIT 1**
Reproduced with permission of the copyright owner.  Further reproduction prohibited without permission.



Figure 3.3: Time plots of truck backer with disturbance. (a) Command input, reference model output, and angle $\theta_3$. (b) Steering angle $\theta_1$.

**EXHIBIT 1**
Reproduced with permission of the copyright owner.  Further reproduction prohibited without permission.



Figure 3.4: Trajectory of truck and trailers with disturbance.

EXHIBIT 1
Reproduced with permission of the copyright owner.  Further reproduction prohibited without permission.



Figure 3.5: Scale-model truck with double trailer.



Figure 3.6: Cab of a large trailer-truck.

EXHIBIT 1

Reproduced with permission of the copyright owner.  Further reproduction prohibited without permission.

# Chapter 4

# State-Feedback Configuration

This Chapter aims at showing the training of Neurointerfaces with state feedback. In the feedforward configuration described in Chapter 2, feedback is solely provided by the human operator. Disturbance effects are minimized through an additional adaptive circuit (disturbance canceller).

Another Neurointerface configuration can be constructed in accord with the block diagram of Fig. 4.1. It is a state-feedback configuration, where the Neurointerface may be thought of as a form of inverse of the plant that also acts as a plant disturbance canceller. As a result, plant inversion and plant disturbance cancelling are achieved by using a single NN. Feedback is not only provided by the human operator, but also by the plant state variables. The human operator senses and observes the plant output and changing the command input as required, so a combination of state feedback and command input signals result into a desired plant response.

With the state-feedback configuration, the Neurointerface topology is combinatorial (feedforward NN) with no tapped delay line. The effect of memory comes from the state feedback instead of from tapped delay lines.

The training of Neurointerfaces with state-feedback follows a similar approach to that of the feedforward configuration presented in Chapter 2. The goal is to solve a constrained optimization problem or an optimal control problem, where given a certain number of command input trajectories and their desired plant responses (training trajectories), the optimization procedure finds a set of weights for the Neurointerface,

30

EXHIBIT 1
Reproduced with permission of the copyright owner. Further reproduction prohibited without permission.



Figure 4.1: The Neurointerface state-feedback configuration.

so the feedback system follows an optimal path that minimizes the plant output er-
ror signal (desired plant response minus plant response).  The idea is to provide a
sufficient number of training trajectories so the Neurointerface, after its training, can
perform well for command input signals other than the training signals.

It becomes clear that such an alternative raises questions regarding stability of
the resulting dynamic system (Neurointerface and Plant).  Note that, in general,
optimality does not imply stability.  Therefore, if one finds a Neurointerface realization
that steers the plant through a trained optimal path, there is no guaranty that small
deviations from this path will not lead the plant to unstable behavior.

It is a well known result in the theory of stability that the combination of dynamic
systems through feedback may lead to a resulting system that is unstable under the
effect of disturbances (perturbed motion), regardless if its behavior is stable for the
unperturbed motion [20] [21].  Because real-world dynamic systems are usually af-
fected by disturbances, it is not difficult to accept that disturbances or even different
command trajectories provided by the human operator may cause the resulting feed-
back system to deviate from its trained path and to be put it in an undesirable

**EXHIBIT 1**
Reproduced with permission of the copyright owner.  Further reproduction prohibited without permission.

unstable configuration. In this sense, if one wants to provide a technique for design-
ing Neurointerfaces with state feedback that offers stable motion under the effect of
disturbances, he or she must include disturbance effects in the training procedure.

This work presents a method for the design of Neurointerfaces with state feedback,
where the cost function used for its off-line training includes a term that "measures"
how sensitive the system is to arbitrary disturbances. With a suitable design, it
is possible to obtain a Neurointerface that when connected to the plant makes the
resulting feedback system have simpler dynamic characteristics and makes it stable
to plant disturbances.

## 4.1   Optimality Does Not Imply Stability

This section has the objective of showing the effects of state feedback to the solution
of optimal control problems. Neurointerface training (both feedforward and feedback
configurations) can be likened to a nonlinear optimal control problem design where
the goal is to find a set of NN weights so the plant output error signal is minimized.

We start first by defining a conventional optimal control problem and by show-
ing that due to dimensionality problems, it can be solved much more efficiently if
converted to a parameter optimization problem with state feedback. In this case,
however, optimal solutions may not necessarily be stable ones. An example of an
unstable optimal solution for a nonlinear feedback system is provided.

### 4.1.1   Conventional Optimal Control Problem

For many optimal control problems [22] [23] [24], the objective is to determine an
optimal trajectory for the controls (control policy), so the dynamic system goes from
a given initial state to some final state, following a path that minimizes a predefined
cost function.

Consider, for instance, the case of a continuous dynamic system (plant):

$$\dot{x} = f(x(t), u(t)) = f(x, u) \tag{4.1}$$

**EXHIBIT 1**
Reproduced with permission of the copyright owner.  Further reproduction prohibited without permission.

It is described by a state vector $x(t)$ at each time $t$, and the choice of a control vector $u(t)$ determines the time rate of change of $x(t)$. In a typical control problem, we want to find a trajectory (sometimes referred to as a time history) of $u(t)$ for $t_0 \leq t \leq t_f$ to minimize a cost function

$$J = \int_{t_0}^{t_f} L(x, u, t)dt, \qquad (4.2)$$

subject to 4.1 with $t_0$, $t_f$, and $x(t_0) = x0$ specified.

Many nonlinear control problems associated with robots [25] [26], aircraft and spacecraft [27], etc, can be cast in the form of the optimal control problem defined by equations 4.1 and 4.2. Very often, they require the computation of control policies for a large number of optimal path trajectories. These systems are supposed to follow complicated trajectories, each one having different initial and final conditions. This leads to large memory requirements to store the different optimal control trajectories for $u(t)$. Storing optimal control trajectories for a first-order system may require an entire book; for a second-order system an entire shelf of books; for a third-order system a room of bookcases; for a fourth-order system an entire library, etc. Bellman [28] called this the "curse of dimensionality".

## 4.1.2   Parameter Optimization Problem

An interesting alternative is to come up with an optimal controller that uses state feedback to compute control trajectories (see [29] and [30] for state-feedback optimal control with NNs). Thus, the optimal control problem becomes a parameter optimization problem, where the objective is to find a good set of parameters, here represented by the vector $w$, that make a given controller realization,

$$u(t) = C(x(t), w), \qquad (4.3)$$

to generate the optimal control trajectories through state feedback. Obviously, in this case, the final result does not depend solely on the cost function and the plant, but also on the chosen realization for the optimal controller.

A side effect of a such an alternative is that the resulting dynamic system (optimal controller and plant) may be unstable under the effect of perturbations. To see this,

**EXHIBIT 1**
Reproduced with permission of the copyright owner.  Further reproduction prohibited without permission.

CHAPTER 4.  STATE-FEEDBACK CONFIGURATION                                   34

consider the second-order nonlinear plant (adapted from [15]) described by:

$$\dot{x_1} = x_1(t)^3 + x_1(t)x_2(t)^2 - x_1(t) + u_1(t) \tag{4.4}$$
$$\dot{x_2} = x_2(t)^3 + x_1(t)^2 x_2(t) - x_2(t) + u_2(t)$$

with $x_1, x_2, u_1, u_2 \in \mathbb{R}$, $x_1(0) = 0$ and $x_2(0) = 1$.

We choose a linear topology for the controller $C$,

$$u_1(t) = w_1 x_1(t) + w_2 x_2(t) \tag{4.5}$$
$$u_2(t) = w_3 x_1(t) + w_4 x_2(t)$$

and the goal is to find $w = [\; w_1 \quad w_2 \quad w_3 \quad w_4 \;]^T$, so the cost function,

$$J = \int_0^{2\pi} (\sin t - x_1(t))^2 + (\cos t - x_2(t))^2 dt, \tag{4.6}$$

is minimized. Figure 4.2.(a) shows a block diagram of the resulting feedback control
system.



Figure 4.2: (a) Feedback system used for optimal control. (**C**) is the optimal controller
and (**P**) is the nonlinear plant. (b) Phase portrait of the unperturbed motion.

A possible optimal solution for this problem is $w_1 = w_4 = 0$, $w_2 = 1$, and $w_3 = -1$.
Note that at this point, we are not concerned with the method used for solving the
optimal control problem. This is why we have chosen one with a closed-form solution.

**EXHIBIT 1**
Reproduced with permission of the copyright owner.  Further reproduction prohibited without permission.

In fact, this set of weights makes the cost function $J = 0$, and as a result, the phase portrait of $x_1 \times x_2$ is a perfect unitary circle as shown in Fig. 4.2.(b). However, this same feedback system, when subject to small perturbations, is unstable. To see this, apply the transformation $r(t) = \sqrt{x_1(t)^2 + x_2(t)^2}$ to the system of 4.4, and the resulting dynamic equation is given by

$$\dot{r} = r(t)^3 - r(t), \tag{4.7}$$

which has an unstable equilibrium at $r = 1$. Clearly, this is an example where optimality does not imply stability.

Optimal control problems are usually solved through iterative methods. Although, in this example, a stable optimal solution for the controller $C$ may exist, there is no guaranty that at the end of the iterative procedure for determining $w$, the resulting optimum solution will be stable.

## 4.2  Neurointerface Training

The specific details of how the Neurointerface is trained, for the feedback-state configuration shown in Fig. 4.1, are given here. For generality, the mathematical derivations are done for MIMO (Multi-Input Multi-Output) systems, and indeed, the truck backer system, the construction crane, and the robot arm can all be regarded as possible applications for the general Neurointerface MIMO control system of Fig. 4.1.

### 4.2.1  Preliminaries

Refer now to Fig. 4.1. The plant can be described by the following discrete-time state-space model

$$\begin{aligned}
x_k &= f(x_{k-1}, u_k), \ \ k = \mathcal{T}+1, \ldots, \mathcal{K} + \mathcal{T}, \ \ x_\mathcal{T} \text{ specified} \\
y_k &= h(x_k).
\end{aligned} \tag{4.8}$$

Vector $x_k \in \mathbb{R}^{n_x}$ represents the state variables, $u_k \in \mathbb{R}^{n_u}$ is the plant input, $y_k \in \mathbb{R}^{n_y}$ is the plant output. The variable $k$ is the time index, $\mathcal{T}$ is the initial time, and

**EXHIBIT 1**

Reproduced with permission of the copyright owner.  Further reproduction prohibited without permission.

$\mathcal{K} + \mathcal{T}$, the final time. Functions $f : \mathbb{R}^{n_x} \times \mathbb{R}^{n_u} \longrightarrow \mathbb{R}^{n_x}$ and $h : \mathbb{R}^{n_x} \longrightarrow \mathbb{R}^{n_y}$ are assumed to be analytic.

The Neurointerface is described by equation

$$u_k = g(r_k, x_{k-1}, w), \tag{4.9}$$

$$\text{where } r_k \in \mathbb{R}^{n_r}, \ w \in \mathbb{R}^{n_w}.$$

Vector signal $r_k$ is the Neurointerface command input, and vector signal $u_k$, the Neurointerface output. Vector $w$ represents the weights of the feedforward neural network. This Neurointerface topology has no tapped delay lines and the effect of memory comes from the state feedback.

For a given initial condition, $x_{\mathcal{T}} = x0$, a vector of weights $w$, and command input signals $r_k$, equations 4.8 and 4.9 will describe a trajectory (motion) for the system of Fig. 4.1 that will be unique. Because the equations contain no disturbance signals, they are referred to as the undisturbed dynamic equations for the Neurointerface control system of Fig. 4.1.

To train the Neurointerface with the state-feedback configuration, it is necessary to include stability considerations in the training procedure. By including disturbance signal inputs in the plant model, a term in the cost function is incorporated that "measures" how sensitive the system is to a family of arbitrary disturbances. Hence, if it is possible to come up with a Neurointerface realization that makes the cost function "small" after the training procedure, the solution will not only offer "good" performance but also a dynamic behavior that will be stable for a given family of disturbance trajectories.

The plant dynamic equations with disturbance are obtained assuming that the plant is subject to arbitrary disturbance signals, $p_k \in \mathbb{R}^{n_x}$, entering affinely in the plant state-space model:

$$\widetilde{x}_k = f(\widetilde{x}_{k-1}, \widetilde{u}_k) + p_k, \ \ k = \mathcal{T}+1, \ldots, \mathcal{K} + \mathcal{T}, \ \ \widetilde{x}_{\mathcal{T}} \text{ specified} \tag{4.10}$$

$$\widetilde{y}_k = h(\widetilde{x}_k).$$

**EXHIBIT 1**
Reproduced with permission of the copyright owner.  Further reproduction prohibited without permission.

*CHAPTER 4.   STATE-FEEDBACK CONFIGURATION* 37

The Neurointerface is also affected by the disturbance signals because of the state feedback. As a result, the Neurointerface equation becomes

$$\widetilde{u}_k = g(r_k, \widetilde{x}_{k-1}, w). \tag{4.11}$$

The state vector, $\widetilde{x}_k$, the plant output, $\widetilde{y}_k$, and the plant input (Neurointerface output), $\widetilde{u}_k$, represent the motion of the plant and Neurointerface under the effect of the disturbance signal, $p_k$. Equations 4.10 and 4.11 are referred to as the disturbed dynamic equations for the Neurointerface control system of Fig. 4.1.

The disturbance trajectories for $p_k$ are represented by $\rho^{(i)}$, where the index $i$ specifies a trajectory from a family of trajectories $\mathcal{P}$. Using set notation,

$$\rho^{(i)} \triangleq \left\{ p_k^{(i)} : k = \mathcal{T}+1, \ldots, \mathcal{K} + \mathcal{T} \right\}, \tag{4.12}$$
$$\mathcal{P} \triangleq \left\{ \rho^{(i)} : i = 1, 2, \ldots, \mathcal{I} \right\},$$

and

$$p_k^{(i)} \in \rho^{(i)} \in \mathcal{P}. \tag{4.13}$$

Because $\rho^{(i)}$ can be an arbitrary trajectory in $\mathcal{P}$, it is expected that for every distinct $\rho^{(i)}$, a new trajectory will take place in the feedback system (Neurointerface and plant). Therefore, for a given disturbance trajectory $\rho^{(i)}$, the resulting plant state-space trajectory, plant output trajectory, and plant input trajectory are represented by $\rho_x^{(i)}$, $\rho_y^{(i)}$, and $\rho_u^{(i)}$. For a given $\mathcal{P}$, the family of all possible trajectories $\rho_x^{(i)}$, $\rho_y^{(i)}$, and $\rho_u^{(i)}$ are represented by $\mathcal{X}$, $\mathcal{Y}$, and $\mathcal{U}$. To be more specific,

$$\rho_x^{(i)} \triangleq \left\{ \widetilde{x}_k^{(i)} : k = \mathcal{T}+1, \ldots, \mathcal{K} + \mathcal{T} \right\}, \tag{4.14}$$
$$\mathcal{X} \triangleq \left\{ \rho_x^{(i)} : i = 1, 2, \ldots, \mathcal{I} \right\},$$

$$\rho_y^{(i)} \triangleq \left\{ \widetilde{y}_k^{(i)} : k = \mathcal{T}+1, \ldots, \mathcal{K} + \mathcal{T} \right\}, \tag{4.15}$$
$$\mathcal{Y} \triangleq \left\{ \rho_y^{(i)} : i = 1, 2, \ldots, \mathcal{I} \right\}.$$

$$\rho_u^{(i)} \triangleq \left\{ \widetilde{u}_k^{(i)} : k = \mathcal{T}+1, \ldots, \mathcal{K} + \mathcal{T} \right\}, \tag{4.16}$$
$$\mathcal{U} \triangleq \left\{ \rho_u^{(i)} : i = 1, 2, \ldots, \mathcal{I} \right\}.$$

**EXHIBIT 1**
Reproduced with permission of the copyright owner.  Further reproduction prohibited without permission.

and,

$$p_k^{(i)} \in \rho^{(i)} \in \mathcal{P} \Rightarrow \tilde{x}_k^{(i)} \in \rho_x^{(i)} \in \mathcal{X}, \ \tilde{y}_k^{(i)} \in \rho_y^{(i)} \in \mathcal{Y}, \text{ and } \tilde{u}_k^{(i)} \in \rho_u^{(i)} \in \mathcal{U}. \quad (4.17)$$

Based on the previous equation, it is possible to conclude that if for a given $\mathcal{P}$,

$$\left\| x_k - \tilde{x}_k^{(i)} \right\| \leq \alpha, \ \ i = 1, 2, \dots, \mathcal{I}, \ \ k = \mathcal{T}+1, \dots, \mathcal{K} + \mathcal{T}$$

then the undisturbed dynamic equations 4.10 and 4.11 will be stable with respect to the set $\mathcal{P}$. The constant $\alpha$ is a small positive number, and $\|\cdot\|$ is a norm function defined in the usual way.

### 4.2.2   Training

The Neurointerface in Fig. 4.1 is trained in accord with the diagram shown in Fig. 4.3. The Neurointerface is considered to be driving the plant model without disturbance. Copies of the same Neurointerface are used to drive copies of the plant model, each one subject to a different disturbance trajectory. The plant model output is compared to the reference model output. The resulting error signal measures the distance between the undisturbed trajectories and the reference model output trajectories. All of the plant model copies have their outputs compared to the plant output model. In this case, each error signal measures the sensitivity of the Neurointerface and the plant model to the corresponding disturbance trajectory.

