1  Amanda R. Washton (SB# 227541)
    *a.washton@conklelaw.com*
2  Sherron Wiggins (SB# 321819)
    *s.wiggins@conklelaw.com*
3  **CONKLE, KREMER & ENGEL**
   Professional Law Corporation
4  3130 Wilshire Boulevard, Suite 500
   Santa Monica, California 90403-2351
5  Phone: (310) 998-9100
   Fax: (310) 998-9109
6
   Samuel G. Brooks (SB# 272107)
7  *SBrooks@calljensen.com*
   Anurita Varma (SB# 279486)
8  *avarma@calljensen.com*
   **CALL & JENSEN**
9  610 Newport Center Drive, Suite 700
   Newport Beach, CA 92660
10 Phone: (949) 717-3000
   Facsimile: (949) 717-3100
11
   Peter A. Gergely (*Pro Hac Vice*)
12 *PGergely@merchantgould.com*
   Ryan J. Fletcher, (*Pro Hac Vice*)
13 *RFletcher@merchantgould.com*
   Zachary D. Kachmer (*Pro Hac Vice*)
14 *ZKachmer@merchantgould.com*
   **MERCHANT & GOULD P.C.**
15 1801 California St., Suite 3300
   Denver, CO 80202
16 Telephone: (303) 357-1651
   Facsimile: (612) 332-9081
17
   Paige S. Stradley, (*Pro Hac Vice*)
18 *PStradley@merchantgould.com*
   **MERCHANT & GOULD P.C.**
19 150 S. Fifth Street Suite 2200
   Minneapolis, MN 55402
20 Telephone: (612) 332-5300
   Facsimile: (612) 332-9081
21

22 Attorneys for Defendants
   *True Wearables, Inc. and Marcelo*
23 *Lamego*

24

25

26

27

28

DEFENDANTS' NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT-1
CASE No. 8:18-cv-2001-JVS-JDE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware Corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,,<br><br>Plaintiff,<br><br>v.<br><br>TRUE WEARABLES, INC., a Delaware corporation; and MARCELO LAMEGO, an individual,<br><br>Defendant. | CASE No. 8:18-cv-2001-JVS-JDE<br><br>**[UNREDACTED] STATEMENT OF UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW IN SUPPORT OF DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>[REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL]<br><br>**Hearing: October 4, 2021<br>Time: 1:30 p.m.<br>Ctrm: 10C**<br><br>Hon. James V. Selna<br>Presiding Judge<br>Hon. John D. Early<br>Magistrate Judge<br><br>Complaint Filed:   November 8, 2018<br>Trial Date:           January 11, 2022 |

DEFENDANTS' NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT-2
CASE No. 8:18-cv-2001-JVS-JDE