1 | Amanda R. Washton (SB# 227541)
    a.washton@conklelaw.com
2 | Sherron Wiggins (SB# 321819)
    s.wiggins@conklelaw.com
3 | **CONKLE, KREMER & ENGEL**
    Professional Law Corporation
4 | 3130 Wilshire Boulevard, Suite 500
    Santa Monica, California 90403-2351
5 | Phone: (310) 998-9100
    Fax: (310) 998-9109

6 |

7 | Samuel G. Brooks (SB# 272107)
    *SBrooks@calljensen.com*
    Anurita Varma (SB# 279486)
8 | *avarma@calljensen.com*
    **CALL & JENSEN**
9 | 610 Newport Center Drive, Suite 700
    Newport Beach, CA 92660
10 | Phone: (949) 717-3000
     Facsimile: (949) 717-3100

11 |

12 | Peter A. Gergely (*Pro Hac Vice*)
     *PGergely@merchantgould.com*
     Ryan J. Fletcher, (*Pro Hac Vice*)
13 | *RFletcher@merchantgould.com*
     Zachary D. Kachmer (*Pro Hac Vice*)
14 | *ZKachmer@merchantgould.com*
     **MERCHANT & GOULD P.C.**
15 | 1801 California St., Suite 3300
     Denver, CO 80202
16 | Telephone: (303) 357-1651
     Facsimile: (612) 332-9081

17 |

18 | Paige S. Stradley, (*Pro Hac Vice*)
     *PStradley@merchantgould.com*
     **MERCHANT & GOULD P.C.**
19 | 150 S. Fifth Street Suite 2200
     Minneapolis, MN 55402
20 | Telephone: (612) 332-5300
     Facsimile: (612) 332-9081

21 |

22 | Attorneys for Defendants
     *True Wearables, Inc. and Marcelo*
23 | *Lamego*

DEFENDANTS' NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT-1
CASE No. 8:18-cv-2001-JVS-JDE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware Corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,,<br><br>Plaintiff,<br><br>v.<br><br>TRUE WEARABLES, INC., a Delaware corporation; and MARCELO LAMEGO, an individual,<br><br>Defendant. | CASE No. 8:18-cv-2001-JVS-JDE<br><br>**DEFENDANTS TRUE WEARABLES, INC.'S AND MARCELO LAMEGO'S NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>**Hearing: October 4, 2021**<br>**Time: 1:30 p.m.**<br>**Ctrm: 10C**<br><br>Hon. James V. Selna<br>Presiding Judge<br>Hon. John D. Early<br>Magistrate Judge<br><br>Complaint Filed: November 8, 2018<br>Trial Date: January 11, 2022 |

**PLEASE TAKE NOTICE** that on October 4, 2021 at 1:30 p.m. PT, or as soon thereafter as counsel may be heard, before the Honorable Judge James V. Selna of the United States District Court for the Central District of California, located in Courtroom 10C, 10th Floor, 411 W. Fourth Street, Santa Ana, California 92701, Defendants True Wearables, Inc. and Marcelo Lamego hereby move under Federal Rule of Civil Procedure Rule 56 for an Order granting partial summary judgment.

Pursuant to Local Rule 7-3, the parties met and conferred with respect to Defendants' Motion on August 27, 2021.

Defendants' Motion is based on Defendants' Memorandum in support of Defendants' Motion for Partial Summary Judgment submitted herewith, Defendants' Statement of Uncontroverted Facts and Conclusions of Law in support of Defendants'

Motion for Partial Summary Judgment, the Declaration of Ryan James Fletcher with exhibits attached thereto in support of Defendants' Motion for Partial Summary Judgment, the pleadings in this action, and on any additional material that may be elicited at the hearing of this motion.

Respectfully submitted,

**MERCHANT & GOULD P.C.**

Dated: September 3, 2021

By: */s/ Ryan J. Fletcher*
Peter A. Gergely
Ryan J. Fletcher
Paige S. Stradley
Zachary D. Kachmer

*Attorneys for Defendants.*
*True Wearables, Inc. and Marcelo Lamego*