# Exhibit J

# To Fletcher Declaration

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

### UNITED STATES DEPARTMENT OF COMMERCE
#### United States Patent and Trademark Office

**March 13, 2019**

THIS IS TO CERTIFY THAT ANNEXED HERETO IS A TRUE COPY FROM THE RECORDS OF THIS OFFICE OF:

**U.S. PATENT:** *8,886,271*
**ISSUE DATE:** *November 11, 2014*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

P. SWAIN
Certifying Officer

US008886271B2

## (12) United States Patent
Kiani et al.

(10) Patent No.: **US 8,886,271 B2**

(45) Date of Patent: **Nov. 11, 2014**

(54) **NON-INVASIVE PHYSIOLOGICAL SENSOR COVER**

(71) Applicant: **Cercacor Laboratories, Inc.**, Irvine. CA (US)

(72) Inventors: **Abraham Mazda Kiani**, San Juan Capistrano, CA (US); **Massi Joe E. Kiani**, Laguna Niguel, CA (US)

(73) Assignee: **Cercacor Laboratories, Inc.**, Irvine, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **13/919,692**

(22) Filed: **Jun. 17, 2013**

(65) **Prior Publication Data**

US 2013/0345531 A1     Dec. 26, 2013

**Related U.S. Application Data**

(63) Continuation of application No. 12/844,720, filed on Jul. 27, 2010. now Pat. No. 8,473,020.

(60) Provisional application No. 61/229,682, filed on Jul. 29, 2009.

(51) **Int. Cl.**
| | |
|---|---|
| *A61B 5/02* | (2006.01) |
| *A61B 5/1455* | (2006.01) |
| *A61B 5/00* | (2006.01) |

(52) **U.S. Cl.**
CPC ........... *A61B 5/14552* (2013.01); *A61B 5/6826* (2013.01); *A61B 5/6838* (2013.01)
USPC ........................................ **600/344**; 600/323

(58) **Field of Classification Search**
CPC .................................................. A61B 5/14552

USPC ........................................ 600/310, 323, 344
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,960,128 | A | 10/1990 | Gordon et al. |
| 4,964,408 | A | 10/1990 | Hink et al. |
| 4,972,829 | A | 11/1990 | Knerr |
| 5,041,187 | A | 8/1991 | Hink et al. |
| 5,069,213 | A | 12/1991 | Polczynski |
| 5,163,438 | S | 11/1992 | Gordon et al. |
| 5,319,355 | A | 6/1994 | Russek |
| 5,337,744 | A | 8/1994 | Branigan |
| 5,341,805 | A | 8/1994 | Stavridi et al. |
| D353,195 | S | 12/1994 | Savage et al. |
| D353,196 | S | 12/1994 | Savage et al. |
| 5,377,676 | A | 1/1995 | Vari et al. |
| D359,546 | S | 6/1995 | Savage et al. |
| 5,431,170 | A | 7/1995 | Mathews |
| D361,840 | S | 8/1995 | Savage et al. |
| D362,063 | S | 9/1995 | Savage et al. |

(Continued)

*Primary Examiner* — Clayton E Laballe
*Assistant Examiner* — Leon W Rhodes, Jr.
(74) *Attorney, Agent, or Firm* — Knobbe, Martens, Olson & Bear, LLP

(57) **ABSTRACT**

A sensor cover according to embodiments of the disclosure is capable of being used with a non-invasive physiological sensor, such as a pulse oximetry sensor. Certain embodiments of the sensor cover reduce or eliminate false readings from the sensor when the sensor is not in use, for example, by blocking a light detecting component of a pulse oximeter sensor when the pulse oximeter sensor is active but not in use. Further, embodiments of the sensor cover can prevent damage to the sensor. Additionally, embodiments of the sensor cover prevent contamination of the sensor.

