# Exhibit M
# To Fletcher Declaration

Joseph R. Re (Bar No. 134479)
joseph.re@knobbe.com
Stephen C. Jensen (Bar No. 149894)
stephen.jensen@knobbe.com
Irfan A. Lateef (Bar No. 204004)
irfan.lateef@knobbe.com
Brian C. Claassen (Bar No. 253627)
brian.claassen@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Telephone: (949)-760-0404
Facsimile: (949)-760-9502

Attorneys for Plaintiffs,
*Masimo Corporation and Cercacor Laboratories, Inc.*

Amanda R. Washton (Bar No. 227541)
a.washton@conklelaw.com
**CONKLE, KREMER & ENGEL
Professional Law Corporation**
3130 Wilshire Boulevard, Suite 500
Santa Monica, California 90403-2351
Phone: (310) 998-9100
Facsimile: (310) 998-9109

Peter A. Gergely (*Pro Hac Vice*)
PGergely@merchantgould.com
Ryan J. Fletcher, (*Pro Hac Vice*)
RFletcher@merchantgould.com
Andrew T. Pouzeshi, (*Pro Hac Vice*)
APouzeshi@merchantgould.com
**MERCHANT & GOULD, P.C.**
1801 California St., Suite 3300
Denver, CO 80202
Telephone: (303) 357-1651
Facsimile: (612) 332-9081

Paige S. Stradley
PStradley@merchantgould.com
**MERCHANT & GOULD, P.C.**
80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 332-5300
Facsimile: (612) 332-9081

Attorneys for Defendants,
*True Wearables, Inc. and Marcelo Lamego*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation, and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>TRUE WEARABLES, INC., a California corporation, and MARCELO LAMEGO, an individual.<br><br>Defendants. | Civil Action No. 8:18-cv-02001-JVS-JDE<br><br>**JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT PURSUANT TO PATENT LOCAL RULE 4-3** |

Pursuant to Judge Selna's July 1, 2019 Order Amending the Scheduling Order (Dkt. No. 45) and Patent Local Rule 4-3, Plaintiffs and Counterdefendants Masimo Corporation ("Masimo") and Cercacor Laboratories, Inc. ("Cercacor") (collectively, "Plaintiffs") and Defendants and Counterclaimants True Wearables, Inc. and Marcelo Lamego (collectively, "Defendants") hereby provide their Joint Claim Construction and Prehearing Statement.

### a. The Construction of Terms on Which the Parties Agree (P.L.R. 4-3(a))

The parties have agreed upon the constructions of the following terms of the asserted claims.

| Claim Term/Phrase | Agreed Construction |
|---|---|
| "attenuated"<br>('966 Patent: Claim 1)<br>('866 Patent: Claim 10)<br>('564 Patent: Claim 3)<br>('847 Patent: Claims 2, 4) | Reduced |
| "select"<br>('966 Patent: Claim 10)<br>('847 Patent: Claim 2) | Plain and ordinary meaning |
| "drive signal"<br>('866 Patent: Claim 10) | Plain and ordinary meaning |
| "determining,"<br>"determined,"<br>"determine"<br>('564 Patent: Claims 1, 2, 3)<br>('847 Patent: Claims 1, 2, 3) | Plain and ordinary meaning |
| "statistical analysis"<br>('847 Patent: Claims 1, 4) | Plain and ordinary meaning |
| "active"<br>('848 Patent: Claims 1, 8, 9, 18) | Plain and ordinary meaning |

| Claim Term/Phrase | Agreed Construction |
|---|---|
| "rectangular planar shape" ('848 Patent: Claims 3, 12, 21) | Rectangular shape |
| "single integral component" ('848 Patent: Claim 15) | Plain and ordinary meaning (one piece) |

### b. Proposed Constructions of Disputed Terms (P.L.R. 4-3(b), (c))

The Parties' proposed constructions of disputed terms are provided in the charts below. The Parties' proposed constructions are also set forth in the accompanying Exhibit A along with the intrinsic and extrinsic evidence on which the parties intend to rely and summaries of any witness testimony related to the proposed claim constructions. The parties reserve the right to rely on anything in the intrinsic record at any time, whether or not specifically identified herein. The Parties reserve the right to rely on each other's cited materials. Where a term has been defined elsewhere in the charts, the Parties reserve the right to rely on the previous definition for subsequent proposed constructions.

| U.S. Patent No. 7,186,966 | | |
|---|---|---|
| **Claim Term, Phrase or Clause** | **Plaintiffs' Proposed Construction** | **Defendants' Proposed Construction** |
| "caregiver" (Claim 1) | Preamble not limiting. Plain and ordinary meaning (a person who provides care) | "a third party care provider" – preamble is limiting |
| **"amount of use"** (Claim 1, 15) | Plain and ordinary meaning | "amount of time of use" |

