# Exhibit N
# To Fletcher Declaration





## Wireless, Disposable, Single-Use Pulse Oximetry System



# User Guide

**Requires Oxxiom Rx App for iOS devices**



**Made in USA**

© 2016-2020 True Wearables, Inc.

**UMD-0001 REV D**

TRUE048633



 Read this entire guide carefully before using the Oxxiom Pulse Oximetry System.

 Failure to follow instructions and warnings may result in serious injury or death.

**Caution: Federal law restricts this device to sale by or on the order of a healthcare professional.**

At the time of publication, this guide is believed to be accurate and up-to-date. In the interest of continued product development, True Wearables, Inc. reserves the right to make changes and improvements to this guide and the products described herein at any time, without notice or obligation.

True Wearables, Oxxiom, and the True Wearables logo are registered trademarks of True Wearables, Inc. The other trademarks mentioned in this guide are registered trademarks of the respective owners.

 True Wearables, Inc.
29826 Avenida de Las Banderas, Suite 300
Rancho Santa Margarita CA 92688
Tel: (949) 709-0850

© 2016-2020 True Wearables, Inc.

TRUE048634



# TABLE OF CONTENTS

INTENDED USE AND INDICATIONS FOR USE..........................................4

CONTRAINDICATIONS................................................................5

WARNINGS.........................................................................6

PRECAUTIONS......................................................................8

DEVICE DESCRIPTION..............................................................11

PACKAGE LAYOUT AND CONTENTS.....................................................16

USING THE OXXIOM PULSE OXIMETRY SYSTEM..........................................18

SYMBOLS IN THE OXXIOM RX APP....................................................31

GUIDED ACCESS MODE..............................................................34

OXXIOM WARNING SYSTEM...........................................................39

MORE INFORMATION ON OXXIOM RX APP...............................................51

CARE AND MAINTENANCE............................................................73

TROUBLESHOOTING.................................................................74

DEVICE PERFORMANCE..............................................................77

OXXIOM DEVICE TECHNICAL SPECIFICATIONS..........................................85

OXXIOM RX APP TECHNICAL SPECIFICATIONS..........................................90

FCC DECLARATION.................................................................93

PRIVACY – IMPORTANT INFORMATION.................................................94

CONTACT INFORMATION FOR SERVICE, SUPPORT AND WARRANTY.....95

SYMBOLS GLOSSARY................................................................96

COPYRIGHT NOTICE...............................................................102

TRUE048635



# INTENDED USE AND INDICATIONS FOR USE

The Oxxiom Pulse Oximetry System is a wireless, fully disposable, single-use device indicated for measuring, displaying, and storing functional oxygen saturation of arterial hemoglobin (SpO2) and pulse rate (PR).  It may be used for spot checking, intermittent monitoring, and/or data collection of patients 12 years and older in low acuity settings in facilities such as hospitals, clinics, and doctor's offices.  It can also be used in home healthcare settings under prescription use.  It is not intended for continuous monitoring.

© 2016-2020 True Wearables, Inc.                    **UMD-0001 REV D      4**

TRUE048636



# CONTRAINDICATIONS

1. The Oxxiom Pulse Oximetry System is MR Unsafe. Keep it outside of the MRI scanner room.

2. Explosion Hazard:  Do not use Oxxiom in an explosive atmosphere.

3. Do not use Oxxiom in the presence of flammable anesthetics or gases.

4. Oxxiom is intended for single-use only.  Do not gas sterilize or autoclave Oxxiom.  Do not expose or immerse Oxxiom in any liquids.  Do not use caustic or abrasive cleaning agents on the device.

5. Oxxiom is not defibrillation proof.

6. Oxxiom is not for use in situations which require continuous monitoring and alarming of SpO2 values.

© 2016-2020 True Wearables, Inc.

TRUE048637



# WARNINGS

1. The device is not intended for critical care monitoring or situations when saturations less than 85% are anticipated.

2. Oxxiom is not intended for use as a diagnostic tool.  It is an adjunctive device that must be used in conjunction with other methods of assessing clinical signs and symptoms.

3. Do not modify Oxxiom in any way.  Maintenance is not required.

4. The operation of this device may be affected when near an electrosurgical unit.

5. The wireless path must be unobstructed. The iOS host device must be within 10 meters (33 feet) of the Oxxiom device.  Oxxiom is not intended for use in remote monitoring.

6. Exposure of Oxxiom's optical detector to direct sunlight or strong ambient light will cause malfunction.



# WARNINGS, CONT.

7. Oxxiom is a single-use disposable device that uses a non-rechargeable LiMnO2 battery.  Do not attempt to remove or recharge the battery or disassemble/repair the device in any way.  Do not expose the battery to heat or open flames.

8. Dispose of Oxxiom properly.  Batteries can leak or explode if used or disposed of improperly.  Follow local ordinances for disposal.

9. Battery life may be significantly shortened by being in stand-by mode for an extended amount of time.

10. Oxxiom is a wireless device.  Other equipment may interfere with this device, even if they comply with CISPR emission requirements.  The wireless connection between the Oxxiom device and the iOS device may be affected by other Bluetooth audio equipment also connected to the same iOS device.

TRUE048639



# PRECAUTIONS

1. This device has been tested and found to comply with IEC 60601-1-2 for Electromagnetic Compatibility (EMC) for medical electrical equipment and/or systems.  This standard is designed to provide reasonable protection against harmful interference in healthcare settings.  Because of the increased number of radiofrequency transmitting equipment and other interference sources in the environment of operation, high interference levels might occur and disrupt the operation of this device.

2. If Oxxiom appears damaged or if Oxxiom fails to respond as described, discontinue use immediately and replace the device.

3. Minimize motion of measurement site.  Oxxiom may misinterpret motion as good pulse quality.

4. Oxxiom's principle of operation is based on the reflectance of red and infrared light.  Intravascular dyes, dyshemoglobinemia (dysfunctional hemoglobin), and finger deformities and calluses may affect SpO2 accuracy or make readings unreliable.



# PRECAUTIONS, CONT.

5. Do not shower, bathe, or swim with Oxxiom. The device is not waterproof and may malfunction if immersed in water or exposed to high levels of heat or humidity.

6. Oxxiom may not work on cold extremities due to reduced circulation. Warm or rub the extremity to increase circulation.

7. Finger deformities and calluses may cause inaccurate readings.

8. Inspect the measurement site at least every 8 hours to ensure correct device placement, following these steps:
   (a) Remove self-adhering breathable gentle tape from the patient's finger.
   (b) Inspect Oxxiom device to make sure it is placed correctly on the fingertip. Adjust if necessary.
   (c) Wrap (same or new) breathable gentle tape around Oxxiom and fingertip. Aim for a comfortable, snug fit.

© 2016-2020 True Wearables, Inc.

TRUE048641



# PRECAUTIONS, CONT.

9. Excessive pressure to the measurement site may damage tissue or make measurements inaccurate.

10. Some patients' skin may be sensitive to the Oxxiom tape and/or adhesive.

© 2016-2020 True Wearables, Inc.

UMD-0001 REV D     10

TRUE048642



# DEVICE DESCRIPTION

Oxxiom Pulse Oximetry System is a wireless, fully disposable, single patient use device for measuring and displaying functional oxygen saturation of arterial hemoglobin (SpO2), pulse rate (PR) and pulse amplitude (PA).

Oxxiom has two main components, the Oxxiom device (hardware device) and the Oxxiom Rx App. Oxxiom does not have a dedicated display or alarm system.  It requires a handheld iOS device for use. The iOS device can be an iPhone, iPad, or iPod device with iOS version 10.1 or later.

Oxxiom is small, lightweight, and has a maximum duration of 24 hours of use.  The device simultaneously and wirelessly transfers all collected data to the Oxxiom Rx App on the iOS device, which analyzes data, displays information, provides warnings as necessary, and stores the information.

