# Exhibit O

# To Fletcher Declaration

 true wearables®

# oxxiom®

## Wireless, continuous, fully disposable, single-use pulse oximeter

## *For Sports and Aviation*

# User Guide

## Version 1.5.0

## Requires Oxxiom® App for iOS devices



## Made in USA

© 2016-2021 True Wearables, Inc.

CONFIDENTIAL - ATTORNEYS' EYES ONLY

TRUE053975

**ⓣ true wearables®**

 Read this entire guide carefully before using Oxxiom® for Sports and Aviation.

 This device is intended for sports and aviation use only. Individuals who need a pulse oximeter due to a medical condition should contact their physician. **NOT A MEDICAL DEVICE**.

 The SpBP™ measurement functionality is <u>NOT</u> intended for clinical applications. Individuals who need to monitor their blood pressure due to a medical condition should contact their physician. **NOT A MEDICAL DEVICE**.

 Oxxiom® is not intended to be used as a diagnostic tool.

© 2016-2021 True Wearables, Inc.

2

CONFIDENTIAL - ATTORNEYS' EYES ONLY



At the time of publication, this guide is believed to be accurate and current. In the interest of continued product development, True Wearables, Inc. reserves the right to make changes and improvements to this guide, and the products described herein at any time, without notice, or obligation.

True Wearables®, Oxxiom®, SpBP™, and the True Wearables logo are trademarks of True Wearables, Inc. The other trademarks mentioned in this guide are registered trademarks of the respective owners.

 True Wearables, Inc.
29826 Avenida de Las Banderas, Suite 300
Rancho Santa Margarita CA 92688
Tel: (949) 709-0850

© 2016-2021 True Wearables, Inc.

**3**



# CONTENTS

LABEL INFORMATION ............................................................5

WARNINGS .........................................................................7

PACKAGE LAYOUT AND CONTENT ..........................................19

OPERATION AND INTENDED USE ............................................20

DEFINITION OF SPO2, PR, PI, SPBP™, AND WAVEFORMS .........21

PRINCIPLE OF OPERATION: REFLECTANCE ..............................23

QUICK START ...................................................................24

SPO2 MEASUREMENTS ABOVE 100% ....................................42

SPBP™ MEASUREMENT FUNCTIONALITY ................................45

MEASUREMENT SITES .........................................................47

OXXIOM® APP ..................................................................51

OXXIOM® TECHNICAL SPECS ..............................................102

OXXIOM® APP TECHNICAL SPECS ........................................108

CONTACT INFORMATION .....................................................111

CARE AND MAINTENANCE ...................................................112

TROUBLESHOOTING ..........................................................113

FCC DECLARATION ...........................................................118

COPYRIGHT NOTICE ..........................................................119

TERMS OF SALE ...............................................................120



# LABEL INFORMATION

  Consult User Guide for instructions on how to use device.

  Warning!

  Type B Applied Part (Comply with specified requirements for protection against electric shock).

  Device should not be used in a sterile field and should not be sterilized.

  Do not re-use.

  Non-ionizing electromagnetic radiation. Equipment includes RF transmitters. Interference may occur in the vicinity of equipment marked with this symbol.

© 2016-2021 True Wearables, Inc.       **5**

CONFIDENTIAL - ATTORNEYS' EYES ONLY      TRUE053979



# LABEL INFORMATION, CONT.

 Storage temperature range: 15˚C to 30˚C.

**IPX1** Resistant to liquid ingress.

**LOT** Lot number.

 Expiration date.

**SN** Serial number.

 Manufacturer.

© 2016-2021 True Wearables, Inc.

**6**

CONFIDENTIAL - ATTORNEYS' EYES ONLY



# WARNINGS: INTENDED USE

 Oxxiom® is intended for sports and aviation use only. Individuals who need a pulse oximeter due to a medical condition should contact their physician. **NOT A MEDICAL DEVICE**.

 Oxxiom® is not intended for use in remote monitoring.

 Oxxiom® is not intended to be used as a diagnostic tool.

 Keep Oxxiom® away from children and pets. This device is not a toy.

 The SpBP™ measurement functionality is <u>NOT</u> intended for clinical applications. Individuals who need to monitor their blood pressure due to a medical condition should contact their physician. **NOT A MEDICAL DEVICE**.

© 2016-2021 True Wearables, Inc.                                                    7

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    TRUE053981



# WARNINGS: WIRELESS

 Use Oxxiom® only within the specified maximum wireless range – approximately 10 meters (spherical radius) from the iOS (host) device. Moving outside this range may cause data loss or inaccuracy.

 This device complies with part 15 of the FCC Rules. Operation is subject to the following two conditions: (1) The device may not cause harmful interference, and (2) the device must accept any interference received, including interference that may cause undesired operation.

 This is a wireless device. Other equipment may interfere with this device, even if they comply with CISPR emission requirements.

 The wireless connection between Oxxiom® and the iOS device (host) may be affected by other Bluetooth audio equipment also connected to the same iOS device.

© 2016-2021 True Wearables, Inc.

**8**

CONFIDENTIAL - ATTORNEYS' EYES ONLY

TRUE053982



# WARNINGS: EMC

 This device has been tested and found to comply with IEC 60601-1-2 for Electromagnetic Compatibility (EMC). This standard is designed to provide reasonable protection against harmful interferences. However, given the increased number of radio-frequency transmitting equipment and other interference sources in the environment of operation, high interference levels might occur, and disrupt the operation of this device.

 The general operation of this device may be affected when in proximity of a Electrosurgical Unit (ESU).

 Do not use this device in a Magnetic Resonance (MR) environment.

 This device is not defibrillation proof (IEC 60601-1).

© 2016-2021 True Wearables, Inc.                                      9

CONFIDENTIAL - ATTORNEYS' EYES ONLY                          TRUE053983

 **true wearables**®

# WARNINGS: IOS DEVICE

 Make sure the iOS device's battery is properly charged before use.

 Always keep iOS device within 33 ft (10 m) from the Oxxiom® device. The (wireless) path must be unobstructed.

 During operation with the Oxxiom® device, the iOS device does not have to be connected to the internet. Oxxiom® connects to the iOS device via Bluetooth. Internet access is only required when downloading the Oxxiom® App from the App Store, or when sharing data through methods that require internet connection.

 Oxxiom® connects to the iOS device via Bluetooth. If the iOS device is in Airplane mode, then the Bluetooth radio is turned off by default. The Bluetooth radio can be turned on with Control Center, even when the iOS device is in Airplane mode. Just open the Control Center from the iOS Home screen, and tap the Bluetooth symbol.

© 2016-2021 True Wearables, Inc.

CONFIDENTIAL - ATTORNEYS' EYES ONLY TRUE053984



# WARNINGS: MEASUREMENT SITE

 Oxxiom® might not work on cold extremities due to reduced circulation. Warm or rub the extremity to increase circulation.

 Avoid excessive pressure to the measurement site, as this may cause damage to the skin beneath the device or inaccurate measurements.

Inspect the measurement site, at least every 8 hours, to ensure correct sensor alignment and placement, following the steps below:



1. Remove self-adhering breathable gentle tape from the user's finger, or headband/adhesive tape from the user's forehead, or adjustable hat from the user's head, or adhesive tape from the user's ear.
2. Inspect the device to make sure it is placed correctly on the fingertip, forehead, or ear. Adjust if necessary.
3. Wrap (same or new) breathable gentle tape around Oxxiom® and fingertip, or place headband back on user's forehead, or place adjustable hat back on user's head, or place (same or new) adhesive tape on user's ear or forehead. Aim for a comfortable, snug fit.

**© 2016-2021 True Wearables, Inc.**                                    **11**

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    TRUE053985

 **t true wearables®**

# WARNINGS: MEASUREMENT SITE, CONT.

 User sensitivity to the Oxxiom®'s biocompatible adhesive may vary due to skin condition.

 The self-adhering breathable gentle tape provided in the Oxxiom®'s blister pack does not contain adhesive, and can be applied and re-applied to the same user as many times as needed.

 Oxxiom® might misinterpret motion as good pulse quality. Minimize motion of the measurement site whenever possible.

 Intravascular dyes may affect SpO2 accuracy or make readings unreliable.

 Dyshemoglobinemia (Dysfunctional hemoglobin) may affect SpO2 accuracy or make readings unreliable.

© 2016-2021 True Wearables, Inc.

CONFIDENTIAL - ATTORNEYS' EYES ONLY

TRUE053986

 **true wearables®**

# WARNINGS: AMBIENT LIGHT

 Exposing Oxxiom®'s optical detector to direct sunlight or strong ambient light will cause Oxxiom® to malfunction.

 Protect user's head against sunlight exposure when wearing Oxxiom® on the ear. Direct sunlight defused through the user's ear cartilage may cause Oxxiom® to malfunction. Use an adhesive tape, or some other means to cover head (Oxxiom® and ear) in order to minimize sunlight exposure.

 Protect user's head against sunlight exposure when wearing Oxxiom® on the forehead. Direct sunlight may cause Oxxiom® to malfunction. Use a headband, hat, or adhesive tape to cover Oxxiom® in order to minimize sunlight exposure.

 Protect user's hand against sunlight exposure when wearing Oxxiom® on the finger. Direct sunlight may cause Oxxiom® to malfunction. Use self-adhering tape to cover Oxxiom® in order to minimize sunlight exposure.

© 2016-2021 True Wearables, Inc.                                                13

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                        TRUE053987



# WARNINGS: OXXIOM® BATTERY

 Oxxiom® is a single-use, disposable device. It is powered by a non-rechargeable and non-removable internal battery that has a maximum duration of 24 hours of use. Do not attempt to remove or recharge Oxxiom®'s internal battery.

 Oxxiom® uses a non-rechargeable LiMnO2 battery. Do not recharge, heat, expose to open flames, or disassemble Oxxiom®.

 Changes in the measurement site's optical properties, environmental conditions, and device stand-by operation time affect battery life. Tests conducted in laboratory conditions have shown that the battery life may be significantly shortened depending on the aforementioned changes.

© 2016-2021 True Wearables, Inc.

14

CONFIDENTIAL - ATTORNEYS' EYES ONLY

TRUE053988



# WARNINGS: USER'S PRIVACY

 Oxxiom® and the Oxxiom® App do not collect or store information that can identify the user.

 The wireless connection between Oxxiom® and the iOS device does not broadcast data that can identify the user.

 Reports and/or measurement/waveform data can only be shared by the user. Any data sharing transaction with third-parties (through the Oxxiom® App) must be started by the user.

 The user is not required to register with True Wearables, or have an account with True Wearables in order to purchase Oxxiom® device(s) or purchase/download the Oxxiom® App from the App Store, and use it with a purchased Oxxiom® device.

© 2016-2021 True Wearables, Inc.                                15

CONFIDENTIAL - ATTORNEYS' EYES ONLY                      TRUE053989



# WARNINGS: ENVIRONMENTAL

 Do not take a shower or bath, and do not swim while using this device. This device is not waterproof, and may malfunction if immersed in water or exposed to high levels of humidity.

 Do not place liquids on this device. Do not immerse this device in any liquids, and do not use caustic or abrasive cleaning agents on the device.

 Do not use this device in an explosive atmosphere.

 Do not gas sterilize or autoclave this device.

© 2016-2021 True Wearables, Inc.

16

CONFIDENTIAL - ATTORNEYS' EYES ONLY

 **true wearables®**

# WARNINGS: MAINTENANCE AND TAMPERING

 This device does not require maintenance.

 This device is a precision electronic instrument. Do not attempt to open the case or repair the electronics.

 No modifications to this device are allowed as they may affect its performance.

 Do not use a damaged device. If the device is damaged, discontinue use immediately, and replace the unit.

 Do not use this device if there is any sign or evidence that its blister pack has been tampered with.

