# Exhibit CC

# To Fletcher Declaration

×

## Version History

**1.7.0**                                                                                    Mar 24, 2021

Continuous monitoring of peripheral blood pressure (SpBP).

---

**1.6.1**                                                                                      Oct 1, 2019

This release adds support for iOS 13.1.

---

**1.6.0**                                                                                     Aug 10, 2019

SPO2 MEASUREMENTS ABOVE 100%: The Oxxiom Pulse Oximetry System has built-in proprietary real-time algorithms that enable SpO2 (oxygen saturation) measurements above 100.0% and up to 105.0%, with a resolution of 0.1%. The human body has a certain amount of hemoglobin that typically does not bind to oxygen. Under circumstances dictated by the user or the environment's oxygen concentration, this hemoglobin binds to oxygen, which translates to higher SpO2 values.

---

**1.5.0**                                                                                     Aug 28, 2018



## Additional Screenshots                                                                        ⌄
iPhone

Oxxiom for Sports and Aviation consists of the Oxxiom pulse oximeter (sold separately) and the Oxxiom App for iOS devices

×

## Version History

| 1.7.0 | Mar 24, 2021 |
|---|---|

Continuous monitoring of peripheral blood pressure (SpBP).

| 1.6.1 | Oct 1, 2019 |
|---|---|

This release adds support for iOS 13.1.

| 1.6.0 | Aug 10, 2019 |
|---|---|

SPO2 MEASUREMENTS ABOVE 100%: The Oxxiom Pulse Oximetry System has built-in proprietary real-time algorithms that enable SpO2 (oxygen saturation) measurements above 100.0% and up to 105.0%, with a resolution of 0.1%. The human body has a certain amount of hemoglobin that typically does not bind to oxygen. Under circumstances dictated by the user or the environment's oxygen concentration, this hemoglobin binds to oxygen, which translates to higher SpO2 values.

| 1.5.0 | Aug 28, 2018 |
|---|---|

Seller
True Wearables, Inc.

Size
22.8 MB

Category
Health & Fitness

Compatibility
**iPhone**
Requires iOS 10.1 or later.

**iPad**
Requires iPadOS 10.1 or later.

**iPod touch**
Requires iOS 10.1 or later.

**Mac**
Requires macOS 11.0 or later and a Mac with Apple M1 chip.

Languages
English

×

## Version History

| | |
|---|---|
| **1.7.0** | Mar 24, 2021 |

Continuous monitoring of peripheral blood pressure (SpBP).

| | |
|---|---|
| **1.6.1** | Oct 1, 2019 |

This release adds support for iOS 13.1.

| | |
|---|---|
| **1.6.0** | Aug 10, 2019 |

SPO2 MEASUREMENTS ABOVE 100%: The Oxxiom Pulse Oximetry System has built-in proprietary real-time algorithms that enable SpO2 (oxygen saturation) measurements above 100.0% and up to 105.0%, with a resolution of 0.1%. The human body has a certain amount of hemoglobin that typically does not bind to oxygen. Under circumstances dictated by the user or the environment's oxygen concentration, this hemoglobin binds to oxygen, which translates to higher SpO2 values.

| | |
|---|---|
| **1.5.0** | Aug 28, 2018 |

You May Also Like

See All



| My Heart Rate | Heart Rate Plus PRO | Cosinuss° One | URIGHT PO | LP vital monitor | Aulisa View |
|---|---|---|---|---|---|
| Health & Fitness | Health & Fitness | Health & Fitness | Medical | Health & Fitness | Health & Fitness |

More ways to shop: Find an Apple Store or other retailer near you. Or call 1-800-MY-APPLE.

Copyright © 2021 Apple Inc. All rights reserved.     Privacy Policy | Terms of Use | Sales and Refunds | Legal | Site Map     Choose your country or region

×

## Version History

**1.7.0**                                                                                                                        Mar 24, 2021

Continuous monitoring of peripheral blood pressure (SpBP).

---

**1.6.1**                                                                                                                           Oct 1, 2019

This release adds support for iOS 13.1.

---

**1.6.0**                                                                                                                         Aug 10, 2019

SPO2 MEASUREMENTS ABOVE 100%: The Oxxiom Pulse Oximetry System has built-in proprietary real-time algorithms that enable SpO2 (oxygen saturation) measurements above 100.0% and up to 105.0%, with a resolution of 0.1%. The human body has a certain amount of hemoglobin that typically does not bind to oxygen. Under circumstances dictated by the user or the environment's oxygen concentration, this hemoglobin binds to oxygen, which translates to higher SpO2 values.

---

**1.5.0**                                                                                                                         Aug 28, 2018