# Exhibit DD
# To Fletcher Declaration

True Wearables is Now Shipping Oxxiom Pulse Oximetry System - EIN Presswire



There were 553 press releases posted in the last 24 hours and 197,649 in the last 365 days. · World Media Directory · RSS · Email Newsletters

Got News to Share? Send 2 FREE Releases ↓

# True Wearables is Now Shipping Oxxiom Pulse Oximetry System

NEWS PROVIDED BY
True Wearables, Inc.
October 12, 2020, 23:58 GMT

SHARE THIS ARTICLE



RANCHO SANTA MARGARITA, CA, USA, October 12, 2020 /EINPresswire.com/ -- True Wearables announced today that the Oxxiom Pulse Oximetry System is now being commercialized. The device received FDA clearance (510K) on July 3rd, 2020.

The Oxxiom Pulse Oximetry System is a wireless, fully disposable, single-use device indicated for measuring, displaying, and storing functional oxygen saturation of arterial hemoglobin (SpO2) and pulse rate (PR). It may be used for spot checking, intermittent monitoring, and/or data collection of patients 12 years and older in low acuity settings in facilities such as hospitals, clinics and doctor's offices. It can also be used in home healthcare settings under prescription use. It is not intended for continuous monitoring.

The Oxxiom Pulse Oximeter System consists of the Oxxiom device and the Oxxiom Rx App, available on the App Store. Oxxiom is small, lightweight, and has a maximum duration of 24 hours of use.. The device simultaneously, and wirelessly transfers all collected data through a Bluetooth connection to the Oxxiom Rx

App on the iOS device, which analyzes data, displays information, provides warnings as necessary, and stores the information. The device is small and lightweight and does not have any cables or wires of any kind. For more information, visit the company's website at www.truewearables.com.

Main Features

Works with iPhone, iPad, or iPod.

Wireless measurements of oxygen saturation of arterial hemoglobin (SpO2), pulse rate (PR), and pulse amplitude (PA).

Warnings, visual and audible.

Voice-based measurements for SpO2, PR, and PA every 30, 60, or 120 seconds.

Storage and data sharing for measurement trends on SpO2, PR, and PA (12, 24, 36, or 48 hours) and waveforms (last 12 hours).

CAUTION: Federal law restricts this device to sale by or on the order of a healthcare professional.

Tatiana Lamego
True Wearables, Inc.
+1 949-709-0850
email us here



OXXIOM RX    OXXIOM S&A    ABOUT US    **BUY OXXIOM S&A**





You just read:

# True Wearables is Now Shipping Oxxiom Pulse Oximetry System

NEWS PROVIDED BY
True Wearables, Inc.
October 12, 2020, 23:58 GMT

SHARE THIS ARTICLE

Distribution channels: **Aviation & Aerospace Industry**, **Banking, Finance & Investment Industry**, **Companies**, **Electronics Industry**, **Emergency Services**, **Healthcare & Pharmaceuticals Industry**, **IT Industry**, **Insurance Industry**, **International Organizations**, **Military Industry** ...

EIN Presswire's priority is source transparency. We do not allow opaque clients, and our editors try to be careful about weeding out false and misleading content. As a user, if you see something we have missed, please do bring it to our attention. Your help is welcome. EIN Presswire, Everyone's Internet News Presswire™, tries to define some of the boundaries that are reasonable in today's world. Please see our **Editorial Guidelines** for more information.

Submit your press release

## Contact

Tatiana Lamego
True Wearables, Inc.
+1 949-709-0850

email us here

## More From This Source

True Wearables Announces SpBP, the new Blood Pressure Parameter for Oxxiom Sports and Aviation

True Wearables is Now Shipping Oxxiom Pulse Oximetry System

True Wearables Announces Oxxiom 2 for Sports and Aviation

View All Stories From This Source

### PR Distribution

How It Works

Why Us

Pricing

Distribution

Editorial Guidelines

Submit Release

### Help/Support

FAQ

Video Tutorials

Client Testimonials

### About

About EIN Presswire

### Newswires

All Newswires

World Newswires

US Newswires

Industry Newswires

### Press Releases

All Press Releases

Releases by Country

Releases by US State

Releases by Industry

Releases by Date

### Resources

World Media Directory

Mobile App

Affiliate Program

RSS Feeds

Email Newsletters

News Alert Maker

NewsPlugin

https://www.einnews.com/pr_news/528271174/true-wearables-is-now-shipping-oxxiom-pulse-oximetry-system[09/02/2021 12:27:28 PM]

- Newsroom
- Investor Inquiries
- Career Opportunities
- Contact
- Follow EIN Presswire

| User Agreement | Privacy Policy | Copyright Policy | © 1995-2021 IPD Group, Inc. dba EIN Presswire All Right Reserved. |