In order to adapt the weights of the Neurointerface, the "error signals" at the outputs of the Neurointerface and Neurointerface copies are needed. What is available however are the error signals at the outputs of the plant model and plant model copies. In order to get the appropriate error signals for adapting the Neurointerface, it is necessary to "backpropagate" the available error signals through the known equations of the plant model. This is indicated in Fig. 4.3 by the dashed lines through the plant model and plant model copy boxes.

During the Neurointerface training, the goal is to adapt the weight vector $w$ step-by-step so the cost function,

$$\hat{J} = \frac{1}{\mathcal{K}} \sum_{k=\mathcal{T}+1}^{\mathcal{T}+\mathcal{K}} e_k^T e_k + \frac{1}{\mathcal{IK}} \sum_{i=1}^{\mathcal{I}} \sum_{k=\mathcal{T}+1}^{\mathcal{T}+\mathcal{K}} \left( \tilde{e}_k^{(i)} \right)^T \tilde{e}_k^{(i)}, \ e_k \triangleq d_k - y_k, \ \tilde{e}_k^{(i)} \triangleq y_k - \tilde{y}_k^{(i)} \quad (4.18)$$

**EXHIBIT 1**
Reproduced with permission of the copyright owner.  Further reproduction prohibited without permission.



Figure 4.3: Off-line learning process for training the Neurointerface with state feedback.

**EXHIBIT 1**
Reproduced with permission of the copyright owner. Further reproduction prohibited without permission.

defined in a time window of $\mathcal{K}$ samples, is reduced.

The signal $d_k \in \mathbb{R}^{n_y}$ is the reference model output, and is the desired signal that the plant output $y_k$ is suppose to follow at each time $k$. The first term in the cost function is the plant output mean-square error, and "measures" the distance between the undisturbed trajectory and desired trajectory. The second term in the cost function "measures" how sensitive the resulting nonlinear system (plant plus Neurointerface) is to all of the disturbances. By minimizing this term, the undisturbed trajectory will be stable to a given family of disturbances $\mathcal{P}$. Note that, although we use a mean-square error cost function, the results to be derived here can also be easily extended to more general cost functions. Particularly, the states can be included in the cost function by considering a new plant model output $z_k \triangleq \begin{bmatrix} y_k & x_k \end{bmatrix}^T$. For a more general quadratic cost function, the plant output transformation $z_k \triangleq P^{1/2}y_k$, $P = P^T$, $P > 0$ can be used. The positive definite matrix $P$ is used to emphasize certain directions (defined by the designer) of the plant output space.

The complete optimization problem representing the Neurointerface training is given by:

$$\text{minimize } \widehat{J} \tag{4.19}$$

subject to

$$\left.\begin{array}{l} u_k = g(r_k, x_{k-1}, w) \\ x_k = f(x_{k-1}, u_k) \\ y_k = h(x_k) \end{array}\right\} \text{ undisturbed}$$

$$\left.\begin{array}{l} \widetilde{u}_k^{(i)} = g(r_k, \widetilde{x}_{k-1}^{(i)}, w) \\ \widetilde{x}_k^{(i)} = f(\widetilde{x}_{k-1}^{(i)}, \widetilde{u}_k^{(i)}) + p_k^{(i)} \\ \widetilde{y}_k^{(i)} = h(\widetilde{x}_k^{(i)}) \end{array}\right\} \text{ disturbed}$$

$p_k^{(i)} \in \rho^{(i)} \in \mathcal{P}$, $i = 1, 2, \ldots, \mathcal{I}$, $k = \mathcal{T}+1, \ldots, \mathcal{K} + \mathcal{T}$, and $x_{\mathcal{T}} = \widetilde{x}_{\mathcal{T}}^{(i)}$ specified

**EXHIBIT 1**
Reproduced with permission of the copyright owner.  Further reproduction prohibited without permission.

*CHAPTER 4.  STATE-FEEDBACK CONFIGURATION*                                    41

Using Lagrangian multipliers [9], equation 4.19 can be represented as an uncon-strained optimization problem in the form,

$$
\text{minimize } J = \frac{1}{\mathcal{K}} \sum_{k=\mathcal{T}+1}^{\mathcal{T}+\mathcal{K}} e_k^T e_k + \frac{1}{\mathcal{I}\mathcal{K}} \sum_{i=1}^{\mathcal{I}} \sum_{k=\mathcal{T}+1}^{\mathcal{T}+\mathcal{K}} \left(\widetilde{e}_k^{(i)}\right)^T \widetilde{e}_k^{(i)} + \tag{4.20}
$$
$$
\sum_{k=\mathcal{T}+1}^{\mathcal{T}+\mathcal{K}} \lambda_k^T \left(x_k - f(x_{k-1}, u_k)\right) +
$$
$$
\sum_{k=\mathcal{T}+1}^{\mathcal{T}+\mathcal{K}} \beta_k^T \left(u_k - g(r_k, x_{k-1}, w)\right) +
$$
$$
\sum_{k=\mathcal{T}+1}^{\mathcal{T}+\mathcal{K}} \delta_k^T \left(y_k - h(x_k)\right) +
$$
$$
\sum_{i=1}^{\mathcal{I}} \sum_{k=\mathcal{T}+1}^{\mathcal{T}+\mathcal{K}} \left(\widetilde{\lambda}_k^{(i)}\right)^T \left(\widetilde{x}_k^{(i)} - f(\widetilde{x}_{k-1}^{(i)}, \widetilde{u}_k^{(i)}) - p_k^{(i)}\right) +
$$
$$
\sum_{i=1}^{\mathcal{I}} \sum_{k=\mathcal{T}+1}^{\mathcal{T}+\mathcal{K}} \left(\widetilde{\beta}_k^{(i)}\right)^T \left(\widetilde{u}_k^{(i)} - g(r_k, \widetilde{x}_{k-1}^{(i)}, w)\right) +
$$
$$
\sum_{i=1}^{\mathcal{I}} \sum_{k=\mathcal{T}+1}^{\mathcal{T}+\mathcal{K}} \left(\widetilde{\delta}_k^{(i)}\right)^T \left(\widetilde{y}_k^{(i)} - h(\widetilde{x}_k^{(i)})\right),
$$

and the objective is to calculate the gradient $\frac{\partial J}{\partial w}$ so $w$ can be adjusted using a small step $\triangle w$ in the direction of $-\frac{\partial J}{\partial w}$. This will reduce the value of the cost function defined in equation 4.18. The optimization variables are now the Lagrangian multipliers $\beta_k, \widetilde{\beta}_k^{(i)} \in \mathbb{R}^{n_u}$, $\delta_k, \widetilde{\delta}_k^{(i)} \in \mathbb{R}^{n_y}$ and $\lambda_k, \widetilde{\lambda}_k^{(i)} \in \mathbb{R}^{n_x}$, the state variables $x_k$ and $\widetilde{x}_k^{(i)}$, the plant inputs $u_k$ and $\widetilde{u}_k^{(i)}$, the plant outputs $y_k$ and $\widetilde{y}_k^{(i)}$, and the weight vector $w$.

The gradient $\frac{\partial J}{\partial w}$ is given by

$$
\frac{\partial J}{\partial w} = -\sum_{k=\mathcal{T}+1}^{\mathcal{T}+\mathcal{K}} \beta_k^T \frac{\partial g(r_k, x_{k-1}, w)}{\partial w} - \sum_{i=1}^{\mathcal{I}} \sum_{k=\mathcal{T}+1}^{\mathcal{T}+\mathcal{K}} \left(\widetilde{\beta}_k^{(i)}\right)^T \frac{\partial g(r_k, \widetilde{x}_{k-1}^{(i)}, w)}{\partial w}. \tag{4.21}
$$

In order to compute it, one must calculate the values of $\beta_k$ and $\widetilde{\beta}_k^{(i)}$ for $k = \mathcal{T} + 1, \ldots, \mathcal{T} + \mathcal{K}$, and $i = 1, 2, \ldots, \mathcal{I}$. They are obtained by applying the optimality

**EXHIBIT 1**
Reproduced with permission of the copyright owner.  Further reproduction prohibited without permission.

CHAPTER 4. STATE-FEEDBACK CONFIGURATION                                          42

conditions,

$$\frac{\partial J}{\partial \beta_k} = \frac{\partial J}{\partial \delta_k} = \frac{\partial J}{\partial \lambda_k} = \frac{\partial J}{\partial x_k} = \frac{\partial J}{\partial u_k} = \frac{\partial J}{\partial y_k} = 0, \tag{4.22}$$

$$\frac{\partial J}{\partial \widetilde{\beta}_k^{(i)}} = \frac{\partial J}{\partial \widetilde{\delta}_k^{(i)}} = \frac{\partial J}{\partial \widetilde{\lambda}_k^{(i)}} = \frac{\partial J}{\partial \widetilde{x}_k^{(i)}} = \frac{\partial J}{\partial \widetilde{u}_k^{(i)}} = \frac{\partial J}{\partial \widetilde{y}_k^{(i)}} = 0$$

to equation 4.20. As a result, the plant model and Neurointerface equations for the undisturbed and disturbed trajectories need to be computed for $\mathcal{K}$ samples of the time window. They are:

$$\left. \begin{array}{l} u_k = g(r_k, x_{k-1}, w) \\ x_k = f(x_{k-1}, u_k) \\ y_k = h(x_k) \end{array} \right\} \text{ undisturbed} \tag{4.23}$$

$$\left. \begin{array}{l} \widetilde{u}_k^{(i)} = g(r_k, \widetilde{x}_{k-1}^{(i)}, w) \\ \widetilde{x}_k^{(i)} = f(\widetilde{x}_{k-1}^{(i)}, \widetilde{u}_k^{(i)}) + p_k^{(i)} \\ \widetilde{y}_k^{(i)} = h(\widetilde{x}_k^{(i)}) \end{array} \right\} \text{ disturbed}$$

$p_k^{(i)} \in \rho^{(i)} \in \mathcal{P}$, $i = 1, 2, \dots, \mathcal{I}$, $k = \mathcal{T}+1, \dots, \mathcal{K}+\mathcal{T}$, and $x_{\mathcal{T}} = \widetilde{x}_{\mathcal{T}}^{(i)}$ specified

Likewise, the Lagrangian variables are also computed in the same time window. First, $\delta_k$ and $\widetilde{\delta}_k^{(i)}$ are computed using the error signals $e_k$ and $\widetilde{e}_k^{(i)}$, and the following equations:

$$\widetilde{\delta}_k^{(i)} = \frac{2}{I\mathcal{K}} \widetilde{e}_k^{(i)}, \quad i = 1, 2, \dots, \mathcal{I}, \quad k = \mathcal{T}+1, \dots, \mathcal{T}+\mathcal{K} \tag{4.24}$$

$$\delta_k = \frac{2}{\mathcal{K}} e_k - \sum_{i=1}^{\mathcal{I}} \widetilde{\delta}_k^{(i)}, \quad k = \mathcal{T}+1, \dots, \mathcal{T}+\mathcal{K} \tag{4.25}$$

Second, $\lambda_k$ and $\widetilde{\lambda}_k^{(i)}$ are computed through recursive equations running backwards in time:

$$\lambda_k = \left[ \left( \frac{\partial f(x_k, u_{k+1})}{\partial x_k} \right) + \left( \frac{\partial f(x_k, u_{k+1})}{\partial u_{k+1}} \right) \left( \frac{\partial g(r_{k+1}, x_k, w)}{\partial x_k} \right) \right]^T \lambda_{k+1} \tag{4.26}$$

$$+ \left( \frac{\partial h(x_k)}{\partial x_k} \right)^T \delta_k,$$

$$\text{for } k = \mathcal{K}+\mathcal{T}-1, \dots, \mathcal{T}+1 \text{ and } \lambda_{\mathcal{K}+\mathcal{T}} = \left( \frac{\partial h(x_{\mathcal{K}+\mathcal{T}})}{\partial x_{\mathcal{K}+\mathcal{T}}} \right)^T \delta_{\mathcal{K}+\mathcal{T}}$$

**EXHIBIT 1**
Reproduced with permission of the copyright owner.  Further reproduction prohibited without permission.

CHAPTER 4.  STATE-FEEDBACK CONFIGURATION                                    43

$$\widetilde{\lambda}_k^{(i)} = \left[ \left( \frac{\partial f(\widetilde{x}_k^{(i)}, \widetilde{u}_{k+1}^{(i)})}{\partial \widetilde{x}_k^{(i)}} \right) + \left( \frac{\partial f(\widetilde{x}_k^{(i)}, \widetilde{u}_{k+1}^{(i)})}{\partial \widetilde{u}_{k+1}^{(i)}} \right) \left( \frac{\partial g(r_{k+1}, \widetilde{x}_k^{(i)}, w)}{\partial \widetilde{x}_k^{(i)}} \right) \right]^T \widetilde{\lambda}_{k+1}^{(i)} \quad (4.27)$$

$$+ \left( \frac{\partial h(\widetilde{x}_k^{(i)})}{\partial \widetilde{x}_k^{(i)}} \right)^T \widetilde{\delta}_k^{(i)},$$

for $k = \mathcal{K} + \mathcal{T} - 1, \ldots, \mathcal{T}+1$, $i = 1, 2, \ldots, \mathcal{I}$, and $\widetilde{\lambda}_{\mathcal{K}+\mathcal{T}}^{(i)} = \left( \frac{\partial h(\widetilde{x}_{\mathcal{K}+\mathcal{T}}^{(i)})}{\partial \widetilde{x}_{\mathcal{K}+\mathcal{T}}^{(i)}} \right)^T \widetilde{\delta}_{\mathcal{K}+\mathcal{T}}^{(i)}$

Finally, the values of $\beta_k$ and $\widetilde{\beta}_k^{(i)}$, $k = \mathcal{T}+1, \ldots, \mathcal{T}+\mathcal{K}$, $i = 1, 2, \ldots, \mathcal{I}$ are computed through the following equations:

$$\beta_k = \left( \frac{\partial f(x_{k-1}, u_k)}{\partial u_k} \right)^T \lambda_k, \tag{4.28}$$

$$\widetilde{\beta}_k^{(i)} = \left( \frac{\partial f(\widetilde{x}_{k-1}^{(i)}, \widetilde{u}_k^{(i)})}{\partial \widetilde{u}_k^{(i)}} \right)^T \widetilde{\lambda}_k^{(i)}, \tag{4.29}$$

With these values, it is possible to compute the gradient $\frac{\partial J}{\partial w}$ using equation 4.21. The Lagrangian multipliers $\beta_k$ and $\widetilde{\beta}_k^{(i)}$ are the "error" signals referred to the output of the Neurointerface and Neurointerface copies, needed to adapt the Neurointerface weights.

The following algorithm summarizes the steps necessary to compute the gradient $\frac{\partial J}{\partial w}$.