**18 Claims, 11 Drawing Sheets**



Copy provided by USPTO from the PIRS Image Database on 03-12-2019

MASM0000257

**US 8,886,271 B2**

Page 2

---

(56)　　　　　**References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 5,452,717 A | 9/1995 | Branigan et al. |
| D363,120 S | 10/1995 | Savage et al. |
| 5,456,252 A | 10/1995 | Vari et al. |
| 5,479,934 A | 1/1996 | Imran |
| 5,482,036 A | 1/1996 | Diab et al. |
| 5,490,505 A | 2/1996 | Diab et al. |
| 5,494,043 A | 2/1996 | O'Sullivan et al. |
| 5,533,511 A | 7/1996 | Kaspari et al. |
| 5,534,851 A | 7/1996 | Russek |
| 5,561,275 A | 10/1996 | Savage et al. |
| 5,562,002 A | 10/1996 | Lalin |
| 5,590,649 A | 1/1997 | Caro et al. |
| 5,602,924 A | 2/1997 | Durand et al. |
| 5,619,992 A | 4/1997 | Guthrie et al. |
| 5,632,272 A | 5/1997 | Diab et al. |
| 5,638,816 A | 6/1997 | Kiani-Azarbayjany et al. |
| 5,638,818 A | 6/1997 | Diab et al. |
| 5,645,440 A | 7/1997 | Tobler et al. |
| 5,685,299 A | 11/1997 | Diab et al. |
| D393,830 S | 4/1998 | Tobler et al. |
| 5,743,262 A | 4/1998 | Lepper, Jr. et al. |
| 5,758,644 A | 6/1998 | Diab et al. |
| 5,760,910 A | 6/1998 | Lepper, Jr. et al. |
| 5,769,785 A | 6/1998 | Diab et al. |
| 5,782,757 A | 7/1998 | Diab et al. |
| 5,785,659 A | 7/1998 | Caro et al. |
| 5,791,347 A | 8/1998 | Flaherty et al. |
| 5,810,734 A | 9/1998 | Caro et al. |
| 5,823,950 A | 10/1998 | Diab et al. |
| 5,830,131 A | 11/1998 | Caro et al. |
| 5,833,618 A | 11/1998 | Caro et al. |
| 5,860,919 A | 1/1999 | Kiani-Azarbayjany et al. |
| 5,890,929 A | 4/1999 | Mills et al. |
| 5,904,654 A | 5/1999 | Wohltmann et al. |
| 5,919,134 A | 7/1999 | Diab |
| 5,934,925 A | 8/1999 | Tobler et al. |
| 5,940,182 A | 8/1999 | Lepper, Jr. et al. |
| 5,995,855 A | 11/1999 | Kiani et al. |
| 5,997,343 A | 12/1999 | Mills et al. |
| 6,002,952 A | 12/1999 | Diab et al. |
| 6,011,986 A | 1/2000 | Diab et al. |
| 6,027,452 A | 2/2000 | Flaherty et al. |
| 6,036,642 A | 3/2000 | Diab et al. |
| 6,045,509 A | 4/2000 | Caro et al. |
| 6,067,462 A | 5/2000 | Diab et al. |
| 6,081,735 A | 6/2000 | Diab et al. |
| 6,088,607 A | 7/2000 | Diab et al. |
| 6,110,522 A | 8/2000 | Lepper, Jr. et al. |
| 6,124,597 A | 9/2000 | Shehada |
| 6,128,521 A | 10/2000 | Marro et al. |
| 6,129,675 A | 10/2000 | Jay |
| 6,140,549 A * | 10/2000 | Pompei, Jr. .................. 602/57 |
| 6,144,868 A | 11/2000 | Parker |
| 6,151,516 A | 11/2000 | Kiani-Azarbayjany et al. |
| 6,152,754 A | 11/2000 | Gerhardt et al. |
| 6,157,850 A | 12/2000 | Diab et al. |
| 6,165,005 A | 12/2000 | Mills et al. |
| 6,179,159 B1 | 1/2001 | Gurley |
| 6,184,521 B1 | 2/2001 | Coffin, IV et al. |
| 6,206,830 B1 | 3/2001 | Diab et al. |
| 6,229,856 B1 | 5/2001 | Diab et al. |
| 6,232,609 B1 | 5/2001 | Snyder et al. |
| 6,236,872 B1 | 5/2001 | Diab et al. |
| 6,241,683 B1 | 6/2001 | Macklem et al. |
| 6,253,097 B1 | 6/2001 | Aronow et al. |
| 6,256,523 B1 | 7/2001 | Diab et al. |
| 6,263,222 B1 | 7/2001 | Diab et al. |
| 6,278,522 B1 | 8/2001 | Lepper, Jr. et al. |
| 6,280,213 B1 | 8/2001 | Tobler et al. |
| 6,285,896 B1 | 9/2001 | Tobler et al. |
| 6,301,493 B1 | 10/2001 | Marro et al. |
| 6,317,627 B1 | 11/2001 | Ennen et al. |
| 6,321,100 B1 | 11/2001 | Parker |
| 6,325,761 B1 | 12/2001 | Jay |
| 6,334,065 B1 | 12/2001 | Al-Ali et al. |
| 6,343,224 B1 | 1/2002 | Parker |
| 6,349,228 B1 | 2/2002 | Kiani et al. |
| 6,360,114 B1 | 3/2002 | Diab et al. |
| 6,368,283 B1 | 4/2002 | Xu et al. |
| 6,371,921 B1 | 4/2002 | Caro et al. |
| 6,377,829 B1 | 4/2002 | Al-Ali |
| 6,388,240 B2 | 5/2002 | Schulz et al. |
| 6,397,091 B2 | 5/2002 | Diab et al. |
| 6,430,437 B1 | 8/2002 | Marro |
| 6,430,525 B1 | 8/2002 | Weber et al. |
| 6,463,311 B1 | 10/2002 | Diab |
| 6,470,199 B1 | 10/2002 | Kopotic et al. |
| 6,501,975 B2 | 12/2002 | Diab et al. |
| 6,505,059 B1 | 1/2003 | Kollias et al. |
| 6,515,273 B2 | 2/2003 | Al-Ali |
| 6,519,487 B1 * | 2/2003 | Parker .................. 600/344 |
| 6,525,386 B1 | 2/2003 | Mills et al. |
| 6,526,300 B1 | 2/2003 | Kiani et al. |
| 6,541,756 B2 | 4/2003 | Schulz et al. |
| 6,542,764 B1 | 4/2003 | Al-Ali et al. |
| 6,580,086 B1 | 6/2003 | Schulz et al. |
| 6,584,336 B1 | 6/2003 | Ali et al. |
| 6,595,316 B2 | 7/2003 | Cybulski et al. |
| 6,597,932 B2 | 7/2003 | Tian et al. |
| 6,597,933 B2 | 7/2003 | Kiani et al. |
| 6,606,511 B1 | 8/2003 | Ali et al. |
| 6,632,181 B2 | 10/2003 | Flaherty et al. |
| 6,639,668 B1 | 10/2003 | Trepagnier |
| 6,640,116 B2 | 10/2003 | Diab |
| 6,643,530 B2 | 11/2003 | Diab et al. |
| 6,650,917 B2 | 11/2003 | Diab et al. |
| 6,654,624 B2 | 11/2003 | Diab et al. |
| 6,658,276 B2 | 12/2003 | Kiani et al. |
| 6,661,161 B1 | 12/2003 | Lanzo et al. |
| 6,671,531 B2 | 12/2003 | Al-Ali et al. |
| 6,671,532 B1 * | 12/2003 | Fudge et al. .................. 600/344 |
| 6,678,543 B2 | 1/2004 | Diab et al. |
| 6,684,090 B2 | 1/2004 | Ali et al. |
| 6,684,091 B2 | 1/2004 | Parker |
| 6,697,656 B1 | 2/2004 | Al-Ali |
| 6,697,657 B1 | 2/2004 | Shehada et al. |
| 6,697,658 B2 | 2/2004 | Al-Ali |
| RE38,476 E | 3/2004 | Diab et al. |
| 6,699,194 B1 | 3/2004 | Diab et al. |
| 6,714,804 B2 | 3/2004 | Al-Ali et al. |
| RE38,492 E | 4/2004 | Diab et al. |
| 6,721,582 B2 | 4/2004 | Trepagnier et al. |
| 6,721,585 B1 | 4/2004 | Parker |
| 6,725,075 B2 | 4/2004 | Al-Ali |
| 6,728,560 B2 | 4/2004 | Kollias et al. |
| 6,735,459 B2 | 5/2004 | Parker |
| 6,745,060 B2 | 6/2004 | Diab et al. |
| 6,760,607 B2 | 7/2004 | Al-Ali |
| 6,770,028 B1 | 8/2004 | Ali et al. |
| 6,771,994 B2 | 8/2004 | Kiani et al. |
| 6,792,300 B1 | 9/2004 | Diab et al. |
| 6,813,511 B2 | 11/2004 | Diab et al. |
| 6,816,741 B2 | 11/2004 | Diab |
| 6,822,564 B2 | 11/2004 | Al-Ali |
| 6,826,419 B2 | 11/2004 | Diab et al. |
| 6,836,711 B2 | 12/2004 | Mills et al. |
| 6,850,787 B2 | 2/2005 | Weber et al. |
| 6,850,788 B2 | 2/2005 | Al-Ali |
| 6,852,083 B2 | 2/2005 | Caro et al. |
| 6,861,639 B2 | 3/2005 | Al-Ali |
| 6,898,452 B2 | 5/2005 | Al-Ali et al. |
| 6,920,345 B2 | 7/2005 | Al-Ali et al. |
| 6,931,268 B1 | 8/2005 | Kiani-Azarbayjany et al. |
| 6,934,570 B2 | 8/2005 | Kiani et al. |
| 6,939,305 B2 | 9/2005 | Flaherty et al. |
| 6,943,348 B1 | 9/2005 | Coffin, IV |
| 6,950,687 B2 | 9/2005 | Al-Ali |
| 6,961,598 B2 | 11/2005 | Diab |
| 6,970,792 B1 | 11/2005 | Diab |
| 6,979,812 B2 | 12/2005 | Al-Ali |
| 6,985,764 B2 | 1/2006 | Mason et al. |
| 6,993,371 B2 | 1/2006 | Kiani et al. |
| 6,996,427 B2 | 2/2006 | Ali et al. |
| 6,999,904 B2 | 2/2006 | Weber et al. |