-2-

| U.S. Patent No. 7,186,966 |||
|---|---|---|
| **Claim Term, Phrase or Clause** | **Plaintiffs' Proposed Construction** | **Defendants' Proposed Construction** |
| "patient monitor" (Claim 4) | Plain and ordinary meaning (output displaying physiological information) | "an oximeter" |
| "medical product" (Claim 15) | Plain and ordinary meaning | "medical device intended for use in the diagnosis of disease or other conditions" |

| U.S. Patent No. 7,295,866 |||
|---|---|---|
| **Claim Term, Phrase or Clause** | **Plaintiffs' Proposed Construction** | **Defendants' Proposed Construction** |
| "first duty cycle"; "first power consumption" (Claims 10, 11) | Plain and ordinary meaning (*see* below for "duty cycle") | "first percentage of time of operation" of the drive signal corresponding to a "first level of power used that is greater than zero" |
| "second duty cycle"; "second power consumption" (Claims 10, 12) | Plain and ordinary meaning (*see* below for "duty cycle") | "second percentage of time of operation" of the drive signal corresponding to a "second level of power used that is greater than zero" |
| "duty cycle" (Claim 10) | the on time relative to the off time | "percentage of time of operation" |

-3-

| **U.S. Patent No. 8,886,271** | | |
|---|---|---|
| **Claim Term, Phrase or Clause** | **Plaintiffs' Proposed Construction** | **Defendants' Proposed Construction** |
| "an opaque portion attachable to the sensor and configured to block readings by the sensor" (Claim 1) | "a portion attachable to the sensor that blocks a range of wavelengths of light to prevent measurements" | "an opaque portion attachable to the sensor and designed to block readings by the monitored sensor" |
| "protrudes from the sensor" (Claims 1, 10) | Plain and ordinary meaning (extends beyond the sensor) | "extends from a point originating proximate to the detector or emitter to a point past the sensor" |
| "the sensor cover blocking readings by the sensor" (Claim 1) | Plain and ordinary meaning (does not permit a range of wavelengths of light used by the sensor) | "the sensor cover blocking readings by the monitored sensor" |
| "the sensor cover is configured to prevent the detector from receiving light when the sensor is active" (Claim 1) | Plain and ordinary meaning (does not permit a range of wavelengths of light used by the detector when the sensor is on) | "the sensor cover is designed to prevent the detector from receiving light when the monitored sensor is active" |

-4-

| U.S. Patent No. 8,886,271 |||
|---|---|---|
| **Claim Term, Phrase or Clause** | **Plaintiffs' Proposed Construction** | **Defendants' Proposed Construction** |
| "blocking, with the sensor cover, the light from the one or more emitters from being received by the detector of the sensor" (Claim 6) | Plain and ordinary meaning | "blocking, with the sensor cover, the light from the one or more emitters from being received by the detector of the monitored sensor" |
| "the opaque portion is configured to block ambient light from a surrounding area" (Claims 8, 17) | a portion that blocks a certain range of wavelengths of light other than from the emitter to prevent measurements | "the light blocking portion is designed to block detectable light originating from sources other than the emitter" |
| "an opaque portion attachable to the sensor and configured to block optical readings by the sensor" (Claim 10) | portion attachable to the sensor that blocks a certain range of wavelengths from at least one emitter from reaching the detector | "a light-blocking portion attachable to the sensor and designed to block optical readings by the monitored sensor" |

-5-

Case 8:18-cv-02001-JVS-JDE Document 333-16 Filed 09/03/21 Page 8 of 17 Page ID
Case 8:13-cv-02001-JVS-JDE Document 50 Filed 10/16/19 Page 7 of 16 Page ID #:1029
#:21722

| U.S. Patent No. 8,886,271 |||
|---|---|---|
| **Claim Term, Phrase or Clause** | **Plaintiffs' Proposed Construction** | **Defendants' Proposed Construction** |
| "opaque portion is configured to prevent the detector from receiving light during sensor activation" (Claim 10) | blocks a certain range of wavelengths from at least one emitter from reaching the detector when the sensor is turned on | "light-blocking portion is designed to prevent the detector from receiving light during monitored sensor activation " |
| "the sensor cover is configured to block the light from the one or more emitters from being received by the detector" (Claim 15) | Plain and ordinary meaning | "the sensor cover is designed to block the light from the one or more emitters from being received by the monitored detector" |
| "an opaque portion attachable to the sensor and configured to block optical readings by the sensor" (Claim 10) | blocks a certain range of wavelengths from at least one emitter from reaching the detector when the sensor is turned on | "a light-blocking portion attachable to the sensor and designed to block optical readings by the monitored sensor" |