TRUE048643


® true wearables®

# DEVICE DESCRIPTION, CONT.

The Principle of Operation is based upon the reflectance of light.



The red and infrared light rays penetrate the ② blood perfused dermis and interact with the heart's pulsatile signal in order to create red and infrared optical pulsatile signals

Dermis

Epidermis

Oxxiom

Emitter    Detector

Red and Infrared ① lights are applied to the measurement site by the light emitter

The optical pulsatile signals ③ (photoplethysmographs) are captured by the light detector, filtered, and conditioned to produce readings of SpO2, PR, and PA

© 2016-2020 True Wearables, Inc.

UMD-0001 REV D    12

TRUE048644



# DEVICE DESCRIPTION, CONT.

The main features of Oxxiom Pulse Oximetry System include the following:

- Wireless  measurement of oxygen saturation of arterial hemoglobin (SpO2), pulse rate (PR), and pulse amplitude (PA).

- Warnings, visual and audible.

- Voice-based measurements for SpO2, PR, and PA every 30, 60, or 120 seconds.

- Storage and data sharing for measurement trends on SpO2, PR, and PA (12, 24, 36, or 48 hours) and waveforms (last 12 hours).

© 2016-2020 True Wearables, Inc.                    **UMD-0001 REV D    13**



# DEVICE DESCRIPTION, CONT.

## Definition of featured measurements

- SpO2 is the functional saturation of peripheral oxygen. It is the percentage ratio of oxygenated hemoglobin concentration over the total concentration of oxygenated and non-oxygenated hemoglobin.

- Pulse Rate, PR, is the number of heartbeats per minute.

- Pulse Amplitude, PA, is the normalized peak-to-peak amplitude of the pulsatile signals (plethysmographs) generated at the measurement site by the heart activity, and detected by an optical device (photoplethysmographs). PA values range from 0.02% (very weak pulsatile signal) to 20% (very strong pulsatile signal.).

- Waveforms are the pulsatile signals generated at the measurement site by the heart activity, and detected by an optical device (photoplethysmographs). Motion in the measurement site affects the displayed photoplethysmographs.

© 2016-2020 True Wearables, Inc.                    UMD-0001 REV D     14

TRUE048646



# DEVICE DESCRIPTION, CONT.

## Measurement site

- Oxxiom has been tested on a subject population with the device placed on the finger.

| Pros | Cons |
|---|---|
| • Convenient for patient in prone or supine position.<br>• Higher perfusion in warm environment. | • Strong vasoconstrictor response to cold.<br>• Skin callouses and deformities may cause false readings.<br>• Proper pressure from tape wrapped around finger is important. |

- Monitoring at other sites of the body is NOT RECOMMENDED. Performance at other sites than the finger has not been validated.

- Minimize sunlight exposure to Oxxiom device with the provided tape.  An extra covering may be needed.

© 2016-2020 True Wearables, Inc.     **UMD-0001 REV D     15**

TRUE048647



# PACKAGE LAYOUT AND CONTENTS

- The Oxxiom package contains three items:

  1. Oxxiom device.

  2. Self-adhering breathable gentle tape for application to finger.

  3. Label with 2-dimensional UDI and QR barcodes.

- In addition to the three items from the package, the Oxxiom Pulse Oximetry System requires the Oxxiom Rx App.

- Download the Oxxiom Rx App from the Apple's App Store (purchase necessary).

© 2016-2020 True Wearables, Inc.

TRUE048648



# PACKAGE LAYOUT AND CONTENTS, CONT.





# USING THE OXXIOM PULSE OXIMETRY SYSTEM

Download the Oxxiom Rx App. Internet access is required when downloading the Oxxiom Rx App from the App Store.



TRUE048650



# USING THE OXXIOM PULSE OXIMETRY SYSTEM, CONT.

Open the blister pack containing the device and self-adhering tape for finger application. Keep the blister pack label for scanning.



Tear off anti-tamper tab. You may also use scissors to cut off tab ②



Pull off back lid and blister pack label with barcodes ③

© 2016-2020 True Wearables, Inc.

TRUE048651



# USING THE OXXIOM PULSE OXIMETRY SYSTEM, CONT.



Pull out Oxxiom and self-adhering breathable gentle tape roll from blister pack. Save label with barcodes for later use ④

QR barcode

Front view                    Back view

© 2016-2020 True Wearables, Inc.                    UMD-0001 REV D      20

TRUE048652

 **true wearables®**

# USING THE OXXIOM PULSE OXIMETRY SYSTEM, CONT.

Activate the Oxxiom device.  Once it is activated, it cannot be turned off or put in low power mode.  Minimize the time in standby mode, as this affects the battery life.



Pull tab 1 ⑤

Press the blue ⑥ dot until the green light turns on

The green light indicates Oxxiom is activated. It blinks once every 10 seconds

Pull tab 2 ⑦

Oxxiom is ready for placement on measurement site (i.e., finger)

© 2016-2020 True Wearables, Inc.

TRUE048653



® **true wearables**®

# USING THE OXXIOM PULSE OXIMETRY SYSTEM, CONT.

Place Oxxiom device on finger. Select fingertip with no deformities or calluses.



Place Oxxiom on ⑧ fingertip with green light facing down

Take 6-8 inches of self-adhering ⑨ tape from the roll provided, and wrap it around fingertip and Oxxiom. Aim for a comfortable, snug fit



© 2016-2020 True Wearables, Inc.

TRUE048654



# USING THE OXXIOM PULSE OXIMETRY SYSTEM, CONT.

Activate Bluetooth capability on iOS Device. Make sure the iOS device's battery is properly charged before use. Internet access is not required for operation of the Oxxiom Pulse Oximetry System. Only start the Oxxiom Rx App if Bluetooth is ON.



Select ⑩ Settings

Select ⑪ Bluetooth

© 2016-2020 True Wearables, Inc.

UMD-0001 REV D    23



# USING THE OXXIOM PULSE OXIMETRY SYSTEM, CONT.



TRUE048656



# USING THE OXXIOM PULSE OXIMETRY SYSTEM, CONT.

Start the Oxxiom Rx App.





Start the    ⑬
Oxxiom Rx
App

The Oxxiom Rx App
launch screen will be
briefly displayed

---

TRUE048657



# USING THE OXXIOM PULSE OXIMETRY SYSTEM, CONT.

## Scan QR barcode on blister pack label.



Select the Scan button ⑭



Select Dismiss ⑮

TRUE048658



# USING THE OXXIOM PULSE OXIMETRY SYSTEM, CONT.





# USING THE OXXIOM PULSE OXIMETRY SYSTEM, CONT.

Select ⑱
Done





Visual and audible warnings will be active until Oxxiom connects to iOS device

---

TRUE048660



# USING THE OXXIOM PULSE OXIMETRY SYSTEM, CONT.





As soon as Oxxiom connects with iOS device, waveforms are displayed. Visual and audible warnings will be active until measurements are displayed

After approximately 15 seconds, SpO2, PR, and PA measurements are displayed continuously

© 2016-2020 True Wearables, Inc.

TRUE048661



# USING THE OXXIOM PULSE OXIMETRY SYSTEM, CONT.

- When the Oxxiom device has a green light, it is on and ready for placement on the measurement site (standby mode).



Oxxiom is ready for placement on measurement site

- When the Oxxiom device has a red light, it is on and connected to the iOS device (operation mode).



Oxxiom is connected to the iOS device

© 2016-2020 True Wearables, Inc.

TRUE048662



# SYMBOLS IN THE OXXIOM RX APP

| Description | Symbol |
|---|---|
| Side Drawer menu | ≡ |
| Start screen | 🏁 |
| Settings screen | ⚙ |
| Share Data screen | 📤 |
| About Oxxiom screen | ⓘ |
| Visual warning | ⚠ |
| Oxxiom's battery | 🔋 |
| Audible warning | 🔔 |
| Oxxiom Rx App | t |

© 2016-2020 True Wearables, Inc.