© 2016-2021 True Wearables, Inc.                                                    **17**

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                TRUE053991



# WARNINGS: RECYCLING



Follow governing ordinances and recycling instructions regarding disposal or recycling of this device and its components, including batteries.



This device contains WEEE materials. In compliance with the European directive on Waste Electrical and Electronic Equipment (WEEE) 2002/96/EC, do not dispose this device as unsorted waste. Please contact True Wearables regarding disposal or recycling of this device and its components.

© 2016-2021 True Wearables, Inc.

18

CONFIDENTIAL - ATTORNEYS' EYES ONLY



# PACKAGE LAYOUT AND CONTENT



CONFIDENTIAL - ATTORNEYS' EYES ONLY TRUE053993

 **true wearables®**

## OPERATION AND INTENDED USE

Oxxiom® for Sports and Aviation consists of the Oxxiom® pulse oximeter and the Oxxiom® App, currently operating on iOS (host) devices.

The Oxxiom® pulse oximeter is a completely cordless, wireless, continuous, fully disposable, single-use device, with the combined functions of a pulse oximeter monitor, and a disposable sensor, integrated into one single instrument. Oxxiom® is small, lightweight, easy to operate and has a maximum duration of 24 hours of use.

Oxxiom® for Sports and Aviation measures functional arterial oxygen saturation (SpO2), pulse rate (PR), perfusion index (PI), peripheral blood pressure (SpBP™), and waveforms. Oxxiom® continuously, simultaneously, and wirelessly transfers all collected data to the Oxxiom® App, based on the iOS device, for immediate display, warnings, and data analysis and storage.

Oxxiom® is indicated for the continuous monitoring of adults in sports (wellness and recreation) and aviation settings.

 This device is intended for sports and aviation use only. Individuals who need a pulse oximeter due to a medical condition should contact their physician. **NOT A MEDICAL DEVICE**.

© 2016-2021 True Wearables, Inc.

CONFIDENTIAL - ATTORNEYS' EYES ONLY



# DEFINITION OF SPO2, PR, PI, SPBP™, AND WAVEFORMS

Oxxiom® for Sports and Aviation measures SpO2, PR, PI, SpBP™, and waveforms continuously. These measurement parameters are defined as:

- **SpO2** is the functional saturation of peripheral oxygen. It is the ratio (in percentage) of oxygenated hemoglobin concentration over the total concentration of oxygenated and non-oxygenated hemoglobin in blood. A healthy person should be able to achieve a normal SpO2 level of 94% or higher.

- **PR** is the number of heartbeats per minute (bpm). A normal resting PR for adults ranges from 60 to 100 bpm.

- **PI** is the normalized peak-to-peak amplitude of the pulsatile signals generated at the measurement site by the heart activity, and detected by an optical sensor. PI values range from 0.02% (very weak pulsatile signal) to 20% (very strong pulsatile signal).

---

**© 2016-2021 True Wearables, Inc.**                                    **21**

CONFIDENTIAL - ATTORNEYS' EYES ONLY                    TRUE053995



# DEFINITION OF SPO2, PR, PI, SPBP™, AND WAVEFORMS, CONT.

- **SpBP™** is a noninvasive estimate of the peripheral systolic (sys) and diastolic (dia) blood pressure at the measurement site in mmHg (millimeters of mercury). A typical SpBP™ (sys/dia) level for a healthy adult at rest is around 110/70 mmHg. However, there are several factors that affect SpBP™ levels, including stress, physical activity, diet, etc.

- **Waveforms** are the pulsatile signals generated at the measurement site by the heart activity, and detected by an optical sensor. Motion in the measurement site affects the displayed waveforms.

 The SpBP™ measurement functionality is <u>NOT</u> intended for clinical applications. Individuals who need to monitor their blood pressure due to a medical condition should contact their physician. **NOT A MEDICAL DEVICE**.

CONFIDENTIAL - ATTORNEYS' EYES ONLY                    TRUE053996



# PRINCIPLE OF OPERATION: REFLECTANCE



② Light rays penetrate the blood perfused dermis and interact with the heart's pulsatile signal in order to create optical pulsatile signals

Dermis

Epidermis

Oxxiom® ☐ ■
Emitter  Detector

① Light rays are applied to the measurement site by the light emitter

③ The optical pulsatile signals are captured by the light detector and processed to produce readings of SpO2, PR, PI, and SpBP™

© 2016-2021 True Wearables, Inc.

23

CONFIDENTIAL - ATTORNEYS' EYES ONLY



# QUICK START



On your iOS device: ①
(i) Select App Store
(ii) Search for
   **Oxxiom®** in the
   App Store
(iii) Select **Oxxiom®**
   to download App

The **Oxxiom®** App
will be now
available on your
iOS device

 Make sure to download True
Wearables' **Oxxiom® App**, and not
a third-party App with similar name.

**© 2016-2021 True Wearables, Inc.**                                              24

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    TRUE053998



# QUICK START, CONT.



② Tear off anti-tamper tab. You may also use scissors to cut off tab



③ Pull off back lid and product label with barcode

© 2016-2021 True Wearables, Inc.

CONFIDENTIAL - ATTORNEYS' EYES ONLY

TRUE053999



# QUICK START, CONT.



Pull out Oxxiom® ④ and self-adhering, breathable, gentle tape roll from blister pack. Save product label with barcode for later use

Remove ⑤ headband from inside the tape roll

**© 2016-2021 True Wearables, Inc.**                                                        **26**

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                        TRUE054000



# QUICK START, CONT.



Pull tab 1 ⑥

Press the blue ⑦ dot until the green light turns on

The green light indicates Oxxiom® is activated. It blinks once every 10 seconds

Pull tab 2 ⑧

Oxxiom® is ready for placement on measurement site (i.e., finger, forehead, or ear)

© 2016-2021 True Wearables, Inc.

27

CONFIDENTIAL - ATTORNEYS' EYES ONLY


**true wearables**®

# QUICK START, CONT.

## Finger Placement…



Place Oxxiom® on ⑨ fingertip with green light facing down

Take 6-8 inches ⑩ of self-adhering tape from the roll provided, and wrap it around fingertip and Oxxiom®. Aim for a comfortable, snug fit

**© 2016-2021 True Wearables, Inc.**

**28**



# QUICK START, CONT.

## …or Forehead Placement with Headband…

Place Oxxiom® on ⑨ forehead with green light facing down



Use a headband to apply **slight** ⑩ pressure on the Oxxiom® device. Aim for a comfortable, snug fit



Oxxiom® works on the forehead without a headband in most users. However, we recommend the use of a headband, tape, or hat in order to protect Oxxiom® against mechanical shocks, dislodging, and direct sunlight exposure, as well as to prevent false readings that may occur in some users.

© 2016-2021 True Wearables, Inc.

CONFIDENTIAL - ATTORNEYS' EYES ONLY

TRUE054003

 true wearables®

## QUICK START, CONT.

## …or Forehead Placement with Adhesive Tape…

Place Oxxiom® on forehead ⑨
with green light facing down





Use adhesive tape (bandage) to apply **slight** pressure ⑩
on the Oxxiom® device. Aim for a comfortable, snug fit

 The Oxxiom®'s blister pack does not come with adhesive tape (bandage). Any over-the-counter adhesive tape for skin (1/2 to 2 inches wide) can be used.

 Oxxiom® works on the forehead without adhesive tape in most users. However, we recommend the use of a headband, tape, or hat in order to protect Oxxiom® against mechanical shocks, dislodging, and direct sunlight exposure, as well as to prevent false readings that may occur in some users.

© 2016-2021 True Wearables, Inc.                                         30

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                         TRUE054004



# QUICK START, CONT.

## …or Forehead Placement with Adjustable Hat…

Place Oxxiom® on forehead ⑨
with green light facing down



Use an adjustable hat to apply **slight** pressure on the ⑩
Oxxiom® device. Aim for a comfortable, snug fit

 The Oxxiom®'s blister pack does not come with an adjustable hat. Any adjustable hat that fits the user's head can be used, provided it covers the Oxxiom® device and applies **slight** pressure to it.

 Oxxiom® works on the forehead without an adjustable hat in most users. However, we recommend the use of a headband, tape, or hat in order to protect Oxxiom® against mechanical shocks, dislodging, and direct sunlight exposure, as well as to prevent false readings that may occur in some users.

© 2016-2021 True Wearables, Inc.                                    31

CONFIDENTIAL - ATTORNEYS' EYES ONLY                              TRUE054005



# QUICK START, CONT.
## …or Back-of-the-Ear Placement



Place Oxxiom® on ⑨ the back of the ear (posterior auricle). Press firmly against the ear to ensure proper adhesion

**Front**

After placement, the green light will ⑩ be seen through the ear's cartilage (intensity may vary with skin color and placement). Use an adhesive tape (optional) to ensure Oxxiom® stays in place

**Back**



The Oxxiom®'s blister pack does not come with adhesive tape. Any over-the-counter adhesive tape for skin (around 1/2 inch wide) can be used.

---

© 2016-2021 True Wearables, Inc.

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                        TRUE054006



# QUICK START, CONT.



CONFIDENTIAL - ATTORNEYS' EYES ONLY                          TRUE054007



# QUICK START, CONT.



Turn on ⑬ Bluetooth



Only start the Oxxiom® App if the Bluetooth option (radio) is ON. If you inadvertently start the Oxxiom® App with the Bluetooth radio OFF, then terminate the Oxxiom® App, turn ON the Bluetooth radio, and restart the Oxxiom® App.

© 2016-2021 True Wearables, Inc.                                                                34

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                          TRUE054008



# QUICK START, CONT.



Start the ⑭
Oxxiom® App

The Oxxiom® App launch screen will be briefly displayed

---

**© 2016-2021 True Wearables, Inc.**                                                                 **35**

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                          TRUE054009



# QUICK START, CONT.



Select the Scan button ⑮



Select Dismiss ⑯

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    TRUE054010



# QUICK START, CONT.



Select OK ⑰



Scan product ⑱
label's barcode

---

**© 2016-2021 True Wearables, Inc.**                                                        **37**

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    TRUE054011



# QUICK START, CONT.

Select ⑲
Done





Visual and audible
warnings will be active
until Oxxiom® connects
to iOS device

© 2016-2021 True Wearables, Inc.                                                    38

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    TRUE054012



# QUICK START, CONT.





As soon as Oxxiom® connects, waveforms are displayed. Visual and audible warnings will be active until measurements are displayed

After approximately 15 seconds, SpO2, PR, PI, and SpBP™ measurements are displayed continuously

© 2016-2021 True Wearables, Inc.

CONFIDENTIAL - ATTORNEYS' EYES ONLY
TRUE054013



## QUICK START, CONT.

 In rare occasions, Oxxiom® may not connect to the iOS device. In this case, terminate (as shown below) and restart the Oxxiom® App in the iOS device.

 If Oxxiom® loses wireless connection with the iOS device multiple times, within a short period of time, the iOS device may (at some point) not reconnect automatically. In this case, terminate (as shown below) and restart the Oxxiom® App in the iOS device.

**How to force the Oxxiom® App to close (terminate) on iPhone 8 or earlier**
1. Double-click the Home button to show your active Apps;
2. Swipe right or left to find the Oxxiom® App;
3. Swipe up to close the Oxxiom® App.

**How to force the Oxxiom® App to close (terminate) on iPhone X or later**
1. From the Home screen, swipe up and pause;
2. Firmly touch and hold the Oxxiom® App, then tap 🔴; You can also swipe up to close the Oxxiom® App as soon as you see 🔴.

© 2016-2021 True Wearables, Inc.                                         **40**

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                TRUE054014

 **true wearables®**

# QUICK START, CONT.

The green light indicates Oxxiom® is on, ready for application, and not connected to the iOS device.