$Algorithm$ 2: Given $w$; given $r_k$, and $d_k$, $k = \mathcal{T}+1, \ldots, \mathcal{T} + \mathcal{K}$; given a family of disturbance trajectories $\mathcal{P}$, with $p_k^{(i)} \in \rho^{(i)} \in \mathcal{P}$, $i = 1, 2, \ldots, \mathcal{I}$, $k = \mathcal{T}+1, \ldots, \mathcal{T}+\mathcal{K}$; given $\widetilde{x}_{\mathcal{T}}^{(i)}, i = 1, 2, \ldots, \mathcal{I}$, and $x_{\mathcal{T}}$, with $\widetilde{x}_{\mathcal{T}}^{(i)} = x_{\mathcal{T}}$;

**EXHIBIT 1**
Reproduced with permission of the copyright owner.  Further reproduction prohibited without permission.

1. for $k = \mathcal{T}+1, \ldots, \mathcal{T} + \mathcal{K}$, compute:

$$\left.\begin{aligned}
u_k &= g(r_k, x_{k-1}, w) \\
x_k &= f(x_{k-1}, u_k) \\
y_k &= h(x_k)
\end{aligned}\right\} \text{ undisturbed,}$$

$$\left.\begin{aligned}
\widetilde{u}_k^{(i)} &= g(r_k, \widetilde{x}_{k-1}^{(i)}, w) \\
\widetilde{x}_k^{(i)} &= f(\widetilde{x}_{k-1}^{(i)}, \widetilde{u}_k^{(i)}) + p_k^{(i)} \\
\widetilde{y}_k^{(i)} &= h(\widetilde{x}_k^{(i)})
\end{aligned}\right\} \text{ disturbed,}$$

$$p_k^{(i)} \in \rho^{(i)} \in \mathcal{P},\, i = 1, 2, \ldots, \mathcal{I}.$$

and compute:

$$\widetilde{\delta}_k^{(i)} = \frac{2}{I\mathcal{K}} \widetilde{e}_k^{(i)}, \quad i = 1, 2, \ldots, \mathcal{I}.$$

$$\delta_k = \frac{2}{\mathcal{K}} e_k - \sum_{i=1}^{\mathcal{I}} \widetilde{\delta}_k^{(i)}.$$

2. for $k = \mathcal{K} + \mathcal{T} - 1, \ldots, \mathcal{T}+1,\, \lambda_{\mathcal{K}+\mathcal{T}} = \left(\frac{\partial h(x_{\mathcal{K}+\mathcal{T}})}{\partial x_{\mathcal{K}+\mathcal{T}}}\right)^T \delta_{\mathcal{K}+\mathcal{T}}$, and

$\widetilde{\lambda}_{\mathcal{K}+\mathcal{T}}^{(i)} = \left(\frac{\partial h(\widetilde{x}_{\mathcal{K}+\mathcal{T}}^{(i)})}{\partial \widetilde{x}_{\mathcal{K}+\mathcal{T}}^{(i)}}\right)^T \widetilde{\delta}_{\mathcal{K}+\mathcal{T}}^{(i)},\, i = 1, 2, \ldots, \mathcal{I}$, compute:

$$\begin{aligned}
\lambda_k &= \left[\left(\frac{\partial f(x_k, u_{k+1})}{\partial x_k}\right) + \left(\frac{\partial f(x_k, u_{k+1})}{\partial u_{k+1}}\right)\left(\frac{\partial g(r_{k+1}, x_k, w)}{\partial x_k}\right)\right]^T \lambda_{k+1} \\
&\quad + \left(\frac{\partial h(x_k)}{\partial x_k}\right)^T \delta_k.
\end{aligned}$$

$$\begin{aligned}
\widetilde{\lambda}_k^{(i)} &= \left[\left(\frac{\partial f(\widetilde{x}_k^{(i)}, \widetilde{u}_{k+1}^{(i)})}{\partial \widetilde{x}_k^{(i)}}\right) + \left(\frac{\partial f(\widetilde{x}_k^{(i)}, \widetilde{u}_{k+1}^{(i)})}{\partial \widetilde{u}_{k+1}^{(i)}}\right)\left(\frac{\partial g(r_{k+1}, \widetilde{x}_k^{(i)}, w)}{\partial \widetilde{x}_k^{(i)}}\right)\right]^T \widetilde{\lambda}_{k+1}^{(i)} \\
&\quad + \left(\frac{\partial h(\widetilde{x}_k^{(i)})}{\partial \widetilde{x}_k^{(i)}}\right)^T \widetilde{\delta}_k^{(i)}, \\
&\quad\quad i = 1, 2, \ldots, \mathcal{I}.
\end{aligned}$$

**EXHIBIT 1**
Reproduced with permission of the copyright owner.  Further reproduction prohibited without permission.

3. for $k = \mathcal{T}+1, \ldots, \mathcal{T} + \mathcal{K}$, compute:

$$\beta_k = \left( \frac{\partial f(x_{k-1}, u_k)}{\partial u_k} \right)^T \lambda_k,$$

$$\widetilde{\beta}_k^{(i)} = \left( \frac{\partial f(\widetilde{x}_{k-1}^{(i)}, \widetilde{u}_k^{(i)})}{\partial \widetilde{u}_k^{(i)}} \right)^T \widetilde{\lambda}_k^{(i)}, i = 1, 2, \ldots, \mathcal{I}.$$

4. Compute the gradient $\frac{\partial J}{\partial w}$:

$$\frac{\partial J}{\partial w} = -\sum_{k=\mathcal{T}+1}^{\mathcal{T}+\mathcal{K}} \beta_k^T \frac{\partial g(r_k, x_{k-1}, w)}{\partial w} - \sum_{i=1}^{\mathcal{I}} \sum_{k=\mathcal{T}+1}^{\mathcal{T}+\mathcal{K}} \left( \widetilde{\beta}_k^{(i)} \right)^T \frac{\partial g(r_k, \widetilde{x}_{k-1}^{(i)}, w)}{\partial w}.$$

The gradient $\frac{\partial J}{\partial w}$ is a moving average over the $\mathcal{K}$ samples in the window. Having its value, the weight vector $w$ can be updated using equation 2.13. Another possible alternative is to compute $\frac{\partial J}{\partial w}$ for a fixed window of $\mathcal{K}$ samples, and then use iteratively the Ellipsoid Algorithm [7] [8] to find the best value for the weight vector $w$. The Ellipsoid Algorithm (EA) will be described in the next chapter, and will be applied to the training of a Neurointerface with state-feedback.

Once the Neurointerface is trained, it can be used to control the plant. Referring to Fig. 4.1, the human command input to the Neurointerface causes the plant output to respond as if the cascade of Neurointerface and plant were equivalent to the reference model. The inclusion of disturbance signals during the training process makes the cascade of Neurointerface and plant stable.

**EXHIBIT 1**

Reproduced with permission of the copyright owner.  Further reproduction prohibited without permission.

# Chapter 5

# Neurointerface Training with EA

A very important concern when training a Neurointerface is its convergence properties. The weights are updated at each step of the training method using the cost function gradient (see Algorithm 1, Chapter 2, and Algorithm 2, Chapter 4) and equation 2.13 (updating rule). The changes in the weights are made in the negative direction of the gradient using a small fraction of the gradient modulus. The idea is that by iterating the updating rule, the weights will converge to either a local or global optimum. A global optimum is always found for convex optimization problems. Unfortunately, the Neurointerface training problem is nonconvex and its convergence depends on a number of factors, including the settings of the updating rule parameter. Hence, the convergence of such a process, using the updating rule in equation 2.13, is highly case dependent.

An interesting alternative to the updating rule in equation 2.13 is the Ellipsoid Algorithm (EA), first described by Shor [7] and Nemirovskii and Yudim [8] in the 1970s. This algorithm uses a standard updating rule for the optimization variables (weights), where the only information used from the cost function gradient is its direction. Because no information about the gradient modulus is used in an EA iteration, no parameter in the updating rule need to be adjusted. Also, EA assumes that the optimum solution is always inside a $n_w$-dimensional ellipsoid ($n_w$ is the dimension of the weight vector) that decreases its volume each step of the method. Thus, it is very unlikely the solution will diverge.

46

**EXHIBIT 1**
Reproduced with permission of the copyright owner.  Further reproduction prohibited without permission.

# 5.1  Standard Updating Rule Versus Ellipsoid Algorithm

The updating rule in equation 2.13 relies on the assumption that the optimum values for the weights can be computed through iteration. Unfortunately, this is not always the case in Neurointerface training (nonconvex optimization problem).

To understand this fact, consider the unconstrained nonlinear optimization problem in the form

$$\text{Minimize } J(w) \tag{5.1}$$
$$J : \mathbb{R}^{n_w} \to \mathbb{R}.$$

Assume that $J(w)$ is differentiable and that its derivative with respect to $w$ is given by $\frac{\partial J(w)}{\partial w} : \mathbb{R}^{n_w} \to \mathbb{R}^{1 \times n_w}$. If $w_{opt}$ is an optimum solution for the optimization problem of 5.1, then

$$\left( \left. \frac{\partial J(w)}{\partial w} \right|_{w=w_{opt}} \right)^T \triangleq \left( \frac{\partial J(w_{opt})}{\partial w_{opt}} \right)^T = 0. \tag{5.2}$$

Multiplying 5.2 by a real scalar $\alpha$ and adding $w_{opt}$ to both sides of 5.2, we get

$$w_{opt} = w_{opt} + \alpha \left( \frac{\partial J(w_{opt})}{\partial w_{opt}} \right)^T. \tag{5.3}$$

Obviously, equation 5.3 implies 5.2 and hence, 5.3 can be relaxed to

$$w = w + \alpha \left( \frac{\partial J(w)}{\partial w} \right)^T \triangleq h(w). \tag{5.4}$$

If $h(\cdot)$ is a contraction in $w \in \mathbb{W} \subset \mathbb{R}^{n_w}$, where $\mathbb{W}$ is a closed set, then it is possible to compute the unique solution for $w = w_{opt}$ through a difference equation (updating rule) in the form

$$w_{k+1} = h(w_k) = w_k + \alpha \left( \frac{\partial J(w_k)}{\partial w_k} \right)^T, \tag{5.5}$$

**EXHIBIT 1**

Reproduced with permission of the copyright owner.  Further reproduction prohibited without permission.

given any initial condition $w_0 = w0 \in \mathbb{W}$ [31]. Using the Mean-value Theorem, it is straightforward to show that a sufficient condition for $h(\cdot)$ to be a contraction in $w$ is

$$\sup_{w \in \mathbb{W}} \left\| I + \alpha \frac{\partial^2 J}{\partial w^2} \right\| < 1, \tag{5.6}$$

where $\|\cdot\|$ is a norm defined in the usual way, $I$ is the identity matrix, and $\frac{\partial^2 J}{\partial w^2}$ is the Hessian of $J$.

Therefore, if $\frac{\partial^2 J}{\partial w^2}$ is positive definite in $\mathbb{W}$, i.e. $J$ is locally convex, it is always possible to find a value of $\alpha$ so equation 5.6 holds. Obviously, it is not difficult to conclude that if $J(w)$ is not locally convex, the simple updating rule defined in 5.5 may or may not converge to a local optimum solution.

Because the resulting cost function associated with Neurointerface training problems are usually nonconvex for points far from a local optimum, it is possible that the updating rule, defined in equation 5.5, leads to unstable weight trajectories. Several techniques are used to enlarge the region where the updating rule is a contraction in $w$ (for NN training, refer to [2], [32], [33], [34], and for nonlinear optimization in general, refer to [35], [36], [37]). Generally, the order of the updating rule is increased and so is the number of parameters other than $\alpha$ to be adjusted. As a result, the conventional updating rule methods end up having a major problem: the final result is highly dependent on the initial values for the optimization variables, as well as the updating rule parameter settings. As mentioned before, the solution may even diverge in some cases.

The EA is an interesting alternative to conventional optimization methods. It assumes that the optimum solution is always inside a $n_w$-dimensional ellipsoid that decreases its volume with each iteration of the method. Thus, it is very unlikely that the solution will diverge. Originally, its application was to convex optimization problems. One of the first applications of EA is described in [38], wherein Khachian used the method to show that there is a polynomial-time algorithm for linear programming. Many authors have suggested modifications to EA for linear programming. However, there is a consensus that EA is not competitive with the recent interior-point methods [39], or even with the simplex method.

**EXHIBIT 1**

Reproduced with permission of the copyright owner. Further reproduction prohibited without permission.

Despite its inefficiency for convex programming in general, its extension to non-linear programming has been shown to be competitive. An interesting work that discusses the efficiency of EA for nonlinear programming has been reported by Ecker and Kupferschmid [40], wherein the computational results obtained from experimenting with EA are discussed and its performance is compared with that of a widely used commercial code.

For general nonconvex problems, EA provides no guaranty of convergence to a optimum solution, and although it is rare to occur, the final solution may also converge to nonstationary points. Also, the final solution still depends on the initial values of the optimization variables. However, since the updating procedure at each iteration of EA does not follow a continuous path, the optimization variables are adjusted with some degree of "randomness". This increases the robustness of the final solution with respect to the initial values of the optimization variables.

This Chapter uses the center-cut EA for the training of a Neurointerface with state feedback (see Chapter 4). The same ideas can also be extended for the training of Neurointerfaces operating with the feedforward configuration described in Chapter 2. The basic center-cut EA as well as a simple approximation problem are presented in the next section. A more elaborate approximation problem using multilayer feedforward NN and the center-cut EA is shown in Appendix B. The basic center-cut EA, as well as several extensions and variations can be found in [41] and [42].

## 5.2  The Center-Cut Ellipsoid Algorithm

A $n_w$-dimensional ellipsoid $E_k$, $k = 1, 2, \ldots$, can be described as

$$E_k \triangleq E(w_k, A_k) = \left\{ z \mid (z - w_k) A_k^{-1} (z - w_k) \le 1 \right\} \tag{5.7}$$
$$w_k, z \in \mathbb{R}^{n_w}, A_k = A_k^T > 0$$

$w_k$ is the center of the ellipsoid $E_k$. The positive definite matrix $A_k$ parametrizes the volume and orientation of $E_k$.

We now consider the unconstrained minimization problem described in equation 5.1. Assuming that a minimizing point of 5.1, $w_{\text{opt}}$, exists and that a $n_w$-dimensional

**EXHIBIT 1**
Reproduced with permission of the copyright owner.  Further reproduction prohibited without permission.

ellipsoid $E_0$ can be found so that $w_{\mathrm{opt}} \in E_0$, EA generates a decreasing sequence of ellipsoids in $\mathbb{R}^{n_w}$. If $J(\cdot)$ is locally convex in $E_0$, then each ellipsoid in the sequence is guaranteed to contain a minimizing point of 5.1.

Suppose that an ellipsoid $E_k$ in the sequence is guaranteed to contain a minimizer of $J(\cdot)$. Then, a hyperplane $H_k$ is constructed so that the intersection of one of its half-spaces with $E_k$ contains $w_{\mathrm{opt}}$. The ellipsoid $E_{k+1}$ is the minimum volume ellipsoid that contains this intersection. If the hyperplane $H_k$ passes through the center of the ellipsoid $E_k$, then $E_{k+1}$ is referred to as the center-cut ellipsoid. If $H_k$ passes between the center of $E_k$ and $w_{\mathrm{opt}}$, then $E_{k+1}$ is called the deep-cut ellipsoid.

The center-cut algorithm is the simplest implementation of EA. For nonconvex problems, its performance does not differ much from the deep-cut EA, and indeed, it is the only implementation used in this work. The basic steps of the center-cut EA are described through the following algorithm (also found in [41]):

*Algorithm* 3: Center-Cut Ellipsoid Algorithm - given a cost function $J(w)$, an ellipsoid $E_0$ (as defined in equation 5.7) containing a minimizer $w_{\mathrm{opt}}$ for $J$, and a small positive number $\varepsilon$; set $k = 0$ and repeat:

1. Evaluate $\frac{\partial J}{\partial w}$ at $w_k$;

2. if $\sqrt{\frac{\partial J}{\partial w} A_k \frac{\partial J}{\partial w}^T} < \varepsilon$, an approximation for $w_{\mathrm{opt}}$ is $w_k$ and the algorithm ends;

3. else, generate the new ellipsoid $E_{k+1}$ in the following manner:

   (a) compute $\widetilde{g}_k = \frac{\partial J}{\partial w}^T \Big/ \sqrt{\frac{\partial J}{\partial w} A_k \frac{\partial J}{\partial w}^T}$, a normalized vector normal to the hyperplane $H_k$;

   (b) compute $w_{k+1} = w_k - \frac{1}{n_w+1} A_k \widetilde{g}_k$, the center of the new ellipsoid $E_{k+1}$, and the new matrix $A_{k+1} = \frac{n_w^2}{n_w^2-1}\left(A_k - \frac{2}{n_w+1} A_k \widetilde{g}_k \widetilde{g}_k^T A_k\right)$;

   (c) increment $k$ and go to step 1;

Figure 5.1 shows how the center-cut EA calculates the ellipsoid $E_{k+1}$ from a given $E_k$ and $\frac{\partial J}{\partial w}$.

**EXHIBIT 1**
Reproduced with permission of the copyright owner.  Further reproduction prohibited without permission.



Figure 5.1: An iteration of the center-cut EA. The shaded area represents the intersection of the ellipsoid $E_k$ with one of the half-spaces of $H_k$. $E_{k+1}$ is the smallest volume ellipsoid containing this shaded area.

## 5.2.1   An Example

In order to illustrate how EA works, we consider the problem of training a single-input-single-output NN with 2 (two) weights as depicted in Fig. 5.1.(a). The "unknown" mapping to be approximated by the NN is here represented by the following function:

$$y = h(x) = \tanh(0.5x) + \tanh(1.3x) \tag{5.8}$$
$$-2 < x < 2$$

The training set $\mathbb{S}$ is obtained by discretizing $x$ in 20 (twenty) points, $x_t$, $t = 1, 2, \ldots, 20$, evenly spaced in the interval $[-2, 2]$, and computing their corresponding image points, $y_t$, through equation 5.8.

$$\mathbb{S} = \left\{ (x_t, y_t) : x_t = \left( \frac{4(t-1)}{19} - 2 \right), y_t = h(x_t), t = 1, 2, \ldots, 20 \right\} \tag{5.9}$$

For simplicity, we assume the NN equation has its description identical to the unknown mapping, that is,

$$\widehat{y} = \tanh(w_1 x) + \tanh(w_2 x), \tag{5.10}$$

**EXHIBIT 1**
Reproduced with permission of the copyright owner.  Further reproduction prohibited without permission.

and the goal is to find $w = [w_1 \ w_2]^T$ that minimizes the cost function

$$J = \frac{1}{20} \sum_{t=1}^{20} (e_t)^2 \qquad (5.11)$$

$$\text{where } e_t = y_t - \widehat{y}_t.$$

$\widehat{y}_t$ is the value of the NN output computed at $x_t$.