Copy provided by USPTO from the PIRS Image Database on 03-12-2019

MASM0000258

US 8,886,271 B2

Page 3

(56)  **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 7,003,338 | B2 | 2/2006 | Weber et al. |
| 7,003,339 | B2 | 2/2006 | Diab et al. |
| 7,015,451 | B2 | 3/2006 | Dalke et al. |
| 7,024,233 | B2 | 4/2006 | Ali et al. |
| 7,027,849 | B2 | 4/2006 | Al-Ali |
| 7,030,749 | B2 | 4/2006 | Al-Ali |
| 7,039,449 | B2 | 5/2006 | Al-Ali |
| 7,041,060 | B2 | 5/2006 | Flaherty et al. |
| 7,044,918 | B2 | 5/2006 | Diab |
| 7,067,893 | B2 | 6/2006 | Mills et al. |
| 7,096,052 | B2 | 8/2006 | Mason et al. |
| 7,096,054 | B2 | 8/2006 | Abdul-Hafiz et al. |
| 7,132,641 | B2 | 11/2006 | Schulz et al. |
| 7,142,901 | B2 | 11/2006 | Kiani et al. |
| 7,149,561 | B2 | 12/2006 | Diab |
| 7,186,966 | B2 | 3/2007 | Al-Ali |
| 7,190,261 | B2 | 3/2007 | Al-Ali |
| 7,190,987 | B2 | 3/2007 | Lindekugel et al. |
| 7,215,984 | B2 | 5/2007 | Diab |
| 7,215,986 | B2 | 5/2007 | Diab |
| 7,221,971 | B2 | 5/2007 | Diab |
| 7,225,006 | B2 | 5/2007 | Al-Ali et al. |
| 7,225,007 | B2 | 5/2007 | Al-Ali |
| RE39,672 | E | 6/2007 | Shehada et al. |
| 7,239,905 | B2 | 7/2007 | Kiani-Azarbayjany et al. |
| 7,245,953 | B1 | 7/2007 | Parker |
| 7,254,429 | B2 | 8/2007 | Schurman et al. |
| 7,254,431 | B2 | 8/2007 | Al-Ali |
| 7,254,433 | B2 | 8/2007 | Diab et al. |
| 7,254,434 | B2 | 8/2007 | Schulz et al. |
| 7,272,425 | B2 | 9/2007 | Al-Ali |
| 7,274,955 | B2 | 9/2007 | Kiani et al. |
| D554,263 | S | 10/2007 | Al-Ali |
| 7,280,858 | B2 | 10/2007 | Al-Ali et al. |
| 7,289,835 | B2 | 10/2007 | Mansfield et al. |
| 7,292,883 | B2 | 11/2007 | De Felice et al. |
| 7,295,866 | B2 | 11/2007 | Al-Ali |
| 7,328,053 | B1 | 2/2008 | Diab et al. |
| 7,332,784 | B2 | 2/2008 | Mills et al. |
| 7,340,287 | B2 | 3/2008 | Mason et al. |
| 7,341,559 | B2 | 3/2008 | Schulz et al. |
| 7,343,186 | B2 | 3/2008 | Lamego et al. |
| D566,282 | S | 4/2008 | Al-Ali et al. |
| 7,355,512 | B1 | 4/2008 | Al-Ali |
| 7,356,365 | B2 | 4/2008 | Schurman |
| 7,371,981 | B2 | 5/2008 | Abdul-Hafiz |
| 7,373,193 | B2 | 5/2008 | Al-Ali et al. |
| 7,373,194 | B2 | 5/2008 | Weber et al. |
| 7,376,453 | B1 | 5/2008 | Diab et al. |
| 7,377,794 | B2 | 5/2008 | Al-Ali et al. |
| 7,377,899 | B2 | 5/2008 | Weber et al. |
| 7,383,070 | B2 | 6/2008 | Diab et al. |
| 7,415,297 | B2 | 8/2008 | Al-Ali et al. |
| 7,428,432 | B2 | 9/2008 | Ali et al. |
| 7,438,683 | B2 | 10/2008 | Al-Ali et al. |
| 7,440,787 | B2 | 10/2008 | Diab |
| 7,454,240 | B2 | 11/2008 | Diab et al. |
| 7,467,002 | B2 | 12/2008 | Weber et al. |
| 7,469,157 | B2 | 12/2008 | Diab et al. |
| 7,471,969 | B2 | 12/2008 | Diab et al. |
| 7,471,971 | B2 | 12/2008 | Diab et al. |
| 7,483,727 | B2 | 1/2009 | Al-Ali et al. |
| 7,483,730 | B2 | 1/2009 | Diab et al. |
| 7,486,977 | B2 * | 2/2009 | Sweitzer et al. ............... 600/323 |
| 7,489,958 | B2 | 2/2009 | Diab et al. |
| 7,496,391 | B2 | 2/2009 | Diab et al. |
| 7,496,393 | B2 | 2/2009 | Diab et al. |
| D587,657 | S | 3/2009 | Al-Ali et al. |
| 7,499,741 | B2 | 3/2009 | Diab et al. |
| 7,499,835 | B2 | 3/2009 | Weber et al. |
| 7,500,950 | B2 | 3/2009 | Al-Ali et al. |
| 7,509,154 | B2 | 3/2009 | Diab et al. |
| 7,509,494 | B2 | 3/2009 | Al-Ali |
| 7,510,849 | B2 | 3/2009 | Schurman et al. |
| 7,526,328 | B2 | 4/2009 | Diab et al. |
| 7,530,942 | B1 | 5/2009 | Diab |
| 7,530,949 | B2 | 5/2009 | Al-Ali et al. |
| 7,530,955 | B2 | 5/2009 | Diab et al. |
| 7,563,110 | B2 | 7/2009 | Al-Ali et al. |
| 7,574,245 | B2 | 8/2009 | Arizaga Ballesteros |
| 7,596,398 | B2 | 9/2009 | Al-Ali et al. |
| 7,618,375 | B2 | 11/2009 | Flaherty |
| D606,659 | S | 12/2009 | Kiani et al. |
| 7,647,083 | B2 | 1/2010 | Al-Ali et al. |
| D609,193 | S | 2/2010 | Al-Ali et al. |
| D614,305 | S | 4/2010 | Al-Ali et al. |
| RE41,317 | E | 5/2010 | Parker |
| 7,729,733 | B2 | 6/2010 | Al-Ali et al. |
| 7,734,320 | B2 | 6/2010 | Al-Ali |
| 7,761,127 | B2 | 7/2010 | Al-Ali et al. |
| 7,761,128 | B2 | 7/2010 | Al-Ali et al. |
| 7,764,982 | B2 | 7/2010 | Dalke et al. |
| D621,516 | S | 8/2010 | Kiani et al. |
| 7,791,155 | B2 | 9/2010 | Diab |
| 7,801,581 | B2 | 9/2010 | Diab |
| 7,822,452 | B2 | 10/2010 | Schurman et al. |
| RE41,912 | E | 11/2010 | Parker |
| 7,844,313 | B2 | 11/2010 | Kiani et al. |
| 7,844,314 | B2 | 11/2010 | Al-Ali |
| 7,844,315 | B2 | 11/2010 | Al-Ali |
| 7,865,222 | B2 | 1/2011 | Weber et al. |
| 7,873,497 | B2 | 1/2011 | Weber et al. |
| 7,880,606 | B2 | 2/2011 | Al-Ali |
| 7,880,626 | B2 | 2/2011 | Al-Ali et al. |
| 7,891,355 | B2 | 2/2011 | Al-Ali et al. |
| 7,894,868 | B2 | 2/2011 | Al-Ali et al. |
| 7,899,507 | B2 | 3/2011 | Al-Ali et al. |
| 7,899,518 | B2 | 3/2011 | Trepagnier et al. |
| 7,904,132 | B2 | 3/2011 | Weber et al. |
| 7,909,772 | B2 | 3/2011 | Popov et al. |
| 7,910,875 | B2 | 3/2011 | Al-Ali |
| 7,919,713 | B2 | 4/2011 | Al-Ali et al. |
| 7,937,128 | B2 | 5/2011 | Al-Ali |
| 7,937,129 | B2 | 5/2011 | Mason et al. |
| 7,937,130 | B2 | 5/2011 | Diab et al. |
| 7,941,199 | B2 | 5/2011 | Kiani |
| 7,951,086 | B2 | 5/2011 | Flaherty et al. |
| 7,957,780 | B2 | 6/2011 | Lamego et al. |
| 7,962,188 | B2 | 6/2011 | Kiani et al. |
| 7,962,190 | B1 | 6/2011 | Diab et al. |
| 7,976,472 | B2 | 7/2011 | Kiani |
| 7,988,637 | B2 | 8/2011 | Diab |
| 7,990,382 | B2 | 8/2011 | Kiani |
| 7,991,446 | B2 | 8/2011 | Ali et al. |
| 8,000,761 | B2 | 8/2011 | Al-Ali et al. |
| 8,008,088 | B2 | 8/2011 | Bellott et al. |
| RE42,753 | E | 9/2011 | Kiani-Azarbayjany et al. |
| 8,019,400 | B2 | 9/2011 | Diab et al. |
| 8,028,701 | B2 | 10/2011 | Al-Ali et al. |
| 8,029,765 | B2 | 10/2011 | Bellott et al. |
| 8,036,728 | B2 | 10/2011 | Diab et al. |
| 8,046,040 | B2 | 10/2011 | Ali et al. |
| 8,046,041 | B2 | 10/2011 | Diab et al. |
| 8,046,042 | B2 | 10/2011 | Diab et al. |
| 8,048,040 | B2 | 11/2011 | Kiani |
| 8,050,728 | B2 | 11/2011 | Al-Ali et al. |
| RE43,169 | E | 2/2012 | Parker |
| 8,118,620 | B2 | 2/2012 | Al-Ali et al. |
| 8,126,528 | B2 | 2/2012 | Diab et al. |
| 8,128,572 | B2 | 3/2012 | Diab et al. |
| 8,130,105 | B2 | 3/2012 | Al-Ali et al. |
| 8,145,287 | B2 | 3/2012 | Diab et al. |
| 8,150,487 | B2 | 4/2012 | Diab et al. |
| 8,175,672 | B2 | 5/2012 | Parker |
| 8,180,420 | B2 | 5/2012 | Diab et al. |
| 8,182,443 | B1 | 5/2012 | Kiani |
| 8,185,180 | B2 | 5/2012 | Diab et al. |
| 8,188,433 | B2 | 5/2012 | Gonopolskiy et al. |
| 8,190,223 | B2 | 5/2012 | Al-Ali et al. |
| 8,190,227 | B2 | 5/2012 | Diab et al. |
| 8,203,438 | B2 | 6/2012 | Kiani et al. |
| 8,203,704 | B2 | 6/2012 | Merritt et al. |
| 8,224,411 | B2 | 7/2012 | Al-Ali et al. |
| 8,228,181 | B2 | 7/2012 | Al-Ali |