-6-

| U.S. Patent No. 8,983,564 |||
|---|---|---|
| **Claim Term, Phrase or Clause** | **Plaintiffs' Proposed Construction** | **Defendants' Proposed Construction** |
| "Perfusion" (Claims 1, 3) | The volume of blood per unit volume of tissue | Plain and ordinary meaning; or "the passage of blood through an organ or tissue" |
| "Pleth" (Claim 1) | An abbreviation for plethysmograph: a signal representing the change in volume of arterial blood with each pulse beat | An abbreviation for plethysmograph |
| "at least two different **calculation techniques**" (Claim 1) | Plain and ordinary meaning | "at least two different calculation procedures" |
| "selecting the lowest indication of perfusion index" (Claim 1) | Plain and ordinary meaning | "selecting the lowest perfusion index number" |
| "a first **calculation technique**" (Claims 2, 3) | Plain and ordinary meaning (one calculation technique) | "a first calculation procedure" |
| "a second **calculation technique**" (Claims 2, 3) | Plain and ordinary meaning (a calculation technique different the first calculation technique) | "a second calculation procedure" |

-7-

| U.S. Patent No. 8,983,564 |||
|---|---|---|
| **Claim Term, Phrase or Clause** | **Plaintiffs' Proposed Construction** | **Defendants' Proposed Construction** |
| "choosing the **calculation technique** that will result in the lowest perfusion index value" (Claim 2) | Plain and ordinary meaning | "choosing the calculation procedure that will result in the lowest perfusion index value" |
| "select the calculator which calculates the lowest indication of perfusion index" (Claim 3) | Plain and ordinary meaning | "select the calculator which calculates the lowest perfusion index number" |

| U.S. Patent No. 10,194,847 |||
|---|---|---|
| **Claim Term, Phrase or Clause** | **Plaintiffs' Proposed Construction** | **Defendants' Proposed Construction** |
| "at least two different **calculation techniques**" (Claim 1) | Plain and ordinary meaning | "at least two different calculation procedures" |
| "Statistically analysis" (Claim 1) | Statistical analysis | Indefinite |
| "a first **calculation technique**" (Claim 2) | Plain and ordinary meaning (one calculation technique) | "a first calculation procedure" |
| "a second **calculation technique**" (Claim 2) | Plain and ordinary meaning (a calculation technique different the first calculation technique) | "a second calculation procedure" |
| "select the lowest indication of perfusion index" (Claim 3) | Plain and ordinary meaning | "select the lowest perfusion index number" |
| "a first indication of amplitude data" (Claim 4) | Plain and ordinary meaning (one indication of amplitude data) | "a first numerical value of amplitude data" |

-9-

| U.S. Patent No. 10,194,847 |||
|---|---|---|
| **Claim Term, Phrase or Clause** | **Plaintiffs' Proposed Construction** | **Defendants' Proposed Construction** |
| "a second indication of amplitude data" (Claim 4) | Plain and ordinary meaning (an indication of amplitude data different from the first indication) | "a second numerical value of amplitude data" |
| "selecting a lowest indication of amplitude from the first and second indications" (Claim 4) | Plain and ordinary meaning | "selecting a lowest calculated value of amplitude from the first and second calculated values" |
| "Perfusion" (Claims 1, 2, 3, 4) | The volume of blood per unit volume of tissue | Plain and ordinary meaning; or "the passage of blood through an organ or tissue" |
| "Pleth" (Claim 1) | An abbreviation for plethysmograph: a signal representing the change in volume of arterial blood with each pulse beat | An abbreviation for plethysmograph |

-10-

| | **U.S. Patent No. 10,194,848** | | |
|---|---|---|---|
| | **Claim Term, Phrase or Clause** | **Plaintiffs' Proposed Construction** | **Defendants' Proposed Construction** |
| | "protrudes from the pulse oximeter sensor" (Claims 1, 19) | Plain and ordinary meaning (extends beyond the pulse oximeter sensor) | "extends from a point originating proximate to the pulse oximeter emitter or detector to past the pulse oximeter sensor" |
| | "blocks at least a portion of light from the one or more emitters from being received by the detector" (Claims 1, 8) | prevents a certain range of wavelengths from the one or more emitters from being received by the detector | "blocks some wavelengths of light generated by the one or more emitters and capable of being detected by the monitored detector" |
| | "blocks at least a portion of ambient light from a surrounding area from being received by the detector" (Claims 5, 14, 23) | prevents a certain range of wavelengths from the one or more emitters from being received by the detector | "blocks at least a portion of light originating from sources other than the emitter from being received by the monitored detector" |
| | "the sensor cover reduces false readings by the pulse oximeter sensor until the pulse oximeter sensor is in use" (Claims 6, 16, 27) | sensor cover reduces unintended readings (or inaccurate readings) before use | "the sensor cover reduces false readings by the monitored pulse oximeter until the monitored pulse oximeter is in use" |