TRUE048663



# SYMBOLS IN THE OXXIOM RX APP, CONT.

· Audible warning status is shown with the following symbols:

| Description | Symbol |
|---|---|
| Audible warnings active | 🔔 |
| Audible warnings disabled | 🔕 |

© 2016-2020 True Wearables, Inc.

TRUE048664



# SYMBOLS IN THE OXXIOM RX APP, CONT.

- The battery's charge is shown with the following symbols:

| Description | Symbol |
|---|---|
| **Description** | **Symbol** |
| Oxxiom's battery full | |
| Oxxiom's battery 3/4 full | |
| Oxxiom's battery 1/2 full | |
| Oxxiom's battery 1/4 full | |
| Oxxiom's battery low (blinking red bar) | |
| Oxxiom's battery empty | |

TRUE048665



# GUIDED ACCESS MODE

- Guided Access Mode restricts the iOS device to run only the Oxxiom Rx App and lets the user control which App features are available.

- Use Guided Access Mode to turn the iOS device into a dedicated display monitor.

- During Guided Access Mode, some Oxxiom Rx App features are disabled, including termination, Side Drawer menu, and hardware buttons (Home, Volume, Mute, Sleep/Wake, etc.).  If tapped or pressed, the message "Guided Access is enabled, triple-click the Home Button to exit" is displayed.

© 2016-2020 True Wearables, Inc.



# GUIDED ACCESS MODE, CONT.

## Steps to set up Guided Access Mode on an iOS device





# GUIDED ACCESS MODE, CONT.



Set a passcode that controls the use of Guided Access, and prevents unauthorized users from leaving an active session ④

© 2016-2020 True Wearables, Inc.

UMD-0001 REV D     36

TRUE048668



# GUIDED ACCESS MODE, CONT.

After Guided Access Mode is set up on the iOS device, a session can begin.  Ensure the Oxxiom Rx App is active and connected to the Oxxiom device before starting a Guided Access Mode session. Triple-click the Home button, and then tap Start.

Tap Start ②





Make sure the Oxxiom Rx App is onscreen and active

Triple-click the ① Home button

© 2016-2020 True Wearables, Inc.                    **UMD-0001 REV D   37**

TRUE048669



# GUIDED ACCESS MODE, CONT.

To end a Guided Access session on an iOS device, first
triple-click the Home button, enter the Guided Access
passcode, and then tap End.



 **true wearables®**

# OXXIOM WARNING SYSTEM

· Warnings will issue if the Oxxiom device is not
  connected to the iOS device.

· Motion, low perfusion, interferences, and rapid non-
  physiological changes in nature may delay warning
  detection and generation.

· Warnings will issue continuously in these situations:

  - Battery in the Oxxiom device is empty.

  - Battery in iOS device is low.

  - Wireless connection between Oxxiom device and iOS
    device is not reliable.

  - System is searching for waveform data.

  - Oxxiom device is misplaced or off of patient.

  - Oxxiom device is subject to excessive motion,
    ambient light, and interferences.

 Do NOT disable audible warnings or decrease its
volume if patient safety could be compromised.

© 2016-2020 True Wearables, Inc.                    **UMD-0001 REV D    39**

TRUE048671


**true wearables®**

# OXXIOM WARNING SYSTEM, CONT.

- Oxxiom Pulse Oximetry System has two types of warning systems:

| 1. Physiologic measurement warnings | | |
| --- | --- | --- |
| **Warning description** | **Visual warning** | **Audible warning** |
| SpO2 and PR measurements have crossed either upper or lower limits | • ⚠️ SpO2 and PR warnings ⚠️<br>• SpO2 and PR gauges blink in red | • Beep<br>• Voice message "Saturation and Pulse Rate warnings" |
| SpO2 measurement has crossed either upper or lower limits | • ⚠️ SpO2 warning ⚠️<br>• SpO2 gauge blinks in red | • Beep<br>• Voice message "Saturation warning" |
| PR measurement has crossed either upper or lower limits | • ⚠️ PR warning ⚠️<br>• PR gauge blinks in red | • Beep<br>• Voice message "Pulse Rate warning" |

© 2016-2020 True Wearables, Inc.

TRUE048672



# OXXIOM WARNING SYSTEM, CONT.

| 2. Equipment operation warnings | | |
|---|---|---|
| **Warning description** | **Visual warning** | **Audible warning** |
| Oxxiom is not connected to iOS device | • ⚠ Oxxiom not connected ⚠<br>• Dashed gauges blinking in red | • Beep<br>• Voice message "Oxxiom not connected" |
| Oxxiom's battery is empty | • ⚠ Battery empty ⚠<br>• Gauges blink in red (dashed or not) | • Beep<br>• Voice message "Oxxiom's battery is empty" |
| Oxxiom is searching for valid signal | • ⚠ Searching signal ⚠<br>• Dashed gauges blinking in red | • Beep<br>• Voice message "Searching signal" |

© 2016-2020 True Wearables, Inc.

TRUE048673



# OXXIOM WARNING SYSTEM, CONT.

| 2. Equipment operation warnings, cont. | | |
|---|---|---|
| **Warning description** | **Visual warning** | **Audible warning** |
| Oxxiom wireless connection with iOS device is not reliable | • ⚠ Poor connection⚠<br>• All gauges blink in red | • Beep<br>• Voice message "Poor connection" |
| iOS device's battery is low | ⚠ Charge iOS device⚠ | • Beep<br>• Voice message "Charge IOS device" |

© 2016-2020 True Wearables, Inc.

TRUE048674

# ® true wearables ®

## OXXIOM WARNING SYSTEM, CONT.

### Warning system's ruled-based decision-making process



TRUE048675



# OXXIOM WARNING SYSTEM, CONT.

| Factory default settings of warnings | | | |
|---|---|---|---|
| **Warning description** | **Adjustment range** | **Adjustment step value** | **Factory default** |
| Oxxiom is not connected to iOS device | Not adjustable | Not applicable | **Enabled** |
| Oxxiom's battery is empty | Not adjustable | Not applicable | **Enabled** |
| Oxxiom is searching for a valid signal | Not adjustable | Not applicable | **Enabled** |
| Oxxiom wireless connection with iOS device is not reliable | Not adjustable | Not applicable | **Enabled** |

© 2016-2020 True Wearables, Inc.

TRUE048676



## OXXIOM WARNING SYSTEM, CONT.

| Factory default settings of warnings, cont. | | | |
|---|---|---|---|
| **Warning description** | **Adjustment range** | **Adjustment step value** | **Factory default** |
| SpO2 measurement has crossed either upper or lower limits | Upper limit range: 85% to 100% Lower limit range: 50 to 95% | 1% | **Enabled** Upper limit setting: **100%** Lower limit setting: **89%** |
| PR measurement has crossed either upper or lower limits | Upper limit range: 75 bpm to 250 bpm Lower limit range: 30 bpm to 110 bpm | 1 bpm | **Enabled** Upper limit setting: **187 bpm** Lower limit setting: **35 bpm** |
| iOS device's battery is low | Not adjustable | Not applicable | **Enabled** Threshold fixed at **23%** |

TRUE048677



# OXXIOM WARNING SYSTEM, CONT.

| Warning delay features (seconds) | | | |
|---|---|---|---|
| **Warning description** | **Min** | **Typical** | **Max** |
| Oxxiom is not connected to iOS device | 1 | 2 | 3 |
| Oxxiom's battery is empty | 1 | 2 | 3 |
| Oxxiom is searching for valid signal | **8** (12) | **12** (21) | **15** (30) |
| Oxxiom wireless connection with iOS device is not reliable | 1 | 2 | 3 |
| SpO2 and PR measurements have crossed either upper or lower limits | **8** (12) | **12** (21) | **15** (30) |
| SpO2 measurement has crossed either upper or lower limits | **8** (12) | **12** (21) | **15** (30) |
| PR measurement has crossed either upper or lower limits | **8** (12) | **12** (21) | **15** (30) |
| iOS device's battery is low | 1 | 2 | 3 |
| NOTE: Delays in **Bold** are for measurement sites well perfused and not subject to motion and/or signal interferences. Otherwise, the corresponding delays in parentheses should be assumed. | | | |

© 2016-2020 True Wearables, Inc.   UMD-0001 REV D   46

TRUE048678



# OXXIOM WARNING SYSTEM, CONT.

## Silence period

- The warning system enables the user to momentarily disable audible warnings for a period of time (silence period).