  

Oxxiom® is ready for placement on measurement site

The red light indicates Oxxiom® is on, and connected to the iOS device.

  

Oxxiom® is connected to the iOS device

© 2016-2021 True Wearables, Inc.                                    41

CONFIDENTIAL - ATTORNEYS' EYES ONLY



# SPO2 MEASUREMENTS ABOVE 100%

Oxxiom® for Sports and Aviation has built-in True Wearables®' proprietary real-time algorithms that enable SpO2 measurements above 100% and up to 105.0%, with a resolution of 0.1%. The human body has a certain amount of hemoglobin that typically does not bind to oxygen. Under circumstances dictated by the user or the environment's oxygen concentration, this hemoglobin binds to oxygen, which translates to higher SpO2 values. Follow these steps to enable SpO2 measurements above 100% in the Oxxiom® App:



CONFIDENTIAL - ATTORNEYS' EYES ONLY                              TRUE054016



# SPO2 MEASUREMENTS ABOVE 100%, CONT.



A decimal place is added for warning limits greater than 100%

Select to make changes effective, and return to main screen ④

Adjust upper and lower SpO2 warning limits if necessary

Swipe or tap the toggle ③ to turn it off

© 2016-2021 True Wearables, Inc.

CONFIDENTIAL - ATTORNEYS' EYES ONLY

TRUE054017



## SPO2 MEASUREMENTS ABOVE 100%, CONT.



SpO2 measurements greater than 100% are displayed with one decimal place

Scale upper limit increases to 105%

 This device is intended for sports and aviation use only. Individuals who need a pulse oximeter due to a medical condition should contact their physician. **NOT A MEDICAL DEVICE**.

**© 2016-2021 True Wearables, Inc.**                                    **44**

CONFIDENTIAL - ATTORNEYS' EYES ONLY

 **true wearables**®

# SPBP™ MEASUREMENT FUNCTIONALITY

Oxxiom® for Sports and Aviation has built-in True Wearables®' proprietary real-time algorithms that enable continuous SpBP™ measurements. SpBP™ is a noninvasive estimate of the peripheral systolic and diastolic blood pressure at the measurement site in mmHg (millimeters of mercury).

The SpBP™ is a general fitness and wellness measurement functionality indicated for:

1. Improving physical fitness, developing or improving endurance.
2. Promoting relaxation and managing stress.
3. Enhancing the user's participation in sports, aviation, and other recreational activities by monitoring the consequences of participating in such activities, such as to continuously track SpBP™, SpO2, PR, and PI trends.

 The SpBP™ measurement functionality is <u>NOT</u> intended for clinical applications. Individuals who need to monitor their blood pressure due to a medical condition should contact their physician. **NOT A MEDICAL DEVICE**.

© 2016-2021 True Wearables, Inc.

45

CONFIDENTIAL - ATTORNEYS' EYES ONLY



# SPBP™ MEASUREMENT FUNCTIONALITY, CONT.



Systolic SpBP™ Measurement

SpBP™ gauge

Systolic SpBP™ measurement bar

Diastolic SpBP™ Measurement

Diastolic SpBP™ measurement bar

 The SpBP™ measurement functionality is <u>NOT</u> intended for clinical applications. Individuals who need to monitor their blood pressure due to a medical condition should contact their physician. **NOT A MEDICAL DEVICE**.

© 2016-2021 True Wearables, Inc.                                              46

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                              TRUE054020



# MEASUREMENT SITES

| Site | Pros | Cons |
|---|---|---|
| Finger | • More convenient when user is in prone or supine positions (e.g., laying down, sleeping).<br>• Higher perfusion when user is not exposed to cold.<br>• Nail polish and/or nail fungi do not affect readings. | • Can be inconvenient during physical activity.<br>• Finger deformities, skin callouses, or lack of wrapping tape may cause Oxxiom® to display false readings (e.g., SpO2 under-reading, etc.).<br>• Strong wrapping tape pressure may cause arterial occlusion, and Oxxiom® may stop reading.<br>• Stronger vasoconstrictor response to cold.<br>• Slower response to changes in physiological conditions (i.e., SpO2, and/or PR, and/or PI, and/or SpBP™ changes) when compared to forehead and ear measurement sites. |

© 2016-2021 True Wearables, Inc.

47

CONFIDENTIAL - ATTORNEYS' EYES ONLY



# MEASUREMENT SITES, CONT.

| Site | Pros | Cons |
|---|---|---|
| Forehead | • More convenient during physical activity.<br>• Blood supply is well maintained, shows less vasoconstrictor response to cold.<br>• Faster response to changes in physiological conditions (i.e., SpO2, and/or PR, and/or PI, and/or SpBP™ changes) when compared to the finger site. | • Requires headband, or adhesive tape, or adjustable hat (for some users)<br>• Lack of headband, or adhesive tape, or adjustable hat may cause Oxxiom® to display false readings (e.g., SpO2 under-reading, etc.), or dislodge and fall (for some users)<br>• Strong headband, or tape, or hat pressure may cause arterial occlusion and Oxxiom® may stop reading.<br>• Strong applied pressure, caused by the user's head weight (e.g., when in prone position), may cause arterial occlusion and Oxxiom® may stop reading or cause Oxxiom® to display false readings.<br>• Lower perfusion. |

© 2016-2021 True Wearables, Inc.

CONFIDENTIAL - ATTORNEYS' EYES ONLY

TRUE054022



# MEASUREMENT SITES, CONT.

| Site | Pros | Cons |
|---|---|---|
| Ear (posterior auricle) | • More convenient during physical activity.<br>• Shows less vasoconstrictor response to cold.<br>• Faster response to changes in physiological conditions (i.e., SpO2, and/or PR, and/or PI, and/or SpBP™ changes) when compared to the finger site. | • Requires adhesive tape (for some users)<br>• Lack of adhesive tape may cause Oxxiom® to dislodge and fall (for some users)<br>• Ear deformities and/or piercing may cause Oxxiom® to display false readings.<br>• Strong applied pressure, caused by the adhesive tape, and/or by the user's head weight (when in supine/prone positions, with the head turned over the ear where Oxxiom® is attached), may cause arterial occlusion and Oxxiom® may stop reading or cause Oxxiom® to display false readings.<br>• Lower perfusion. |

© 2016-2021 True Wearables, Inc.

CONFIDENTIAL - ATTORNEYS' EYES ONLY



# MEASUREMENT SITES, CONT.

| Other Sites | General Description |
|---|---|
| Nose, ear lobe, toe, leg, arm, wrist, temple, chest, head, etc. | • The Oxxiom® device has been tested on a subject population with sensors on finger, ear (posterior auricle), and forehead, and has shown acceptable performance throughout.<br>• Given Oxxiom®'s small form factor, lightweight, cordless design, and continuous monitoring capabilities, it is natural to assume that some users may decide to experiment with Oxxiom®'s monitoring technology in other measurement sites (i.e., nose, ear lobe, toe, leg, arm, wrist, temple, chest, head, etc.)<br>• Performance in these additional sites is NOT guaranteed and may vary from user to user, and from time to time.<br>• Thus, for continuous monitoring of SpO2, PR, PI, and SpBP™, one particular measurement site may be more appropriate than others depending on the user's physiological conditions, and measurement site's anatomy. As a result, some "trial-and-error" may be necessary to find an alternate site with acceptable performance. |

© 2016-2021 True Wearables, Inc.

CONFIDENTIAL - ATTORNEYS' EYES ONLY

TRUE054024



# OXXIOM® APP: SYMBOLS

| Description | Symbol |
| --- | --- |
| Side Drawer menu | ☰ |
| Start screen | 🏁 |
| Settings screen | ⚙ |
| Share Data screen | ⬆ |
| About Oxxiom® screen | ⓘ |
| Visual warning | ⚠ |
| Oxxiom®'s battery | 🔋 |
| Audible warning | 🔔 |
| Oxxiom® App | ⓣ |

CONFIDENTIAL - ATTORNEYS' EYES ONLY                    TRUE054025



# OXXIOM® APP: PORTRAIT MODE



CONFIDENTIAL - ATTORNEYS' EYES ONLY                    TRUE054026

# ®t true wearables®

## OXXIOM® APP: LANSCAPE MODE



Touch gauge bar to switch trends

Touch gauge bar to switch trends

Touch gauge bar to switch trends

Touch gauge bar to switch trends

Gauge in bold indicates active trend

1. SpO2 trend chart

2. PR trend chart

3. PI trend chart

4. SpBP™ trend charts Systolic Diastolic

© 2016-2021 True Wearables, Inc.                                          53

CONFIDENTIAL - ATTORNEYS' EYES ONLY



# OXXIOM® APP: SIDE DRAWER MENU



Select to access
1. **Start** screen

Select to access
2. **Settings** screen

Select to access
3. **Share Data** screen

Select to access
4. **About Oxxiom®** screen

Select to display Side Drawer menu

Side Drawer menu

 The user can also slowly swipe in from the right side of the iOS device screen to open the Side Drawer menu.

© 2016-2021 True Wearables, Inc.                                    54

CONFIDENTIAL - ATTORNEYS' EYES ONLY                    TRUE054028



# OXXIOM® APP: START SCREEN



Select to make changes effective, and return to main screen

Select to scan **Oxxiom® Barcode**

 Only the Oxxiom® product label barcode will be successfully scanned. Any other barcode will produce an error.

© 2016-2021 True Wearables, Inc.                                        55

CONFIDENTIAL - ATTORNEYS' EYES ONLY                          TRUE054029



# OXXIOM® APP: START SCREEN, CONT.

 The user cannot delete from the Oxxiom® App a valid barcode that has been scanned. This is to prevent unintentional disconnection between the iOS device the Oxxiom® device.

 The only way to change the current barcode in the Oxxiom® App is to scan the barcode of a new Oxxiom® unit.

 If the user scans the barcode of a new Oxxiom® unit, then the current Oxxiom® unit will be automatically disconnected, regardless the state of the new Oxxiom® unit (i.e., tuned on or off). If the new Oxxiom® unit is turned on (and in wireless range of the iOS device), then it will be automatically connected to the iOS device.

© 2016-2021 True Wearables, Inc.                                          56

CONFIDENTIAL - ATTORNEYS' EYES ONLY                          TRUE054030



# OXXIOM® APP: SETTINGS SCREEN



Select to set trend data chart memory (**Default = 5'**)

Select to set trend data maximum storage time (**Default = 24h**)

Select to make changes effective, and return to main screen

Select to enable or disable audible warnings/ measurements (**Default = enabled**)

Select to set audible warning silence duration (**Default = 30s**)

Select to set time gap between audible (voice-based) measurements (**Default = never**)

© 2016-2021 True Wearables, Inc.

57

CONFIDENTIAL - ATTORNEYS' EYES ONLY

TRUE054031



# OXXIOM® APP: SETTINGS SCREEN, CONT.



Select to make changes effective, and return to main screen

Select to set upper and lower SpO2 warning limits (**Defaults = 105.0, 89**)

Select to set upper and lower PR warning limits (**Defaults = 187, 35**)

© 2016-2021 True Wearables, Inc.

CONFIDENTIAL - ATTORNEYS' EYES ONLY

TRUE054032



# OXXIOM® APP: SETTINGS SCREEN, CONT.



Select to make changes effective, and return to main screen

Select to set upper and lower SpBP™ Sys warning limits (**Defaults = 200, 70**)

Select to set upper and lower SpBP™ Dia warning limits (**Defaults = 155, 50**)

© 2016-2021 True Wearables, Inc.                    59

CONFIDENTIAL - ATTORNEYS' EYES ONLY



## OXXIOM® APP: SETTINGS SCREEN, CONT.



Select to make changes effective, and return to main screen

Select to enable or disable waveform storage for 12 hours (**Default = enabled**)

Select to enable or disable SpO2 out-of-range suppression (**Default = enabled**)

© 2016-2021 True Wearables, Inc.