Obviously, a minimizer for the cost function in 5.11 is $w_{\text{opt}} = [\ 0.5 \ \ 1.5\ ]^T$. EA is started with the ellipsoid $E_0$ set to a circle of radius 2 about $w_0 = [\ 0 \ \ 3\ ]^T$. For $\varepsilon = 0.0001$, EA converged to an approximate solution for 5.11 after 34 iterations. Figure 5.2.(b) shows a sequence of NN weights (the centers of the ellipsoids $E_k$, $k = 1, 2, \ldots$) generated during the training process. The values for the cost function $J$, as well as for the volume of the ellipsoid $E_k$, at each iteration of EA, are shown respectively in Fig. 5.2, part (c) and (d). Note that, although the cost function $J$ has an oscillatory behavior, the volume of the ellipsoids $E_k$ is a monotone decreasing function of $k$.

## 5.3    Application to a Construction Crane

In this section, EA is applied to the training of a Neurointerface used for the human control of a two-degree-of-freedom construction crane.

A fixed tower crane [43] [44] is shown in Fig. 1.5. The tower supports the boom which in turn supports the trolley. A steel cable drops from the trolley to the load. For simplicity, the azimuth angle of the boom is assumed to be fixed. The motion of the load is assumed to be planar. The operator controls the load position by means of a two-dimensional joystick. The operator can move the joystick handle fore or aft, and up or down. The joystick controls the velocity of the load movements. Moving it up or down directly controls the steel cable length, making it shorter or longer, which generally makes the load go up or down. Moving it fore or aft makes the trolley go forward, away from the tower, or backward, toward the tower, which in turn makes the load go fore or aft (right or left in Fig. 5.3). Movements in the trolley generate oscillations in the load. Thus, the crane operator is concerned when shifting the load

**EXHIBIT 1**
Reproduced with permission of the copyright owner.  Further reproduction prohibited without permission.



Figure 5.2: (a) The single-input-single-output NN and the unknown mapping. (b) The NN weights (center of the ellipsoid $E_k$), (c) the cost function $J$ and (d) the volume of the ellipsoid $E_k$ at each iteration of the EA.

EXHIBIT 1
Reproduced with permission of the copyright owner.  Further reproduction prohibited without permission.

from one point to another about achieving movement free of oscillations.

A Neurointerface with state-feedback configuration is trained to serve as a coupler between the operator command input and the construction crane dynamics. The trained Neurointerface receives commands from the operator (through his joystick) and controls the speed of the trolley in such a way as to provide smooth load movement.

The state-space equations of the construction crane can be obtained by simple geometric and dynamic considerations. Referring to Fig. 5.3, the state-space equations are

$$\frac{\partial \theta}{\partial t} = \frac{v - u}{L \cos \theta}, \qquad (5.12)$$
$$\frac{\partial v}{\partial t} = -g \cos \theta \sin \theta.$$

State variable $\theta$ is the angle between the steel cable and a vertical line passing through the center of the trolley. The state variable $v$ is the horizontal speed of the load and is also the plant output. By controlling this variable, it is possible to achieve smooth load movements. Variable $u$ is the trolley speed and its value is defined by the Neurointerface output. $L$ is the length of the steel cable. Its time rate change is directly controlled by the joystick and is assumed to be small compared to characteristic times of the crane dynamics. The constant $g$ is the gravitational asceleration ($\approx 10$ m$/$s$^2$).

The Neurointerface control system is trained following the procedure described in Chapter 4. The command input is considered to be a sequence of about 3000 samples from square waves of various amplitudes and frequencies. This sequence is feed to the Neurointerface command input. Following the steps of Algorithm 2, the gradient of the cost function $J$ (equation 4.20) is computed at each iteration of the center-cut EA (Algorithm 3). In algorithm 2, a fixed time window of $\mathcal{K} = 3000$ was used. Two sequences of disturbance signals ($\mathcal{I} = 2$) are used to create disturbed trajectories for the states. These are necessary to ensure that the trained Neurointerface and the plant working together become a stable feedback system. The disturbance trajectories were obtained from the outputs of two low-pass filters fed by two sequences of white noise signals.

The construction crane is a continuous plant described by equation 5.12. During

**EXHIBIT 1**
Reproduced with permission of the copyright owner. Further reproduction prohibited without permission.



Figure 5.3: Diagram of a two-degree-of-freedom construction crane used for modeling.

EXHIBIT 1
Reproduced with permission of the copyright owner.  Further reproduction prohibited without permission.

the Neurointerface training, the plant is regarded as a discrete-time system. Thus, to compute the gradient of the cost function $J$ (equation 4.20) using Algorithm 2 (Chapter 4), it is necessary to discretize the continuous plant. Two discretization methods were used. In step 1 (one) of Algorithm 2, the plant simulations were done using a fourth order Runge-Kutta method [17] [18] with simulation step of 100 ms (sampling time), so the simulation results could reflect, as close as possible, the dynamical behavior of the construction crane continuous model. In steps 2 (two) and 3 (three), the partial derivatives $\frac{\partial f}{\partial x_k}$, $\frac{\partial f}{\partial \bar{x}_k^{(i)}}$, $\frac{\partial f}{\partial u_k}$, and $\frac{\partial f}{\partial \bar{u}_k^{(i)}}$ were computed from a discrete version of the continuous plant obtained from Euler's method with the same sampling time (100 ms). This was done to make the computation of the partial derivatives simpler. Obviously, this incurred some small numerical errors in the computation of the Lagrangian multipliers, $\beta_k$, $\tilde{\beta}_k^{(i)}$, $\lambda_k$, and $\tilde{\lambda}_k^{(i)}$, which in turn might have altered slightly the final solution for the weight vector $w$. However, once the center-cut EA converges to some local optimum, the discrete plant simulation in step 1 of Algorithm 2 is guarantied to closely match that of the continuous plant model.

The Neurointerface realization was chosen to be a three-layer NN with four neurons in the first layer, four in the second, and one in the last. The hyperbolic tangent is the type of nonlinear sigmoid function used in the first and second layers. The sigmoid of the last layer is linear with unitary gain. Figure 5.4 shows the trained Neurointerface and the plant. The feedforward NN schematic follows the conventions described in Appendix A. The final values for the weight matrices and weight-bias vectors are

**EXHIBIT 1**
Reproduced with permission of the copyright owner.  Further reproduction prohibited without permission.



Figure 5.4: The trained Neurointerface and the plant.

shown next.

$$W1 = \begin{bmatrix} 0.30 & 0.010 & 0.000 \\ 0.000 & 1.614 & -1.157 \\ 0.000 & -0.625 & -0.769 \\ 0.000 & 0.670 & 2.400 \end{bmatrix}, \ b1 = \begin{bmatrix} 0.000 \\ -1.367 \\ 0.830 \\ -0.176 \end{bmatrix} \text{ (first layer)} \qquad (5.13)$$

$$W2 = \begin{bmatrix} 2.100 & 0.000 & .000 & 0.000 \\ 0.000 & -0.955 & -0.545 & 0.761 \\ 0.00 & 1.096 & 0.679 & -0.746 \\ 0.00 & 0.169 & 1.996 & -0.706 \end{bmatrix}, \ b2 = \begin{bmatrix} 0.000 \\ 1.189 \\ 0.786 \\ 0.824 \end{bmatrix} \text{ (second layer)}$$

$$W3 = \begin{bmatrix} 2.000 & 2.211 & -0.747 & -2.259 \end{bmatrix}, \ b3 = 0.305 \text{ (third layer)}$$

The only state variable fed back to the Neurointerface is $\theta$. The output $v$ can not
be easily measured in a real construction crane, but knowledge of only $\theta$ is sufficient to
obtain a stable design using a Neurointerface with state feedback. The cable length
$L$ is also an input of the Neurointerface and its value is defined by the operator's
joystick. In the plant model, it acts as a time-varying parameter with arbitrary
(joystick controlled) temporal trajectory. Another input provided by the operator is

EXHIBIT 1
Reproduced with permission of the copyright owner.  Further reproduction prohibited without permission.

the desired load speed, $v_C$. The cable length, $L$, and the desired load speed, $v_C$, form together the Neurointerface command input, $r_k = \begin{bmatrix} v_C & L \end{bmatrix}^T$.

The center-cut EA (Algorithm 3) starts with the ellipsoid $E_0$ set to a ball of radius 4 with center coordinates (initial values for the weights and biases) being randomly initialized. Each one of the 41 coordinates (weights and bias weights) is chosen from the interval $[-2, 2]$ with uniform probability. For $\varepsilon = 0.001$, EA converged to a local minimizer for the cost function $\widehat{J}$ (equation 4.18) after about 250 iterations. The final ellipsoid center coordinates (final values for the weights and biases) are shown in equation 5.13.

The results of typical simulation experiments are shown in Figs. 5.5 and 5.6 for a fixed cable length ($L = 1$ m). In Fig. 5.5 (a), the trajectory of the load and trolley when operated directly without the Neurointerface and feedback is shown. This trajectory results from application of a square wave directly to the construction crane input, $u$, depicted in Fig. 5.5 (b). The resulting trajectories for angle $\theta$ and load speed, $v$, are shown in Fig. 5.5, parts (c) and (b). This square wave input trajectory and the corresponding oscillatory trajectories of $\theta$ and $v$ would represent a typical situation where an inexperienced operator (who does not know much about the crane dynamics) would try to move the load from one point to the other without taking into account the crane dynamics. The results (shown in Fig. 5.5 (a)) would be oscillatory and unacceptable. In Fig. 5.6 (a), the closed-loop trajectory (Neurointerface and plant) of the load and trolley is shown. This trajectory results from application of the same square wave to the Neurointerface command input, $v_C$, depicted in Fig. 5.6 (b). The Neurointerface output (plant input, $u$) trajectory is shown in Fig. 5.6 (d). The resulting trajectories of angle $\theta$ and load speed, $v$, are shown in Fig. 5.6, parts (c) and (b). They would represent a situation where the same unskilled operator would try to move the load by applying the same command to the Neurointerface input. In this case, however, the load trajectory would be smooth and free of oscillations.

The results of simulation experiments for variable cable length are shown in Figs. 5.7 and 5.8. In Fig. 5.7 (a), the open-loop trajectory of the load and trolley is shown. This trajectory results from application of a square wave directly to the construction crane input, $u$, depicted in Fig. 5.7 (b), and from a triangular-shape wave for the cable

**EXHIBIT 1**
Reproduced with permission of the copyright owner.  Further reproduction prohibited without permission.



Figure 5.5: Plant open-loop response (operation without Neurointerface) for fixed cable length ($L = 1$ m). (a) Trolley and load trajectory. (b) Trajectories of the plant input, $u$, and output, $v$. (c) Trajectory of the angle $\theta$.

**EXHIBIT 1**
Reproduced with permission of the copyright owner.  Further reproduction prohibited without permission.



Figure 5.6: Closed-loop response (Neurointerface and plant) for fixed cable length ($L = 1\,\mathrm{m}$). (a) Trolley and load trajectory. (b) Trajectories of the Neurointerface command input, $v_C$, and the plant output, $v$. (c) Trajectory of the angle $\theta$. (d) Trajectory of the Neurointerface output (plant input), $u$.

**EXHIBIT 1**
Reproduced with permission of the copyright owner. Further reproduction prohibited without permission.

length, $L$, shown in Fig. 5.7 (d). The resulting oscillatory trajectories of angle $\theta$ and load speed, $v$, are shown in Fig. 5.7, parts (c) and (b). In Fig. 5.8 (a), the closed-loop trajectory (Neurointerface and plant) of the load and trolley is shown. This trajectory results from application of the same square wave to the Neurointerface command input, $v_C$, depicted in Fig. 5.8 (b), and from the same triangular shape wave for the cable length, $L$, shown in Fig. 5.7 (d). The Neurointerface output (plant input, $u$) trajectory is shown in Fig. 5.8 (d). The resulting smooth trajectories for angle $\theta$ and load speed, $v$, are shown in Figs. 5.8 (c) and (b).

**EXHIBIT 1**
Reproduced with permission of the copyright owner. Further reproduction prohibited without permission.





Figure 5.7: Plant open-loop response (operation without Neurointerface) for variable
cable length. (a) Trolley and load trajectory. (b) Trajectories of the plant input, $u$,
and output, $v$. (c) Trajectory of the angle $\theta$. (d) Trajectory of the cable length, $L$.

EXHIBIT 1
Reproduced with permission of the copyright owner.  Further reproduction prohibited without permission.



Figure 5.8: Closed-loop response (Neurointerface and plant) for variable cable length.
(a) Trolley and load trajectory. (b) Trajectories of the Neurointerface command input,
$v_C$, and the plant output, $v$. (c) Trajectory of the angle $\theta$. (d) Trajectory of the
Neurointerface output (plant input), $u$.

EXHIBIT 1
Reproduced with permission of the copyright owner.  Further reproduction prohibited without permission.

# Chapter 6

# Conclusions

A Neurointerface is a nonlinear control system based on Neural Networks that serves as a coupler between a human operator and a nonlinear system or plant that is to be controlled or directed. The purpose of the coupler is to ease the task of the human controller.

Two Neurointerface configurations are presented here: the feedforward configuration and the state-feedback configuration. In both cases, the equations of the plant are assumed to be known. Using the plant equations, off-line automatic learning algorithms are developed for training the Neurointerface weights. The result is a trained Neurointerface that, when connected in cascade with the plant, makes the overall dynamic system response to closely approximate that of a reference model.

With the Neurointerface feedforward configuration, if the plant is subject to disturbance, an adaptive disturbance canceller is used to minimize the effect. The training of the disturbance canceller circuit follows the same steps used for the Neurointerface training and is also performed off-line using the known plant model.

In the state-feedback configuration, stable Neurointerface designs are obtained by including disturbance effects during the training process. As a result, plant inversion and plant disturbance cancelling are achieved by using a single NN with no tapped delay lines (no memory).

The center-cut EA has been applied to Neurointerface training and for approximation problems with NNs. This algorithm uses an updating rule for the optimization

64

**EXHIBIT 1**

Reproduced with permission of the copyright owner.  Further reproduction prohibited without permission.

variables (weights), where the only information used from the cost function gradient is its direction. Because no information about the gradient modulus is used in an EA iteration, no parameter in the updating rule need to be adjusted. Also, the EA assumes that the optimum solution is always inside a $n_w$-dimensional ellipsoid that decreases in volume at each iteration of the method. Thus, it is very unlikely that the NN weights will diverge during the training process. The results of the application of EA to a Neurointerface problem (see Chapter 5), and to a NN approximation problem (see Appendix B) show that EA can be used in combination with Lagrangian methods and the Backpropagation algorithm (gradient computation) for the training of multilayer feedforward NNs.

Applications of Neurointerface control have been described. A Neurointerface with the feedforward configuration has been used to back up a truck with two trailers under human direction. The "truck backer" has been successfully demonstrated by computer simulation and by physical implementation with a small radio-controlled truck and trailers. A Neurointerface with the state-feedback configuration has been applied to human control of a two-degree-of-freedom construction crane. This Neurointerface control system has been also demonstrated by computer simulation.

Based on the experimental results from the two applications and the training methods described in Chapters 2 and 4, it is possible to summarize the basic features of both Neurointerface configurations.

The Neurointerface with the feeforward configuration has better convergence properties during the training phase. This is because the plant is assumed to be Lagrangian stable, and also because this configuration has no feedback. This makes the plant plus the Neurointerface Lagrangian stable during the whole training phase, regardless the number of training points. A drawback of such a configuration is the relative size of the Neurointerface (number of neurons) when compared to the feedback configuration. Since the memory effect of the Neurointerface (with the feedforward configuration) is provided by a tapped delay line attached to the Neurointerface input, this usually leads to a large number of NN inputs, which in turn leads to a considerable number of neurons in the first NN layer. Also, with the feedforward configuration, plant

**EXHIBIT 1**
Reproduced with permission of the copyright owner. Further reproduction prohibited without permission.

disturbance can not be handled by the Neurointerface directly, and as a result, a disturbance canceller circuit needs to be trained and combined with the Neurointerface in order to minimize plant disturbance effects.

The Neurointerface with the feedback configuration often requires a smaller number of neurons. This is mainly because the Neurointerface with this configuration is a memoryless NN with a reduced number of inputs (states plus command input). The memory effect comes from the states, which are fed back to the Neurointerface. Stable Neurointerface designs are obtained by including disturbance effects during the training phase.A drawback of this configuration relates to the issue of plant stability during the training phase. Because the combination of Neurointerface and plant can become unstable during the training phase (depending on the weight values), the number of training points should be kept small. A solution for such a problem is to use various training trajectories of short duration, instead of a single long one. In this case, the plant starts from a given initial condition and is steered by the Neurointerface through a "short" training path. Then, the plant is forced to start from a new initial condition, and is steered again by the Neurointerface through another "short" training path. This process is repeated many times. With the values for the plant states, input and output obtained from these training trajectories, it is possible to compute the cost function gradient relative to each trajectory using Algorithm 2, from Chapter 4. The gradient of the cost function relative to the combination of all short trajectories is obtained by just summing the gradients of all short trajectories. This resulting cost function gradient can be used to adapt the Neurointerface weights. With the scheme of multiple-short training trajectories, the plant states, input and output are kept finite (bounded) during the Neurointerface training.

## 6.1   Future Research

Obstacle avoidance is an important capability that can be incorporated into systems controlled by Neurointerfaces. When backing a trailer truck, operating a construction crane, or operating a multi-link robot, there is always concern about crashing into obstacles. Automatic obstacle avoidance can be achieved even while following, as

**EXHIBIT 1**
Reproduced with permission of the copyright owner. Further reproduction prohibited without permission.



Figure 6.1: Trailer-truck with obstacle avoidance system.

closely as possible, the human command input.