MASM0000259

**US 8,886,271 B2**

Page 4

(56)          **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 8,229,533 | B2 | 7/2012 | Diab et al. |
| 8,233,955 | B2 | 7/2012 | Al-Ali et al. |
| 8,244,325 | B2 | 8/2012 | Al-Ali et al. |
| 8,255,026 | B1 | 8/2012 | Al-Ali |
| 8,255,027 | B2 | 8/2012 | Al-Ali et al. |
| 8,255,028 | B2 | 8/2012 | Al-Ali et al. |
| 8,260,577 | B2 | 9/2012 | Weber et al. |
| 8,265,723 | B1 | 9/2012 | McHale et al. |
| 8,274,360 | B2 | 9/2012 | Sampath et al. |
| 8,301,217 | B2 | 10/2012 | Al-Ali et al. |
| 8,310,336 | B2 | 11/2012 | Muhsin et al. |
| 8,315,683 | B2 | 11/2012 | Al-Ali et al. |
| RE43,860 | E | 12/2012 | Parker |
| 8,337,403 | B2 | 12/2012 | Al-Ali et al. |
| 8,346,330 | B2 | 1/2013 | Lamego |
| 8,353,842 | B2 | 1/2013 | Al-Ali et al. |
| 8,355,766 | B2 | 1/2013 | MacNeish, III et al. |
| 8,359,080 | B2 | 1/2013 | Diab et al. |
| 8,364,223 | B2 | 1/2013 | Al-Ali et al. |
| 8,364,226 | B2 | 1/2013 | Diab et al. |
| 8,374,665 | B2 | 2/2013 | Lamego |
| 8,385,995 | B2 | 2/2013 | Al-ali et al. |
| 8,385,996 | B2 | 2/2013 | Smith et al. |
| 8,388,353 | B2 | 3/2013 | Kiani et al. |
| 8,399,822 | B2 | 3/2013 | Al-Ali |
| 8,401,602 | B2 | 3/2013 | Kiani |
| 8,405,608 | B2 | 3/2013 | Al-Ali et al. |
| 8,414,499 | B2 | 4/2013 | Al-Ali et al. |
| 8,418,524 | B2 | 4/2013 | Al-Ali |
| 8,423,106 | B2 | 4/2013 | Lamego et al. |
| 8,428,967 | B2 | 4/2013 | Olsen et al. |
| 8,430,817 | B1 | 4/2013 | Al-Ali et al. |
| 8,437,825 | B2 | 5/2013 | Dalvi et al. |
| 8,455,290 | B2 | 6/2013 | Siskavich |
| 8,457,703 | B2 | 6/2013 | Al-Ali |
| 8,457,707 | B2 | 6/2013 | Kiani |
| 8,463,349 | B2 | 6/2013 | Diab et al. |
| 8,466,286 | B2 | 6/2013 | Bellott et al. |
| 8,471,713 | B2 | 6/2013 | Poeze et al. |
| 8,473,020 | B2 | 6/2013 | Kiani et al. |
| 8,483,787 | B2 | 7/2013 | Al-Ali et al. |
| 8,489,364 | B2 | 7/2013 | Weber et al. |
| 8,498,684 | B2 | 7/2013 | Weber et al. |

* cited by examiner

Copy provided by USPTO from the PIRS Image Database on 03-12-2019

MASM0000260



*FIG.  1*

Copy provided by USPTO from the PIRS Image Database on 03-12-2019

MASM0000261



FIG. 2B

FIG. 2A

MASM0000262



*FIG. 2C*

*FIG. 2D*

Copy provided by USPTO from the PIRS Image Database on 03-12-2019

MASM0000263

Case 8:18-cv-02001-JVS-JDE   Document 333-13   Filed 09/03/21   Page 10 of 22   Page ID #:21654



FIG. 3A

FIG. 3B

FIG. 3C

Copy provided by USPTO from the PIRS Image Database on 03-12-2019

MASM0000264



*FIG. 3D*



*FIG. 3E*

Copy provided by USPTO from the PIRS Image Database on 03-12-2019

MASM0000265



*FIG. 4A*

*FIG. 4B*

*FIG. 4C*

Copy provided by USPTO from the PIRS Image Database on 03-12-2019

MASM0000266

Case 8:18-cv-02001-JVS-JDE   Document 333-13   Filed 09/03/21   Page 13 of 22   Page ID #:21657