-11-

| | **U.S. Patent No. 10,194,848** | | |
|---|---|---|---|
| | **Claim Term, Phrase or Clause** | **Plaintiffs' Proposed Construction** | **Defendants' Proposed Construction** |
| | "blocks at least a portion of light from the one or more emitters of the pulse oximeter sensor from being received by a detector of the pulse oximeter sensor"<br><br>(Claim 9) | prevents a certain range of wavelengths from the one or more emitters from being received by the detector | "blocks some wavelengths of light generated by the one or more emitters and detectable by a detector of the monitored pulse oximeter sensor" |
| | "a protruding portion that protrudes from the pulse oximeter sensor"<br><br>(Claim 9) | Plain and ordinary meaning (a portion that extends beyond the pulse oximeter sensor) | "a portion extending from a point originating proximate to the pulse oximeter emitter or detector to a point past the pulse oximeter sensor" |
| | "blocking, with the sensor cover, at least a portion of the light from the one or more emitters from being received by the detector"<br><br>(Claim 26) | prevents a certain range of wavelengths from the one or more emitters from being received by the detector | "blocking, with the sensor cover, some wavelengths of light generated by the one or more emitters and capable of being detected by the monitored detector" |
| | "at least partially opaque"<br><br>(Claim 1) | blocks a certain range of wavelengths of light | "at least partially light-blocking" |

-12-

| U.S. Patent No. 10,194,848 |||
|---|---|---|
| **Claim Term, Phrase or Clause** | **Plaintiffs' Proposed Construction** | **Defendants' Proposed Construction** |
| "false readings" (Claim 6, 16, 27) | unintended readings or inaccurate readings | "false monitored readings" |
| "partially or fully opaque" (Claim 17, 28) | Partially or fully blocking a certain range of wavelengths of light | "partially or fully light-blocking" |

c. **Identification of the Terms Whose Construction Will Be Most Significant to the Case Up to a Maximum of 10 (Pat. L.R. 4-3(c))**

The parties agree that the constructions of the ten terms below will be the most significant to this case. Plaintiffs and/or Defendants believe that the construction of the terms marked with an asterisk (*) will be case or claim dispositive:

(1)     "medical product" ('966 Patent)

(2)     "amount of use"* ('966 Patent)

(3)     "an opaque portion attachable to the sensor and configured to block readings by the sensor"* ('271 Patent)

(4)     "sensor"/ "pulse oximeter sensor"* ('271 and '848 Patents)

(5)     "caregiver" ('966 Patent)

(6)     "power consumption"* ('866 Patent)

(7)     "calculation technique(s)"* ('564 and '847 Patents)

(8)     "selecting the lowest indication of perfusion index"* ('564 and

-13-


1   '847 Patents)

2   (9)   "an opaque portion attachable to the sensor and configured to block optical readings by the sensor"* ('271 Patent)

4   (10)   "detector"* ('848 Patent)

### d. Anticipated Length of Time Necessary for the Claim Construction Hearing (Pat. L.R. 4-3(d))

The Court has scheduled a tutorial on December 14, 2019, as well as a Claim Construction Hearing on January 13, 2020. The Parties believe that they will each need about 90 minutes for the tutorial and 120 minutes for the hearing, subject to questions from the Court.

### e. Whether Any Party Proposes to Call One or More Witnesses at the Claim Construction Hearing, and Summaries of Testimony (Pat. L.R. 4-3(e))

The parties have agreed that no witnesses will be called at the technology tutorial or Claim Construction Hearing.

The parties reserve the right to modify, supplement, or amend the statement set forth above to help accomplish the purposes articulated in P.L.R. 4-3.

**IT IS SO STIPULATED**,

Respectfully submitted,

**KNOBBE, MARTENS, OLSON & BEAR, LLP**

Dated: October 18, 2019      By: */s/ Brian C. Claassen*
Brian C. Claassen

Attorneys for Plaintiffs,
*Masimo Corporation and Cercacor Laboratories, Inc.*

**CONKLE, KREMER & ENGEL**

Dated: October 18, 2019      By: */s/ Amanda R. Washton*
Amanda R. Washton

Attorneys for Defendants.
*True Wearables, Inc. and Marcelo Lamego*

## **FILER'S ATTESTATION**

Pursuant to Local Rule 5-4.3.4 regarding signatures, I hereby attest that concurrence in the filing of this document has been obtained from all signatories above.

Dated: October 18, 2019      By: */s/ Brian C. Claassen*
Brian C. Claassen