- In order to start a silence period, the user should tap any one of the linear measurement gauges (bars).

- The silence period can be set by the user in the Settings menu.

- Silence period values are 30 (default), 60, 90, or 120 seconds.

- Once silence period expires, audible warnings will automatically resume.

© 2016-2020 True Wearables, Inc.

TRUE048679



# OXXIOM WARNING SYSTEM, CONT.

## Activating silence period





# OXXIOM WARNING SYSTEM, CONT.

## Enabling/disabling audible warnings/measurements

- The warning system allows user to enable or disable audible warnings/measurements via a toggle switch in Settings.

- The user can set the audible warning/measurement volume via the iOS device's hardware buttons (i.e., volume).



© 2016-2020 True Wearables, Inc.

UMD-0001 REV D    49

TRUE048681

**true wearables**®

# OXXIOM WARNING SYSTEM, CONT.

## How to prevent disabling of audible warnings

- In order to prevent changes of setting in the Oxxiom Rx App and/or the iOS device, and prevent audible warnings from being disabled, the iOS device Guided Access Mode MUST be enabled and used.

- Follow the steps below to prevent disabling of audible warnings:



**Start and connect the Oxxiom Rx App to Oxxiom device** ①

↓

**Ensure the Oxxiom Rx App audible warnings are enabled** ②

↓

**Set iOS device volume to the desired level using the device volume buttons** ③

↓

**Start Guided Access section on iOS device** ④

© 2016-2020 True Wearables, Inc.                    **UMD-0001 REV D     50**



# MORE INFORMATION ON OXXIOM RX APP

## Portrait and Landscape Modes

- In portrait mode, Oxxiom Rx App shows the following information:

1. SpO2 gauge – displays numerical value for SpO2 and blue bar in proportion to value (1-100%).

2. PR gauge – displays numerical value for PR and blue bar in proportion to value (25-250 bpm).

3. PA gauge – displays numerical value for PA and blue bar in proportion to value (0-20%).

4. Side Drawer menu – gives access to Start, Settings, Share Data, and About Oxxiom screens.

5. Waveform (photoplethysmography) – depicts real-time waveforms sensed at the measurement site.

6. Audible warning status – indicates whether audible warnings are active or not.

7. Oxxiom device battery status – indicates battery charge level.

© 2016-2020 True Wearables, Inc.

TRUE048683



# MORE INFORMATION ON OXXIOM RX APP, CONT.



1. SpO2 gauge

2. PR gauge

3. PA gauge

4. Side Drawer menu

5. Waveform (Photoplethysmograph)

6. Audible warning status

7. Oxxiom's battery status

© 2016-2020 True Wearables, Inc.

UMD-0001 REV D     52

TRUE048684



# MORE INFORMATION ON OXXIOM RX APP, CONT.

- In landscape mode, Oxxiom Rx App displays the same layout as portrait mode on the left side, plus the right side will show one real-time trend chart, SpO2, PR or PA.

- To enable landscape mode, make sure the Portrait Orientation Lock in the iOS device Control Center is disabled.

- The following are the trend charts available in landscape mode:

  1. SpO2 trend chart –Tap SpO2 gauge blue bar on right to display the gauge in bold and the real-time trend chart on left.

  2. PR trend chart – Tap PR gauge blue bar on right to display the gauge in bold and real-time trend chart on left.

  3. PA trend chart – Tap on PA gauge blue bar on right to display gauge in bold and real-time trend chart on left.

TRUE048685



# MORE INFORMATION ON OXXIOM RX APP, CONT.



Gauge in bold indicates active trend

1. SpO2 trend chart

Touch gauge bar to switch trends

2. PR trend chart

Touch gauge bar to switch trends

3. PA trend chart

© 2016-2020 True Wearables, Inc.

TRUE048686



# MORE INFORMATION ON OXXIOM RX APP, CONT.

## Side Drawer Menu

- Select the Side Drawer menu by tapping the icon or slowly swiping from right to left side on iOS device screen.

- The Oxxiom Rx App will display a menu to access the following screens:

  1. Start – allows user to scan the Oxxiom QR barcode to enable iOS device to connect wirelessly to Oxxiom device.

  2. Settings – allows user to change settings of Oxxiom Rx App.

  3. Share Data – allows user to share Trend or Waveform data with third parties.

  4. About Oxxiom – allows user to access information on Oxxiom Pulse Oximetry System regarding Identification, Hardware Diagnostics, Technical Support, Regulatory, and Legal.

© 2016-2020 True Wearables, Inc.

TRUE048687



# MORE INFORMATION ON OXXIOM RX APP, CONT.



Select to access
1. **Start** screen

Select to access
2. **Settings** screen

Select to access
3. **Share Data** screen

Select to access
4. **About Oxxiom** screen

Select to display Side Drawer menu

Side Drawer menu

TRUE048688



# MORE INFORMATION ON OXXIOM RX APP, CONT.

## Start Screen

- Use the Start screen to scan the QR barcode (on the back of the blister pack label) to wirelessly connect the iOS device and Oxxiom device.

- Only the Oxxiom QR barcode will scan successfully. Any other barcode will produce an error.

- After a valid QR barcode has been scanned, it cannot be deleted. This prevents unintentional disconnection of the iOS device and Oxxiom device.

- The only way to change the current QR barcode is to scan a new QR barcode from a new Oxxiom device label. The current QR barcode will be replaced by the new one, the current Oxxiom device will be disconnected, and the new Oxxiom device will be connected (if powered on).

© 2016-2020 True Wearables, Inc.

TRUE048689



# MORE INFORMATION ON OXXIOM RX APP, CONT.



② Select to make changes effective, and return to main screen

Select to scan ① **QR Barcode**

TRUE048690



# MORE INFORMATION ON OXXIOM RX APP, CONT.

## Settings Screen

- Use the Settings Screen to change settings in the Oxxiom Rx App, including Trend Data, Audible Warnings/Measurements, SpO2 Warning Limits, PR Warning Limits, Waveform Storage, and SpO2 Out-of-Range Suppression:

  1. Trend Data – Configures how trend data is displayed and stored

  2. Chart – Configures memory of trend chart displayed when iOS device screen is in landscape mode. Chart memory can be set to 2, 5, 10, 30, or 60 minutes.

  3. Store For – Configures how long SpO2, PR, and PA trend data can be stored. Data storage is on a first in, first out system. There are 4 options:

     12h – Measurements saved every 1 second for 12 hours.

     24h – Measurements saved every 2 seconds for 24 hours.

     36h – Measurements saved every 3 seconds for 36 hours.

     48h – Measurements saved every 4 seconds for 48 hours.

© 2016-2020 True Wearables, Inc.                    **UMD-0001 REV D**     59



# MORE INFORMATION ON OXXIOM RX APP, CONT.

4. Audible Warnings/Measurements – Configures audible warnings and measurements.

5. Enable Audio – Toggle switch enables or disables audible warnings and voice-based measurements.

6. Silence – Defines time interval for muting active audible warnings. Options are 30, 60, 90, or 120 seconds.

7. Voice Gap – Defines periodicity of voice-based measurements. Options are 30, 60, 120 seconds or never.

8. SpO2 Warning Limits – Configures upper and lower limits for SpO2 normal range:

    Upper – Defines maximum normal value. Visual and audible warnings will issue if SpO2 measurement is above this value.