60

CONFIDENTIAL - ATTORNEYS' EYES ONLY



# OXXIOM® APP: SHARE DATA SCREEN

Select to
return to
main
screen

Select to choose
the type of data
to be shared
(i.e., Reports,
Trends, or
Waveforms)

Select to
share data



CONFIDENTIAL - ATTORNEYS' EYES ONLY                              TRUE054035



# OXXIOM® APP: SHARE DATA SCREEN, CONT.



Progress
indicator

 Depending on the data collection duration, and the iOS device model, it may take up to:
- 30 seconds to create and attach **Reports** or **Trends** file
- 5 seconds to attach **Waveforms** file

CONFIDENTIAL - ATTORNEYS' EYES ONLY                      TRUE054036



# OXXIOM® APP: SHARE DATA SCREEN, CONT.



Select to choose sharing method (AirDrop, Message, Mail, iCloud, Print, etc.)

 Available data sharing methods may vary depending on the iOS device configuration and data being shared.

© 2016-2021 True Wearables, Inc.

63

 **true wearables**®

# OXXIOM® APP: SHARE DATA SCREEN, CONT.

The following provides a detailed description of each data type (i.e., Reports, Trends, and Waveforms) and its use.

## Reports

After the Oxxiom® device is connected and operating (displaying SpO2, PR, PI, and SpBP™ measurements) for **at least 30 minutes** (data collection time), the user may share a report in PDF format. The report (12 pages) comprises of the following charts:

1. SpO2 Measurements Over Time.
2. PR Measurements Over Time.
3. PI Measurements Over Time.
4. SpBP™ Measurements Over Time.
5. SpO2 Distribution.
6. PR Distribution.
7. PI Distribution.
8. SpBP™ Systolic Distribution.

 The user may share (create) a report any time during data collection. However, if the user decides to create a report with less than 30 minutes of data collected, then only the first 4 charts (SpO2, PR, PI, and SpBP™ Measurements Over Time) will be displayed in the report.

**© 2016-2021 True Wearables, Inc.** **64**

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                             TRUE054038


# ®t true wearables®

## OXXIOM® APP: SHARE DATA SCREEN, CONT.

9. SpBP™ Diastolic Distribution.
10. SpO2 Desaturations per Hour.
11. Cumulative Time Percentage with SpO2 Less Than Threshold.
12. PR Volatility Distribution.
13. PI Log-Volatility Distribution.

 The user may share (create) a report any time during data collection. However, if the user decides to create a report with less than 30 minutes of data collected, then only the first 4 charts (SpO2, PR, PI, and SpBP™ Measurements Over Time) will be displayed in the report.

 This device is intended for sports and aviation use only. Individuals who need a pulse oximeter due to a medical condition should contact their physician. **NOT A MEDICAL DEVICE**.

 The SpBP™ measurement functionality is <u>NOT</u> intended for clinical applications. Individuals who need to monitor their blood pressure due to a medical condition should contact their physician. **NOT A MEDICAL DEVICE**.

© 2016-2021 True Wearables, Inc.                                          65

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                          TRUE054039

 **true wearables®**

## OXXIOM® APP: SHARE DATA SCREEN, CONT.

 If the user chooses to connect to a new Oxxiom® unit (i.e., scans a new valid Oxxiom® barcode), the report data from the previous Oxxiom® unit will no longer be available. Therefore, the user should make sure to share (save) a report before connecting to a new Oxxiom® unit.

 Data sharing may be done at any moment during or after data collection, or when the Oxxiom® unit is disconnected, or even after its battery dies out, as long a new unit has not been scanned.

 The data collection period is from the moment the Oxxiom® unit is first connected to the iOS device, until the moment the user chooses to share the report (assuming that the data collection duration is less than or equal to the trend data maximum storage time (i.e., either 12, 24, 36 or 48 hours, set in the Settings screen), and that the Oxxiom® unit is connected to the iOS device and working at the time the report is shared).

© 2016-2021 True Wearables, Inc.                                    66

CONFIDENTIAL - ATTORNEYS' EYES ONLY                              TRUE054040



# OXXIOM® APP: SHARE DATA SCREEN, CONT.

## SpO2 Measurements Over Time Chart

The chart below shows an example of SpO2 trend created by the Oxxiom® App, from data collected overnight by a user wearing Oxxiom®. SpO2 levels of 94% or higher are normal. However, during sleep, exercise, or situations of high stress, or in high altitude places, SpO2 readings may reach lower values (i.e., lower than 94%).





Oxxiom barcode: DF598281. Data collection started on Mar 23, 2021 23:13:52 and ended on Mar 24, 2021 06:39:20. Report created on Mar 24, 2021 06:39. NOT FOR C9INICAL USE. © 2016-2021 True Wearables, Inc.

Date and time report was created

© 2016-2021 True Wearables, Inc.

CONFIDENTIAL - ATTORNEYS' EYES ONLY

TRUE054041



# OXXIOM® APP: SHARE DATA SCREEN, CONT.

## PR Measurements Over Time Chart

The chart below shows an example of PR trend created by the Oxxiom® App, from data collected overnight by a user wearing Oxxiom®. Normal resting PR for adults ranges from 60 to 100 bpm. However, during sleep, exercise, or situations of high stress, or in high altitude places, PR readings may reach higher values.



Oxxiom barcode: DF598281. Data collection started on Mar 23, 2021 23:13:52 and ended on Mar 24, 2021 06:39:20. Report created on Mar 24, 2021 06:39. NOT FOR CLINICAL USE. © 2016-2021 True Wearables, Inc.

---

© 2016-2021 True Wearables, Inc.

CONFIDENTIAL - ATTORNEYS' EYES ONLY

TRUE054042


# true wearables®

# OXXIOM® APP: SHARE DATA SCREEN, CONT.

## PI Measurements Over Time Chart

The chart below shows an example of PI trend created by the Oxxiom® App, from data collected overnight by a user wearing Oxxiom®. PI values range from 0.02% (very weak pulsatile signal) to 20% (very strong pulsatile signal). Extreme PI values may indicate a situation of discomfort (e.g., cold, hot, stress, etc.).



Oxxiom barcode: DF598281. Data collection started on Mar 23, 2021 23:13:52 and ended on Mar 24, 2021 06:39:20. Report created on Mar 24, 2021 06:39. NOT FOR CLINICAL USE. © 2016-2021 True Wearables, Inc.

**© 2016-2021 True Wearables, Inc.**                                    **69**

CONFIDENTIAL - ATTORNEYS' EYES ONLY                      TRUE054043


**true wearables®**

# OXXIOM® APP: SHARE DATA SCREEN, CONT.

## SpBP™ Measurements Over Time Chart

The chart below shows examples of systolic and diastolic SpBP™ trends created by the Oxxiom® App, from data collected overnight by a user wearing Oxxiom®.



Oxxiom barcode: DF598281. Data collection started on Mar 23, 2021 23:13:52 and ended on Mar 24, 2021 06:39:20.
Report created on Mar 24, 2021 06:39. NOT FOR CLINICAL USE. © 2016-2021 True Wearables, Inc.

© 2016-2021 True Wearables, Inc.                                            70



# OXXIOM® APP: SHARE DATA SCREEN, CONT.

## SpO2 Distribution Chart

The chart below shows an example of SpO2 distribution created by the Oxxiom® App, from data collected overnight (444 minutes) by a user wearing Oxxiom. According to the chart, in 98.8% of the time (i.e., 439 minutes), the SpO2 values were 94% or higher, and in 1.2% of the time (i.e., 5 minutes), the SpO2 values were between 88% and 93%.



Oxxiom barcode: DF598281. Data collection started on Mar 23, 2021 23:13:52 and ended on Mar 24, 2021 06:39:20. Report created on Mar 24, 2021 06:39. NOT FOR CLINICAL USE. © 2016-2021 True Wearables, Inc.

© 2016-2021 True Wearables, Inc.                                                      71

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    TRUE054045



# OXXIOM® APP: SHARE DATA SCREEN, CONT.

## PR Distribution Chart

The chart below shows an example of PR distribution created by the Oxxiom® App, from data collected overnight (444 minutes) by a user wearing Oxxiom. According to the chart, in 55.5% of the time (i.e., 246 minutes), the PR values were within 50 bpm and 59 bpm, and in 40% of the time (i.e., 178 minutes), the PR values were between 60 bpm and 80 bpm.



Oxxiom barcode: DF598281. Data collection started on Mar 23, 2021 23:13:52 and ended on Mar 24, 2021 06:39:20. Report created on Mar 24, 2021 06:39. NOT FOR CLINICAL USE. © 2016-2021 True Wearables, Inc.

**© 2016-2021 True Wearables, Inc.**                                    **72**

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    TRUE054046



# OXXIOM® APP: SHARE DATA SCREEN, CONT.

## PI Distribution Chart

The chart below shows an example of PI distribution created by the Oxxiom® App, from data collected overnight (444 minutes) by a user wearing Oxxiom. According to the chart, in 71.6% of the time (i.e., 318 minutes), the PI values were within 1% and 2.5%, and in 13.2% of the time (i.e., 59 minutes), the PI values were between 0.5% and 1%.



Oxxiom barcode: DF598281. Data collection started on Mar 23, 2021 23:13:52 and ended on Mar 24, 2021 06:39:20. Report created on Mar 24, 2021 06:39. NOT FOR CLINICAL USE. © 2016-2021 True Wearables, Inc.

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    TRUE054047



# OXXIOM® APP: SHARE DATA SCREEN, CONT.

## SpBP™ Systolic Distribution Chart

The chart below shows an example of SpBP™ systolic distribution created by the Oxxiom® App, from data collected overnight (444 minutes) by a user wearing Oxxiom. According to the chart, in 96.4% of the time (i.e., 428 minutes), the SpBP™ systolic values were within 120 mmHg and 140 mmHg, and in 3.6% of the time (i.e., 16 minutes), the SpBP™ systolic values were between 100 mmHg and 120 mmHg.



Oxxiom barcode: DF598281. Data collection started on Mar 23, 2021 23:13:52 and ended on Mar 24, 2021 06:39:20. Report created on Mar 24, 2021 06:39. NOT FOR CLINICAL USE. © 2016-2021 True Wearables, Inc.

© 2016-2021 True Wearables, Inc.

CONFIDENTIAL - ATTORNEYS' EYES ONLY

TRUE054048



# OXXIOM® APP: SHARE DATA SCREEN, CONT.

## SpBP™ Diastolic Distribution Chart

The chart below shows an example of SpBP™ diastolic distribution created by the Oxxiom® App, from data collected overnight (444 minutes) by a user wearing Oxxiom. According to the chart, in 92.4% of the time (i.e., 410 minutes), the SpBP™ diastolic values were within 70 mmHg and 80 mmHg, and in 7.6% of the time (i.e., 34 minutes), the SpBP™ diastolic values were between 60 mmHg and 70 mmHg.



Oxxiom barcode: DF598281. Data collection started on Mar 23, 2021 23:13:52 and ended on Mar 24, 2021 06:39:20. Report created on Mar 24, 2021 06:39. NOT FOR CLINICAL USE. © 2016-2021 True Wearables, Inc.

© 2016-2021 True Wearables, Inc.                                                          75

CONFIDENTIAL - ATTORNEYS' EYES ONLY



# OXXIOM® APP: SHARE DATA SCREEN, CONT.

## SpO2 Desaturations Per Hour Chart

The chart below shows the number of desaturations per hour from baseline, created by the Oxxiom® App, from data collected overnight (444 minutes) by a user wearing Oxxiom®.  According to the chart, the user had 2.1 desaturations per hour with amplitude greater than 4%. A healthy person will typically have less than 5 or so desaturations per hour with amplitude greater than 4%. These values may increase during exercise, or in situations of high stress, or in high altitude places.