Fig. 6.1 shows a plan view of a truck and trailer. The trailer is equipped with
proximity sensors. The sensors can be acoustic, radar, optical, TV camera, etc.
Within its beam or sector of sensitivity, each sensor yields an indication of presence
of an object, size of the object, and its distance from the sensor. The beam or sector
of sensitivity for a set of sensors is shown in Fig. 6.1.

To avoid hitting various objects while backing, information from the sensors can
be superposed on the command input signal coming from the joystick. It would work

**EXHIBIT 1**
Reproduced with permission of the copyright owner.  Further reproduction prohibited without permission.

as if the truck driver operated the joystick to steer the truck and trailer away from the obstacles. With such a system, the driver would steer with the joystick without concern for the obstacles. Obstacle avoidance would be done automatically.

The presence of an obstacle such as object 2 in Fig. 6.1 is detected by proximity sensors that would cause a Neurointerface output signal making the truck and trailer curve away from object 2. The presence of object 1 would cause an Neurointerface output signal that would make the truck and trailer to also curve away from object 1. The closer the object is to the trailer, the stronger is the Neurointerface output signal relative to the sensors detecting the object. The sensor signals, when the obstacle is close, can be strong enough to overpower the joystick output signal (command input). If any of the sensors detects an object that is at a too-close limit, the truck is stopped. The driver will pull forward and try backing again.

It is possible to place more sensors on the single trailer. It is also possible to do obstacle avoidance with a truck and two or more trailers. Proximity sensors would be placed on the truck and all the trailers. The principles of operation are the same. The Neurointerface would trained off-line by simulation to interpret the pattern of sensor outputs to produce an output that would allow the driver to steer in the desired direction as well as possible, but to avoid obstacles without explicitly steering around them. Training the Neurointerface would be done by simulating many backing scenarios with different desired trajectories and obstacle placements. By computing the sensor output pattern and the desired steering signal, a set of input patterns and associated desired responses would then be available for training the Neurointerface.

The scale-model truck pictured in Fig. 3.5 when backing with a single trailer was able to be steered with a Neurointerface with inputs from a ultrasonic sensor mounted on the top of the trailer. The sensor was mechanically scanned in azimuth, like a radar set. Proximity to objects was detected, and data was fed to the Neurointerface. It was easy for a person to steer the backing truck and trailer, making it go more or less in the desired direction, but above all avoiding hitting the obstacles. This obstacle avoidance scheme worked quite well, but much more needs to be done to make it work with complicated fields of obstacles.

These same methods can be used for obstacle avoidance with human operation

**EXHIBIT 1**

Reproduced with permission of the copyright owner.  Further reproduction prohibited without permission.



Figure 6.2: Construction crane with obstacle avoidance system.

of a construction crane. By placing proximity sensors on the load, as shown in Fig.
6.2, and by conveying their output signals to the Neurointerface, the processed sensor
signals can be used to steer the load away from obstacles. The operator is able to
steer the load as well as possible along the desired path in three-dimensional space,
and is able to avoid obstacles without needing to steer around them.

The proximity sensors can be temporarily attached to the load, and can transmit
their signals to the Neurointerface by radio, by wire, or by some other means of
connection. An alternative sensing scheme would use overhead downward looking
stereo TV cameras that would be attached to the trolley. The neural network in the
Neurointerface would be trained to respond to TV pictures of the load and obstacles,
or to the pattern of proximity sensor outputs.

The multi-link robot of Fig. 1.6 can also be humanly operated in conjunction with

**EXHIBIT 1**
Reproduced with permission of the copyright owner.  Further reproduction prohibited without permission.

*CHAPTER 6.  CONCLUSIONS* 70

an obstacle avoidance system. Proximity sensors would be placed along the links of the robot, and their signals would connect to the Neurointerface. The Neurointerface would be trained off-line to avoid obstacles. Human control would be done by joystick, as before.

Fig. 6.3 shows a plan view of a multi-link robot arm threading through a field of obstacles while placing the effector in a desired $x$, $y$ position. In Fig. 6.3 (b), the joystick applies a command input to the Neurointerface, whose outputs are the joint torques. The result of application of the torques is an $x$, $y$ position of the effector, and location of the robot links relative to the various obstacles. In Fig. 6.3 (c), the joystick command controls the $x$, $y$ position of the effector. An infinite number of joint angle configurations would produce the desired $x$, $y$ position. The system will obtain this position and maximize the minimum distance between the sensors and the obstacles. The outputs of the plant are thus the $x$, $y$ position of the effector, and the distance between the sensors and the obstacles. This kind of robot arm would be used in an industrial setting where the arm would need to be moved from one place to another without crashing into obstacles. This kind of robot arm would also be used as a tool for othroscopic surgery, threading its way for example between the organs of the abdomen or the thorax. Instead of proximity sensors, the surgical application would use pressure sensors. The objective would be to place the effector in the desired location and minimize the maximum pressure against the arm when pressing aside the internal organs.

Neurointerface designs are presented here for human operator control of a backing truck with trailers and a construction crane. With obstacle avoidance circuits, the human operator would be able to steer as desired, as well as possible, without needing to steer around obstacles. The same principles can be applied to ease human control of other complex machines such as aircraft and helicopters, heavy earth moving equipment, and so forth.

**EXHIBIT 1**
Reproduced with permission of the copyright owner.  Further reproduction prohibited without permission.



Figure 6.3: Multi-link robot arm threading through a field of obstacles.

EXHIBIT 1
Reproduced with permission of the copyright owner.  Further reproduction prohibited without permission.

# Appendix A

# Feedforward Neural Networks

Some notation regarding the use of NNs is developed here. In this work, the smallest unit of a NN is considered to be a layer, which is described by the mapping $\mathcal{L}$ : $\mathbb{R}^{n\ell} \longrightarrow \mathbb{R}^{m\ell}$ in the form

$$y\ell = F\ell(W\ell x\ell + b\ell) \tag{A.1}$$

$$W\ell \in \mathbb{R}^{m\ell \times n\ell}, \quad x\ell, b\ell \in \mathbb{R}^{n\ell}, \quad y\ell \in \mathbb{R}^{m\ell}.$$

The layer is identified by its index $\ell = 1, 2, \ldots L$. Each entry of the vector function $F\ell$ is a real valued monotone increasing function (sigmoid), $f\ell(\cdot)$. The input and output vectors of a layer $\ell$ are, respectively, $x\ell$ and $y\ell$. The weights are represented by the matrix $W\ell$, and the bias weights by the vector $b\ell$. Each row of $W\ell$ represents the weights of a neuron, and each entry of $b\ell$, its corresponding bias weight. Note that in this convention, although distinct layers may have different sigmoid function types, i.e. linear, nonlinear, piecewise linear, etc., in a specific layer the sigmoid functions are all the same. Figure A.1 shows an example of a layer with 2 inputs and 3 outputs. Part (a) shows a complete diagram, and part (b), the corresponding weight matrix and bias-weight vector. Part (c) provides a simplified diagram, which is used to make the representation shorter.

A feedforward multilayer NN is represented by a continuous mapping, $\mathcal{NN}$ : $\mathbb{R}^n \longrightarrow \mathbb{R}^m$, in the form:

$$\widehat{y} = FL\left(WL \ldots F2\left(W2F1\left(W1x + b1\right) + b2\right) \ldots + bL\right) \tag{A.2}$$

72

**EXHIBIT 1**

Reproduced with permission of the copyright owner. Further reproduction prohibited without permission.



Figure A.1: (a) Diagram of a layer with 2 inputs and 3 outputs.  (b) The weight matrix, $W\ell$, and bias-weight vector, $b\ell$. (c) Simplified diagram of a layer.

**EXHIBIT 1**

Reproduced with permission of the copyright owner.  Further reproduction prohibited without permission.



Figure A.2: Simplified diagram of a multilayer feedforward NN.

or in a layer-by-layer representation,

$$y1 = F1\,(W1x + b1) = x2 \tag{A.3}$$
$$y2 = F2\,(W2x2 + b2) = x3$$
$$\vdots$$
$$y[L-1] = F2\,(W[L-1]x[L-1] + b[L-1]) = xL$$
$$\widehat{y} = FL(WLxL + bL)$$

Figure A.2 shows the simplified diagram of a three-layer feedforward NN. Variables $x$ and $\widehat{y}$ are, respectively, the NN input and output vectors.

## A.1   Useful Results

The application of NN to function approximation problems requires the computation of partial derivatives of scalar functions with respect to the NN weights and bias weights. Here, we provide the derivation of such expressions.

Let $\zeta : \mathbb{R}^{mL} \longrightarrow \mathbb{R}$ be a continuous and differentiable function of the NN output $\widehat{y}$. We want to compute the expressions for $\frac{\partial \zeta}{\partial b\ell}$ and $\frac{\partial \zeta}{\partial W\ell}$, $\ell = 1, 2, \ldots L$.

**EXHIBIT 1**
Reproduced with permission of the copyright owner.  Further reproduction prohibited without permission.

Assume the partial derivative $\frac{\partial \varsigma}{\partial \widehat{y}}$ is specified. Using the chain rule for derivatives,

$$\frac{\partial \varsigma}{\partial b\ell} = \frac{\partial \varsigma}{\partial \widehat{y}} \frac{\partial \widehat{y}}{\partial b\ell} \tag{A.4}$$

$$\frac{\partial \varsigma}{\partial b\ell} \in \mathbb{R}^{1 \times m\ell}, \frac{\partial \varsigma}{\partial \widehat{y}} \in \mathbb{R}^{1 \times m}, \frac{\partial \widehat{y}}{\partial b\ell} \in \mathbb{R}^{m \times m\ell}$$

$$\frac{\partial \varsigma}{\partial W\ell} = x\ell \frac{\partial \varsigma}{\partial b\ell} \tag{A.5}$$

$$\frac{\partial \varsigma}{\partial W\ell} \in \mathbb{R}^{n\ell \times m\ell}, x\ell \in \mathbb{R}^{n\ell}$$

Vector $x\ell$ is the input of the layer $\ell$, and $\frac{\partial \widehat{y}}{\partial b\ell}$ is the partial derivative of the NN output $\widehat{y}$ with respect to the bias-weight vectors $b\ell$.

To complete the derivation, it is necessary to come up with an expression for $\frac{\partial \widehat{y}}{\partial b\ell}$, $\ell = 1, 2, \ldots L$. The derivative of A.2 with respect to $bL$ is

$$\frac{\partial \widehat{y}}{\partial bL} = \dot{F}L. \tag{A.6}$$

Likewise, for $b[L-1]$,

$$\frac{\partial \widehat{y}}{\partial b[L-1]} = \dot{F}LWLF[L-1] \tag{A.7}$$

$$= \frac{\partial \widehat{y}}{\partial bL} WLF[L-1]$$

Hence, the following recursive expression for $\frac{\partial \widehat{y}}{\partial b\ell}$ can be obtained:

$$\frac{\partial \widehat{y}}{\partial b\ell} = \frac{\partial \widehat{y}}{\partial b[\ell+1]} W[\ell+1]\dot{F}\ell, \text{ for } \ell = [L-1], \ldots, 2, 1 \tag{A.8}$$

$$\frac{\partial \widehat{y}}{\partial b\ell} \in \mathbb{R}^{m \times m\ell}, \frac{\partial \widehat{y}}{\partial b[\ell+1]} \in \mathbb{R}^{m \times m[\ell+1]},$$

$$W[\ell+1] \in \mathbb{R}^{m[\ell+1] \times m\ell}, \dot{F}\ell \in \mathbb{R}^{m\ell \times m\ell},$$

with $\frac{\partial \widehat{y}}{\partial bL}$ computed through equation A.6. Each $\dot{F}\ell \triangleq \frac{\partial F\ell(v)}{\partial v}$, $\ell = 1, 2, \ldots, L$, is a diagonal matrix with its entries given by the derivative of the sigmoid functions from the corresponding layer $\ell$.

**EXHIBIT 1**

Reproduced with permission of the copyright owner.  Further reproduction prohibited without permission.

An example of application of the previous results (equations A.4 and A.5) is given in appendix B, wherein EA is applied to NN training. In that application, a multilayer feedforward NN is used for the approximation of a functional relation represented by a training set.

## A.2    Some Important Remarks About Neurointerface Training with Feedforward NN

The Neurointerface equations defined in chapter 2 and 4 consider that the NN weights (weights and bias weights) are represented by a single vector $w$. Using the feedforward NN conventions described here, an equivalent description of the Neurointerface with the feedforward configuration (given in equation 2.3) is

$$u_k = FL\left(WL\ldots F2\left(W2F1\left(W1R_k + b1\right) + b2\right)\ldots + bL\right). \tag{A.9}$$

Similarly, for the Neurointerface with state-feedback configuration, equation 4.9 can be described by

$$u_k = FL\left(WL\ldots F2\left(W2F1\left(W1_r r_k + W1_x x_{k-1} + b1\right) + b2\right)\ldots + bL\right). \tag{A.10}$$

The weight matrices and bias-weight vectors of a feedforward NN can be transformed into a single weight vector $w$ using the transformation,

$$w \triangleq \left[\; \mathbf{reshape}(W1)\;\; b1^T\;\; \mathbf{reshape}(W2)\;\; b2^T\;\; \ldots\;\; \mathbf{reshape}(WL)\;\; bL^T\;\right]^T, \tag{A.11}$$

$$w \in \mathbb{R}^{n_w},\;\; n_w = (n+1)m1 + (n2+1)m2 + \ldots + (nL+1)m.$$

The function **reshape** takes a matrix as its argument and returns a row vector whose elements are taken row-wise from the argument matrix.

Likewise, the gradient of the cost function $J$ (a row vector), defined in chapter 2

**EXHIBIT 1**
Reproduced with permission of the copyright owner.  Further reproduction prohibited without permission.

APPENDIX A.  FEEDFORWARD NEURAL NETWORKS                 77

(equation 2.6) and 4 (equation 4.20), is obtained through the transformation,

$$\frac{\partial J}{\partial w} \triangleq \left[ \ \mathbf{reshape}\left(\frac{\partial J}{\partial W1}^T\right) \ \ \frac{\partial J}{\partial b1} \ \ \cdots \ \ \mathbf{reshape}\left(\frac{\partial J}{\partial WL}^T\right) \ \ \frac{\partial J}{\partial bL} \ \right], \qquad (A.12)$$

$$\frac{\partial J}{\partial w} \in \mathbb{R}^{1 \times n_w}.$$

The partial derivatives of the cost function $J$ with respect to the bias weight vectors, $\frac{\partial J}{\partial b\ell}$, $\ell = 1, 2, \ldots, L$, are calculated using the steps described in Algorithm 1 (Chapter 2) and Algorithm 2 (Chapter 4) with $w$ replaced with $b\ell$.

When computing $\frac{\partial J}{\partial b\ell}$, the corresponding partial derivative of $J$ with respect to the weight matrix $W\ell$, $\frac{\partial J}{\partial W\ell}$, is calculated using an additional step in Algorithms 1 and 2.

### Feeforward Configuration

For the Neurointerface training with the feedforward configuration (Chapter 2, Algorithm 1), after step 4, the partial derivative $\frac{\partial J}{\partial W\ell}$ is given by

$$\frac{\partial J}{\partial W\ell} = - \sum_{k=\mathcal{T}+1}^{\mathcal{T}+\mathcal{K}} x\ell_k \beta_k \frac{\partial g(R_k, w)}{\partial b\ell}. \qquad (A.13)$$

This expression is roughly the same one as step 4 that was used to compute $\frac{\partial J}{\partial b\ell}$, but with each term in the summation multiplied by the layer input signal, $x\ell_k$, at time $k$.

The partial derivative of the Neurointerface output with respect to its bias weight vector $b\ell$, $\frac{\partial g(R_k, w)}{\partial b\ell}$, is computed using equation A.8 with $\widehat{y} = g(R_k, w)$, that is

$$\frac{\partial g(R_k, w)}{\partial b\ell} = \frac{\partial g(R_k, w)}{\partial b[\ell+1]} W[\ell+1] \dot{F}\ell_k, \text{ for } \ell = [L-1], \ldots, 2, 1, \qquad (A.14)$$

$$\text{and } \frac{\partial g(R_k, w)}{\partial bL} = \dot{F}L_k.$$

### State-Feedback Configuration

For Neurointerface training with the state-feedback configuration (Chapter 4, Algorithm 2), after step 4, the partial derivative $\frac{\partial J}{\partial W\ell}$ is given by

$$\frac{\partial J}{\partial W\ell} = - \sum_{k=\mathcal{T}+1}^{\mathcal{T}+\mathcal{K}} x\ell_{k-1} \beta_k^T \frac{\partial g(r_k, x_{k-1}, w)}{\partial b\ell} - \sum_{i=1}^{\mathcal{I}} \sum_{k=\mathcal{T}+1}^{\mathcal{T}+\mathcal{K}} \widetilde{x}\ell_{k-1}^{(i)} \left(\widetilde{\beta}_k^{(i)}\right)^T \frac{\partial g(r_k, \widetilde{x}_{k-1}^{(i)}, w)}{\partial b\ell}.$$

$$(A.15)$$

**EXHIBIT 1**
Reproduced with permission of the copyright owner.  Further reproduction prohibited without permission.

*APPENDIX A.  FEEDFORWARD NEURAL NETWORKS*                                      78

Vector $x\ell_{k-1}$ is the input signal of layer $\ell$ computed at time $k-1$ for the undisturbed motion. Vector $\widetilde{x\ell}_{k-1}^{(i)}$ is the input signal of layer $\ell$ computed at time $k-1$ for the disturbed trajectory $i$.