*FIG. 5A*



*FIG. 5B*

Copy provided by USPTO from the PIRS Image Database on 03-12-2019

MASM0000267

Case 8:18-cv-02001-JVS-JDE   Document 333-13   Filed 09/03/21   Page 14 of 22   Page ID #:21658



*FIG. 6*



*FIG. 7*          *FIG. 8*

Copy provided by USPTO from the PIRS Image Database on 03-12-2019

MASM0000268

Case 8:18-cv-02001-JVS-JDE   Document 333-13   Filed 09/03/21   Page 15 of 22   Page ID #:21659



FIG. 9B

FIG. 9A

Copy provided by USPTO from the PIRS Image Database on 03-12-2019

MASM0000269

Case 8:18-cv-02001-JVS-JDE   Document 333-13   Filed 09/03/21   Page 16 of 22   Page ID #:21660



FIG. 9C

Copy provided by USPTO from the PIRS Image Database on 03-12-2019

MASM0000270



FIG. 9D

MASM0000271

US 8,886,271 B2

**1**

## NON-INVASIVE PHYSIOLOGICAL SENSOR COVER

### CROSS-REFERENCE TO RELATED APPLICATIONS

The present application is a continuation of U.S. patent application Ser. No. 12/844,720, filed Jul. 27, 2010, entitled "NON-INVASIVE PHYSIOLOGICAL SENSOR COVER," which claims priority benefit under 35 U.S.C. §119(e) from U.S. Provisional Application No. 61/229,682, filed Jul. 29, 2009, entitled "Non-invasive Physiological Sensor Cover." All of the above referenced applications are hereby incorporated by reference herein in their entireties.

### FIELD OF THE DISCLOSURE

The present invention relates to a sensor for measuring oxygen content in the blood, and, in particular, relates to an apparatus and method for preventing sensor activity when the sensor is not in use.

### BACKGROUND OF THE DISCLOSURE

Non-invasive physiological sensors are applied to the body for monitoring or making measurements indicative of a patient's health. One application for a non-invasive physiological sensor is pulse oximetry, which provides a noninvasive procedure for measuring the oxygen status of circulating blood. Oximetry has gained rapid acceptance in a wide variety of medical applications, including surgical wards, intensive care and neonatal units, general wards, and home care and physical training. A pulse oximetry system generally includes a patient monitor, a communications medium such as a cable, and a physiological sensor having light emitters and a detector, such as one or more LEDs and a photodetector. The sensor is attached to a tissue site, such as a finger, toe, ear lobe, nose, hand, foot, or other site having pulsatile blood flow which can be penetrated by light from the emitters. The detector is responsive to the emitted light after attenuation by pulsatile blood flowing in the tissue site. The detector outputs a detector signal to the monitor over the communication medium, which processes the signal to provide a numerical readout of physiological parameters such as oxygen saturation (SpO2) and pulse rate.

High fidelity pulse oximeters capable of reading through motion induced noise are disclosed in U.S. Pat. Nos. 6,770, 028, 6,658,276, 6,157,850, 6,002,952 5,769,785, and 5,758, 644, which are assigned to Masimo Corporation ("Masimo") and are incorporated by reference herein. Advanced physiological monitoring systems may incorporate pulse oximetry in addition to advanced features for the calculation and display of other blood parameters, such as carboxyhemoglobin (HbCO), methemoglobin (HbMet) and total hemoglobin (Hbt), total Hematocrit (Hct), oxygen concentrations and glucose concentrations, as a few examples. Advanced physiological monitors and corresponding multiple wavelength optical sensors capable of measuring parameters in addition to SpO2, such as HbCO, HbMet and Hbt are described in at least U.S. patent application Ser. No. 11/367,013, filed Mar. 1, 2006, titled Multiple Wavelength Sensor Emitters and U.S. patent application Ser. No. 11/366,208, filed Mar. 1, 2006, titled Noninvasive Multi-Parameter Patient Monitor, assigned to Masimo Laboratories, Inc. and incorporated by reference herein. Further, noninvasive blood parameter monitors and optical sensors including Rainbow™ adhesive and reusable sensors and RAD-57™ and Radical-7™ monitors

**2**

capable of measuring SpO2, pulse rate, perfusion index (PI), signal quality (SiQ), pulse variability index (PVI), HbCO and HbMet, among other parameters, are also commercially available from Masimo.

### SUMMARY OF THE DISCLOSURE

Optical sensors are widely used across clinical settings, such as operating rooms, emergency rooms, post anesthesia care units, critical care units, outpatient surgery and physiological labs, to name a few. In some situations, such as in operating rooms, emergency rooms or critical care units, sensors can be kept attached to monitors to reduce the setup time needed to begin monitoring a patient. While attached, the sensor can generate false readings by detecting ambient light even though the sensor is not in use. The sensor can also cause the monitor to emit alarms or otherwise make noise due to false readings, which can be distracting to medical personnel.

As such, a method and apparatus for preventing false readings are desirable. A sensor cover, according to embodiments of the disclosure, prevents or reduces false readings until the sensor is in use.

Further, in certain embodiments, the sensor cover can prevent damage to the sensor. For example, the sensors cover can protect the emitters and the detector during shipment or prior to use. In certain embodiments, a sensor cover decreases the likelihood of contamination by keeping covered portions of the sensor clean. Sensors in hospitals and other clinical environments are subject to exposure to infectious agents, dust or other foreign matter from depositing on the emitters or detector. The sensor cover can reduce or prevent exposure to these contaminants.

### BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 illustrates a sensor cover attached to a sensor of a physiological measurement system according to an embodiment of the disclosure;

FIGS. 2A-2C are top cover-attached, top cover-detached, and bottom cover-attached perspective views, respectively, of the sensor cover and sensor of FIG. 1;

FIG. 2D illustrates a first and second sensor covers over the emitters and detector according to an embodiment of the disclosure;

FIG. 3A illustrates a non-protruding sensor cover according to an embodiment of the disclosure;

FIG. 3B illustrates a non-protruding sensor cover having an opaque border and a removable opaque center according to an embodiment of the disclosure;

FIG. 3C illustrates a sensor cover having a clear "window" according to an embodiment of the disclosure;

FIG. 3D illustrates a sensor cover integrated with an adhesive cover according to an embodiment of the disclosure;

FIG. 3E illustrates a sensor cover covering an adhesive sensor according to an embodiment of the disclosure;

FIGS. 4A-4B are a top view and a close up view, respectively, of an integrated sensor cover according to an embodiment of the disclosure;

FIG. 4C illustrates the sensor cover of FIGS. 4A-4B covering a sensor component;

FIG. 5A is a front view a sensor cover attachable to a reusable sensor according to an embodiment of the disclosure;

FIG. 5B illustrates the mating of the sensor cover of FIG. 5A with a sensor;

Copy provided by USPTO from the PIRS Image Database on 03-12-2019

MASM0000272

US 8,886,271 B2

**3**

FIG. **6** illustrates a sensor cover attachable to a sensor via one or more tabs according to an embodiment of the disclosure;

FIG. **7** illustrates a sensor cover configured to block both the emitters and the detector according to an embodiment of the disclosure;

FIG. **8** illustrates a sensor cover attachable to a sensor via an attachment arm according to an embodiment of the disclosure; and

FIGS. **9A-9D** illustrates embodiments of the sensor covers configured for attachment to a bioacoustic sensor, according to embodiments of the disclosure.

DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENT

A sensor cover according to embodiments of the disclosure is capable of being used with a non-invasive physiological sensor. Certain embodiments of the sensor cover reduce or eliminate false readings from the sensor when the sensor is not in use. Further, embodiments of the sensor cover can prevent damage to the sensor. Additionally, embodiments of the sensor cover prevent contamination of the sensor.

The tissue site of the illustrated embodiments is a finger and the following description therefore refers specifically to the tissue site as a finger for the purposes of clarity. This is not intended to be limiting and, as described herein, the sensor cover of certain embodiments can be used with sensors attachable to other types of tissue sites, such as a toe, ear lobe, nose, hand, foot, forehead or the like.

FIG. **1** illustrates an embodiment of a sensor cover attached to a physiological measurement system **100** having a monitor **110** and an optical sensor **120**. The optical sensor **120** comprises one or more light emitters and a detector. The optical sensor **120** is configured to plug into a monitor sensor port **112** via a patient cable **130**. Monitor keys **114** provide control over operating modes and alarms, to name a few. A display **116** provides readouts of measured parameters, such as oxygen saturation, pulse rate, HbCO, HbMet and Hbt to name a few. Other blood parameters that can be measured to provide important clinical information are fractional oxygen saturation, bilrubin and blood glucose, to name a few.

In the illustrated embodiment of FIG. **1**, the sensor cover **140** protrudes outside the sensor. The cover can be made from an opaque material, such as, for example, plastic, polyester, polypropylene, rubber, vinyl, cling vinyl and/or the like. The sensor cover **140** can obstruct the detector and prevent the detector from detecting light, thereby reducing or eliminating false readings. For example, the sensor **120** can sometimes be left attached to a monitor **110** to facilitate quick monitoring of a patient, even when not currently in use. The opaque cover **140** can prevent or reduce false readings caused by the emitters or the ambient light, even if the sensor is active, by preventing the sensor from receiving light. In an embodiment, the opaque material can block all wavelengths of light used by a particular sensor. Other embodiments can block different ranges of wavelengths depending on the type of sensor the cover is used for. In an embodiment, the sensor cover **140** is placed over the emitters to prevent the sensor from emitting light receivable by the detector. In an embodiment, both the detector and emitter are covered.

In some embodiments, the sensor cover **140** can be removed before placement at a measurement site. For example, once a patient arrives, medical personnel can remove the sensor cover **140** and attach the now fully operational sensor **120** to the patient. In some embodiments, the medical personnel can attach the sensor **120** with the cover

**4**

**140** still in place. The opaque cover prevents measurements from being taken until the sensor **120** is generally secure and the medical personnel are ready to take measurements. For example, movement can generate artifacts for some sensors; therefore waiting until the patient is stable can reduce measurement of inaccurate data. Once the sensor **120** is generally secured to an attachment site, the cover **140** can be removed from the sensor. In some embodiments, the sensor cover **140** can be removed before and/or after placement at a measurement site. The sensor cover **140** can be removed by peeling it off from the sensor or by pulling on the protruding portion.

As will be appreciated by skilled artisans from the disclosure provided herein, various attachment mechanisms can be used. For example, the sensor cover can be attached with an adhesive. In certain embodiments, a restorable adhesive can be used to facilitate reattachments of the sensor cover. The restorable adhesive layer can be rejuvenated by application of alcohol to the adhesive. The cover can then be reattached to the sensor. This can be useful where the sensor is moved to a new location or tissue site because the cover can prevent the sensor from taking false readings while the sensor is moved. In some embodiments, no adhesive is used on the sensor cover to leave no residue. In some embodiments, the sensor cover can be made from static cling vinyl, plastic film, or other "clingy" material with no adhesive used. In some embodiments, the sensor cover can be attached through static electricity allowing the cover to cling to the sensor without any adhesive and/or allowing the sensor cover to be reapplied. In other configurations, the sensor cover can be attached with Velcro, fasteners, tabs, clips, slots, or the like.

As will also be appreciated by skilled artisans from the disclosure provided herein, the sensor cover can be detached in various ways. In some embodiments, the sensor cover can be peeled off from the sensor before the sensor is placed at a measurement site. In some embodiments, the sensor can be pulled off from the sensor after placement by pulling on a protruding portion. Depending on the attachment mechanism, the detachment of the sensor cover can expose an adhesive layer or can leave no adhesive residue on the sensor. In some embodiments, the sensor cover can be unclipped or unhooked.

In certain embodiments, the sensor covers are reusable. For example, the sensor cover can be reused if the sensor is temporarily removed for repositioning or for cleaning. The sensor cover can also be replaced on the sensor when the sensor is no longer in use. In some embodiments, the sensor covers are disposable and disposed of once removed from the sensor.

Although disclosed with reference to the sensor of FIG. **1**, an artisan will recognize from the disclosure herein a wide variety of oximeter sensors, optical sensors, noninvasive sensors, medical sensors, or the like that may benefit from the sensor cover disclosed herein. In various embodiments, the sensor can be adapted to receive a tissue site other than a finger such as a, toe, ear lobe, nose, hand, foot, neck, or other site having pulsatile blood flow which can be penetrated by light from the emitter. In addition, the sensor cover **140** can be used with a portable monitor and associated sensor components in certain embodiments. Such monitors, including the sensor components, can be integrated into a hand-held device such as a PDA and typically do not include cables or separate monitors. Portable monitors are often used by first responders in emergency situations, in part because of their portability and ease of use. As such, sensor covers **140** which can protect the sensor components according to embodiments herein can be of particular benefit when used with spot-check monitors.

MASM0000273

US 8,886,271 B2

5

6

FIGS. 2A-2C are top cover-attached, top cover-detached, and bottom cover-attached perspective views, respectively, of the sensor cover and sensor of FIG. 1. FIG. 2D illustrates a first **140** and second **240** sensor covers placed over the detector **210** and emitters **230**, respectively. FIG. 2A illustrates a view of a side of the sensor placed in contact with a tissue site. In FIG. 2A, the sensor cover **140** attaches to the sensor **120** and covers the detector **210**, with a protruding portion **220** extending past the sensor. The sensor cover **140** can be a generally elongated shape made of an opaque material. In an embodiment, one side of the sensor cover can include an adhesive layer over the portion of the cover designed to block the detector **210** while the remainder of the cover can be adhesive free. Thus, the cover **140** does not catch on other objects and cause the cover **140** to be prematurely removed. The cover **140** can be removed by pulling on the protruding portion **220** either before or after the sensor **120** has been placed onto a measurement site. FIG. 2B illustrates the sensor **120** with the sensor cover **140** removed. FIG. 2C illustrates a view of an opposite side of the sensor of FIG. 2A.

FIG. 3A illustrates a non-protruding sensor cover **310** according to an embodiment of the disclosure. The opaque sensor cover **310** fits within the sensor **120** and blocks a sensor component **210**, such as the emitters or the detector. By staying within the sensor edges, the chance of accidental removal of the cover can be reduced. When the sensor **120** is ready for use, the sensor cover **310** can be removed.

FIG. 3B illustrates a non-protruding sensor cover having an opaque border **314** and a removable opaque center **312**. The opaque center **312** can be removed separately from the opaque border **314**, leaving an opaque material surrounding the sensor component **210**. When the sensor is attached to the patient, the opaque border **314** can minimize light piping, thereby increasing accuracy of the readings. For example, the opaque border **314** can prevent reflected or scattered light that has not passed through tissue from entering into the detector and/or prevent the detector from picking up light from the emitters that fall around instead of on the detector. In an embodiment, the sensor cover can have adhesive on one both sides. Adhesive on both sides of the sensor cover allows the cover to stick to a patient, further preventing light piping or movement of the sensor. In an embodiment the sensor cover can have a clear window section in addition to or instead of a removable center **312**.