    Lower – Defines minimum normal value. Visual and audible warnings will issue if SpO2 measurement is below this value.

© 2016-2020 True Wearables, Inc.

TRUE048692



# MORE INFORMATION ON OXXIOM RX APP, CONT.

9. PR Warning Limits – Configures upper and lower limits for PR normal range:

   Upper – Defines maximum normal value. Visual and audible warnings will issue if PR measurement is above this value.

   Lower – Defines minimum normal value. Visual and audible warnings will issue if PR measurement is below this value.

10. Waveform Storage – Enables or disables waveform storage. If toggle switch is enabled, waveforms from Oxxiom device are stored in iOS device. Maximum preset value is 12 hours.  Data storage is on first in, first out basis.

 **true wearables®**

# MORE INFORMATION ON OXXIOM RX APP, CONT.



Select to make changes effective, and return to main screen



Select to set trend data chart memory (**Default = 5'**)

Select to set trend data maximum storage time (**Default = 24h**)

Select to enable or disable audible warnings/ measurements (**Default = enabled**)

Select to set audible warning silence duration (**Default = 30s**)

Select to set time gap between audible (voice-based) measurements (**Default = never**)

TRUE048694



# MORE INFORMATION ON OXXIOM RX APP, CONT.



Select to make changes effective, and return to main screen

Select to set upper and lower SpO2 warning limits (**Defaults = 100.0, 89**)

Select to set upper and lower PR warning limits (**Defaults = 187, 35**)

Select to enable or disable waveform storage for 12 hours (**Default = enabled**)

© 2016-2020 True Wearables, Inc.

TRUE048695



# MORE INFORMATION ON OXXIOM RX APP, CONT.

## Share Data Screen

- There are two types of data that can be shared:

  1. Trends – SpO2, PR, and PA data measurement trends can be shared in a Comma-Separated Values (CSV) file (spreadsheet format) through the Oxxiom Rx App. This CSV filed can be view directly by the iOS device or other spreadsheet software, such as Excel, Numbers, etc. The CSV file has 5 columns:

     - Date/Time – Date and time of each measurement.
       - 1 each second, 12 hours
       - 1 every 2 seconds, 24 hours
       - 1 every 3 seconds, 36 hours
       - 1 every 4 seconds, 48 hours

     - Oxxiom (QR) Barcode – Identifies Oxxiom device used at date and time.

     - SpO2(%) – SpO2 measurements.

     - PR (bpm) – PR measurements.

     - PA(%) – PA measurements.

© 2016-2020 True Wearables, Inc.                    UMD-0001 REV D    64



# MORE INFORMATION ON OXXIOM RX APP, CONT.

2. Waveforms – Waveform raw data is primarily used for in-depth technical analysis. Under Settings, enable or disable waveform storage. Waveform raw data is collected by the Oxxiom Rx App for up to 12 hours.  It is stored in a database file (WaveformsDB.db). This data can only be shared by the user. True Wearables, Inc. does not collect, store, or analyze waveform data.

- To Share Data:

    1. Select one of the two types of data and then tap the Share button.

    2. Select the method for sharing, such as AirDrop, Message, Mail, iCloud, Print, etc.

- The available data sharing method may vary depending on the iOS device configuration and data being shared.

- It may take up to 30 seconds to create and attach Trends files.

- It may take up to 5 seconds to attach Waveforms files.

© 2016-2020 True Wearables, Inc.

TRUE048697



# MORE INFORMATION ON OXXIOM RX APP, CONT.





# MORE INFORMATION ON OXXIOM RX APP, CONT.





# MORE INFORMATION ON OXXIOM RX APP, CONT.



Select to choose sharing method (AirDrop, Message, Mail, iCloud, Print, etc.)

© 2016-2020 True Wearables, Inc.

TRUE048700



# MORE INFORMATION ON OXXIOM RX APP, CONT.

## About Oxxiom Screen

- The About Oxxiom screen provides a variety of miscellaneous information about the Oxxiom Pulse Oximetry System.

- The Identification section provides the Oxxiom device serial number, barcode, lot number, expiration date, model, and version of both the Oxxiom device and Oxxiom Rx App.

- The Hardware Diagnostics section provides the following parameters, reported at Time Stamp:

  1. LED1 Power and LED2 Power – Power levels for the two Oxxiom device light sources are shown between 0 and 100%.

  2. Electronic Gain – Analog frontend electronic gain varies between 0 and 40 dB.

  3. Ambient Light – Ambient light intensity detected by the Oxxiom device light detector, which varies between 0 and 100%.

© 2016-2020 True Wearables, Inc.                    UMD-0001 REV D      69



# MORE INFORMATION ON OXXIOM RX APP, CONT.

4. SoC Temperature – System on Chip (SoC) temperature in Celsius.

5. Battery Voltage – Battery voltage of Oxxiom device in Volts.

6. Standby Time – Amount of time Oxxiom device has been disconnected from the iOS device since initial activation.

7. Usage Time – Amount of time Oxxiom device has been connect to iOS device since initial activation.

8. Time Stamp – Date and time when hardware diagnostic parameters were reported.

- Technical Support Section:

1. Contact Us – Select to contact True Wearables' technical support team by email.  The iOS device must have email App service available and functional.  An email message is pre-populated with information about the Oxxiom device, if it is connected and operating.  Just type in the message and tap Send.

© 2016-2020 True Wearables, Inc.

TRUE048702



# MORE INFORMATION ON OXXIOM RX APP, CONT.

2. User Guide – Select to access this online User Guide.

3. Website – Access the True Wearables' website.

4. Regulatory Section – Contains the Oxxiom FCC ID, and adopted standards for SpO2 and PR accuracy; general safety and essential performance; electromagnetic compatibility requirements and tests; and biocompatibility.

5. Legal Section – Select "Please refer to User Guide" to access this User Guide online.

© 2016-2020 True Wearables, Inc.

TRUE048703



# MORE INFORMATION ON OXXIOM RX APP, CONT.

## Taking Screenshots

- Ensure the Oxxiom Rx App is active and connected to the Oxxiom device before taking screenshots.

- To take a screenshot on iPhone 8 or earlier, iPad, or iPod touch:

  1. Press and hold the Top or Side button.

  2. Immediately click the Volume up button on the left side, then release the buttons.

  3. The screenshots will be available on the iOS Photos App.

- To take a screenshot on iPhone 11, X, Xr, or Xs:

  1. Press and hold the Side button on the right side of your device.

  2. Immediately click the Volume up button on the left side, then release the buttons.

  3. The screenshots taken will be available on the iOS Photos App.

TRUE048704



# CARE AND MAINTENANCE

- The Oxxiom device is a single patient use, disposable device. DO NOT clean it. DO NOT immerse the Oxxiom device in any liquid. DO NOT apply any cleaning agents.

- The Oxxiom device does NOT require calibration or any maintenance. DO NOT open the device or attempt to repair it.

- If the Oxxiom device is not functioning properly, please refer to the TROUBLESHOOTING section of this User Guide or contact the manufacturer's technical support at contact@truewearables.com.

- For surface-cleaning and disinfecting the iOS device, follow your institution's procedures or surface-clean by using a soft cloth dampened with either a commercial, nonabrasive cleaner or a solution of 70% alcohol in water, and lightly wiping the surfaces of the device. The iOS device may be disinfected using a soft cloth saturated with a solution of 10% chlorine bleach in tap water.

TRUE048705



# TROUBLESHOOTING

Ensure that the Oxxiom Pulse Oximetry System has not been damaged or tampered with in any way.