Oxxiom barcode: DF598281. Data collection started on Mar 23, 2021 23:13:52 and ended on Mar 24, 2021 06:39:20.
Report created on Mar 24, 2021 06:39. NOT FOR CLINICAL USE. © 2016-2021 True Wearables, Inc.

© 2016-2021 True Wearables, Inc.                                                76

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    TRUE054050



# OXXIOM® APP: SHARE DATA SCREEN, CONT.

## Cumulative Time With SpO2 Less Than Threshold Chart

The chart below shows the cumulative time percentages with SpO2 less than threshold, created by the Oxxiom® App, from data collected overnight (444 minutes) by a user wearing Oxxiom®. According to the chart, in 1.2% (i.e., 5 minutes) of the time, the user's SpO2 values were less than 94%. A healthy person will typically stay for a very small time percentage with SpO2 less than 90%. This time percentage may increase during exercise, or in situations of high stress, or in high altitude places.



Oxxiom barcode: DF598281. Data collection started on Mar 23, 2021 23:13:52 and ended on Mar 24, 2021 06:39:20. Report created on Mar 24, 2021 06:39. NOT FOR CLINICAL USE. © 2016-2021 True Wearables, Inc.

© 2016-2021 True Wearables, Inc.                                            77

CONFIDENTIAL - ATTORNEYS' EYES ONLY                         TRUE054051



# OXXIOM® APP: SHARE DATA SCREEN, CONT.

## PR Volatility Distribution Chart

The PR Volatility expresses the heart rate short-term variability. Typically, for healthy adults, the higher the PR Volatility values, the better. Increasing PR Volatility trends are positive, and indicative of positive adaptation and/or increase in fitness. The chart below shows an example of PR Volatility distribution created by the Oxxiom® App, from data collected overnight (444 minutes) by a user wearing Oxxiom®. According to the chart, 26.9% of the time (i.e., 119 minutes), the PR Volatility values were between 0.53 bpm and 0.77 bpm.



Oxxiom barcode: DF598281. Data collection started on Mar 23, 2021 23:13:52 and ended on Mar 24, 2021 06:39:20. Report created on Mar 24, 2021 06:39. NOT FOR CLINICAL USE. © 2016-2021 True Wearables, Inc.

© 2016-2021 True Wearables, Inc.                                    78

 **true wearables®**

# OXXIOM® APP: SHARE DATA SCREEN, CONT.

## PI Log-Volatility Distribution Chart

The PI Log-Volatility expresses the perfusion short-term variability. Typically, for healthy adults, the lower the PI Log-Volatility values, the better. Decreasing PI Log-Volatility trends are positive, and indicative of positive adaptation and/or decrease in overall stress levels. The chart below shows an example of PI Log-Volatility distribution created by the Oxxiom® App, from data collected overnight (444 minutes) by a user wearing Oxxiom. According to the chart, 21.7% of the time (i.e., 96 minutes), the PI Log-Volatility values were within 15% and 18%.



Oxxiom barcode: DF598281. Data collection started on Mar 23, 2021 23:13:52 and ended on Mar 24, 2021 06:39:20.
Report created on Mar 24, 2021 06:39. NOT FOR CLINICAL USE. © 2016-2021 True Wearables, Inc.

© 2016-2021 True Wearables, Inc.

CONFIDENTIAL - ATTORNEYS' EYES ONLY

TRUE054053



# OXXIOM® APP: SHARE DATA SCREEN, CONT.

## Trends

After the Oxxiom® device is connected to the iOS device and operating (displaying SpO2, PR, PI, and SpBP™ measurements), the user may share SpO2, PR, PI, and SpBP™ measurement trends in a Comma-Separated Values (CSV) file (i.e., spreadsheet format) at anytime through the Oxxiom® App. The file can be opened and visualized by the iOS device directly or by most spreadsheet softwares, such as Excel, Numbers, etc. The CSV file contains 5 columns:

1. Date/Time. Stores date and time of each measurement taken. Measurements are stored once a second (for 12h trend storage), once every 2 seconds (for 24h trend storage), once every 3 seconds (for 36h trend storage), and once every 4 seconds (for 48h trend storage).
2. Oxxiom® Barcode. The 8-digit hexadecimal number that identifies the Oxxiom® unit being used at the corresponding time and date.
3. SpO2 (%). SpO2 measurements.
4. PR (bpm). PR measurements.
5. PI (%). PI measurements.
6. SpBP™ Sys (mmHg). Systolic SpBP™ measurements.
7. SpBP™ Dia (mmHg). Diastolic SpBP™ measurements.

© 2016-2021 True Wearables, Inc.

CONFIDENTIAL - ATTORNEYS' EYES ONLY

TRUE054054


**® true wearables®**

# OXXIOM® APP: SHARE DATA SCREEN, CONT.

## Content sample of a OxxiomMeasurementLogCSV.csv file where measurements are saved once a second (for 12-hour maximum storage time)

| Date/Time | Oxxiom Barcode | SpO2 (%) | PR (bpm) | PI (%) | SpBP Sys (mmHg) | SpBP Dia (mmHg) |
|---|---|---|---|---|---|---|
| **2020-07-03 22:09:31** | DE4B6CC6 | 100 | 65 | 0.58 | 120 | 73 |
| **2020-07-03 22:09:32** | DE4B6CC6 | 99 | 65 | 0.59 | 120 | 72 |
| **2020-07-03 22:09:33** | DE4B6CC6 | 99 | 64 | 0.54 | 121 | 72 |
| **2020-07-03 22:09:34** | DE4B6CC6 | 99 | 64 | 0.54 | 121 | 70 |
| **2020-07-03 22:09:35** | DE4B6CC6 | 99 | 64 | 0.56 | 122 | 71 |
| **2020-07-03 22:09:36** | DE4B6CC6 | 98 | 64 | 0.54 | 122 | 71 |
| **2020-07-03 22:09:37** | DE4B6CC6 | 99 | 63 | 0.57 | 123 | 71 |
| **2020-07-03 22:09:38** | DE4B6CC6 | 97 | 62 | 0.60 | 121 | 72 |
| **2020-07-03 22:09:39** | DE4B6CC6 | 98 | 62 | 0.68 | 120 | 73 |



The frequency on which SpO2, PR, PI, and SpBP™ measurement trends are saved to the CSV file is selected by the user in the **Settings screen**, **Trend Data**, **Store For**. They are:
- For 12 hours = once a second.
- For 24 hours = once every 2 seconds.
- For 36 hours = once every 3 seconds.
- For 48 hours = once every 4 seconds.

© 2016-2021 True Wearables, Inc.

81

CONFIDENTIAL - ATTORNEYS' EYES ONLY



# OXXIOM® APP: SHARE DATA SCREEN, CONT.

## Waveforms

The user may share the waveform raw data collected by the Oxxiom® unit (up to 12 hours) through the Oxxiom® App. The waveform raw data is stored in a database file (WaveformsDB.db) using True Wearables' proprietary data format.

 The user may enable or disable waveform storage in the **Settings** screen, **Waveform Storage, Store last 12 hours**.

 The waveform raw data's primary use is for in-depth technical analysis of potential problems detected by Oxxiom® users.

 The waveform raw data can only be shared by the user. True Wearables does not collect, store, or analyze waveform data without the user's consent.

© 2016-2021 True Wearables, Inc.                                                    **82**

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                          TRUE054056



# OXXIOM® APP: ABOUT OXXIOM® SCREEN



Select to return to main screen

Product Identification section



# OXXIOM® APP: ABOUT OXXIOM® SCREEN, CONT.



Select to return to main screen

Hardware Diagnostics section



# OXXIOM® APP: ABOUT OXXIOM® SCREEN, CONT.



Select to return to main screen

Technical Support section

Select to access this online User Guide

Select to send email message to True Wearables' Technical Support Team

Select to access True Wearables' website

CONFIDENTIAL - ATTORNEYS' EYES ONLY                        TRUE054059



# OXXIOM® APP: ABOUT OXXIOM® SCREEN, CONT.

Select to return to main screen

Select to access this online User Guide



Regulatory section

Legal section

© 2016-2021 True Wearables, Inc.

CONFIDENTIAL - ATTORNEYS' EYES ONLY

TRUE054060



# OXXIOM® APP:  ABOUT OXXIOM® SCREEN, CONT.

The following provides a detailed description of each section displayed on the About Oxxiom® screen.

**Identification Section**

1. Serial Num. When the Oxxiom® device is connected and operating, it displays a 16-digit hexadecimal number with the Oxxiom® unit serial number.

2. Barcode. When the Oxxiom® device is connected and operating, it displays an 8-digit hexadecimal number that identifies the Oxxiom® unit in the Start screen (Oxxiom® Barcode) and in the trend data CSV file, that can be downloaded from the Share Data screen, Trends.

3. Lot Num. When the Oxxiom® device is connected and operating, it displays the Oxxiom® device manufacturing lot number.

4. Exp Date. When the Oxxiom® device is connected and operating, it displays the date after which the Oxxiom® unit should not be sold.

5. Model. When the Oxxiom® device is connected and operating, it displays an 4-digit hexadecimal number with the Oxxiom® unit model number.

6. Version. When the Oxxiom® device is connected and operating, it displays an 4-digit hexadecimal number with the Oxxiom® unit version number.

7. App Version. Three-digit number with the software version.

**© 2016-2021 True Wearables, Inc.**                                    **87**

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    TRUE054061



# OXXIOM® APP:  ABOUT OXXIOM® SCREEN, CONT.

## Hardware Diagnostics Section

Whenever the Oxxiom® device is connected and operating, the following hardware diagnostic parameters are reported by the Oxxiom® App:

1. LED1 Power, and LED2 Power. They display the power levels (reported at Time Stamp) for the Oxxiom®'s light sources 1 and 2. They vary between 0 and 100%.

2. Electronic Gain. It displays the Oxxiom®'s analog frontend electronic gain (reported at Time Stamp). It varies between 0 and 40 dB.

3. Ambient Light. It displays the ambient light intensity detected by the Oxxiom®'s light detector (reported at Time Stamp). It varies between 0 and 100%.

4. SoC Temperature. It displays the Oxxiom®'s System on Chip (SoC) temperature in Celsius (reported at Time Stamp).

5. Battery Voltage. It displays the Oxxiom®'s battery voltage in Volts (reported at Time Stamp).

6. Standby Time: It displays the amount of time the Oxxiom® unit has been activate and disconnected from the iOS device (reported at Time Stamp).

7. Usage Time. It displays the amount of time the Oxxiom® unit has been activate and connected to the iOS device (reported at Time Stamp).

8. Time Stamp. Date and time when hardware diagnostic parameters were reported.

© 2016-2021 True Wearables, Inc.

88

CONFIDENTIAL - ATTORNEYS' EYES ONLY

TRUE054062



# OXXIOM® APP:  ABOUT OXXIOM® SCREEN, CONT.

## Technical Support Section

1. Contact Us. Select it to contact True Wearables' technical support team by email. **The iOS device must have email App service available and functional**. An email message (as shown below) is pre-populated with information about the Oxxiom® device (if connected and operating):



2. User Guide. Select it to access this online User Guide.
3. Website. Select it to access True Wearables' website.

© 2016-2021 True Wearables, Inc.                                89

CONFIDENTIAL - ATTORNEYS' EYES ONLY                    TRUE054063



# OXXIOM® APP: ABOUT OXXIOM® SCREEN, CONT.

## Regulatory Section

1. FCC ID. It is the Oxxiom®'s Federal Communications Commission Identification number.
2. Accuracy. Adopted standard for Oxxiom®'s SpO2 and PR essential performance.
3. Safety. Adopted standard for Oxxiom®'s general requirements for basic safety and essential performance.
4. EMC. Adopted standard for Oxxiom®'s electromagnetic compatibility requirements and tests.
5. Biocompatibility. Adopted standards for biocompatibility of Oxxiom®'s tape adhesives and self-adhering breathable gentle tape.