For the undisturbed motion, the partial derivative of the Neurointerface output with respect to the bias weight vector $b\ell$, $\frac{\partial g(r_k, x_{k-1}, w)}{\partial b\ell}$, is obtained from equation A.8 with $\widehat{y} = g(r_k, x_{k-1}, w)$, which can be rewritten as

$$\frac{\partial g(r_k, x_{k-1}, w)}{\partial b\ell} = \frac{\partial g(r_k, x_{k-1}, w)}{\partial b[\ell+1]} W[\ell+1] \dot{F}\ell_k, \text{ for } \ell = [L-1], \dots, 2, 1,$$

(A.16)

and $\dfrac{\partial g(r_k, x_{k-1}, w)}{\partial bL} = \dot{F}L_k.$

For the disturbed motion, $\frac{\partial g(r_k, \tilde{x}_{k-1}^{(i)}, w)}{\partial b\ell}$ is computed using previous equation with $x_{k-1}$ replaced with $\tilde{x}_{k-1}^{(i)}$.

In step 2 of Algorithm 2, the partial derivative of the Neurointerface output with respect to its state input, $x_k$ (undisturbed motion), is

$$\frac{\partial g(r_{k+1}, x_k, w)}{\partial x_k} = \frac{\partial g(r_{k+1}, x_k, w)}{\partial b1} W1_x,$$

(A.17)

where $\frac{\partial g(r_{k+1}, x_k, w)}{\partial b1}$ is computed using equation A.16 with $r_k$ and $x_{k-1}$ replaced with $r_{k+1}$ and $x_k$. $W1_x$ is the weight matrix of the Neurointerface's first layer relative to the Neurointerface state input, $x_k$, as shown in equation A.10. For the disturbed motion, $\frac{\partial g(r_{k+1}, \tilde{x}_k^{(i)}, w)}{\partial x_k}$ is computed using previous equation with $x_k$ replaced with $\tilde{x}_k^{(i)}$.

**EXHIBIT 1**

Reproduced with permission of the copyright owner.  Further reproduction prohibited without permission.

# Appendix B

# NN and EA in Approximation Problems

The training of a Neural Network (NN) comprises the search for a set of parameters (weights and bias weights) that allow minimization of a predefined cost function. This Chapter develops a method that uses the Ellipsoid Algorithm (EA) from the field of convex programming (see Chapter 5) for the training of multilayer feedforward NN applied to general approximation problems [45] [46].

Step 1 of EA (Algorithm 3, Chapter 5) needs the partial derivatives of the cost function we want to minimize. In the NN context, these partial derivatives, all together, are usually referred to as the NN gradient. Since the adjustable parameters of a NN have a specialized way of being represented (weights and bias weights distributed in layers), the NN gradient computation can be done through a systematic approach, which is described here.

The Backpropagation algorithm [47] [6] was introduced to provide a systematic way for computing the NN gradient for the mean-square error. In its original form, the scalar chain rule for derivatives is used for its derivation. For multilayer topologies, such a choice leads to expressions composed of a considerable number of nested summations. This Chapter presents the computation of the NN gradient in matrix form. This convention provides a derivation for the NN gradient expression where the nested summations and scalar operations are replaced with matrix operations. As a

<center>79</center>

**EXHIBIT 1**

Reproduced with permission of the copyright owner.  Further reproduction prohibited without permission.

result, the notation becomes extremely compact, offering a natural and efficient way for algorithm encoding using computer languages that support matrix operations.

It should be mentioned that in the current NN literature, the Backpropagation algorithm is regarded as the process of training a NN by computing its gradient and updating its weights iteratively through a first-order updating rule (see equation 5.5), or some other higher-order updating rule [1]. Although the name Backpropagation comes from the idea of "backpropagating" the error signal through the NN in order to compute the NN gradient, the Backpropagation algorithm also comprises the updating rule. Here, in order to apply the EA for NN training, the same process used in the Backpropagation algorithm for the computation of the NN gradient is used (in matrix form). Therefore, the training of NN with EA can be though as a method that uses Backpropagation for the gradient computation and EA as the updating rule. The advantages and disadvantages of EA compared to standard updating rules (first-order, second order steepest descent, etc.) are discussed in Chapter 5 (Section 5.1).

## B.1  Training

The training of multilayer feedforward NNs using EA follows a similar procedure described in Chapter 5 for the 2-weight NN example. We are given a NN realization as defined in equation A.2, a training set

$$\mathbf{S} = \{(x_t, y_t) : x_t \in \mathbb{R}^n, y_t \in \mathbb{R}^m, t = 1, 2, \ldots, \mathcal{T}\},  \tag{B.1}$$

and the goal is to find a good set of NN weights and biases so that a predefined cost function $J$ is minimized. Here, the cost function is the mean-square error defined as

$$J = \frac{1}{\mathcal{T}} \sum_{t=1}^{\mathcal{T}} \varsigma_t,  \tag{B.2}$$

$$\text{for } \varsigma_t = (e_t)^T (e_t) \text{ and } e_t = y_t - \widehat{y_t},$$

where $\widehat{y} = \widehat{y_t}$ is the NN output value computed at $x = x_t$.

**EXHIBIT 1**
Reproduced with permission of the copyright owner.  Further reproduction prohibited without permission.

We can now obtain the expressions for the partial derivatives of the cost function $J$ with respect to the NN bias vectors and weight matrices using the results from Appendix A. Note that, in the subsequent expressions, the superscript $(t)$ indicates that the partial derivatives were computed at $(x_t, y_t)$, for a given set of weight matrices and bias vectors.

The derivative of B.2 with respect to $b\ell$ and $W\ell$, $\ell = 1, 2, \ldots L$ are

$$\frac{\partial J}{\partial b\ell} = \frac{1}{T} \sum_{t=1}^{T} \frac{\partial \varsigma}{\partial b\ell}^{(t)}, \tag{B.3}$$

$$\frac{\partial J}{\partial W\ell} = \frac{1}{T} \sum_{t=1}^{T} \frac{\partial \varsigma}{\partial W\ell}^{(t)} \tag{B.4}$$

Where, $\frac{\partial \varsigma}{\partial b\ell}^{(t)}$ and $\frac{\partial \varsigma}{\partial W\ell}^{(t)}$ are calculated using equations A.4 and 5.5, with

$$\frac{\partial \varsigma}{\partial \hat{y}}^{(t)} = -2(e_t)^T$$

In order to apply EA for NN training, it is necessary to obtain the NN gradient, here denoted by $\frac{\partial J}{\partial w}$. This row vector is computed in step 1 of the center-cut EA (described in Chapter 5). With the partial derivatives of $J$ with respect to $b\ell$ and $W\ell$, $\ell = 1, 2, \ldots L$, the gradient $\frac{\partial J}{\partial w}$ can be easily obtained through the following transformation:

$$\frac{\partial J}{\partial w} \triangleq \left[ \text{ reshape} \left( \frac{\partial J}{\partial W1}^{T} \right) \quad \frac{\partial J}{\partial b1} \quad \ldots \quad \text{reshape} \left( \frac{\partial J}{\partial WL}^{T} \right) \quad \frac{\partial J}{\partial bL} \right] \tag{B.5}$$

$$\frac{\partial J}{\partial w} \in \mathbb{R}^{1 \times n_w}, \; n_w = [(n+1)m1 + (n2+1)m2 + \ldots + (nL+1)m]$$

and,

$$w \triangleq \left[ \text{ reshape}(W1) \quad b1^T \quad \text{reshape}(W2) \quad b2^T \quad \ldots \quad \text{reshape}(WL) \quad bL^T \right]^T \tag{B.6}$$

$$w \in \mathbb{R}^{n_w}$$

The vector $w$ represents the set of weights and biases of the NN. The function **reshape** takes a matrix as its argument and returns a row vector whose elements are taken row-wise from the argument matrix.

**EXHIBIT 1**

Reproduced with permission of the copyright owner.  Further reproduction prohibited without permission.

APPENDIX B.  NN AND EA IN APPROXIMATION PROBLEMS          82

The following algorithm summarizes the procedure for computation of the NN gradient.

*Algorithm* 4: NN gradient computation - set $t = 1$, $\frac{\partial J}{\partial b\ell} = 0$, $\frac{\partial J}{\partial W\ell} = 0$, for $\ell = 1, 2, \ldots, L$, and repeat:

1. for the training set pair $(x_t, y_t)$, compute the corresponding layer inputs, $x\ell_t$, the diagonal matrices $\dot{F}\ell^{(t)}$, $\ell = 1, 2, \ldots, L$, and the NN output error, $e_t = y_t - \widehat{y}_t$;

2. for $\ell = [L-1], \ldots, 2, 1$, compute $\frac{\partial \varsigma}{\partial b\ell}^{(t)} = \frac{\partial \varsigma}{\partial b[\ell+1]}^{(t)} W[\ell+1] \dot{F}\ell^{(t)}$ with $\frac{\partial \varsigma}{\partial bL}^{(t)} = -2(e_t)^T \dot{F}L^{(t)}$;

3. for $\ell = 1, 2 \ldots, L$, compute $\frac{\partial \varsigma}{\partial W\ell}^{(t)} = \frac{\partial \varsigma}{\partial b\ell}^{(t)} x\ell_t$, $\frac{\partial J}{\partial b\ell} = \frac{\partial J}{\partial b\ell} + \frac{1}{T} \frac{\partial \varsigma}{\partial b\ell}^{(t)}$ and $\frac{\partial J}{\partial W\ell} = \frac{\partial J}{\partial W\ell} + \frac{1}{T} \frac{\partial \varsigma}{\partial W\ell}^{(t)}$;

4. if $t < \mathcal{T}$, then increment $t$ and go to step 1;

5. else, compute the NN gradient,
$\frac{\partial J}{\partial w} = \left[ \textbf{reshape}\left(\frac{\partial J}{\partial W1}^T\right) \quad \frac{\partial J}{\partial b1} \quad \ldots \quad \textbf{reshape}\left(\frac{\partial J}{\partial WL}^T\right) \quad \frac{\partial J}{\partial bL} \right]$, and the algorithm ends.

The training of a NN using the center-cut EA accordingly follows a simple procedure. Although at this point, the reader has all the information needed to perform the training, it is useful to represent the main steps through an algorithm. This is basically the center-cut EA with step 1 replaced by Algorithm 4, and one more stop criterion added to the one already existent in step 2.

*Algorithm* 5: NN training using EA - given the cost function $J$ defined in equation B.2; given the NN realization defined in A.2; given an initial set of NN weights and biases represented by the vector $w_0 \in \mathbb{R}^{n_w}$ (as defined in equation B.6) and the training set $\mathbb{S}$ defined in B.1; define an ellipsoid $E_0 = E(w_0, A_0)$ (as defined in equation 5.7), and define two small positive numbers, $\varepsilon$ and $\rho$; set $k = 0$ and repeat:

1. Evaluate the NN gradient $\frac{\partial J}{\partial w}$ at $w_k$ using the previous algorithm;

2. if $\sqrt{\frac{\partial J}{\partial w} A_k \frac{\partial J}{\partial w}^T} < \varepsilon$ or $J(w_k) < \rho$, then $w_k$ is the set of weights and biases that are solution for the NN training and the algorithm ends;

**EXHIBIT 1**

Reproduced with permission of the copyright owner.  Further reproduction prohibited without permission.

3. else, generate the new ellipsoid $E_{k+1}$ in the following manner:

   (a) compute $\widetilde{g}_k = \frac{\partial J}{\partial w}^T \Big/ \sqrt{\frac{\partial J}{\partial w} A_k \frac{\partial J}{\partial w}^T}$ ;

   (b) compute $w_{k+1} = w_k - \frac{1}{n_w+1} A_k \widetilde{g}_k$ and $A_{k+1} = \frac{n_w^2}{n_w^2-1}\left(A_k - \frac{2}{n_w+1} A_k \widetilde{g}_k \widetilde{g}_k^T A_k\right)$;

   (c) increment $k$ and go to step 1;

## B.2  An Example

An application of EA for NN training is shown in Fig. B.1. The 3-layer NN has
46 weights and biases and is supposed to approximate the functional relation $y = \frac{\text{humps}(x)}{10}$ (**humps** is a Matlab® function), whose shape is shown in Fig. B.2.(a)
through 51 pairs of points $(x_t, y_t)$, evenly spaced in $x$. These form the training set
**S**. The algorithm starts with the ellipsoid $E_0$ set to a ball of radius 4 with center
coordinates (initial values for the weights and biases) being randomly initialized. Each
one of the 46 coordinates is chosen from the interval $[-2, 2]$ with uniform probability.
The lower-most solid curve, shown in Fig. B.2.(a), represents the NN approximation
for the initial set of weights and biases. The small positive numbers $\varepsilon$ and $\rho$ are,
respectively, set to 0.01 and 0.02. After the training procedure, the resulting NN
approximation (solid curve) is almost identical to the underlying function $\frac{\text{humps}(x)}{10}$,
which is the generator of the training set data. The values of the cost function $J$, and
the volume of the ellipsoid $E_k$, at each iteration of EA, are shown in Fig. B.2, part
(b) and (c).

**EXHIBIT 1**
Reproduced with permission of the copyright owner. Further reproduction prohibited without permission.

*APPENDIX B.  NN AND EA IN APPROXIMATION PROBLEMS* 84



Figure B.1: A NN approximation problem. The generator of the training set data is the function $\frac{\text{humps}(x)}{10} = \frac{0.1}{((x-0.3)^2+0.01)} + \frac{0.1}{((x-0.9)^2+0.04)} - 0.6$, $0 \leq x \leq 1$.

**EXHIBIT 1**
Reproduced with permission of the copyright owner.  Further reproduction prohibited without permission.

*APPENDIX B. NN AND EA IN APPROXIMATION PROBLEMS*                    85



Figure B.2: (a) The training set pairs $(x_t, y_t)$ (stars) representing the underlying function $\frac{\text{humps}(x)}{10}$; the initial NN approximation (lower-most solid curve) and the resulting NN approximation after the training procedure (upper-most solid curve). (b) The cost function $J$. (c) Volume of the ellipsoid $E_k$ at each iteration of the EA.

**EXHIBIT 1**

Reproduced with permission of the copyright owner.  Further reproduction prohibited without permission.

# Appendix C

# Modeling of the Truck and Trailers

The the kinematic equations for the motion of the truck and double trailers shown in Chapter 2 (equation 2.1) are derived here.

For modeling purpose, the schematic diagram of the truck and two trailers shown in Chapter 2 (Fig. 2.1) is replaced with the diagram shown in Fig. C.1. The trailer-truck system is a second-order nonlinear plant, which can be represented in state-space form by using the angle between the truck and first trailer, $\theta_2$, and the angle between the first and second trailers, $\theta_3$, as state variables.

In the diagram of Fig C.1, the truck is moving backwards with the instantaneous average speed of the truck rear wheels represented by the arrow $v$. The speed $v$ produces the tangential speed $v_1$(perpendicular to the truck longitudinal axis), the tangential speed $v_2$ (perpendicular to the first trailer longitudinal axis) and the tangential speed $v_3$ (perpendicular to the second trailer longitudinal axis) with their corresponding arrows shown in the diagram.

The kinematic equations for the truck and trailers can be derived in two steps. First, the truck is considered to be connected to a single trailer. With this configuration, it is possible to determine the time rate change (time derivative) of $\theta_2$, $\frac{\partial \theta_2}{\partial t}$. Second, the second trailer is connected to the first and the time rate change of $\theta_3$, $\frac{\partial \theta_3}{\partial t}$, is derived.