FIG. 3C illustrates a sensor cover **316** having a clear "window" **317** over the sensor component. In an embodiment, the sensor cover can be used to protect the sensor component, provide a new adhesive layer, and/or reduce light piping while allowing the light through the "window". By using a clear window, the sensor cover does not have to be removed when sensor is attached to the patient. In some embodiments, a removable opaque portion can be placed over the window.

FIG. 3D illustrates a sensor cover integrated with an opaque adhesive cover **320** for the sensor. An adhesive sensor generally has one or more adhesive covers **320** covering one or more adhesive portions **330** of the sensor. In FIG. 3D, the opaque adhesive cover **320** is extended to cover the sensor component **210**. The adhesive cover **320** can be peeled off to reveal the adhesive layer **330** and uncover the sensor component **210**.

FIG. 3E illustrates a sensor cover **340** covering an adhesive sensor. In FIG. 3E, the opaque sensor cover **340** has adhesive material on both sides of the sensor cover in order to allow reattachment of a sensor where the original adhesive material **330** has lost its adhesiveness. The sensor cover **340** can be placed on the sensor using a first adhesive layer **350** while the sensor is detached from a patient. An adhesive cover (not shown) protects a second adhesive layer **360** and can be removed before the sensor is placed on the patient. The second adhesive layer allows the sensor to be reattached to the patient. The sensor cover can cover both the detector and emitters of the sensor. The sensor cover **322** can have removable or clear sections **370**, **380** over the detector and/or emitters to allow light to pass through.

FIGS. 4A-4B are a top view and a close up view, respectively, of an integrated sensor cover according to an embodiment of the disclosure. FIG. 4A illustrates an embodiment of the sensor cover where the sensor cover **410** is integrated with the sensor **400**. The sensor has a slot **420** positioned near an emitter or a detector. The slot allows an arm **410**, **430** to be folded over a sensor component **435**, which can be the emitters or the detector, thereby covering it. In certain embodiments, the sensor **400** is an adhesive sensor. The use of a slot allows an adhesive arm **410** to be used as a sensor cover without having to remove the arm's adhesive cover. Once a patient is available, the adhesive arm **410** can be removed from the slot, the adhesive cover can be removed, and the adhesive arms **410**, **430** used to secure the adhesive sensor to the patient. FIG. 4B illustrates a close up view of the slot **420** and sensor cover **410** of FIG. 4A. FIG. 4C illustrates the sensor cover **410** folded over the sensor component **435** with the end of the sensor cover inserted into the slot. A portion of the sensor cover extends into the slot and to the back side of the sensor. The slot keeps the sensor cover **410** generally secure against the sensor component **435**.

FIG. 5A is a front view a sensor cover **510** attachable to a reusable sensor according to an embodiment of the disclosure. The sensor cover **510** includes a recess **515** into which a sensor housing can be inserted. The sensor housing generally fits closely in the recess **515**. Friction between the inner surfaces of the sensor cover **510** and the sensor housing generally secures the housing with the sensor cover **510**. FIG. 5B illustrates the mating of the sensor cover **510** of FIG. 5A with a sensor **520**. In the illustrated embodiment, the sensor **520** is a reusable clip-style sensor. The sensor cover **510** fits over a lower sensor housing **525**. The sensor housings **525**, **545** can contain sensor components **530**, **540**, such as the emitters or the detector. In certain embodiments, the sensor component **530** is a detector and the sensor cover **510** prevents the detector from receiving light. The sensor cover **510** can be removed when the sensor **520** is in use and reattached once the sensor **520** is not in use.

FIG. 6 illustrates a sensor cover **610** attachable to a sensor **520** via one or more tabs or attachment arms **620** according to an embodiment of the disclosure. The tabs **620** fit over the sides of an upper housing **545** of the sensor and generally secure the sensor cover **610** against the upper housing **545**. The sensor cover **610** covers the sensor component, such as the emitters or the detector, located in the upper housing **545**.

FIG. 7 illustrates an embodiment of the sensor cover **700** configured to block both the emitters and the detector. An upper arm **710** secures against an upper housing of a sensor. A lower arm **720** secures against a lower housing of a sensor. The upper **710** and lower **720** arms are connected by a hinge portion **725**. The arms **710**, **720** can be attached via a press fit. The lower arm **720** can also include an attachment arm **730** to better secure the sensor cover **700** against the lower housing of the sensor.

FIG. 8 illustrates an embodiment of the sensor cover **800** attachable to a sensor housing via an attachment arm **810**. The attachment arm **810** is configured to secure the sensor cover **800** in place when applied to the sensor. Upon application to a sensor, the front portion of the sensor housing may occupy the space defined by the attachment arm **810** and the under-

Copy provided by USPTO from the PIRS Image Database on 03-12-2019

MASM0000274

US 8,886,271 B2

7

8

side of the lower portion **805** of the sensor cover **800**. The attachment arm **810** helps to releasably secure the sensor, via a friction fit, for example. One or more other features, such as the lip **815** disposed on the side of the sensor cover proximal to the sensor can be included to further secure the sensor cover **800** in the sensor. Upon insertion of the sensor cover **800** into the sensor, the sides of the sensor housing abut the lip **815**. Accordingly, the lip **815** can help ensure that the sensor cover **800** is positioned appropriately deep within the sensor.

Although the above embodiments have been described with respect to an opaque material intended to optically insulate the optical sensor, as will be appreciated by skilled artisans from the disclosure provided herein, sensor covers made of different insulative materials can be used as appropriate for different types of sensors. For example, sonically insulative materials, such as foam, rubber, cotton, and/or other sound deadening materials can be used to cover sensors that employ sound, such as a bioacoustic or ultrasound sensor. In some embodiments, electrically insulative materials, such as rubber, polyethylene, silicone and/or other insulators can be used to cover sensors that employ electrical signals, such as bio-impedance sensors. In some embodiments, mechanically insulative materials, such as hard plastic, metal, rubber, silicone, and/or other rigid or dampening materials can be used to cover mechanical sensors to prevent sensor actuation. In some embodiments, chemically insulative material, such as plastic, metal, polyethylene or the like can be used to cover chemical sensors and prevent their exposure to the environment.

FIGS. 9A-9D illustrate embodiments of sensor covers for a bioacoustic sensor. FIG. **9**A illustrates one embodiment of a bioacoustic sensor. The bioacoustic sensor **900** is configured for placement against a patient's skin. The contact surface **903** of the sensor **900** is placed against the skin. The bioacoustic sensor picks up sound waves from the patient's body and converts them into electrical signals for transmission to a monitoring device. In one embodiment, the bioacoustic sensor can use a piezoelectric transducer as the sensing element to detect sound waves. In FIG. **9**A a sensor cover **905** made of a sound-deadening material, such as foam, rubber, and/or cotton, is attached to the contact surface to prevent sound waves from being detected by the bioacoustic sensor **900**. The sound-deadening material can be attached by adhesive, tabs, clips, friction fit, and/or other connection mechanism. In FIG. **9**A, the bioacoustic sensor has a bump **910** on the contact surface **903** positioned to apply pressure to the sensing element so as to bias the sensing element in tension and improve the receptivity of the sensing element to sound waves. Where such a bump **910** exists on the contact surface **903** of the sensor, embodiments of sensor cover **905** can be provided with a corresponding recess.