- **iOS device does not turn on**:

  1. Make sure the iOS device is sufficiently charged.

  2. Plug in the iOS device to its charger and charge for at least one hour. The iOS device should turn on.

  3. If the iOS device does not turn on, contact the manufacturer's technical support.

- **Oxxiom device does not turn on**:

  1. Make sure Tab labeled with number 1 is pulled off.

  2. Press the blue dot firmly for several seconds.

  3. The device is turned on when the green LED blinks ON and OFF every 10 seconds.

  4. If device does not turn on, please contact the manufacturer's technical support.

© 2016-2020 True Wearables, Inc.



# TROUBLESHOOTING, CONT.

- **Oxxiom device does not connect to iOS device**:

  1. Make sure the iOS device is NOT in Airplane Mode.

  2. Go to SETTINGS and make sure the iOS device has Bluetooth capability turned On.

  3. Make sure the Oxxiom device is within the specified maximum wireless range of 10 meters (33 feet) of the iOS device.

  4. Make sure the QR barcode has been successfully scanned.

  5. Terminate the Oxxiom Rx App (iPhone 8 or earlier) by double clicking the Home button to show active Apps. Swipe up on the App to close it. On the iPhone X, Xr, or Xs, go to the Home screen, swipe up, and pause.  Firmly touch and hold the Oxxiom Rx App, then tap 🛑. You can also swipe up to close the Oxxiom Rx App when you see the 🛑 symbol.

  6. Restart the Oxxiom Rx App.



# TROUBLESHOOTING, CONT.

- **Oxxiom device is on and paired with iOS device, but does not produce measurement results:**

    1. Minimize body motion.

    2. Ensure that device is in good contact with skin.  Make sure the self-adhering tape is wrapped around both the Oxxiom device and the finger. The self-adhering tape can be applied, removed and repositioned.

    3. Please note that the Oxxiom device will not work well if the skin is chilled or if the finger is deformed and does not provide a good surface for the Oxxiom device to make contact.

    4. If problems persist, contact the manufacturer.  See the section of this User Guide called "CONTACT INFORMATION FOR SERVICE, SUPPORT, AND WARRANTY" below.

TRUE048708



# DEVICE PERFORMANCE

## SpO2 Accuracy

The SpO2 Accuracy for the Oxxiom Pulse Oximetry System was evaluated during induced hypoxia study that compared SpO2 to SaO2 (Arterial Blood CO-Oximetry) measurements on 10 healthy adult male and female subjects, ranging in pigmentation from light to dark, and wearing 40 Oxxiom devices in total (4 devices per subject placed on fingers). The study followed the pulse oximetry guidelines of ISO 80601-2-61:2011 applicable sections.

The SpO2 accuracy for the Oxxiom Pulse Oximetry System was calculated for root-mean-square (rms) difference between SpO2 and SaO2 for the overall range and by decade. The root-mean-square accuracy ($A_{rms}$) is defined as follows:

$$A_{rms} = \sqrt{\left(\frac{1}{n}\right) \sum_{i=1}^{n} (SpO2_i - SaO2_i)^2}$$

The average difference was calculated to show the bias of SpO2 as compared to SaO2. The bias was calculated for the overall range and by decade. The bias (Bias) is defined as follows:

$$Bias = \left(\frac{1}{n}\right) \sum_{i=1}^{n} (SpO2_i - SaO2_i)$$

© 2016-2020 True Wearables, Inc.                    UMD-0001 REV D     77



# DEVICE PERFORMANCE, CONT.

The following table summarizes the SpO2 accuracy and bias results for the overall range (70% to 100%) and by decade:

| Comparison to Arterial Blood CO-Oximetry | | | | | |
|---|---|---|---|---|---|
| Oxxiom Pulse Oximetry System | 70-100% | 90-100% | 80-<90% | 67-<80% | Arms Spec **3.5%** for range of 70-100% |
| # points (*n*) | 943 | 307 | 364 | 272 | |
| Bias (%) | 0.1 | 0.1 | 0.4 | -0.3 | **Pass** |
| $A_{rms}$ (%) | **3.4** | 1.7 | 3.0 | 4.9 | |
| Notes:<br>• The range of 70% to 100% includes reference data down to 67% (4 pts, <70%).<br>• Tested on a Population of 10 adult subjects, and 40 Oxxiom devices (4 Oxxiom devices per subject). | | | | | |

© 2016-2020 True Wearables, Inc.

TRUE048710



# DEVICE PERFORMANCE, CONT.

## Oxygen saturation scatter plot from induced hypoxia study with human subjects
## (Arms = 3.4%, Correlation = 93%)



© 2016-2020 True Wearables, Inc.

UMD-0001 REV D    79

TRUE048711



# DEVICE PERFORMANCE, CONT.

## Oxygen saturation Bland-Altman plot from induced hypoxia study with human subjects



© 2016-2020 True Wearables, Inc.

UMD-0001 REV D    80

TRUE048712



# DEVICE PERFORMANCE, CONT.

## PR Accuracy

The PR accuracy for the Oxxiom Pulse Oximetry System was evaluated with an electronic pulse simulator, and during induced hypoxia study on 10 healthy adult male and female subjects.

The PR accuracy for the Oxxiom Pulse Oximetry System was calculated for root-mean-square (rms) difference between PR and reference PR ($PR_{ref}$) for the overall range. The root-mean-square accuracy ($A_{rms}$) is defined as:

$$\text{Arms} = \sqrt{\left(\frac{1}{n}\right) \sum_{i=1}^{n} \left(PR_i - PR_{ref,i}\right)^2}$$

© 2016-2020 True Wearables, Inc.

UMD-0001 REV D 81

TRUE048713



# DEVICE PERFORMANCE, CONT.

The following table summarizes the PR accuracy results for the overall range (25 bpm to 250 bpm) obtained with human subjects and electronic pulse simulator:

| Comparison to Reference Pulse Rate | | | |
|---|---|---|---|
| Oxxiom Pulse Oximetry System | Human Subjects (55-103 bpm) | Electronic Pulse Simulator (25-250 bpm) | **3 bpm Arms specification** for range of 25-250 bpm |
| # points ($n$) | 47996 | 1092 | **Pass** |
| $A_{rms}$ (bpm) | **2.8** | **1.6** | |

Notes:
- In the study with human subjects, Oxxiom was compared with 4 different reference pulse oximetry systems (largest Arms reported). Tested on a Population of 10 adult subjects, and 40 Oxxiom devices (4 Oxxiom devices per subject). Subjects with normal perfusion levels, and SpO2 levels between 70% and 100%.
- In the data collection with electronic pulse simulator, PA was varied between 0.025% and 6%, and SpO2 levels between 70% and 100%. 4 Oxxiom devices were tested.

TRUE048714



# ELECTROMAGNETIC COMPATIBILITY DECLARATION TABLE

| Standard | Description |
|---|---|
| IEC 60601-1-2:2014 | Medical Electrical Equipment – Part1-2: General Requirements for basic safety and essential performance - Collateral Standard: Electromagnetic Compatibility – Requirements and Tests |
| ANSI/AAMI ES 60601-1:2005/(R) 2012 | Medical electrical equipment – Part 1: General requirement for basic safety and essential performance. |
| FCC PART 15, SUBPART C IC RSS-247, ISSUE 1, MAY 2015 | Wireless compliance with the FCC Rules for Class C Devices |



# ELECTROMAGNETIC COMPATIBILITY DECLARATION TABLE, CONT.

| Standard | Description |
| --- | --- |
| FCC PART 15 SUBPART B CLASS B DECLARATION OF CONFORMITY PROCEDURE INNOVATION, SCIENCE, AND ECONOMIC DEVELOPMENT CANADA ICES-003 ISSUE 6 (JAN. 2016) CLASS B | Wireless compliance with the FCC Rules for Class B Devices |
| IEC 61000-4-3:2006/ A2:2010, EN 61000-4-3:2006/A2:2010 | Wireless coexistence (Radiated Electromagnetic Field Immunity) |
| Radio Frequency Wireless Technology in Medical Devices – Coexistence (8/2013) Guidance for Industry and Food and Drug Administration Staff | Wireless coexistence (Demonstrate equipment operation when exposed to other nearby intentional radiators) |

© 2016-2020 True Wearables, Inc.