## Legal Section

1. Please refer to User Guide. Select it to access this online User Guide.

© 2016-2021 True Wearables, Inc.                                          **90**

CONFIDENTIAL - ATTORNEYS' EYES ONLY



# OXXIOM® APP: TAKING SCREENSHOTS

There are situations where it is desirable to take screenshots of the Oxxiom® App measurement gauges and trend data for your own records or for sharing with third parties.

To take an Oxxiom® App screenshot on an iPhone 8 or earlier, iPad, or iPod touch:
1. Press and hold the Top or Side button;
2. Immediately click the Home button, then release the Top or Side buttons;
3. The screenshots taken will be available on the iOS Photos App.

To take an Oxxiom® App screenshot on an iPhone X:
1. Press and hold the Side button on the right side of your device;
2. Immediately click the Volume up button on the left side, then release the buttons;
3. The screenshots taken will be available on the iOS Photos App.

 Make sure the Oxxiom® App is active and connected to the Oxxiom® device before taking screenshots.

© 2016-2021 True Wearables, Inc.

91

CONFIDENTIAL - ATTORNEYS' EYES ONLY

TRUE054065



# OXXIOM® APP: GUIDED ACCESS MODE

There are applications where it is desirable to have the iOS device restricted to a single App (i.e., the Oxxiom® App), with hardware buttons and the Oxxiom® App side drawer menu disabled. The Oxxiom® App was designed to be compliant with the iOS Guided Access mode. The Guided Access mode temporarily restricts the iOS device to a single App, and lets the user control which App features are available.

Oxxiom® App default behavior during Guided Access section:

- Oxxiom® App termination is disabled.
- Side drawer menu is disabled.
- Portrait and landscape views are enabled.
- Hardware buttons are disabled (i.e., volume, sleep/wake, etc.).
- User can silence audible warnings (if enabled and active) for a period of time by taping on any gauge bar. However, audible warnings will resume automatically after silence duration (i.e., 30, 60, 90, or 120 seconds) expires. If required, audible warnings can be permanently disabled, before starting a Guided Access section (please refer to the OXXIOM® APP: SETTINGS SCREEN section in this guide).

**© 2016-2021 True Wearables, Inc.**                                    **92**

CONFIDENTIAL - ATTORNEYS' EYES ONLY                    TRUE054066



# OXXIOM® APP: GUIDED ACCESS MODE, CONT.

To set up Guided Access Mode on iOS device:
1. Tap Settings > General > Accessibility > Guided Access to set up Guided Access;
2. Turn Guided Access ON or OFF;
3. Set a passcode that controls the use of Guided Access, and prevents someone from leaving an active session.

To start a Guided Access section on iOS device:
1. Start the Oxxiom® App. If an Oxxiom® device is not yet connected to the iOS device, then follow steps described in Quick Start;
2. Triple-click the Home button;
3. Tap Start.

To end a Guided Access section on iOS device:
1. Triple-click the Home button;
2. Enter the Guided Access passcode;
3. Tap End.

 Make sure the Oxxiom® App is active and connected to the Oxxiom® device before starting a Guided Access section.

© 2016-2021 True Wearables, Inc.

93



# OXXIOM® APP: WARNINGS



Gauges blink in red

PR 134 bpm

Visual warning message is displayed

Bell indicates active audible warning



Tap any gauge bar to silence audible warnings for a period of time. Audible warnings will resume automatically after silence duration (i.e., 30, 60, 90, or 120 seconds) expires.

© 2016-2021 True Wearables, Inc.                                          94

CONFIDENTIAL - ATTORNEYS' EYES ONLY                              TRUE054068



# OXXIOM® APP: WARNINGS, CONT.

| Description | Visual | Audible |
|---|---|---|
| SpO2 measurement has crossed either upper or lower limits | • ⚠ SpO2 warning ⚠<br>• SpO2 gauge blinks in red | • Warning beep<br>• "Saturation warning" voice message |
| PR measurement has crossed either upper or lower limits | • ⚠ PR warning ⚠<br>• PR gauge blinks in red | • Warning beep<br>• "Pulse Rate warning" voice message |
| SpO2 and PR measurements have crossed either upper or lower limits | •<br>• ⚠ SpO2 & PR warnings ⚠<br>• SpO2 and PR gauges blink in red | • Warning beep<br>• "Saturation and Pulse Rate warnings" voice message |

 This device is intended for sports and aviation use only. Individuals who need a pulse oximeter due to a medical condition should contact their physician. **NOT A MEDICAL DEVICE**.

© 2016-2021 True Wearables, Inc.

CONFIDENTIAL - ATTORNEYS' EYES ONLY

TRUE054069



## OXXIOM® APP: WARNINGS, CONT.

| Description | Visual | Audible |
|---|---|---|
| SpBP™ measurement has crossed either upper or lower limits | • ⚠ SpBP warning ⚠<br>• SpBP™ gauge blinks in red | • Warning beep<br>• "Blood Pressure warning" voice message |
| SpO2 and SpBP™ measurements have crossed either upper or lower limits | • ⚠ SpO2 & SpBP warnings ⚠<br>• SpO2 and SpBP™ gauges blink in red<br>• | • Warning beep<br>• "Saturation and Blood Pressure warnings" voice message |
| PR and SpBP™ measurements have crossed either upper or lower limits | • ⚠ PR & SpBP warnings ⚠<br>• PR and SpBP™ gauges blink in red | • Warning beep<br>• "Pulse Rate and Blood Pressure warnings" voice message |

 The SpBP™ measurement functionality is <u>NOT</u> intended for clinical applications. Individuals who need to monitor their blood pressure due to a medical condition should contact their physician. **NOT A MEDICAL DEVICE**.

© 2016-2021 True Wearables, Inc.

CONFIDENTIAL - ATTORNEYS' EYES ONLY



# OXXIOM® APP: WARNINGS, CONT.

## Description

SpO2, PR, and SpBP™ measurements have crossed either upper or lower limits

## Visual

- ⚠️Multiple warnings⚠️
- SpO2, PR, and SpBP™ gauges blink in red

## Audible

- Warning beep
- "Multiple warnings" voice message

 The SpBP™ measurement functionality is <u>NOT</u> intended for clinical applications. Individuals who need to monitor their blood pressure due to a medical condition should contact their physician. **NOT A MEDICAL DEVICE**.

 This device is intended for sports and aviation use only. Individuals who need a pulse oximeter due to a medical condition should contact their physician. **NOT A MEDICAL DEVICE**.

© 2016-2021 True Wearables, Inc.

CONFIDENTIAL - ATTORNEYS' EYES ONLY



# OXXIOM® APP: WARNINGS, CONT.

| Description | Visual | Audible |
|---|---|---|
| Oxxiom® is not connected to iOS device | • ⚠️Oxxiom not connected⚠️<br>• Dashed gauges blinking in red | • Warning beep<br>• "Oxxiom not connected" voice message |
| Oxxiom® is searching for a valid signal | • ⚠️Searching signal⚠️<br>• Dashed gauges blinking in red | • Warning beep<br>• "Searching signal" voice message |
| Oxxiom®'s battery is empty | • ⚠️Battery empty⚠️<br>• Gauges blink in red (dashed or not) | • Warning beep<br>• "Oxxiom's battery is empty" voice message |

 This device is intended for sports and aviation use only. Individuals who need a pulse oximeter due to a medical condition should contact their physician. **NOT A MEDICAL DEVICE**.

**© 2016-2021 True Wearables, Inc.**                    **98**

CONFIDENTIAL - ATTORNEYS' EYES ONLY



# OXXIOM® APP: WARNINGS, CONT.

| Description | Visual | Audible |
|---|---|---|
| Oxxiom® wireless connection with iOS device is not reliable | • ⚠️Poor connection⚠️<br>• Gauges blink in red | • Warning beep<br>• "Poor connection" voice message |
| iOS device's battery is low (charge is less than 23%) | ⚠️Charge iOS device⚠️ | • Warning beep<br>• "Charge IOS device" voice message |

 The SpBP™ measurement functionality is <u>NOT</u> intended for clinical applications. Individuals who need to monitor their blood pressure due to a medical condition should contact their physician. **NOT A MEDICAL DEVICE**.

 This device is intended for sports and aviation use only. Individuals who need a pulse oximeter due to a medical condition should contact their physician. **NOT A MEDICAL DEVICE**.

© 2016-2021 True Wearables, Inc.                                        99

CONFIDENTIAL - ATTORNEYS' EYES ONLY                    TRUE054073

 **true wearables®**

# OXXIOM® APP: AUDIBLE WARNING STATUS

| Description | Symbol |
|---|---|
| Audible warnings active |  |
| Audible warnings disabled |  |

 Audible warnings can be enabled or disabled in the Settings menu.

© 2016-2021 True Wearables, Inc.                                    **100**

CONFIDENTIAL - ATTORNEYS' EYES ONLY                          TRUE054074



# OXXIOM® APP: OXXIOM®'S BATTERY STATUS

| Description | Symbol |
|---|---|
| Oxxiom®'s battery full | |
| Oxxiom®'s battery 3/4 full | |
| Oxxiom®'s battery 1/2 full | |
| Oxxiom®'s battery 1/4 full | |
| Oxxiom®'s battery low (blinking red bar) | |
| Oxxiom®'s battery empty | |

 Oxxiom® stops taking measurements when battery is empty. Audible and visual battery-empty warnings are issued.

© 2016-2021 True Wearables, Inc.

101

CONFIDENTIAL - ATTORNEYS' EYES ONLY



# OXXIOM® TECHNICAL SPECS

| | |
|---|---|
| **Size** | 1.2 x 0.7 x 0.3 in (30 x 17 x 7.5 mm) |
| **Weight** | 0.12 oz (3.5 g) |
| **Wireless Range**[1] | 33 ft (10 m) |
| **Battery Life**[2] | 24 h |
| **SpO2 Accuracy**[3] | ± 3.5% (70-100%) |
| **PR Accuracy**[4] | ± 3 bpm (25-250 bpm) |
| **Safety Standards**[5] | ISO 80601-2-61, IEC 60601-1, IEC 60601-1-2, ISO 10993-5 and -10 |
| **FCC ID**[6],[7] | 2ALHN282203 |
| **Wireless Protocol**[7],[8] | Bluetooth Low Energy (BLE) V4 |
| **Required Host** | iOS device with iOS mobile operating system version 10.1 or later |
| **Required App** | Oxxiom® App for iOS (Latest version) |

© 2016-2021 True Wearables, Inc.

CONFIDENTIAL - ATTORNEYS' EYES ONLY



# OXXIOM® TECHNICAL SPECS, CONT.

**Optical Emitted Power**   Less than 1 mW

**Optical Range**   490-1000 nm

**Ingress Protection**   IPX1 (Dripping water)

**Operating Temperature**   5-40°C (41-104°F)

**Operating Humidity**   95% RH max. at 40°C (104°F)

**Operating Altitude**   Up to 3,012 m (9,882 ft)

**Storage Temperature**   15-30°C (59-86°F)

**Storage Humidity**   60% RH max. at 30°C (86°F)

**Storage Altitude**   Up to 5,574 m (18,228 ft)

**Battery**   Non-rechargeable lithium/
manganese dioxide (LiMnO2),
3 V, 150 mAh

© 2016-2021 True Wearables, Inc.

CONFIDENTIAL - ATTORNEYS' EYES ONLY

TRUE054077



# OXXIOM® TECHNICAL SPECS, CONT.

## Notes

**(1)** Unobstructed path between the pulse oximeter (Oxxiom®) and the iOS (host) device. Physical obstacles and indoor room geometry may drastically reduce the effective wireless range.