Refer now to Fig. C.1. Consider the truck and first trailer only. The time rate of change of $\theta_2$ is caused by two components; the tangential speeds $v_1$ and $v_2$. The

86

**EXHIBIT 1**
Reproduced with permission of the copyright owner.  Further reproduction prohibited without permission.

*APPENDIX C.  MODELING OF THE TRUCK AND TRAILERS*                    87



Figure C.1: Schematic diagram of the truck and two trailers used for modeling.

portion of $\frac{\partial \theta_2}{\partial t}$ due to $v_1$ is

$$\frac{v_1}{L1} = \frac{v \tan \theta_1}{L1}. \tag{C.1}$$

and the portion of $\frac{\partial \theta_2}{\partial t}$ due to $v_2$ is

$$\frac{v_2}{L2} = \frac{v \sin \theta_2}{L2}. \tag{C.2}$$

Hence, the equation for $\frac{\partial \theta_2}{\partial t}$ is obtained by summing the right-hand side of equations C.1 and C.2, that is

$$\frac{\partial \theta_2}{\partial t} = \left( \frac{v \sin \theta_2}{L2} + \frac{v \tan \theta_1}{L1} \right) = v \left( \frac{\sin \theta_2}{L2} + \frac{\tan \theta_1}{L1} \right) \tag{C.3}$$

Refer again to Fig C.1. Consider now the first and second trailer only. The time rate change of $\theta_3$ is also caused by two components, the tangential speeds $v_2$ and $v_3$. The portion of $\frac{\partial \theta_3}{\partial t}$ due to $v2$ is

$$-\frac{v_2}{L2} = -\frac{v \sin \theta_2}{L2}, \tag{C.4}$$

**EXHIBIT 1**
Reproduced with permission of the copyright owner.  Further reproduction prohibited without permission.

and the portion of $\frac{\partial \theta_3}{\partial t}$ due $v_3$ is

$$\frac{v_3}{L3} = \frac{v \cos \theta_2 \sin \theta_3}{L3}. \tag{C.5}$$

Hence, the equation for $\frac{\partial \theta_3}{\partial t}$ is obtained by summing the right-hand side of equations C.4 and C.5, that is

$$\frac{\partial \theta_3}{\partial t} = \left( -\frac{v \sin \theta_2}{L2} + \frac{v \cos \theta_2 \sin \theta_3}{L3} \right) = v \left( -\frac{\sin \theta_2}{L2} + \frac{\cos \theta_2 \sin \theta_3}{L3} \right) \tag{C.6}$$

Equations C.3 and C.6 represent together the kinematic equations for the motion of the truck and double trailers in state-space form. The general state-space equations of a nonlinear plant are

$$\frac{\partial x}{\partial t} = f(x, u). \tag{C.7}$$

For the truck and double trailer, the input $u$ is the truck steering angle $\theta_1$ and $\frac{\partial x}{\partial t}$ is

$$\frac{\partial x}{\partial t} = \begin{bmatrix} \frac{\partial \theta_2}{\partial t} \\ \frac{\partial \theta_3}{\partial t} \end{bmatrix}. \tag{C.8}$$

The state-space equations are

$$\begin{bmatrix} \frac{\partial \theta_2}{\partial t} \\ \frac{\partial \theta_3}{\partial t} \end{bmatrix} = \begin{bmatrix} v \left( \frac{\sin \theta_2}{L2} + \frac{\tan \theta_1}{L1} \right) \\ v \left( -\frac{\sin \theta_2}{L2} + \frac{\cos \theta_2 \sin \theta_3}{L3} \right) \end{bmatrix} \tag{C.9}$$

The output variable to be controlled is the state $\theta_3$.

**EXHIBIT 1**

Reproduced with permission of the copyright owner.  Further reproduction prohibited without permission.

# Bibliography

[1] S. S. Haykin, *Neural Networks*. Prentice-Hall, Inc., Upper Saddle River, NJ, 1998.

[2] B. Widrow and M. Lehr, "30 years of adaptive neural networks: Perceptron, madaline, and back propagation," *Proceedings of the IEEE*, pp. 1415–1442, 1990.

[3] M. A. Lehr, B. Widrow, and D. E. Rumelhart, "Neural networks: Applications in industry, business and science," *Communications of the Association for Computing Machinery*, pp. 93–105, 1994.

[4] R. Rojas, *Neural Networks: A Systematic Introduction*. Springer-Verlag, 1996.

[5] B. Widrow and E. Walach, *Adaptive Inverse Control*. Prentice-Hall , Inc., Upper Saddle River, NJ., 1996.

[6] P. J. Werbos, *Beyond Regression: New Tools for Prediction and Analysis in the Behavioural Sciences*. PhD thesis, Harvard University, Boston, MA, 1974.

[7] N. Z. Shor, "Cut-off method with space extension in convex programming problems," *Cybernetics*, pp. 94–96, 1977.

[8] A. S. Nemirovskii and D. Yudin, *Problem Complexity and Method Efficiency in Optimization*. John Wiley & Sons, 1983.

[9] J. A. E. Bryson, *Dynamic Optimization*. Addison-Wesley, 1999.

[10] D. Nguyen and B. Widrow, "Neural networks for self-learning control systems," *IEEE Control Systems Magazine*, pp. 18–23, 1990.

**EXHIBIT 1**

Reproduced with permission of the copyright owner. Further reproduction prohibited without permission.

[11]  T. Kailath, *Linear Systems*. Prentice-Hall, Inc., 1980.

[12]  G. F. Franklin, J. D. Powell, and A. Emami-Naeimi, *Feedback Control of Dynamic Systems*. Addison-Wesley, 1994.

[13]  B. C. Kuo, *Automatic Control Systems*. Prentice-Hall, 1991.

[14]  C. S. Draper and Y. T. Li, "Principles of optimalizing control systems and an application to the internal combustion engine," *ASME, New York*, 1951.

[15]  J. C. Willems, *Stability Theory of Dynamical Systems*. John Wiley & Sons, New York, 1970.

[16]  B. Widrow, M. M. Lamego, and E. P. Ferreira, "Neurointerfaces," *Control Engineering Practice, A Journal of IFAC, The International Federation of Automatic Control*, submmited. paper selected from the 1999 IFAC World Congress, Beijing, China.

[17]  W. E. Boyce and R. C. DiPrima, *Elementary Differential Equations and Boundary Value Problems*. J. Wiley, 6th ed., 1997.

[18]  R. Borrelli, *Differential Equations : A Modeling Perspective*. J. Wiley, 1998.

[19]  QNX Software Systems Ltd., Ontario, Canada, *QNX System Architecture*, 1996.

[20]  A. M. Lyapunov, *General Problem of the Stability of Motion*. Taylor & Francis, London, UK, 1992. This is the English translation of the Russian original published in 1892.

[21]  S. Sastry, *Nonlinear Systems: Analysis, Stability and Control*. Springer Verlag, 1999.

[22]  F. L. Lewis, *Optimal Control*. Wiley-Interscience, New York, 1986.

[23]  A. E. Bryson and Y. C. Ho, *Applied Optimal Control*. Hemisphere Publishing, Washington, DC, 1975.

[24]  R. F. Stengel, *Optimal Control and Estimation*. Dover Publications, Inc., 1994.

**EXHIBIT 1**
Reproduced with permission of the copyright owner.  Further reproduction prohibited without permission.

[25] J. J. Craig, *Introduction to Robotics: Mechanics and Control*. Addison-Wesley, 1989.

[26] R. M. Murray, Z. Li, and S. S. Sastry, *A Mathematical Introduction to Robotic Manipulation*. CRC Press, Boca Raton, 1994.

[27] A. E. Bryson, *Control of Spacecraft and Aircraft*. Princeton University Press, Princeton, NJ, 1994.

[28] R. Bellman, *Dynamic Programming*. Princeton University Press, Princeton, NJ, 1957.

[29] R. T. Shen, *Optimal Control of Nonlinear Systems with Neural Networks*. PhD thesis, Stanford University, Electrical Engineering Dept., 1998.

[30] E. S. Plumer, *Optimal Terminal Control Using Feedforward Neural Networks*. PhD thesis, Electrical Engineering Dept., Stanford University, 1993.

[31] E. Kreyszig, *Introductory Functional Analysis with Applications*. John Wiley & Sons, 1989.

[32] C. M. Bishop, *Neural Networks for Pattern Recognition*. Oxford University Press, 1995.

[33] N. K. Bose and P. Liang, *Neural Networks with Graphs, Algorithms and Applications*. McGraw-Hill, 1996.

[34] R. Beale and T. Jackson, *Neural Computing: An Introduction*. Adam Hilge, 1990.

[35] D. G. Luenberger, *Linear and Nonlinear Programming*. Addison-Wesley, 1984.

[36] D. G. Luenberger, *Optimization by Vector Space Methods*. John Wiley & Sons, 1997.

[37] L. C. W. Dixon, *Nonlinear Optimization*. New York, Crane, Russak, 1972.

**EXHIBIT 1**

Reproduced with permission of the copyright owner.  Further reproduction prohibited without permission.

[38] L. G. Khachian, "A polynomial algorithm in linear programming," *Soviet Mathematics Doklady*, pp. 191–194, 1979.

[39] L. Vandenberghe and S. Boyd, "Semidefinite programming," *SIAM Review*, pp. 49–95, 1996.

[40] J. G. Ecker and M. Kupferschmid, "An ellipsoid algorithm for nonlinear programming," *Mathematical Programming*, pp. 83–106, 1983.

[41] S. Boyd and C. Barratt, *Linear Controller Design: Limits of Performance*. Prentice-Hall, 1991.

[42] R. G. Bland, D. Golfarb, and M. J. Todd, "The ellipsoid method: A survey," *Operations Research*, pp. 1039–1091, 1981.

[43] D. B. Sale, *Crane Safety on Construction Sites*. American Society of Civil Engineers, 1998.

[44] H. I. Shapiro, J. P. Shapiro, and L. K. Shapiro, *Cranes and Derricks*. McGraw-Hill, 1999.

[45] K. Hornik, "Multilayer feedforward networks are universal approximators," *Neural Networks*, pp. 359–66, 1989.

[46] R. Hecht-Nielsen, "Kolmogorov's mapping neural network existence theorem," in *IEEE First International Conference on Neural Networks*, (San Diego, CA), pp. 11–4, 1987.

[47] D. E. Rumelhard, G. E. Hinton, and R. J. Williams, "Learning internal representation by error propagation," *Parallel Distributed Processing: Explorations in the Microstructure of Cognition*, pp. 318–362, 1986.

**EXHIBIT 1**

Reproduced with permission of the copyright owner.  Further reproduction prohibited without permission.

# EXHIBIT 2

**[FILED UNDER SEAL]**

# EXHIBIT 3

# IEEE at a Glance



Related information                                                    >

IEEE is the world's largest technical professional organization
dedicated to advancing technology for the benefit of humanity. IEEE
and its members inspire a global community through its highly cited
publications, conferences, technology standards, and professional
and educational activities.

The following information provides an overview of IEEE offerings
and services.

## IEEE Quick Facts

*Last updated April 2021*

IEEE has:

- Over 400,000 members in more than 160 countries, more than 60 percent of whom are from outside the
  United States

- More than 107,000 Student members

- 342 Sections in ten geographic Regions worldwide

- 2,562 Chapters that unite local members with similar technical interests

- 3,485 Student Branches at colleges and universities in over 100 countries

**EXHIBIT 3**
**-113-**

- 2,877 Student Branch Chapters of IEEE technical Societies

- 580 affinity groups; IEEE affinity groups are non-technical sub-units of one or more Sections or a Council. The affinity group patent entities are the IEEE-USA Consultants Network, Young Professionals (YP), Women in Engineering (WIE), Life Members (LM), and IEEE Entrepreneurship

IEEE:

- Has 39 technical Societies and seven Technical Councils representing the wide range of IEEE technical interests

- Has more than 5 million documents in the IEEE *Xplore*® digital library, with more than 15 million downloads each month

- Has an active portfolio of nearly 1,200 standards and more than 900 projects under development

- Publishes approximately 200 transactions, journals, and magazines

- Sponsors more than 1,600 conferences in 96 countries while contributing over 3.6 million total conference papers to IEEE *Xplore* since 1936, with as many as 200,000 new papers added annually

## Membership

There are over 400,000 IEEE members in over 160 countries, more than 60 percent of whom are from outside the United States. IEEE members are engineers, scientists, and allied professionals whose technical interests are rooted in electrical and computer sciences, engineering, and related disciplines.

The highest grade of membership, IEEE Fellow, is attained through nomination by peers and approval by the IEEE Board of Directors for distinction in the profession.

> Learn more about IEEE membership (/membership/index.html)

## Communities

As the world's largest technical professional organization, IEEE offers a number of ways to get involved with technical and local communities. These communities are active participants in research and authorship, conferences, and important conversations about today's most relevant technical topics locally and globally.

With 39 technical Societies, ten geographic regions that host over 10,000 local meetings annually, several affinity and special interest groups, humanitarian opportunities, and virtual communities and private groups through IEEE Collabratec®, IEEE offers ample opportunity to network and grow professionally through communities.

> Learn more about communities (/communities/index.html)

**EXHIBIT 3**
**-114-**

## Conferences

IEEE sponsors more than 1,600 annual conferences and events worldwide, curating cutting-edge content for all of the technical fields of interest within IEEE.

› Learn more about IEEE conferences (/conferences/index.html)

## Publications

IEEE publishes nearly a third of the world's technical literature in electrical engineering, computer science, and electronics. This includes approximately 200 transactions, journals, and magazines published annually. In cooperation with John Wiley and Sons, Inc., IEEE also produces technical books, monographs, guides, and textbooks.

IEEE journals are consistently among the most highly cited in electrical and electronics engineering, telecommunications, and other technical fields.

The IEEE *Xplore* Digital Library (http://ieeexplore.ieee.org/Xplore/guesthome.jsp) contains more than 5 million documents from IEEE and IEEE journals, transactions, magazines, letters, conference proceedings, and active IEEE standards.

› Learn more about IEEE publications (/publications/index.html)

## Standards

IEEE is a leading developer of international standards that underpin many of today's telecommunications, information technology, and power-generation products and services.

Often the central source for standardization in a broad range of emerging technologies, the IEEE Standards Association has an active portfolio of nearly 1,200 standards and more than 900 projects under development. This includes the prominent IEEE 802$^{®}$ standards for local, metropolitan, and other area networks, including Ethernet and Wireless LAN (commonly referred to as Wi-Fi$^{®}$).

› Learn more about IEEE standards (/standards/index.html)

## Education

By awarding continuing education units and professional development hours, IEEE helps its members meet their continuing education requirements and develops products and services in support of these efforts.

IEEE follows strict guidelines for the development and delivery of continuing education materials, conforming to the highest industry practices for awarding continuing education units, professional development hours, and certificates of completion.

**EXHIBIT 3**
**-115-**

At the pre-college level, IEEE works with industry, universities, and government to raise students' literacy in science, math, engineering, and technology.

> Learn more about IEEE educational opportunities (/education/index.html)

## Humanitarian

As the philanthropic partner of IEEE, the IEEE Foundation inspires the generosity of donors to enable IEEE programs that improve access to technology, enhance technological literacy, and support technical education and the IEEE professional community.

The IEEE Foundation, a tax-exempt 501(c)(3) organization in the United States, fulfills its purpose by:

- Soliciting and managing donations

- Recognizing the generosity of donors

- Supporting high-impact IEEE programs

- Awarding grants to IEEE grassroots projects of strategic importance

IEEE Foundation serves as a steward of donations that improve the human condition, empower the next generation of engineers and scientists, educate and raise awareness, energize and recognize innovation, and preserve the history of technology. With donor support, the IEEE Foundation strives to be a leader in transforming lives through the power of technology and education.

> Learn more about the IEEE Foundation (https://ieeefoundation.org/)

IEEE is committed to advancing technology for the benefit of humanity. To support this effort, IEEE humanitarian and philanthropic opportunities bring together the wide range of IEEE programs that aim to do social good. Through IEEE's diverse humanitarian and philanthropic programs, there are many opportunities to make a contribution—big or small—to improving the human condition worldwide. You can become involved at any stage of IEEE engagement through contributions of your time, talent, and treasure. Together, the strength and reach of the IEEE network can be leveraged to make a difference worldwide. Doing good brings great returns.

These opportunities make it easy to:

- Become aware of the impact made by IEEE members and the possibilities

- Understand more about IEEE's programs

- Discover how you can engage through contributions of time, talent, and/or treasure

- Give back to help improve how IEEE serves the community

> Learn more about humanitarian and philanthropic opportunities (/about/ieee-humanitarian-philanthropy.html)

## Awards

**EXHIBIT 3**
**-116-**
https://www.ieee.org/about/at-a-glance.html 4/6

Accomplishments in IEEE technical fields are recognized with annual awards for outstanding contributions to technology, society, and the engineering profession.

IEEE Medals are the highest awards that IEEE presents on behalf of the IEEE Board of Directors. IEEE Medals embrace significant and broad IEEE interests and purposes. The highest honor is the IEEE Medal of Honor, which recognizes an individual for an exceptional contribution or extraordinary career in the IEEE fields of interest. Past recipients have included such visionaries as:

- Guglielmo Marconi (1920, for radio telegraphy)

- William Shockley (1980, for junction, analog, and junction field-effect transistors)

- Andrew S. Grove (2000, for pioneering research in metal oxide semiconductor devices and technology)

- Gordon E. Moore (2008, for pioneering technical roles in integrated-circuit processing, and leadership in the development of MOS memory, the microprocessor computer, and the semiconductor industry

- Mildred Dresselhaus (2015, for leadership and contributions across many fields of science and engineering)

- Kees Schouhamer Immink (2017, for pioneering contributions to video, audio, and data recording technology, including compact disc, DVD, and Blu-ray)

- Bradford W. Parkinson (2018, for fundamental contributions to and leadership in developing the design and driving the early applications of the Global Positioning System)

> Learn more about awards (https://www.ieee.org/about/awards/index.html)

---

**About IEEE**

IEEE is the **world's largest professional association for the advancement of technology.**

Through its global membership, IEEE is a **leading authority** on areas ranging from aerospace systems, computers and telecommunications to biomedical engineering, electric power and consumer electronics.

---

**Join IEEE or a Society**

As a member of IEEE, you'll receive access to select content, product discounts, and more.