FIG. **9**B illustrates an embodiment of the sensor cover **920** made of shaped sound-deadening material to increase the surface area available to absorb sound. In one embodiment, a plurality of wedge shaped protrusions **925** is formed on the surface of the sensor cover **920**. In other embodiments, different shaped protrusions can be used, such as waveform, pyramid, egg crate, and/or other shapes to increase the surface area.

FIG. **9**C illustrates a bioacoustic sensor cover having one or more attachment arms according to an embodiment of the disclosure. An attachment arm **935** is configured to releasably secure the sensor cover **930** when applied to the sensor via a friction fit, for example. A second attachment arm **936** can be provided to further secure the sensor cover **930** to the sensor **900**. A recess **940** can also be formed on the interior surface of the sensor cover **930** in order to conform to protrusions on the contact surface of the sensor **900**. Where the contact surface of the sensor **900** is flat, the interior surface can also be flat.

FIG. **9**D illustrates a bioacoustic sensor having conductive leads according to an embodiment of the disclosure. In FIG. 9D, the illustrated bioacoustic sensor **900** has one or more apertures **950**, **955** exposing the sensing element **960** to the contact surface **903**. In one embodiment, the sensor cover **962** prevents the bioacoustic sensor from taking readings by creating an electrical short in the sensor. One or more conductive leads or wires **965**, **970** configured to fit into the apertures **950**, **955** in the sensor housing are disposed on the sensor cover **962**. The conductive leads **965**, **970** abut the negative and positive electrical poles of the sensing element **960**. The conductive leads can be formed of copper or other conductive material. In one embodiment, the conductive leads **965**, **970** can abut internal wiring that connects to the negative and positive electrical poles, such that a direct connection is not required. The conductive leads **965**, **970** are joined by a connector lead or wire **975** to generate a short circuit in the sensor **900**. In an embodiment, the conductive leads **965**, **970** and connector lead **975** are a single connected structure. In an embodiment, the sensor cover **962** further comprises one or more attachment arms **980**, **982** for releasably securing the sensor cover **962** to the sensor **900**. In an embodiment, the sensor cover **962** further comprises a recess **985** to conform against a protrusion **910** on the contact surface **903** of the sensor. In one embodiment, the sensor cover **962** is formed out of a sound deadening material, such as foam or rubber. In one embodiment, the sensor cover **962** is made of hard plastic or other types of plastic materials.

Conditional language used herein, such as, among others, "can," "could," "might," "may," "e.g.," and the like, unless specifically stated otherwise, or otherwise understood within the context as used, is generally intended to convey that certain embodiments include, while other embodiments do not include, certain features, elements and/or states. Thus, such conditional language is not generally intended to imply that features, elements and/or states are in any way required for one or more embodiments or that one or more embodiments necessarily include logic for deciding, with or without author input or prompting, whether these features, elements and/or states are included or are to be performed in any particular embodiment.

Various sensor covers have been disclosed in detail in connection with various embodiments. These embodiments are disclosed by way of examples only and are not to limit the scope of the claims that follow. One of ordinary skill in the art will appreciate the many variations, modifications and combinations. For example, in various embodiments, adhesive, snap-fit, friction-fit, clips, tabs, and other attachment mechanisms can be employed. In addition, in various embodiments the sensor covers are used with a sensor that can measure any type of physiological parameter. In various embodiments, the sensor covers can be for any type of medical device or sensor. In various embodiments, adhesive can be placed on both sides of the sensor cover to aid in the reattachment of sensors where the sensor adhesive has grown weak. In various embodiments, sensors covers can be made in whole or in part of materials such as foam, polyester, polypropylene, rubber, vinyl, cling vinyl, urethane rubber plastic or other plastic materials, cloth, metal, combinations of the same or the like.

What is claimed is:

1. A method of blocking readings by a noninvasive optical physiological sensor, the method comprising:

providing a sensor cover comprising:

an opaque portion attachable to the sensor and configured to block readings by the sensor; and

Copy provided by USPTO from the PIRS Image Database on 03-12-2019

MASM0000275

US 8,886,271 B2

9

a non-adhesive portion that protrudes from the sensor to facilitate removal of the sensor cover; and

attaching the sensor cover to the sensor, the sensor cover blocking readings by the sensor and removable from the sensor,

wherein the sensor comprises:

a light source configured to emit light from one or more emitters of the sensor; and

a detector configured to receive at least a portion of the light emitted by the one or more emitters after the light has passed through a tissue site,

wherein the sensor cover is configured to prevent the detector from receiving light when the sensor is active.

**2**. The method of claim **1**, wherein the non-adhesive portion that protrudes from the sensor comprises an elongate portion that extends past the sensor.

**3**. The method of claim **1**, wherein the sensor is an adhesive sensor having a flexible substrate and an adhesive layer.

**4**. The method of claim **3**, wherein at least the opaque portion comprises an adhesive cover attachable to the adhesive layer of the sensor.

**5**. The method of claim **1**, wherein the sensor cover further comprises an adhesive layer on the opaque portion, the adhesive layer configured to removably attach over a sensing portion of the sensor.

**6**. The method of claim **1**, further comprising:

activating the light source of the sensor to emit light from the one or more emitters of the sensor; and

blocking, with the sensor cover, the light from the one or more emitters from being received by the detector of the sensor.

**7**. The method of claim **1**, wherein the opaque portion is attachable over at least one of the detector or the one or more emitters.

**8**. The method of claim **1**, wherein the opaque portion is configured to block ambient light from a surrounding area.

**9**. The method of claim **1**, wherein the sensor is a pulse oximeter sensor.

10

**10**. A sensor cover for use with a noninvasive optical physiological sensor, the sensor cover comprising:

an opaque portion attachable to the sensor and configured to block optical readings by the sensor; and

a non-adhesive portion that protrudes from the sensor to facilitate removal of the sensor cover,

wherein the sensor comprises:

a light source configured to emit light from one or more emitters of the sensor; and

a detector configured to receive at least a portion of the light emitted by the one or more emitters after the light has passed through a tissue site,

wherein the opaque portion is configured to prevent the detector from receiving light during sensor activation.

**11**. The sensor cover of claim **10**, wherein the non-adhesive portion that protrudes from the sensor comprises an elongate portion that extends past the sensor.

**12**. The sensor cover of claim **10**, wherein the sensor is an adhesive sensor having a flexible substrate and an adhesive layer.

**13**. The sensor cover of claim **12**, wherein at least the opaque portion comprises an adhesive cover attachable to the adhesive layer of the sensor.

**14**. The sensor cover of claim **10**, further comprising:

an adhesive layer on the opaque portion, the adhesive layer configured to removably attach over a sensing portion of the sensor.

**15**. The sensor cover of claim **10**, wherein the sensor cover is configured to block the light from the one or more emitters from being received by the detector.

**16**. The sensor cover of claim **10**, wherein the opaque portion is attachable over at least one of the detector or the one or more emitters.

**17**. The sensor cover of claim **10**, wherein the opaque portion is configured to block ambient light from a surrounding area.

**18**. The sensor cover of claim **10**, wherein the sensor is a pulse oximeter sensor.

\*   \*   \*   \*   \*

Copy provided by USPTO from the PIRS Image Database on 03-12-2019

MASM0000276