UMD-0001 REV D     84



# OXXIOM DEVICE TECHNICAL SPECIFICATIONS

**Size**                    1.2 x 0.7 x 0.3 in (30 x 17 x 7.5 mm)

**Weight**                  0.12 oz (3.5 g)

**Wireless Range**[1]       33 ft (10 m)

**Battery Life**[2]         24 h

**SpO2 Accuracy**[3]        70 to 100% ± 3.5%

**PR Accuracy**[4]          25 to 250 bpm ± 3 bpm

**Safety Standards**[5]     ANSI/AAMI ES 60601-1,
                            IEC 60601-1-2:2014

**FCC ID**[6],[7]           2ALHN282203

**Wireless Protocol**[7],[8]   Bluetooth Low Energy (BLE) V4

**Required Host**           iOS device compatible with iOS operating system version 10.1 or later

**Required App**            Oxxiom Rx App for iOS (latest version)

TRUE048717



# OXXIOM DEVICE TECHNICAL SPECIFICATIONS, CONT.

**Optical Emitted Power**     Less than 1 mW

**Optical Range**     490-1000 nm

**Ingress Protection**     IPX1 (Dripping water)

**Operating Temperature**     5-40°C (41-104°F)

**Operating Humidity**     95% RH max. at 40°C (104°F)

**Operating Altitude**     Up to 3,012 m (9,882 ft)

**Storage Temperature**     15-30°C (59-86°F)

**Storage Humidity**     60% RH max. at 30°C (86°F)

**Storage Altitude**     Up to 5,574 m (18,228 ft)

**Battery**     Non-rechargeable lithium/ manganese dioxide (LiMnO2), 3 V, 150 mAh

© 2016-2020 True Wearables, Inc.



# OXXIOM DEVICE TECHNICAL SPECIFICATIONS, CONT.

## Notes

**(1)** Unobstructed path between the pulse oximeter (Oxxiom) and the iOS (host) device. Physical obstacles and indoor room geometry may drastically reduce the effective wireless range.

**(2)** Maximum value. Changes in the measurement site optical properties, environmental conditions, and device stand-by operation time affect battery life. Tests conducted in laboratory conditions have shown that the battery life may be significantly shortened depending on the aforementioned changes.

**(3)** ± 3.5% is the root-mean-square accuracy and represents approximately 68% of measurements. Accuracy evaluated during induced hypoxia studies with human subjects. The studies followed the pulse oximetry guidelines of ISO 80601-2-61:2011 applicable sections. Please refer to DEVICE PERFORMANCE section in this guide for a detailed description regarding Oxxiom's SpO2 accuracy evaluation.

© 2016-2020 True Wearables, Inc.                              UMD-0001 REV D     87

TRUE048719



# OXXIOM DEVICE TECHNICAL SPECIFICATIONS, CONT.

## Notes

**(4)** ± 3 bpm is the root-mean-square accuracy, and represents approximately 68% of measurements. Evaluated with electronic pulse simulator study, and during induced hypoxia study with human subjects. The studies followed the pulse oximetry guidelines of ISO 80601-2-61:2011 applicable sections. Please refer to DEVICE PERFORMANCE section in this guide for a detailed description regarding Oxxiom's PR accuracy evaluation.

**(5)** The Oxxiom Pulse Oximetry System has been certified to comply with the following safety standards:
- ANSI/AAMI ES 60601-1:2005/(R) 2012: General requirements for basic safety and essential performance
- IEC 60601-1-2:2014: General requirements for basic safety and essential performance - Collateral Standard: Electromagnetic disturbances - Requirements and tests.

© 2016-2020 True Wearables, Inc.

TRUE048720



# OXXIOM DEVICE TECHNICAL SPECIFICATIONS, CONT.

## Notes

**(6)**    Name of Grantee: True Wearables Inc.
Equipment Class: Digital Transmission System
Notes: Wireless, continuous, fully disposable
single-use pulse oximeter.
Date of Grant: 04/07/2017.
Frequency range: 2402 - 2480 MHz.
Output power: 1 mW (conducted).

**(7)**    Complies with FCC PART 15, SUBPART C IC
RSS-247, ISSUE 1, MAY 2015.

**(8)**    Complies with 47 CFR Part 15 Subpart B for Class
B Devices and Innovation, Science, and Economic
Development Canada ICES-003 Issue 6 (Jan.
2016) for Class B Devices.

© 2016-2020 True Wearables, Inc.                                          **UMD-0001 REV D     89**



# OXXIOM RX APP TECHNICAL SPECIFICATIONS

**Wireless Pairing**   Barcode scanning via iOS device's camera

**Measurement Gauges/Trends[(1)]**   SpO2, PR, and PA

**Waveform Chart**   Near-infrared photoplethysmograph

**SpO2, PR, and PA Voice-Based Measurements**   Once every 30, 60, or 120 seconds, or never

**SpO2 Display Range**   1-100%

**PR Display Range**   25-250 bpm

**PA Display Range**   0-20%

**Trend Chart Memory**   Configurable 2, 5, 10, 30, or 60 minutes

**Trend Storage**   12h (1 meas. every second), 24h (1 meas. every 2 seconds), 36h (1 meas. every 3 seconds), or 48h (1 meas. every 4 seconds)

© 2016-2020 True Wearables, Inc.

TRUE048722


true wearables®

# OXXIOM RX APP TECHNICAL SPECIFICATIONS, CONT.

| | |
|---|---|
| **Visual and Audible Warnings**[1] | Adjustable low/high SpO2 and low/high PR, Oxxiom not connected, Oxxiom's battery is empty, searching signal, poor wireless connection, iOS device's battery is low |
| **Warning Silence** | 30, 60, 90, or 120 seconds |
| **Waveform Storage** | 12 hours |
| **Data Sharing** | SpO2, PR, and PA trends (CSV file); Waveforms (database file, proprietary data format) |
| **Required Host Device** | iOS device compatible with iOS operating system version 10.1 or later |
| **Required Pulse Oximeter** | Oxxiom Device |

© 2016-2020 True Wearables, Inc.

TRUE048723



# OXXIOM RX APP TECHNICAL SPECIFICATIONS, CONT.

## Notes

**(1)**   The Oxxiom Pulse Oximetry System applies True Wearables' proprietary algorithms to real-time signals in order to calculate SpO2, PR and PA measurements. These algorithms produce an effective data processing time delay that is less than or equal to 12 seconds. Motion in the measurement site, and/or interferences, and/or low perfusion, and/or rapid non-physiological in nature changes in SpO2, PR, and/or PA levels may cause additional delays of up to 18 seconds, which may increase warning detection and generation delays. Measurement gauges and trends are updated once a second. The following summarizes the Oxxiom Pulse Oximetry System absolute maximum delays:

| Delay Description | Max. Delay (seconds) |
| --- | --- |
| Data processing | 12 |
| Warning detection and generation | 30 (i.e., 12 + 18) |
| Measurement update | 1 |



# FCC DECLARATION

This equipment has been tested and found to comply with the limits for a Class B digital device, pursuant to Part 15 of the FCC Rules.  These limits are designed to provide reasonable protection against harmful interference in a residential installation.  This equipment generates, uses, and can radiate radiofrequency energy and, if not installed and used in accordance with the instructions, may cause harmful interference to radio communications.  However, there is no guarantee that interference will not occur in a particular installation.  If this equipment does cause harmful interference to radio or television reception, which can be determined by turning the equipment off and of, the user is encouraged to try to correct the interference by one or more of the following measures:

1. Reorient or relocate the receiving antenna.

2. Increase the separation between the equipment and receiver.

3. Connect the equipment into an outlet on a circuit different from that to which the receiver is connected.

4. Consult the manufacturer for help.

© 2016-2020 True Wearables, Inc.                    **UMD-0001 REV D     93**

TRUE048725



# PRIVACY – IMPORTANT INFORMATION

- Oxxiom and the Oxxiom Rx App do not collect or store information that can identify the patient.