**(2)** Maximum value. Changes in the measurement site optical properties, environmental conditions, and device stand-by operation time affect battery life. Tests conducted in laboratory conditions have shown that the battery life may be significantly shortened depending on the aforementioned changes.

**(3)** ± 3.5% is the root-mean-square accuracy and represents approximately 68% of measurements. Accuracy evaluated during induced hypoxia study that compared SpO2 to SaO2 (Arterial Blood CO-Oximetry) measurements on 10 healthy adult male and female subjects, ranging in pigmentation from light to dark, and wearing 40 Oxxiom® devices in total (4 devices per subject). The study followed the pulse oximetry guidelines of ISO 80601-2-61:2011 applicable sections.

© 2016-2021 True Wearables, Inc.

**104**

CONFIDENTIAL - ATTORNEYS' EYES ONLY



# OXXIOM® TECHNICAL SPECS, CONT.

## Notes

**(4)**    ± 3 bpm is the root-mean-square accuracy, and represents approximately 68% of measurements. Evaluated with electronic pulse simulator study, and during induced hypoxia study on 10 healthy adult male and female subjects, ranging in pigmentation from light to dark. In the hypoxia study, Oxxiom® was compared to 4 different reference pulse oximetry systems, and the largest root-mean-square accuracy was reported. Forty (40) Oxxiom® devices (4 devices per subject) were tested. Subjects had normal perfusion (PI) levels, and SpO2 levels between 70% and 100%. In the electronic pulse simulator study, PI was varied between 0.025% and 6%, and SpO2 between 70% and 100%. 4 Oxxiom® devices were tested. The studies followed the pulse oximetry guidelines of ISO 80601-2-61:2011 applicable sections.

© 2016-2021 True Wearables, Inc.

CONFIDENTIAL - ATTORNEYS' EYES ONLY

TRUE054079



# OXXIOM® TECHNICAL SPECS, CONT.

## Notes

**(5)**    The Oxxiom® Pulse Oximeter System has been certified to comply with the following safety standards:
- ISO 80601-2-61:2011: Particular requirements for basic safety and essential performance of pulse oximeter equipment.
- ANSI/AAMI ES 60601-1:2005/(R) 2012: General requirements for basic safety and essential performance.
- IEC 60601-1-2:2014: General requirements for basic safety and essential performance - Collateral Standard: Electromagnetic disturbances - Requirements and tests.
- ISO 10993-5: Tests for in vitro cytotoxicity (Biocompatibility of tape adhesives and self-adhering breathable gentle tape).
- ISO 10993-10: Tests for irritation and skin sensitization (Biocompatibility of tape adhesives and self-adhering breathable gentle tape).

© 2016-2021 True Wearables, Inc.                                    **106**

CONFIDENTIAL - ATTORNEYS' EYES ONLY



# OXXIOM® TECHNICAL SPECS, CONT.

## Notes

**(6)** Name of Grantee: True Wearables Inc.
Equipment Class: Digital Transmission, wireless, continuous, fully disposable single-use pulse oximeter.
Date of Grant: 04/07/2017.
Frequency range: 2402 - 2480 MHz.
Output power: 1 mW (conducted).

**(7)** Complies with FCC PART 15, SUBPART C IC RSS-247, ISSUE 1, MAY 2015.

**(8)** Complies with 47 CFR Part 15 Subpart B for Class B Devices and Innovation, Science, and Economic Development Canada ICES-003 Issue 6 (Jan. 2016) for Class B Devices.

© 2016-2021 True Wearables, Inc.

CONFIDENTIAL - ATTORNEYS' EYES ONLY

TRUE054081



# OXXIOM® APP TECHNICAL SPECS

| | |
|---|---|
| **Wireless Pairing** | Barcode scanning via iOS device's camera |
| **Measurement Gauges/ Trends**[1] | SpO2, PR, PI, and SpBP™ |
| **Waveform Chart** | Near-infrared waveform |
| **SpO2, PR, and PI Audible Measurements** | Once every 30, 60, or 120 seconds, or never |
| **SpO2 Display Range** | 1-100% (Default) 1-105% (With SpO2 out-of-range suppression disabled) |
| **PR Display Range** | 25-250 bpm |
| **PI Display Range** | 0-20% |
| **SpBP™ Display Range** | 20-220 mmHg (Sys and Dia) |
| **Trend Chart Memory** | Configurable 2, 5, 10, 30, or 60 minutes |
| **Trend Storage** | 12h (1 meas. every second), 24h (1 meas. every 2 seconds), 36h (1 meas. every 3 seconds), or 48h (1 meas. every 4 seconds) |

© 2016-2021 True Wearables, Inc.

CONFIDENTIAL - ATTORNEYS' EYES ONLY

TRUE054082



# OXXIOM® APP TECHNICAL SPECS, CONT.

| | |
|---|---|
| **Visual and Audible Warnings[1]** | Adjustable low/high SpO2, PR, and/or SpBP™, Oxxiom® not connected, Oxxiom®'s battery is empty, searching signal, poor wireless connection, iOS device's battery is low |
| **Warning Silence** | 30, 60, 90, or 120 seconds |
| **Waveform Storage** | 12 hours |
| **Data Sharing** | Reports with data analysis (PDF file); SpO2, PR, PI, and SpBP™ trends (CSV file); Waveforms (Database file, proprietary data format) |
| **Required Host Device** | iOS device with iOS operating system version 10.1 or later |
| **Required Pulse Oximeter** | Oxxiom® Pulse Oximeter for Sports and Aviation |

© 2016-2021 True Wearables, Inc.                                                    **109**

CONFIDENTIAL - ATTORNEYS' EYES ONLY



# OXXIOM® APP TECHNICAL SPECS, CONT.

## Notes

**(1)**   Oxxiom® for Sports and Aviation applies True Wearables' proprietary algorithms to real-time sampled signals in order to calculate SpO2, PR, PI, and SpBP™ measurements.  These algorithms produce an effective data processing time delay that is less than or equal to 12 seconds. Motion in the measurement site, and/or low perfusion, and/or abnormally rapid changes in SpO2, and/or PR, and/or PI, and/or SpBP™ levels may cause additional delays of up to 18 seconds, which may increase warning detection and generation delays. Measurement gauges and trends are updated once a second. The following summarizes the Oxxiom® for Sports and Aviation absolute maximum delays:

| Delay Description | Max. Delay (seconds) |
| --- | --- |
| Data processing | 12 |
| Warning detection and generation | 30 |
| Measurement update | 1 |

© 2016-2021 True Wearables, Inc.

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                                TRUE054084



# CONTACT INFORMATION

At True Wearables, we value our customers, and take great pride in our products and technology. We welcome your inquiries and comments.

## Method 1: Technical Support via Oxxiom® App
If you have purchased an Oxxiom® device and downloaded the Oxxiom® App from the Apple's App Store:
- Please follow instructions in section OXXIOM® APP: ABOUT OXXIOM® SCREEN, Technical Support, in this guide.

## Method 2: Technical Support and/or all other inquires via email or mail.
Please send email to contact@truewearables.com with:
- Subject: Customer Service, Oxxiom®;
- Message: With inquiries and/or comments;

Or send correspondence to True Wearables, Inc., 29826 Avenida de Las Banderas, Suite 300, Rancho Santa Margarita, CA 92688 with:
- Subject: Customer Service, Oxxiom®;
- Message: With inquiries and/or comments;
- Sender contact information: Name, Address, affiliation (if any), contact phone.

© 2016-2021 True Wearables, Inc.

CONFIDENTIAL - ATTORNEYS' EYES ONLY

TRUE054085



# CARE AND MAINTENANCE

 Oxxiom® is a disposable device and cannot be cleaned.

 Do not immerse Oxxiom® in liquid, and do not use caustic or abrasive cleaning agents on Oxxiom®.

 The Oxxiom® device's electronic circuitry does not require calibration or periodic maintenance.

 Field repair of the Oxxiom® device is not possible. Do not attempt to open the Oxxiom® device encapsulation or repair its internal electronics.

 Opening the Oxxiom® device will damage it. If the system is not functioning properly, please refer to "Troubleshooting" section or contact True Wearables's technical support (Please refer to the CONTACT INFORMATION section in this guide).

 For information regarding iOS device care and maintenance, please refer to the manufacturer's website, www.apple.com.

© 2016-2021 True Wearables, Inc.

CONFIDENTIAL - ATTORNEYS' EYES ONLY

TRUE054086



# TROUBLESHOOTING

**Oxxiom® will not turn on (green LED will not blink ON and OFF every 10 seconds) after tab 1 was pulled off and blue dot pressed.**

1. Make sure Oxxiom® unit has not been tampered with.
2. Press blue dot harder.
3. If green LED blinks ON and OFF every 10 seconds, then proceed to apply Oxxiom® to the measurement site as described in QUICK START section in this guide.
4. Otherwise, please contact True Wearables' technical support (please refer to the CONTACT INFORMATION section in this guide).

© 2016-2021 True Wearables, Inc.

CONFIDENTIAL - ATTORNEYS' EYES ONLY

TRUE054087



# TROUBLESHOOTING, CONT.

**Oxxiom® cannot connect to iOS device.**

1. Make sure the iOS device Bluetooth radio is enabled (ON).
2. Make sure Oxxiom® is within the specified maximum wireless range – approximately 10 meters (spherical radius, unobstructed path) from the iOS (host) device.
3. Make sure the Oxxiom® product label barcode provided has been successfully scanned.
4. Terminate and restart the Oxxiom® App.
5. If problem persists, then please contact True Wearables' technical support (please refer to the CONTACT INFORMATION section in this guide).

© 2016-2021 True Wearables, Inc.

CONFIDENTIAL - ATTORNEYS' EYES ONLY



# TROUBLESHOOTING, CONT.

**Oxxiom® cannot connect to iOS device because iOS device is in Airplane mode.**

Oxxiom® connects to the iOS device via Bluetooth. If the iOS device is in Airplane mode, the Bluetooth radio is disabled by default. You can turn on the Bluetooth radio with Control Center:

1. Open the Control Center from the iOS Home screen.
2. Tap the Bluetooth symbol and exit Control Center.
3. Terminate and restart the Oxxiom® App.
4. If problem persists, please contact True Wearables' technical support (please refer to the CONTACT INFORMATION section in this guide).

© 2016-2021 True Wearables, Inc.

CONFIDENTIAL - ATTORNEYS' EYES ONLY

TRUE054089

 **true wearables®**

# TROUBLESHOOTING, CONT.

**Oxxiom® is ON and paired with iOS (host) device but does not produce measurement results.**

1. Check if gentle breathable tape wrapped around Oxxiom® and finger, or headband wrapped around user's forehead and Oxxiom, or adhesive tape applied on Oxxiom® and user's forehead, or adjustable hat is not too tight or too loose. For back-of-the-ear placement, make sure Oxxiom® is correctly attached to the ear (follow instructions in QUICK START section in this guide).

2. Check for finger, forehead, or ear deformities.

3. Reposition Oxxiom® in case it still does not produce a result.

4. Check for cold hands, forehead or ears. Warm or rub the hands to increase circulation, or warm head by wearing appropriate warm clothing.

5. Minimize finger (hand) or forehead/ear (head) motion.

6. If problem persists, please contact True Wearables' technical support (please refer to the CONTACT INFORMATION section in this guide).

© 2016-2021 True Wearables, Inc.

CONFIDENTIAL - ATTORNEYS' EYES ONLY                    TRUE054090



# TROUBLESHOOTING, CONT.

**iOS device does not turn on.**

1. Plug in the iOS device to a battery charger and let its battery charge for up to one hour. After a few minutes, you should be able to see the charging screen, and should be able to turn on the iOS device.

2. If the iOS host device still does not turn on, please contact the iOS device manufacturer (Apple, Inc.) for technical support.