> Review all member benefits (/membership/benefits/index.html?utm_source=right-module&utm_medium=benefits&utm_campaign=member-benefits)

> Join (/membership/join/index.html?utm_source=right-module&utm_medium=benefits&utm_campaign=join)

> Renew (/membership/renew.html?utm_source=right-module&utm_medium=benefits&utm_campaign=renew)

EXHIBIT 3
-117-

EXHIBIT 3
-118-

# EXHIBIT 4

# IEEE *Xplore*®

## Resources and Help

Resources    Search Resouces and Help    🔍

English | Simplified Chinese (简体中文)

## About Content in IEEE *Xplore*

The IEEE *Xplore* digital library is a powerful resource for discovery and access to scientific and technical content published by the IEEE (Institute of Electrical and Electronics Engineers) and its publishing partners.

## Contents

- Content Types in IEEE *Xplore*
- Journal Bibliometrics
- Publishing and Indexing Partners
- Collections in IEEE *Xplore*
- Reproducibility Badges

## Content Types in IEEE *Xplore*

The following content types are available on IEEE *Xplore*:

- Books
- Conferences
- Courses
- Journals & Magazines
- Standards

### Books

The IEEE Press and the IEEE Computer Society Press jointly develop and publish books with John Wiley & Sons, Inc. in the fields of electrical, computer, and software engineering under the Wiley-IEEE Press and Wiley-IEEE Computer Society Press imprints.

The following information is freely available to all users:

- Current bibliographic data on all active book titles in all programs.
- Searchable PDF files of a representative chapter, the preface, and the full table of contents for each book title (when available).
- Searchable PDF files of book chapters. Institutions can purchase a subscription to all books. IEEE members have access to any book with a copyright date greater than three years old. Individual book chapters can also be purchased individually with discounted pricing available to IEEE members.

When appropriate, book pages provide links to Wiley.com for purchase of hardcover or paperback editions and, when available, book editions. Other books are available through IEEE *Xplore*.

**EXHIBIT 4**
**-119-**

Browse **Browse ⌄** or search 🔍 to locate and purchase books of interest. Before buying a book, please check with your librarian or information professional. A copy may be available to you at no additional cost.

## Conference Publications

IEEE publishes more than 1,700 leading-edge conference proceedings every year, which are recognized by academia and industry worldwide as the most vital collection of consolidated published papers in electrical engineering, computer science, and related fields.

Fields of interest for conference publications include, but are not limited to:

- Bioengineering
- Communication, Networking and Broadcast Technology
- Computing and Processing
- Field, Waves and Electromagnetics
- General Topics for Engineers
- Power, Energy and Industry Applications
- Robots and Control Systems
- Signal Processing and Analysis
- And many more

**Download a full list of IEEE conference titles found in IEEE Xplore ❯**

Visit the IEEE Publications Recommender to get help choosing a conference to publish in.

For more information about packages to purchase, visit the Memberships and Subscriptions Catalog. Learn more about Subscription Options.

If you have any questions about content published by IEEE conferences, please contact IEEE Meetings, Conferences & Events: ieee-mce@ieee.org.

## Courses

IEEE *Xplore* offers online course titles in the IEEE Learning Network, in addition to IEEE-USA professional development courses. Topics covered include:

- Aerospace
- Bioengineering
- Communication, Networking & Broadcasting
- Components, Circuits, Devices & Systems
- Computing & Processing
- Engineering Profession
- English for Engineering
- Fields, Waves & Electromagnetics
- General Topics for Engineers
- Photonics & Electro-Optics
- Power, Energy, & Industry Applications
- Robotics & Control Systems
- Signal Processing & Analysis
- Transportation

**Note:** The IEEE Learning Network has scheduled maintenance on Saturdays from 12:00-5:00am ET.

**Check the IEEE Learning Network maintenance schedule ❯**

## Journals & Magazines

**EXHIBIT 4**
**-120-**



IEEE publishes leading journals, transactions, letters, and magazines in electrical engineering, computing, biotechnology, telecommunications, power and energy, and dozens of other technologies. IBM, SMPTE, BIAI, and TUP journal articles are also available in IEEE *Xplore*.

See Journal Citation Metrics for information on journal metrics in IEEE *Xplore*.

## Standards

The IEEE is the leading developer of global standards in a broad range of industries including biomedical and healthcare, information assurance, information technology, nanotechnology, power and energy, telecommunications, and transportation.

**What's in IEEE *Xplore*?**

IEEE approved standards and unapproved/approved draft standards are available in IEEE *Xplore* to IEEE Standards Online and IEL subscribers.

You can get the standards in topically related collections as subscriptions. You can also purchase standards individually through IEEE *Xplore*.

**Important Information Regarding Drafts**

Unapproved and approved draft standards are included as part of the IEEE Standards Online subscription package at no additional cost. IEL subscribers can purchase an add-on package that contains draft standards.

Not all versions of drafts are made available, and drafts consisting of only updated text may be included. Therefore, the latest complete draft under development may not be provided.

Unapproved drafts are proposed IEEE standards. As such, these documents are subject to change and should be used at your own risk. Because these drafts are unapproved, they must not be utilized for any conformance/compliance purposes.

**Important Information Regarding Archived Standards**

Archived standards are not current IEEE standards and may be either withdrawn, replaced, or superseded by other standards.

Archived standards may have value as historical documents, but they are not valid or approved IEEE standards. The IEEE shall not be liable for any damages resulting from the subscriber's or registered user's practice of this unapproved, archived IEEE standard.

## Journal Bibliometrics

The Journal Citation Reports® (JCR) and CiteScore metrics provide quantitative tools for ranking, evaluating, categorizing, and comparing journals. These metrics—including Impact Factor, Eigenfactor® Score, Article Influence® Score, and CiteScore metrics are available where applicable. These metrics examine the influence and impact of scholarly research journals.

The values displayed for the journal bibliometrics fields in IEEE *Xplore* are based on Journal Citation Report from Clarivate Analytics and CiteScore metrics from Scopus from the 2019 reports released in June 2020.

### Impact Factor

Impact Factor is the average number of times articles from a journal published in the past two years have been cited in the JCR year. The Impact Factor is a so-called *popularity* measure which relies on the crude number of citations, each of them counting the same independently of the quality of the source.

### Eigenfactor® Score

Eigenfactor™ Score takes into account the number of times articles from a journal published in the last five years have been cited in the JCR year while also considering which journals have contributed these citations. Since citations are in this case weighted depending on the source, The Eigenfactor Score belongs to the class of so-called *prestige* measures. The Eigenfactor Score represents the probability of reading a specific journal in the entire collection and therefore high-scoring journals have a greater influence in the scientific community.

### Article Influence® Score

Article Influence™ Score is also a *prestige* measure and has all the features of the Eigenfactor Score, with an additional normalization to the number of published papers. Hence it can be considered the average influence of a journal's articles

**EXHIBIT 4**
**-121-**

over the first five years after publication.

## CiteScore

CiteScore is a measure reflecting the yearly average number of citations to recent articles published in a journal. The calculation is based on the citations recorded in the Scopus database using citations for articles published in the preceding four years.

Find out more about IEEE Journal Rankings.

# Publishing and Indexing Partners

IEEE *Xplore* hosts content published by the following organizations:

- **IEEE**—periodicals, conference publications, and standards
- **Institution of Engineering and Technology (IET)**—conference publications
- **Oxford University Press (OUP)**—journal publications
- **Massachusetts Institute of Technology Press (MIT)**—Books collection
- **Society of Motion Picture & Television Engineers (SMPTE)**—standards, select periodicals, and conference publications
- **VDE VERLAG**—conference publications
- **American Geophysical Union (AGU)**—Journal publications
- **International Business Machines, Inc. (IBM)**—select periodicals
- **Nokia Bell Labs**—Bell Labs Technical Journal
- **Wiley**—Books collection
- **SAE**—Books collection
- **Beijing Institute of Aerospace Information (BIAI)** —Journal of Systems Engineering and Electronics
- **Tsinghua University Press (TUP)**—Tsinghua Science and Technology
- **River Publishers**—Books collection
- **URSI**—Journal publications
- **Morgan and Claypool**—Books collection
- **SGEPRI**—journal publications
- **Artech House**—Books collection
- **Chinese Society for Electrical Engineering (CSEE)**—CSEE Journal of Power and Energy Systems (JPES)
- **now Publishers**—Books collection
- **SAIEEE**—Journal publications
- **PTP**—Journal publications
- **CES**—Journal publications
- **CMP**—Journal publications
- **CPSS**—Journal publications



## Indexing Partners

IEEE has partnering relationships with Abstracting and Indexing Services and Web Discovery Services. These partnerships mean that many more researchers will see IEEE papers, far beyond the number who receive the single IEEE publication in which a paper is published. The indexes can help increase how often a paper is read and cited, enhancing the author's reputation. Download full listing of IEEE Indexing Agreements (PDF, 817 KB).

## Discovery Services

Web scale discovery services are designed to provide a simple Google-like search box, which enables library users to search all of the library's resources with a single query. Discovery services search a unified index covering subscriptions to

**EXHIBIT 4**
**-122-**

full-text databases such as the IEEE *Xplore*® Digital Library, A&I databases, the library's own collections, and many other sources. IEEE content is indexed by four major discovery vendors: EBSCO Discovery Service, Ex Libris' Primo, OCLC WorldCat, and Serials Solutions' Summon. Learn more.

## Collections in IEEE *Xplore*

The IEEE *Xplore* database contains the following collections:

- **Journals, transactions, letters, and magazines** published by the IEEE, with select content dating back to 1884.
- **Journals published by** IBM, BIAI (Beijing Institute of Aerospace Information) and TUP (Tsinghua University Press), and AGU (American Geophysical Union), dating back to 1930.
- **Conference proceedings** published by the IEEE, IET and VDE VERLAG dating back to 1988.
- **IEEE technical standards and specifications**, including active, revised, archived, and draft standards dating from 1948.
- **Books published by Wiley-IEEE Press, Wiley Telecom, The MIT Press, Morgan & Claypool**, and other IEEE entities.
- **Courses representing the best of IEEE conferences**, workshops, and seminars in an interactive format.

## Reproducibility Badges

Some articles on IEEE *Xplore* have Code and/or Datasets that have been submitted by authors along with published works. IEEE *Xplore* document pages have badges on the top-right of the page to denote the availability of this supplemental information. There are two types of badges:

1. **Available:** Code and/or datasets are available as a supplement to the document.




2. **Reviewed:** Code and/or datasets have been reviewed by IEEE and deemed reproducible.




**IEEE Personal Account**

CHANGE USERNAME/PASSWORD

UPDATE ADDRESS

**Purchase Details**

PAYMENT OPTIONS

ORDER HISTORY

ACCESS PURCHASED DOCUMENTS

**EXHIBIT 4**

## Profile Information

COMMUNICATIONS PREFERENCES

PROFESSION AND EDUCATION

TECHNICAL INTERESTS

## Need Help?

US & CANADA: +1 800 678 4333

WORLDWIDE: +1 732 981 0060

CONTACT & SUPPORT

## Follow

 

About IEEE *Xplore* | Contact Us | Help | Accessibility | Terms of Use | Nondiscrimination Policy | Sitemap | Privacy & Opting Out of Cookies

A not-for-profit organization, IEEE is the world's largest technical professional organization dedicated to advancing technology for the benefit of humanity.

© Copyright 2021 IEEE - All rights reserved. Use of this web site signifies your agreement to the terms and conditions.

# EXHIBIT 5



# Resources and Help

Resources    Search Resouces and Help          🔍



| English | Simplified Chinese (简体中文) |
|---|---|

## About IEEE *Xplore*

The IEEE *Xplore* digital library is a powerful resource for discovery of scientific and technical content published by the IEEE (Institute of Electrical and Electronics Engineers) and its publishing partners.

IEEE *Xplore* provides web access to more than five million full-text documents from some of the world's most highly-cited publications in electrical engineering, computer science, and electronics.

The content in IEEE *Xplore* comprises:

- 200+ journals
- 3+ million conference papers
- 10,000+ technical standards
- 5,000+ books
- Hundreds of course hours

Approximately 20,000 new documents are added to IEEE *Xplore* each month.

Access to full-text documents in IEEE *Xplore* can be obtained from:

- A broad range of institutional subscription options
- Exclusive subscriptions available to IEEE members and IEEE society members
- Online purchase of individual documents (at discounted prices for IEEE members)

---

**IEEE Personal Account**

CHANGE USERNAME/PASSWORD

UPDATE ADDRESS

**Purchase Details**

PAYMENT OPTIONS

ORDER HISTORY

**EXHIBIT 5**

-125-

ACCESS PURCHASED DOCUMENTS

## Profile Information

COMMUNICATIONS PREFERENCES

PROFESSION AND EDUCATION

TECHNICAL INTERESTS

## Need Help?

US & CANADA: +1 800 678 4333

WORLDWIDE: +1 732 981 0060

CONTACT & SUPPORT

## Follow



About IEEE *Xplore* | Contact Us | Help | Accessibility | Terms of Use | Nondiscrimination Policy | Sitemap |
Privacy & Opting Out of Cookies
A not-for-profit organization, IEEE is the world's largest technical professional organization dedicated to advancing technology
for the benefit of humanity.

© Copyright 2021 IEEE - All rights reserved. Use of this web site signifies your agreement to the terms and conditions.

**EXHIBIT 5**

**-126-**

# EXHIBIT 6

## [FILED UNDER SEAL]

# EXHIBIT 7

**[REDACTED VERSION PROPOSED TO BE FILED UNDER SEAL]**

Case 8:18-cv-02001-JVS-JDE   Document 286-1   Filed 06/07/21   Page 134 of 135   Page ID
Case 8:18-cv-02001-JVS-JDE   Document 162-6   Filed 03/02/21   Page 2 of 3   Page ID
#:16498
#:10929

# Knobbe Martens

**KNOBBE, MARTENS, OLSON & BEAR, LLP**

333 Bush St., 21st Fl., San Francisco, CA 94104
**T** (415) 954-4114

Nick Belair
Nick.Belair@knobbe.com

July 24, 2020
**VIA EMAIL:** RFletcher@merchantgould.com

Ryan Fletcher
Merchant & Gould
1801 California Street
Suite 3300
Denver, CO 80202

Re:    *Masimo Corp and Cercacor Laboratories, Inc. v. True Wearables, Inc. and Marcelo Lamego*, Case No.
       8:18-cv-2001-JVS-JDE

Dear Ryan:

I write regarding several outstanding discovery issues.

First, we have not received Defendants' responses to Plaintiffs' Second Set of Requests for Admissions, which we
served on June 5, 2020.  Defendants' responses were due on July 6, 2020, and Defendants did not request, and
Plaintiffs did not grant, an extension of the response date.  Please let us know if Defendants sent responses that
we missed, or when we can expect them.

Second, on July 8, 2020, we requested that Defendants produce all documents relating to the FDA clearance for
True Wearables 510(k) application for the Oxxiom device (K200537).  On July 10, 2020, I spoke to Zach Kachmer,
who confirmed Defendants were coordinating with True Wearables' separate outside counsel to collect these
documents.  We have not, however, received any supplemental production from Defendants.  Please let us know
when Defendants will produce the requested documents.

Relatedly, we have repeatedly requested that Defendants produce a copy of the letter from Marcelo Lamego to Dr.
Gottlieb, then Commission of the FDA, referenced at TRUE020469.  Defendants have not produced the letter.
Please provide a date certain by which Defendants will produce the letter, or provide an explanation for
Defendants' failure to do so.

Finally, we are working on a response to your July 14, 2020 letter and expect to provide a complete response next
week.  In the meantime, however, we wanted to use this opportunity to address some of the issues raised in the
letter.  First, my letter of July 16, 2020 addressed the technical issue identified in your letter relating to the
identification of emails and their respective attachments.  In connection with my July 16 letter, Plaintiffs provided
Defendants with an overlay file that Defendants could use to generate the appropriate email family associations in
its eDiscovery review platform.

In addition, your July 14 letter requested access to the Masimo and Cercacor source code files identified in
Plaintiffs' supplemental response to Interrogatory No. 11.  Those source code files are available for inspection at
Knobbe Martens' Irvine, California office.  Please let us know when you expect to review the files so that we can
coordinate with office staff to ensure compliance with COVID-19 protocols.

**\*\*\*BEGIN CONFIDENTIAL – ATTORNEYS' EYES ONLY INFORMATION\*\*\***

**EXHIBIT 7**

INTELLECTUAL PROPERTY + TECHNOLOGY LAW    |    knobbe.com

**[REDACTED VERSION PROPOSED TO BE FILED UNDER SEAL]**

# Knobbe Martens

███████████████████████████████████████████████████

███████████████████████████████████

**\*\*\*END CONFIDENTIAL – ATTORNEYS' EYES ONLY INFORMATION\*\*\***

Accordingly, Plaintiffs reiterate their request that Defendants provide assurance that none of the pending applications will publish.  If Defendants cannot provide such assurances, Plaintiffs reserve all rights to seek appropriate relief with the Court.

Thank you for your prompt attention to these issues.


Sincerely,


Nicholas A. Belair


**EXHIBIT 7**

knobbe.com