- The wireless connection between Oxxiom and the iOS device does not broadcast data that can identify the patient.

- Measurement/waveform data can only be shared by the user.  Any data sharing transaction with third parties (through the Oxxiom Rx App) must be started by the user.

- The user is not required to register with True Wearables or have an account with True Wearables in order to purchase Oxxiom or purchase/download the Oxxiom Rx App from the App Store, and use it with a purchased Oxxiom.

- **Caution:  Federal law restricts this device to sale by or on the order of a healthcare professional.**

© 2016-2020 True Wearables, Inc.

TRUE048726



# CONTACT INFORMATION FOR SERVICE, SUPPORT AND WARRANTY

At True Wearables, we value our customers and take great pride in our products and technology.  We welcome your inquiries and comments.

- **Contact Technical Support with the Oxxiom Rx App.** If you have purchased an Oxxiom device, downloaded the Oxxiom Rx App from the Apple App Store, and the email App service is available and functional:

  1. Go to About Oxxiom screen, Technical Support section.

  2. Select Contact Us and an email message is pre-populated with information about the Oxxiom device, if it is connected and operating.

  3. Just type in the message and tap Send.

- **Contact Technical Support.** Please email us at contact@truewearables.com or send written correspondence to the following address:

  True Wearables, Inc.
  29826 Avenida de Law Banderas, Suite 300
  Rancho Santa Margarita, CA  92688

© 2016-2020 True Wearables, Inc.          **UMD-0001 REV D**     95



# SYMBOLS GLOSSARY

| Symbol | Standard Reference | Standard Title | Title Of Symbol | Explanatory Test |
|---|---|---|---|---|
| **REF** | ISO 15223-1 Clause 5.1.6 | Medical devices – Symbols to be used with medical device labels, labelling and information to be supplied | Catalogue number | Indicates the manufacturer's catalogue number so that the medical device can be identified |
| **SN** | ISO 15223-1 Clause 5.1.7 | Medical devices – Symbols to be used with medical device labels, labelling and information to be supplied | Serial number | Indicates the manufacturer's serial number so that a specific medical device can be identified |
| **LOT** | ISO 15223-1 Clause 5.1.5 | Medical devices – Symbols to be used with medical device labels, labelling and information to be supplied | Batch code | Indicates the manufacturer's batch code so that the batch or lot can be identified |
| ⧗ | ISO 15223-1 Clause 5.1.4 | Medical devices – Symbols to be used with medical device labels, labelling and information to be supplied | Use-by date | Indicates the date after which the medical device is not to be used |

© 2016-2020 True Wearables, Inc.

TRUE048728



# SYMBOLS GLOSSARY, CONT.

| Symbol | Standard Reference | Standard Title | Title Of Symbol | Explanatory Test |
|---|---|---|---|---|
| | ISO 15223-1 Clause 5.4.3 | Medical devices – Symbols to be used with medical device labels, labelling and information to be supplied | Consult instructions for use | Indicates the need for the user to consult the instructions for use |
| | ISO 15223-1 Clause 5.1.1 | Medical devices – Symbols to be used with medical device labels, labelling and information to be supplied | Manufacturer | This symbol shall be accompanied by the name and address of the manufacturer (i.e. the person placing the medical device on the market), adjacent to the symbol |
| | ISO 15223-1 Clause 5.3.7 | Medical devices – Symbols to be used with medical device labels, labelling and information to be supplied | Temperature limit | Indicates the temperature limits to which the medical device can be safely exposed |

© 2016-2020 True Wearables, Inc.



# SYMBOLS GLOSSARY, CONT.

| Symbol | Standard Reference | Standard Title | Title Of Symbol | Explanatory Test |
|---|---|---|---|---|
| | ISO 15223-1 Clause 5.4.5 combined with Annex B.2 | Medical devices – Symbols to be used with medical device labels, labelling and information to be supplied | Does not contain or presence of natural rubber latex | Indicates no presence of natural rubber or dry natural rubber latex as a material of construction within the medical device or the packaging of a medical device |
| | IEC 60417-5840 | To identify a type B applied part complying with IEC 60601-1 | Type B Applied Part | Comply with specified requirements for protection against electric shock |
| | ASTM F2503-13 | Standard Practice for Marking Medical Devices and Other Items for Safety in the Magnetic Resonance Environment | Magnetic Resonance (MR) unsafe | Keep away from magnetic resonance imaging (MRI) equipment |

© 2016-2020 True Wearables, Inc.

TRUE048730



# SYMBOLS GLOSSARY, CONT.

| Symbol | Standard Reference | Standard Title | Title Of Symbol | Explanatory Test |
|---|---|---|---|---|
| | ISO 15223-1 Clause 5.4.2 | Medical devices – Symbols to be used with medical device labels, labelling and information to be supplied | Do not re-use | Indicates a medical device that is intended for one use, or for use on a single patient during a single procedure |
| | IEC 60601-1-2 Clause 5.1.1 | Medical electrical equipment – Part 1-2: General requirements for basic safety and essential performance – Collateral standard: Electromagnetic compatibility – Requirements and tests | Non-ionizing electromagnetic radiation | To indicate generally elevated, potentially hazardous, levels of nonionizing radiation, or to indicate equipment or systems e.g. in the medical electrical area that include RF transmitters or that intentionally apply RF electromagnetic energy for diagnosis or treatment |

TRUE048731



# SYMBOLS GLOSSARY, CONT.

| Symbol | Standard Reference | Standard Title | Title Of Symbol | Explanatory Test |
|---|---|---|---|---|
| ⚠ | ISO 15223-1 Clause 5.4.4 | Medical devices – Symbols to be used with medical device labels, labelling and information to be supplied | Caution | Indicates the need for the user to consult the instructions for use for important cautionary information such as warnings and precautions that cannot, for a variety of reasons, be presented on the medical device itself |
| IPX1 | IEC 60529 | Degrees of protection provided by enclosures (IP Code) | Protected against dripping water | Protected against vertically falling water drops |
| NON STERILE | ISO 15223-1 Clause 5.2.7 | Medical devices – Symbols to be used with medical device labels, labelling and information to be supplied | Non sterile | Indicates a medical device that has not been subjected to a sterilization process |

© 2016-2020 True Wearables, Inc.

TRUE048732



# SYMBOLS GLOSSARY, CONT.

| Symbol | Standard Reference | Standard Title | Title Of Symbol | Explanatory Test |
|---|---|---|---|---|
| | ISO 15223-1 Clause 5.2.8 | Medical devices – Symbols to be used with medical device labels, labelling and information to be supplied | Do not use if package is damaged | Indicates a medical device that should not be used if the package has been damaged or opened |
| | I21 CFR 801.109 | Labeling-Prescription devices | Prescription Only | Requires prescription in the United States |

© 2016-2020 True Wearables, Inc.

TRUE048733



# COPYRIGHT NOTICE

Oxxiom Pulse Oximetry System User Guide, Rev. D

Copyright © 2016-2020 by True Wearables, Inc.

All rights reserved

This User Guide is for the purpose of Oxxiom's operation and reference only.  All rights reserved.  No part of this User Guide may be reproduced, distributed, or transmitted in any form or by any other means, including photocopying, recording, or other publishing, distribution, and transmission methods, without the prior written permission of True Wearables, Inc.

TRUE048734