© 2016-2021 True Wearables, Inc.

**117**

CONFIDENTIAL - ATTORNEYS' EYES ONLY



# FCC DECLARATION

This equipment has been tested and found to comply with the limits for a Class B digital device, pursuant to Part 15 of the FCC Rules. These limits are designed to provide reasonable protection against harmful interference in a residential installation. This equipment generates, uses and can radiate radio frequency energy and, if not installed and used in accordance with the instructions, may cause harmful interference to radio communications. However, there is no guarantee that interference will not occur in a particular installation. If this equipment does cause harmful interference to radio or television reception, which can be determined by turning the equipment off and on, the user is encouraged to try to correct the interference by one or more of the following measures:

1.  Reorient or relocate the receiving antenna.
2.  Increase the separation between the equipment and receiver.
3.  Connect the equipment into an outlet on a circuit different from that to which the receiver is connected.
4.  Consult the dealer or an experienced radio/TV technician for help.

© 2016-2021 True Wearables, Inc.                                              **118**

CONFIDENTIAL - ATTORNEYS' EYES ONLY



# COPYRIGHT NOTICE

Oxxiom: Wireless, Continuous, Fully Disposable, Single-Use Pulse Oximeter, for Sports and Aviation - User Guide, Version 1.5.0

Copyright © 2016-2021 by True Wearables, Inc.

All rights reserved.

This User Guide is for the purpose of Oxxiom's operation and reference only. All rights reserved. No part of this User Guide may be reproduced, distributed, or transmitted in any form or by any means, including photocopying, recording, or other publishing, distribution, and transmission methods, without the prior written permission of True Wearables, Inc.

CONFIDENTIAL - ATTORNEYS' EYES ONLY                          TRUE054093



# TERMS OF SALE

By ordering products of True Wearables, Inc. from www.truewearables.com, www.oxxiom.com, authorized third-party e-commerce websites, or any other authorized sales channels, you agree to the following terms and conditions.

The export and re-export of True Wearable products are controlled by the United States Export Administration Regulations, and such products, including software, may not be exported or re-exported to (a) any country to which the United Sates embargoes goods and (2) to persons on the Table of Denial Orders, the Entity List, or the List of Specially Designated Nationals.

By downloading or using a True Wearables product you are certifying that you are not a national of a country to which the United States embargoes goods and that you are not a person on the Table of Denial Orders, the Entity List, or the List of Specially Designated Nationals.

"Product" includes software, applications, websites, and devices including associated firmware.

1. **Placing orders**. The purchaser will access True Wearables' website, www.truewearables.com or www.oxxiom.com, or authorized third-party e-commerce websites, and place an online order for True Wearables' Products. During the transaction, True Wearables' third-party payment service provider or authorized third-party e-commerce websites will ask for the purchaser's credit card information, and charge the purchaser's credit card with all applicable payments in connection with the order. By placing the order, the purchaser agrees to make all payments in connection to the order through the credit card provided. True Wearables does not store credit card information, and the purchaser is not required to have an account with True Wearables to place orders.

2. **Shipping address**. True Wearables, through True Wearables' third-party payment service provider, or authorized third-party e-commerce websites will ask for the purchaser's shipping address and contact information, so that the order can be processed and fulfilled.

3. **Charges made to your credit card**. The purchaser agrees to pay the listed price for each product purchased, as well as shipping and handling, and applicable taxes through a valid credit card. The purchaser agrees to provide true, correct, and complete information regarding the credit card to True Wearables' third-party payment service provider or authorized third-party e-commerce websites, for the purpose of placing and paying for the order.

4. **Order acceptance and fulfillment**. All orders are subject to acceptance by True Wearables, which reserves the right not to accept your order for any reason, and also reserves the right to restrict multiple quantities of Oxxiom® being shipped to any purchaser or postal address.

© 2016-2021 True Wearables, Inc.      **120**



# TERMS OF SALE, CONT.

5. **Resale.** Orders placed through True Wearables' website, via its third-party payment service provider, or through authorized third-party e-commerce websites are intended for end users only, and not for resale.

6. **Software and firmware license.** True Wearables grants to the purchaser a nonexclusive, nontransferable license to use its proprietary software and firmware in executable form, only as embedded in True Wearables' Products, and only for the purchaser's personal and non-commercial use, and only for the purpose of using True Wearables' Products according to their intended use and purpose. The purchaser acknowledges that True Wearables' Products contain trade secrets and intellectual property that are only property of True Wearables, Inc. The purchaser agrees not to disassemble, decompile, relabel, reutilize, repurpose, or reverse engineer the software and/or firmware, nor permit, enable, or work in collusion with third parties to do so, except where such restrictions are prohibited by applicable law. In the case of single-use disposable devices, the license to use True Wearables' proprietary software and firmware in executable form, only as embedded in True Wearables' single-use disposable devices, is time-limited, and expires as soon as the device completes its single-use operation cycle. The single-use operation cycle starts when the single-use disposable device is activated by the user and ends when the single-use disposable device has its internal, non-removable, non-rechargeable original battery discharged to a point where the single-use disposable device can no longer operate. Reprocessing or tampering with a single-use disposable device for the purpose of replacing its internal non-rechargeable battery, reutilizing or disassembling its electronic circuitry or encapsulation, or for the purpose of decompiling, relabeling, repurposing, or reverse engineering its software and/or firmware void this software and firmware license.

7. **DISCLAIMER OF WARRANTIES**. YOU AGREE THAT TRUE WEARABLES HAS MADE NO EXPRESS WARRANTIES TO YOU REGARDING THE PRODUCTS AND THAT TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, THE PRODUCTS ARE BEING PROVIDED TO YOU "AS IS" AND "AS AVAILABLE," WITHOUT WARRANTY OF ANY KIND.  TRUE WEARABLES DISCLAIMS ALL WARRANTIES WITH REGARD TO THE PRODUCTS, EXPRESS, IMPLIED, OR STATUTORY, INCLUDING, WITHOUT LIMITATION, ANY IMPLIED WARRANTIES OF FITNESS FOR A PARTICULAR PURPOSE, OF MERCHANTABILITY, OF MERCHANTABLE QUALITY, OF ACCURACY, AND OF NON-INFRINGEMENT OF THIRD-PARTY RIGHTS.  NO ORAL OR WRITTEN INFORMATION OR ADVICE GIVEN BY TRUE WEARABLES OR ITS AUTHORIZED REPRESENTATIVE SHALL CREATE A WARRANTY.  SOME SATES OR JURISDICTIONS DO NOT ALLOW THE EXCLUSION OF IMPLIED WARRANTIES, SO THE ABOVE-LIMITATIONS MAY NOT APPLY TO YOU.

© 2016-2021 True Wearables, Inc.

CONFIDENTIAL - ATTORNEYS' EYES ONLY



# TERMS OF SALE, CONT.

8. **Use of Products**. OXXIOM® FOR SPORTS AND AVIATION IS NOT A MEDICAL DEVICE. Individuals who need a pulse oximeter due to a medical condition should contact their physician. The products have a heart rate tracking feature that may pose risks to users with certain health conditions. The Products may enable you to post, upload, store, share, send, or display photos, images, video, data, text, comments, and other information and content ("Your Content") to and via the Products. You retain all rights to Your Content that you post to the Products. By making Your Content available on or through the Products you hereby grant to True Wearables a non-exclusive, transferable, sub-licensable, worldwide, royalty-free license to use, copy, modify, publicly display, reproduce, translate, and distribute Your Content, in whole or in part, in any media. The rights you grant us in this Section 7 are only for the limited purpose of offering and improving the Products. You are responsible for Your Content. You represent and warrant that you own Your Content or that you have all rights necessary to grant us a license to use Your Content as described in these Terms. You represent and warrant that Your Content, the use and provision of Your Content, and your use of the Products will not (a) infringe, misappropriate, or violate a third party's patent, copyright, trademark, trade secret, moral rights, or other intellectual property rights, or rights of publicity or privacy; (b) violate, or encourage any conduct that would violate, any applicable law or regulation or would give rise to civil liability; (c) be defamatory, obscene, pornographic vulgar, or offensive; (d) promote illegal or harmful activities or substances.  You further agree not to (1) upload any content that contains software viruses, malware, or is designed to interrupt, destroy, or limit the functionality of any equipment or services, or that contains other harmful, disruptive, or destructive files or content; (2) use or attempt to use another user's account without authorization; (3) harvest solicit or collect information of other users for any reason whatsoever, including, without limitation, for sending unsolicited communications; or (4) post, advertise, or promote products or services commercially, or upload any content that is advertising, promotional material, junk mail, spam, or a contents or sweepstake, or that furthers or promotes criminal activity. True Wearables may, in its sole discretion, alter, remove, or refuse to display any of Your Content, and may forbid you from posting, uploading, storing, sharing, sending, or displaying Your Content to and via the Products.

9. **All sales are final**. All sales under this agreement are final. True Wearables will not accept Product returns. Any consequences arising from any unauthorized return shall be the sole responsibility of the purchaser.

© 2016-2021 True Wearables, Inc.

CONFIDENTIAL - ATTORNEYS' EYES ONLY

TRUE054096

 **true wearables**®

# TERMS OF SALE, CONT.

10. **LIMITATIONS ON LIABILITY**. TRUE WEARABLES, INC. WILL NOT ACCEPT LIABILITY BEYOND THE REMEDIES SET FORTH IN THIS AGREEMENT, INCLUDING BUT NOT LIMITED TO ANY LIABILITY FOR PUNITIVE, SPECIAL, CONSEQUENTIAL OR INCIDENTAL DAMAGES, OR COSTS OF PROCURING SUBSTITUTE PRODUCTS, PRODUCT UNAVAILABILITY, LOST PROFITS OR GOODWILL, LOST OF BUSINESS DUE TO CORRUPTED SOFTWARE, FIRMWARE AND/OR DATA IN CONNECTION WITH THIS AGREEMENT, SALE, USE, OR PRODUCT PERFORMANCE. THE PURCHASER AGREES THAT FOR ANY LIABILITY RELATED TO THE PURCHASED PRODUCT, TRUE WEARABLES IS NOT LIABLE OR RESPONSIBLE FOR ANY AMOUNT OF DAMAGES ABOVE THE ACTUAL AMOUNT PAID TO TRUE WEARABLES BY THE PURCHASER FOR THE PRODUCT THAT GIVES RAISE TO THE CLAIM. EXCEPT AS EXPRESSLY PROVIDED IN THIS AGREEMENT, TRUE WEARABLES WILL NOT BE LIABLE FOR ANY SPECIAL, CONSEQUENTIAL, OR INCIDENTAL DAMAGES, EVEN IF ADVISED OF THE POSSIBILITY OF SUCH DAMAGES BY ANY THIRD PARTY. IN SOME JURISDICTIONS, THE LIMITATIONS OR EXCLUSIONS OF LIABILITY FOR INCIDENTAL OR CONSEQUENTIAL DAMAGES MAY NOT BE ENFORCEABLE. THEREFORE, ONLY THE LIMITATIONS THAT ARE LAWFULLY APPLIED IN THE PURCHASER'S JURISDICTION WILL APPLY.

11. **Dispute resolution**. The purchaser agrees that any dispute between the purchaser and True Wearables arising out of or relating to the purchasing and utilization of True Wearables' Products will be governed by arbitration administered by The American Arbitration Association (AAA) under its Commercial Arbitration Rules and the Supplementary Procedures for Consumer Related Disputes. The arbitration will be held in the United States, California, Orange County, or any other location the parties agree to:

12. **Governing law**. The Terms and the resolution of any Disputes shall be governed by and construed in accordance with the laws of the State of California without regard to its conflict of laws principles.

© 2016-2021 True Wearables, Inc.

123

CONFIDENTIAL - ATTORNEYS' EYES ONLY